# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEFINED BENEFIT PLAN OF THE MID-JERSEY TRUCKING INDUSTRY AND TEAMSTERS LOCAL 701 PENSION AND ANNUITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., DANIEL SCHULMAN, and JOHN RAINEY,<br>Defendants. | Civil Action No.:<br><br>**CERTIFICATION ON BEHALF OF DEFINED BENEFIT PLAN OF THE MID-JERSEY TRUCKING INDUSTRY AND TEAMSTERS LOCAL 701 PENSION AND ANNUITY FUND**<br><br>**CLASS ACTION** |

I, Giancarlo Prezioso, on behalf of the Defined Benefit Plan of the Mid-Jersey Trucking Industry and Teamsters Local 701 Pension and Annuity Fund ("Mid-Jersey Trucking"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1. I am the Fund Manager of Mid-Jersey Trucking. I am familiar with the matters set forth herein and am duly authorized to make this certification on behalf of Mid-Jersey Trucking.

2. I have reviewed the securities class action complaint against PayPal Holdings, Inc., Daniel Schulman, and John Rainey with Mid-Jersey Trucking's legal counsel, and Mid-Jersey Trucking has authorized the filing of the complaint.

3. Mid-Jersey Trucking did not purchase or acquire the securities of PayPal Holdings, Inc. at the direction of counsel or in order to participate in any private action.

4. Mid-Jersey Trucking is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5. Attached as Schedule A to this Certification is a list of Mid-Jersey Trucking's transactions during the Class Period in the PayPal Holdings, Inc. securities that are the subject of the above-captioned action.

6.      During the three-year period preceding the date of this certification, Mid-Jersey Trucking has not filed a complaint on behalf of a class asserting claims under the federal securities laws of the United States, nor has it moved to be appointed as lead plaintiff in any such case. Mid-Jersey did serve as a named plaintiff in *In re PGE Corporation Securities Litigation*, 3:18-cv-03509-EJD (N.D. Cal.) (ECF No. 121). Mid-Jersey Truckers had previously moved to be appointed as lead plaintiff in *PGE Corporation Securities Litigation*, but was not appointed.

7.      Mid-Jersey Trucking will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 4TH day of October, 2022.

Defined Benefit Plan of the Mid-Jersey Trucking Industry and Teamsters Local 701 Pension and Annuity Fund

By: _/s/ Giancarlo Prezioso_

Giancarlo Prezioso, Fund Manager

# PayPal Holdings, Inc. -- Schedule A
# Defined Benefit Plan of the Mid-Jersey Trucking Industry and Teamsters Local 701 Pension and Annuity Fund

**Cusip:** 70450Y103
**Ticker:** PYPL
**Class Period:** February 3, 2021 through February 1, 2022

**Beginning Holdings:** 0 shares

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 05/07/21 | 2,050 | $253.70 | | | |
| 06/01/21 | 800 | $260.31 | | | |
| 08/13/21 | 400 | $275.38 | | | |
| 11/09/21 | 300 | $201.81 | | | |