**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| DEFINED BENEFIT PLAN OF THE MID-JERSEY TRUCKING INDUSTRY AND TEAMSTERS LOCAL 701 PENSION AND ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated, | : : : : : | Civil Action No.: 3:22-cv-05864-GC-LHG |
|  | : | CLASS ACTION |
| Plaintiff, | : : | MOTION DAY: January 3, 2023 |
|  | : : | |
| vs. | : : | |
| PAYPAL HOLDINGS, INC., DANIEL SCHULMAN, and JOHN RAINEY, | : : : | |
| Defendants. | : : : | |

**DECLARATION OF DANIEL R. LAPINSKI IN SUPPORT OF KBC ASSET MANAGEMENT NV'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Daniel R. Lapinski, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New Jersey and this Court.  I am an attorney with the law firm of Motley Rice LLC, counsel for the proposed lead plaintiff KBC Asset Management NV ("KBC") in the above-captioned action.  I make this declaration in support of KBC's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on October 4, 2022;

Exhibit B:     Sworn Certification of KBC;

Exhibit C:     Loss Analysis of KBC, prepared by counsel;

Exhibit D:     KBC's Declarations of Assignment;

Exhibit E:     Management Company Agreement Between KBC Asset Management NV and KBC Equity Fund NV;

Exhibit F:     Management Company Agreement Between KBC Asset Management NV and Horizon NV; and

Exhibit G:     Motley Rice LLC securities resume.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of December, 2022, at Cherry Hill, New Jersey.

*/s/      Daniel R. Lapinski*
Daniel R. Lapinski