# Exhibit C

PayPal Holdings Inc. (PYPL)

KBC Asset Management NV

Class Period: 2/3/2021 - 2/1/2022                              Hold Price: $ 107.4865

### Horizon

| Transaction Type | Date | Quantity | Price[a] | Amount |
|---|---|---|---|---|
| Pre-Class Shares | | 40,716 | | |
| Sale of Pre-Class Shares | 2/24/2021 | (3,047) | $ 262.5584 | $ 800,015.44 |
| Purchase | 3/24/2021 | 1,614 | $ 241.2730 | ($ 389,414.62) |
| Purchase | 3/25/2021 | 887 | $ 231.2862 | ($ 205,150.86) |
| Sale | 7/1/2021 | (2,501) | $ 289.5397 | $ 724,138.79 |
| Sale of Pre-Class Shares | 7/1/2021 | (206) | $ 289.5397 | $ 59,645.18 |
| Purchase | 8/2/2021 | 3,092 | $ 275.5788 | ($ 852,089.65) |
| Purchase | 9/29/2021 | 4,974 | $ 262.9183 | ($ 1,307,755.62) |
| Purchase | 9/30/2021 | 5,514 | $ 261.9135 | ($ 1,444,191.04) |
| Purchase | 10/26/2021 | 4,500 | $ 249.4500 | ($ 1,122,525.00) |
| Purchase | 11/15/2021 | 3,203 | $ 213.7804 | ($ 684,738.62) |
| Sale | 12/28/2021 | (61) | $ 192.1500 | $ 11,721.15 |
| Sale | 1/19/2022 | (196) | $ 174.3200 | $ 34,166.72 |
| Sale | 1/25/2022 | (3,184) | $ 159.6871 | $ 508,443.73 |
| *Purchase in Lookback Period* | *2/22/2022* | *483* | *$ 102.7180* | *($ 49,612.79)* |
| *Purchase in Lookback Period* | *3/17/2022* | *459* | *$ 108.5119* | *($ 49,806.96)* |
| *Sale of Shares Purchased in Lookback Period* | *4/21/2022* | *(942)* | *$ 94.0902* | *$ 88,632.97* |
| *Sale of Class Shares in Lookback Period* | *4/21/2022* | *(2,752)* | *$ 110.0453* | *$ 302,844.59* |
| Net Proceeds of Transactions | | | | ($ 4,424,550.44) |
| Value of 15,090 retained shares @ $ 107.4865 per share | | | | $ 1,621,970.55 |
| (Loss)/Gain for Horizon[b] | | | | ($ 2,802,579.88) |

### KBC Equity Fund

| Transaction Type | Date | Quantity | Price[a] | Amount |
|---|---|---|---|---|
| Pre-Class Shares | | 656,056 | | |
| Purchase | 2/5/2021 | 89 | $ 269.4400 | ($ 23,980.16) |
| Purchase | 2/9/2021 | 41 | $ 284.2000 | ($ 11,652.20) |
| Purchase | 2/10/2021 | 27 | $ 283.1800 | ($ 7,645.86) |

| Purchase | 2/11/2021 | 2,248 | $ 285.0300 | ($ 640,747.44) |
| Purchase | 2/11/2021 | 286 | $ 285.0300 | ($ 81,518.58) |
| Purchase | 2/12/2021 | 2,333 | $ 298.3700 | ($ 696,097.21) |
| Purchase | 2/12/2021 | 2,246 | $ 298.3700 | ($ 670,139.02) |
| Purchase | 2/12/2021 | 2,264 | $ 298.3700 | ($ 675,509.68) |
| Purchase | 2/16/2021 | 475 | $ 304.7900 | ($ 144,775.25) |
| Purchase | 2/16/2021 | 3,533 | $ 304.7900 | ($ 1,076,823.07) |
| Purchase | 2/16/2021 | 3,532 | $ 304.7900 | ($ 1,076,518.28) |
| Purchase | 2/16/2021 | 3,579 | $ 304.7900 | ($ 1,090,843.41) |
| Purchase | 2/16/2021 | 67 | $ 304.7900 | ($ 20,420.93) |
| Purchase | 2/17/2021 | 55 | $ 297.2000 | ($ 16,346.00) |
| Purchase | 2/19/2021 | 208 | $ 286.9200 | ($ 59,679.36) |
| Purchase | 2/25/2021 | 473 | $ 253.9400 | ($ 120,113.62) |
| Purchase | 2/26/2021 | 891 | $ 259.8500 | ($ 231,526.35) |
| Purchase | 2/26/2021 | 211 | $ 259.8500 | ($ 54,828.35) |
| Purchase | 3/2/2021 | 28 | $ 269.1900 | ($ 7,537.32) |
| Purchase | 3/5/2021 | 1,081 | $ 235.5546 | ($ 254,634.52) |
| Sale | 3/5/2021 | (968) | $ 239.0500 | $ 231,400.40 |
| Sale | 3/5/2021 | (977) | $ 239.0500 | $ 233,551.85 |
| Sale | 3/5/2021 | (971) | $ 239.0500 | $ 232,117.55 |
| Sale | 3/5/2021 | (773) | $ 239.0500 | $ 184,785.65 |
| Purchase | 3/8/2021 | 944 | $ 226.0900 | ($ 213,428.96) |
| Purchase | 3/8/2021 | 945 | $ 226.0900 | ($ 213,655.05) |
| Purchase | 3/8/2021 | 939 | $ 226.0900 | ($ 212,298.51) |
| Purchase | 3/8/2021 | 831 | $ 226.0900 | ($ 187,880.79) |
| Purchase | 3/9/2021 | 157 | $ 241.7600 | ($ 37,956.32) |
| Purchase | 3/9/2021 | 76 | $ 241.7600 | ($ 18,373.76) |
| Purchase | 3/9/2021 | 1,102 | $ 240.8036 | ($ 265,365.57) |
| Purchase | 3/11/2021 | 1,201 | $ 253.8300 | ($ 304,849.83) |
| Sale | 3/11/2021 | (154) | $ 253.8300 | $ 39,089.82 |
| Sale | 3/11/2021 | (752) | $ 253.8300 | $ 190,880.16 |
| Purchase | 3/16/2021 | 210 | $ 249.3100 | ($ 52,355.10) |
| Purchase | 3/16/2021 | 28 | $ 249.3100 | ($ 6,980.68) |

| Purchase | 3/17/2021 | 42 | $ 251.4700 | ($ 10,561.74) |
|---|---|---|---|---|
| Purchase | 3/18/2021 | 111 | $ 238.4100 | ($ 26,463.51) |
| Purchase | 3/19/2021 | 374 | $ 240.1342 | ($ 89,810.19) |
| Purchase | 3/19/2021 | 1,916 | $ 241.2800 | ($ 462,292.48) |
| Purchase | 3/19/2021 | 1,561 | $ 241.2800 | ($ 376,638.08) |
| Purchase | 3/19/2021 | 100 | $ 241.2800 | ($ 24,128.00) |
| Sale | 3/22/2021 | (784) | $ 244.3850 | $ 191,597.84 |
| Sale | 3/22/2021 | (806) | $ 244.3850 | $ 196,974.31 |
| Sale | 3/22/2021 | (736) | $ 244.3850 | $ 179,867.36 |
| Sale | 3/22/2021 | (847) | $ 244.3850 | $ 206,994.10 |
| Sale | 3/24/2021 | (889) | $ 234.2700 | $ 208,266.03 |
| Purchase | 3/25/2021 | 257 | $ 234.2400 | ($ 60,199.68) |
| Purchase | 3/25/2021 | 648 | $ 233.2877 | ($ 151,170.43) |
| Purchase | 3/26/2021 | 155 | $ 241.0300 | ($ 37,359.65) |
| Purchase | 3/29/2021 | 1,143 | $ 241.6000 | ($ 276,148.80) |
| Purchase | 3/30/2021 | 103 | $ 235.2766 | ($ 24,233.49) |
| Purchase | 3/31/2021 | 2,092 | $ 240.5747 | ($ 503,282.27) |
| Purchase | 3/31/2021 | 63 | $ 238.1100 | ($ 15,000.93) |
| Purchase | 4/7/2021 | 241 | $ 255.6000 | ($ 61,599.60) |
| Purchase | 4/7/2021 | 137 | $ 253.2500 | ($ 34,695.25) |
| Sale | 4/8/2021 | (923) | $ 264.5000 | $ 244,133.50 |
| Purchase | 4/9/2021 | 190 | $ 266.7700 | ($ 50,686.30) |
| Purchase | 4/9/2021 | 24 | $ 263.1900 | ($ 6,316.56) |
| Sale | 4/9/2021 | (2,360) | $ 266.7700 | $ 629,577.20 |
| Sale | 4/9/2021 | (2,377) | $ 266.7700 | $ 634,112.29 |
| Sale | 4/9/2021 | (2,342) | $ 266.7700 | $ 624,775.34 |
| Purchase | 4/12/2021 | 99 | $ 264.7408 | ($ 26,209.34) |
| Purchase | 4/13/2021 | 89 | $ 275.4300 | ($ 24,513.27) |
| Purchase | 4/13/2021 | 68 | $ 271.0000 | ($ 18,428.00) |
| Purchase | 4/13/2021 | 280 | $ 275.4300 | ($ 77,120.40) |
| Sale | 4/13/2021 | (9,612) | $ 275.4300 | $ 2,647,433.16 |
| Sale | 4/13/2021 | (429) | $ 275.4300 | $ 118,159.47 |
| Purchase | 4/15/2021 | 155 | $ 274.0000 | ($ 42,470.00) |

| Purchase | 4/16/2021 | 314 | $ 269.8700 | ($ 84,739.18) |
| Purchase | 4/16/2021 | 397 | $ 269.8700 | ($ 107,138.39) |
| Purchase | 4/16/2021 | 679 | $ 269.8700 | ($ 183,241.73) |
| Purchase | 4/16/2021 | 87 | $ 269.8700 | ($ 23,478.69) |
| Purchase | 4/19/2021 | 1,254 | $ 267.9100 | ($ 335,959.14) |
| Purchase | 4/19/2021 | 3,621 | $ 267.9100 | ($ 970,102.11) |
| Purchase | 4/19/2021 | 3,564 | $ 267.9100 | ($ 954,831.24) |
| Purchase | 4/19/2021 | 3,602 | $ 267.9100 | ($ 965,011.82) |
| Purchase | 4/21/2021 | 134 | $ 259.9000 | ($ 34,826.60) |
| Purchase | 4/21/2021 | 91 | $ 264.8900 | ($ 24,104.99) |
| Purchase | 4/22/2021 | 125 | $ 266.5481 | ($ 33,318.51) |
| Purchase | 4/23/2021 | 601 | $ 266.0300 | ($ 159,884.03) |
| Purchase | 4/23/2021 | 602 | $ 266.0300 | ($ 160,150.06) |
| Purchase | 4/23/2021 | 593 | $ 266.0300 | ($ 157,755.79) |
| Purchase | 4/23/2021 | 96 | $ 260.9700 | ($ 25,053.12) |
| Purchase | 4/23/2021 | 808 | $ 266.0300 | ($ 214,952.24) |
| Purchase | 4/23/2021 | 445 | $ 266.0300 | ($ 118,383.35) |
| Purchase | 4/23/2021 | 826 | $ 266.0300 | ($ 219,740.78) |
| Purchase | 4/27/2021 | 400 | $ 268.7300 | ($ 107,492.00) |
| Sale | 4/30/2021 | (1,846) | $ 262.2900 | $ 484,187.34 |
| Sale | 4/30/2021 | (1,840) | $ 262.2900 | $ 482,613.60 |
| Sale | 4/30/2021 | (1,772) | $ 262.2900 | $ 464,777.88 |
| Sale | 4/30/2021 | (1,335) | $ 262.2900 | $ 350,157.15 |
| Purchase | 5/5/2021 | 1,406 | $ 254.8539 | ($ 358,324.58) |
| Purchase | 5/5/2021 | 220 | $ 254.8539 | ($ 56,067.86) |
| Purchase | 5/7/2021 | 112 | $ 253.3600 | ($ 28,376.32) |
| Purchase | 5/10/2021 | 240 | $ 243.6300 | ($ 58,471.20) |
| Purchase | 5/10/2021 | 250 | $ 243.6300 | ($ 60,907.50) |
| Purchase | 5/10/2021 | 113 | $ 249.7172 | ($ 28,218.04) |
| Purchase | 5/12/2021 | 1,131 | $ 243.6763 | ($ 275,597.90) |
| Purchase | 5/12/2021 | 79 | $ 243.2300 | ($ 19,215.17) |
| Purchase | 5/12/2021 | 1,946 | $ 239.9100 | ($ 466,864.86) |
| Purchase | 5/12/2021 | 278 | $ 239.9100 | ($ 66,694.98) |

| | | | | |
|---|---|---|---|---|
| Sale | 5/17/2021 | (1,159) | $ 244.3600 | $ 283,213.24 |
| Sale | 5/17/2021 | (1,220) | $ 244.3600 | $ 298,119.20 |
| Sale | 5/17/2021 | (1,295) | $ 244.3600 | $ 316,446.20 |
| Sale | 5/17/2021 | (910) | $ 244.3600 | $ 222,367.60 |
| Purchase | 5/18/2021 | 513 | $ 244.9606 | ($ 125,664.79) |
| Purchase | 5/18/2021 | 172 | $ 244.9142 | ($ 42,125.24) |
| Purchase | 5/19/2021 | 101 | $ 244.6300 | ($ 24,707.63) |
| Purchase | 5/19/2021 | 138 | $ 238.4600 | ($ 32,907.48) |
| Purchase | 5/20/2021 | 1,908 | $ 251.5400 | ($ 479,938.32) |
| Purchase | 5/20/2021 | 1,881 | $ 251.5400 | ($ 473,146.74) |
| Purchase | 5/20/2021 | 1,873 | $ 251.5400 | ($ 471,134.42) |
| Purchase | 5/20/2021 | 1,458 | $ 251.5400 | ($ 366,745.32) |
| Purchase | 5/21/2021 | 174 | $ 250.6900 | ($ 43,620.06) |
| Purchase | 5/25/2021 | 118 | $ 258.6500 | ($ 30,520.70) |
| Purchase | 5/25/2021 | 104 | $ 259.3092 | ($ 26,968.16) |
| Purchase | 5/28/2021 | 201 | $ 260.0200 | ($ 52,264.02) |
| Purchase | 6/1/2021 | 1,274 | $ 261.8202 | ($ 333,558.93) |
| Purchase | 6/1/2021 | 161 | $ 261.9899 | ($ 42,180.37) |
| Purchase | 6/2/2021 | 161 | $ 262.1700 | ($ 42,209.37) |
| Purchase | 6/3/2021 | 222 | $ 257.7900 | ($ 57,229.38) |
| Purchase | 6/4/2021 | 516 | $ 263.0400 | ($ 135,728.64) |
| Purchase | 6/8/2021 | 224 | $ 263.1500 | ($ 58,945.60) |
| Purchase | 6/8/2021 | 405 | $ 263.2162 | ($ 106,602.56) |
| Purchase | 6/9/2021 | 126 | $ 263.6000 | ($ 33,213.60) |
| Sale | 6/10/2021 | (116) | $ 269.4700 | $ 31,258.52 |
| Purchase | 6/11/2021 | 312 | $ 271.4500 | ($ 84,692.40) |
| Purchase | 6/11/2021 | 90 | $ 271.4500 | ($ 24,430.50) |
| Purchase | 6/11/2021 | 475 | $ 271.4500 | ($ 128,938.75) |
| Purchase | 6/11/2021 | 506 | $ 271.4500 | ($ 137,353.70) |
| Purchase | 6/11/2021 | 505 | $ 271.4500 | ($ 137,082.25) |
| Sale | 6/11/2021 | (1,689) | $ 271.4500 | $ 458,479.05 |
| Purchase | 6/17/2021 | 4,052 | $ 278.1100 | ($ 1,126,901.72) |
| Purchase | 6/17/2021 | 4,336 | $ 278.1100 | ($ 1,205,884.96) |

| | | | | |
|---|---|---|---|---|
| Purchase | 6/17/2021 | 4,355 | $ 278.1100 | ($ 1,211,169.05) |
| Purchase | 6/17/2021 | 282 | $ 278.1100 | ($ 78,427.02) |
| Purchase | 6/17/2021 | 2,201 | $ 278.1100 | ($ 612,120.11) |
| Purchase | 6/18/2021 | 1,998 | $ 283.3800 | ($ 566,193.24) |
| Purchase | 6/18/2021 | 3,166 | $ 283.3800 | ($ 897,181.08) |
| Purchase | 6/18/2021 | 3,162 | $ 283.3800 | ($ 896,047.56) |
| Purchase | 6/18/2021 | 3,163 | $ 283.3800 | ($ 896,330.94) |
| Purchase | 6/21/2021 | 488 | $ 283.1000 | ($ 138,152.80) |
| Purchase | 6/22/2021 | 84 | $ 286.7500 | ($ 24,087.00) |
| Purchase | 6/23/2021 | 87 | $ 288.1200 | ($ 25,066.44) |
| Purchase | 6/24/2021 | 96 | $ 293.2100 | ($ 28,148.16) |
| Purchase | 6/24/2021 | 135 | $ 290.7161 | ($ 39,246.67) |
| Sale | 6/24/2021 | (291) | $ 293.2100 | $ 85,324.11 |
| Sale | 6/24/2021 | (339) | $ 293.2100 | $ 99,398.19 |
| Sale | 6/24/2021 | (352) | $ 293.2100 | $ 103,209.92 |
| Sale | 6/24/2021 | (17,379) | $ 293.2100 | $ 5,095,696.59 |
| Sale | 6/24/2021 | (21,475) | $ 293.2100 | $ 6,296,684.75 |
| Sale | 6/24/2021 | (20,079) | $ 293.2100 | $ 5,887,363.59 |
| Sale | 6/24/2021 | (5,388) | $ 293.2100 | $ 1,579,815.48 |
| Sale of Pre-Class Shares | 6/24/2021 | (14,777) | $ 293.2100 | $ 4,332,764.17 |
| Purchase | 6/28/2021 | 116 | $ 293.6500 | ($ 34,063.40) |
| Purchase | 6/29/2021 | 280 | $ 292.7600 | ($ 81,972.80) |
| Purchase | 6/29/2021 | 81 | $ 292.7600 | ($ 23,713.56) |
| Purchase | 6/29/2021 | 245 | $ 292.4596 | ($ 71,652.60) |
| Purchase | 7/8/2021 | 82 | $ 295.0500 | ($ 24,194.10) |
| Purchase | 7/8/2021 | 264 | $ 291.4893 | ($ 76,953.18) |
| Purchase | 7/8/2021 | 435 | $ 295.0500 | ($ 128,346.75) |
| Sale | 7/8/2021 | (276) | $ 295.0500 | $ 81,433.80 |
| Sale | 7/8/2021 | (507) | $ 295.0500 | $ 149,590.35 |
| Sale | 7/8/2021 | (525) | $ 295.0500 | $ 154,901.25 |
| Sale | 7/8/2021 | (159) | $ 295.0500 | $ 46,912.95 |
| Purchase | 7/9/2021 | 5,111 | $ 296.1400 | ($ 1,513,571.54) |
| Purchase | 7/13/2021 | 160 | $ 301.1900 | ($ 48,190.40) |

| Purchase | 7/14/2021 | 78 | $ 300.7500 | ($ 23,458.50) |
| Purchase | 7/14/2021 | 242 | $ 303.1100 | ($ 73,352.62) |
| Purchase | 7/16/2021 | 1,259 | $ 294.6300 | ($ 370,939.17) |
| Purchase | 7/16/2021 | 1,258 | $ 294.6300 | ($ 370,644.54) |
| Purchase | 7/16/2021 | 1,277 | $ 294.6300 | ($ 376,242.51) |
| Purchase | 7/16/2021 | 1,155 | $ 294.6300 | ($ 340,297.65) |
| Purchase | 7/19/2021 | 929 | $ 294.8500 | ($ 273,915.65) |
| Purchase | 7/19/2021 | 80 | $ 294.8500 | ($ 23,588.00) |
| Purchase | 7/29/2021 | 144 | $ 287.6895 | ($ 41,427.29) |
| Purchase | 7/29/2021 | 345 | $ 283.1700 | ($ 97,693.65) |
| Purchase | 7/30/2021 | 109 | $ 275.5300 | ($ 30,032.77) |
| Purchase | 7/30/2021 | 3,071 | $ 279.1337 | ($ 857,219.59) |
| Sale | 7/30/2021 | (489) | $ 275.5300 | $ 134,734.17 |
| Sale | 7/30/2021 | (814) | $ 275.5300 | $ 224,281.42 |
| Sale | 7/30/2021 | (957) | $ 275.5300 | $ 263,682.21 |
| Sale | 7/30/2021 | (623) | $ 275.5300 | $ 171,655.19 |
| Purchase | 8/2/2021 | 499 | $ 276.0900 | ($ 137,768.91) |
| Purchase | 8/5/2021 | 1,543 | $ 280.6700 | ($ 433,073.81) |
| Purchase | 8/5/2021 | 1,457 | $ 280.6700 | ($ 408,936.19) |
| Purchase | 8/5/2021 | 1,503 | $ 280.6700 | ($ 421,847.01) |
| Purchase | 8/5/2021 | 445 | $ 280.6700 | ($ 124,898.15) |
| Purchase | 8/5/2021 | 202 | $ 280.6700 | ($ 56,695.34) |
| Purchase | 8/5/2021 | 330 | $ 280.6700 | ($ 92,621.10) |
| Purchase | 8/5/2021 | 502 | $ 280.6700 | ($ 140,896.34) |
| Purchase | 8/5/2021 | 1,161 | $ 280.6700 | ($ 325,857.87) |
| Sale | 8/5/2021 | (109) | $ 280.6700 | $ 30,593.03 |
| Purchase | 8/9/2021 | 2,614 | $ 280.5044 | ($ 733,238.50) |
| Purchase | 8/10/2021 | 195 | $ 277.1249 | ($ 54,039.36) |
| Purchase | 8/10/2021 | 699 | $ 278.4459 | ($ 194,633.68) |
| Purchase | 8/10/2021 | 350 | $ 278.9600 | ($ 97,636.00) |
| Purchase | 8/11/2021 | 68 | $ 276.4100 | ($ 18,795.88) |
| Sale | 8/12/2021 | (12,152) | $ 274.5900 | $ 3,336,817.68 |
| Purchase | 8/13/2021 | 885 | $ 274.9100 | ($ 243,295.35) |

| Purchase | 8/13/2021 | 93 | $ 274.9100 | ($ 25,566.63) |
|---|---|---|---|---|
| Purchase | 8/13/2021 | 826 | $ 274.9100 | ($ 227,075.66) |
| Purchase | 8/13/2021 | 871 | $ 274.9100 | ($ 239,446.61) |
| Purchase | 8/13/2021 | 495 | $ 274.9100 | ($ 136,080.45) |
| Purchase | 8/16/2021 | 1,200 | $ 278.2800 | ($ 333,936.00) |
| Purchase | 8/16/2021 | 1,222 | $ 278.2800 | ($ 340,058.16) |
| Purchase | 8/16/2021 | 1,183 | $ 278.2800 | ($ 329,205.24) |
| Purchase | 8/16/2021 | 478 | $ 278.2800 | ($ 133,017.84) |
| Purchase | 8/19/2021 | 3,614 | $ 266.9300 | ($ 964,685.02) |
| Purchase | 8/19/2021 | 549 | $ 270.5800 | ($ 148,548.42) |
| Purchase | 8/23/2021 | 1,067 | $ 275.8612 | ($ 294,343.90) |
| Purchase | 8/26/2021 | 106 | $ 273.6200 | ($ 29,003.72) |
| Purchase | 8/31/2021 | 371 | $ 287.3622 | ($ 106,611.38) |
| Purchase | 9/7/2021 | 123 | $ 293.2600 | ($ 36,070.98) |
| Purchase | 9/8/2021 | 183 | $ 291.5891 | ($ 53,360.81) |
| Purchase | 9/13/2021 | 13,712 | $ 280.4900 | ($ 3,846,078.88) |
| Purchase | 9/15/2021 | 71 | $ 282.4300 | ($ 20,052.53) |
| Purchase | 9/16/2021 | 506 | $ 282.9700 | ($ 143,182.82) |
| Purchase | 9/16/2021 | 423 | $ 282.9700 | ($ 119,696.31) |
| Purchase | 9/16/2021 | 429 | $ 282.9700 | ($ 121,394.13) |
| Purchase | 9/16/2021 | 3,828 | $ 283.0361 | ($ 1,083,462.19) |
| Purchase | 9/16/2021 | 93 | $ 282.9700 | ($ 26,316.21) |
| Sale | 9/20/2021 | (2,197) | $ 269.9100 | $ 592,992.27 |
| Sale | 9/20/2021 | (2,365) | $ 269.9100 | $ 638,337.15 |
| Sale | 9/20/2021 | (2,458) | $ 269.9100 | $ 663,438.78 |
| Sale | 9/20/2021 | (3,249) | $ 269.9100 | $ 876,937.59 |
| Purchase | 9/22/2021 | 122 | $ 272.3400 | ($ 33,225.48) |
| Sale | 9/22/2021 | (185) | $ 272.3400 | $ 50,382.90 |
| Purchase | 9/24/2021 | 1,894 | $ 275.7869 | ($ 522,340.39) |
| Purchase | 9/28/2021 | 5,707 | $ 270.0000 | ($ 1,540,890.00) |
| Purchase | 9/30/2021 | 307 | $ 260.2100 | ($ 79,884.47) |
| Purchase | 9/30/2021 | 271 | $ 260.2100 | ($ 70,516.91) |
| Purchase | 9/30/2021 | 229 | $ 260.2100 | ($ 59,588.09) |

| | | | | |
|---|---|---|---|---|
| Purchase | 9/30/2021 | 183 | $ 260.2100 | ($ 47,618.43) |
| Purchase | 9/30/2021 | 299 | $ 260.2100 | ($ 77,802.79) |
| Sale | 9/30/2021 | (532) | $ 260.2100 | $ 138,431.72 |
| Sale | 9/30/2021 | (682) | $ 260.2100 | $ 177,463.22 |
| Sale | 9/30/2021 | (697) | $ 260.2100 | $ 181,366.37 |
| Sale | 9/30/2021 | (2,175) | $ 260.2100 | $ 565,956.75 |
| Purchase | 10/4/2021 | 1,183 | $ 262.0500 | ($ 310,005.15) |
| Purchase | 10/4/2021 | 413 | $ 259.7133 | ($ 107,261.59) |
| Purchase | 10/6/2021 | 687 | $ 264.0600 | ($ 181,409.22) |
| Purchase | 10/6/2021 | 664 | $ 264.0600 | ($ 175,335.84) |
| Purchase | 10/6/2021 | 742 | $ 264.0600 | ($ 195,932.52) |
| Purchase | 10/6/2021 | 67 | $ 264.0600 | ($ 17,692.02) |
| Purchase | 10/6/2021 | 544 | $ 264.0600 | ($ 143,648.64) |
| Sale | 10/6/2021 | (178) | $ 264.0600 | $ 47,002.68 |
| Purchase | 10/11/2021 | 116 | $ 255.0500 | ($ 29,585.80) |
| Purchase | 10/11/2021 | 385 | $ 260.4440 | ($ 100,270.94) |
| Purchase | 10/13/2021 | 99 | $ 256.3600 | ($ 25,379.64) |
| Purchase | 10/14/2021 | 120 | $ 266.4500 | ($ 31,974.00) |
| Purchase | 10/15/2021 | 842 | $ 266.2638 | ($ 224,194.12) |
| Purchase | 10/19/2021 | 272 | $ 271.7000 | ($ 73,902.40) |
| Purchase | 10/19/2021 | 137 | $ 271.7000 | ($ 37,222.90) |
| Purchase | 10/21/2021 | 745 | $ 243.2100 | ($ 181,191.45) |
| Purchase | 10/21/2021 | 735 | $ 243.2100 | ($ 178,759.35) |
| Purchase | 10/21/2021 | 700 | $ 243.2100 | ($ 170,247.00) |
| Purchase | 10/21/2021 | 427 | $ 251.7318 | ($ 107,489.48) |
| Purchase | 10/21/2021 | 90 | $ 243.2100 | ($ 21,888.90) |
| Purchase | 10/21/2021 | 690 | $ 243.2100 | ($ 167,814.90) |
| Purchase | 10/22/2021 | 110 | $ 240.4000 | ($ 26,444.00) |
| Purchase | 10/22/2021 | 5,993 | $ 244.7007 | ($ 1,466,491.30) |
| Purchase | 10/27/2021 | 769 | $ 243.9600 | ($ 187,605.24) |
| Purchase | 10/28/2021 | 113 | $ 236.8300 | ($ 26,761.79) |
| Purchase | 10/29/2021 | 552 | $ 232.5900 | ($ 128,389.68) |
| Purchase | 10/29/2021 | 881 | $ 232.5900 | ($ 204,911.79) |

| Purchase | 10/29/2021 | 938 | $ 232.5900 | ($ 218,169.42) |
|---|---|---|---|---|
| Purchase | 10/29/2021 | 899 | $ 232.5900 | ($ 209,098.41) |
| Purchase | 10/29/2021 | 2,893 | $ 232.5900 | ($ 672,882.87) |
| Purchase | 10/29/2021 | 451 | $ 237.4945 | ($ 107,110.02) |
| Sale | 10/29/2021 | (1,286) | $ 232.5900 | $ 299,110.74 |
| Sale | 10/29/2021 | (1,163) | $ 232.5900 | $ 270,502.17 |
| Sale | 10/29/2021 | (1,419) | $ 232.5900 | $ 330,045.21 |
| Sale | 10/29/2021 | (1,442) | $ 232.5900 | $ 335,394.78 |
| Sale | 11/2/2021 | (112) | $ 229.4600 | $ 25,699.52 |
| Purchase | 11/3/2021 | 171 | $ 230.3800 | ($ 39,394.98) |
| Purchase | 11/8/2021 | 187 | $ 229.4200 | ($ 42,901.54) |
| Purchase | 11/8/2021 | 1,369 | $ 227.7500 | ($ 311,789.75) |
| Purchase | 11/9/2021 | 102 | $ 205.4200 | ($ 20,952.84) |
| Purchase | 11/9/2021 | 9,327 | $ 204.0989 | ($ 1,903,630.44) |
| Purchase | 11/9/2021 | 177 | $ 205.4200 | ($ 36,359.34) |
| Sale | 11/9/2021 | (497) | $ 205.4200 | $ 102,093.74 |
| Sale | 11/9/2021 | (416) | $ 205.4200 | $ 85,454.72 |
| Sale | 11/9/2021 | (333) | $ 205.4200 | $ 68,404.86 |
| Sale | 11/9/2021 | (504) | $ 205.4200 | $ 103,531.68 |
| Purchase | 11/12/2021 | 1,381 | $ 203.3600 | ($ 280,840.16) |
| Purchase | 11/15/2021 | 110 | $ 212.5400 | ($ 23,379.40) |
| Sale | 11/15/2021 | (30,200) | $ 212.5400 | $ 6,418,708.00 |
| Purchase | 11/16/2021 | 7,889 | $ 214.6771 | ($ 1,693,587.64) |
| Sale | 11/16/2021 | (355) | $ 215.6700 | $ 76,562.85 |
| Sale | 11/16/2021 | (809) | $ 215.6700 | $ 174,477.03 |
| Sale | 11/16/2021 | (917) | $ 215.6700 | $ 197,769.39 |
| Sale | 11/16/2021 | (917) | $ 215.6700 | $ 197,769.39 |
| Purchase | 11/17/2021 | 605 | $ 206.2700 | ($ 124,793.35) |
| Purchase | 11/17/2021 | 1,454 | $ 206.2700 | ($ 299,916.58) |
| Purchase | 11/17/2021 | 1,449 | $ 206.2700 | ($ 298,885.23) |
| Purchase | 11/17/2021 | 1,441 | $ 206.2700 | ($ 297,235.07) |
| Purchase | 11/22/2021 | 118 | $ 189.4800 | ($ 22,358.64) |
| Purchase | 11/22/2021 | 1,025 | $ 190.3108 | ($ 195,068.57) |

| Purchase | 11/26/2021 | 6,351 | $ 187.8228 | ($ 1,192,862.60) |
| Purchase | 11/26/2021 | 837 | $ 187.6038 | ($ 157,024.38) |
| Purchase | 11/29/2021 | 187 | $ 187.2400 | ($ 35,013.88) |
| Purchase | 11/30/2021 | 120 | $ 184.8900 | ($ 22,186.80) |
| Purchase | 12/2/2021 | 10,915 | $ 187.1500 | ($ 2,042,742.25) |
| Purchase | 12/2/2021 | 11,184 | $ 187.1500 | ($ 2,093,085.60) |
| Purchase | 12/2/2021 | 10,924 | $ 187.1500 | ($ 2,044,426.60) |
| Purchase | 12/2/2021 | 5,082 | $ 187.1500 | ($ 951,096.30) |
| Sale | 12/2/2021 | (256) | $ 187.1500 | $ 47,910.40 |
| Purchase | 12/3/2021 | 1,085 | $ 183.9300 | ($ 199,564.05) |
| Purchase | 12/3/2021 | 1,683 | $ 183.9300 | ($ 309,554.19) |
| Purchase | 12/3/2021 | 1,681 | $ 183.9300 | ($ 309,186.33) |
| Purchase | 12/3/2021 | 1,725 | $ 183.9300 | ($ 317,279.25) |
| Purchase | 12/8/2021 | 852 | $ 193.4654 | ($ 164,832.52) |
| Sale | 12/13/2021 | (1,740) | $ 186.3800 | $ 324,301.20 |
| Sale | 12/13/2021 | (1,332) | $ 186.3800 | $ 248,258.16 |
| Purchase | 12/15/2021 | 230 | $ 190.6600 | ($ 43,851.80) |
| Purchase | 12/16/2021 | 1,566 | $ 188.7500 | ($ 295,582.50) |
| Purchase | 12/16/2021 | 411 | $ 188.7500 | ($ 77,576.25) |
| Purchase | 12/16/2021 | 340 | $ 188.7500 | ($ 64,175.00) |
| Purchase | 12/16/2021 | 277 | $ 188.7500 | ($ 52,283.75) |
| Purchase | 12/16/2021 | 362 | $ 188.7500 | ($ 68,327.50) |
| Purchase | 12/16/2021 | 5,000 | $ 188.7500 | ($ 943,750.00) |
| Purchase | 12/16/2021 | 2,425 | $ 188.7500 | ($ 457,718.75) |
| Purchase | 12/17/2021 | 647 | $ 184.0749 | ($ 119,096.46) |
| Sale | 12/22/2021 | (20,232) | $ 191.6800 | $ 3,878,069.76 |
| Sale | 12/22/2021 | (26,145) | $ 191.6800 | $ 5,011,473.60 |
| Sale | 12/22/2021 | (26,167) | $ 191.6800 | $ 5,015,690.56 |
| Sale | 12/22/2021 | (26,306) | $ 191.6800 | $ 5,042,334.08 |
| Sale | 12/22/2021 | (455) | $ 191.6800 | $ 87,214.40 |
| Sale | 12/22/2021 | (392) | $ 191.6800 | $ 75,138.56 |
| Sale | 12/22/2021 | (208) | $ 191.6800 | $ 39,869.44 |
| Sale | 12/22/2021 | (119) | $ 191.6800 | $ 22,809.92 |

| | | | | |
|---|---|---|---|---|
| Purchase | 12/28/2021 | 81 | $ 190.1000 | ($ 15,398.10) |
| Purchase | 12/29/2021 | 2,814 | $ 189.7800 | ($ 534,040.92) |
| Purchase | 12/29/2021 | 470 | $ 189.7800 | ($ 89,196.60) |
| Purchase | 12/31/2021 | 4,947 | $ 191.3900 | ($ 946,806.33) |
| Purchase | 1/3/2022 | 173 | $ 194.9400 | ($ 33,724.62) |
| Purchase | 1/5/2022 | 262 | $ 189.9893 | ($ 49,777.20) |
| Purchase | 1/6/2022 | 806 | $ 192.2700 | ($ 154,969.62) |
| Purchase | 1/6/2022 | 1,072 | $ 192.2700 | ($ 206,113.44) |
| Purchase | 1/6/2022 | 1,232 | $ 192.2700 | ($ 236,876.64) |
| Purchase | 1/6/2022 | 690 | $ 192.2700 | ($ 132,666.30) |
| Purchase | 1/6/2022 | 1,349 | $ 192.2700 | ($ 259,372.23) |
| Purchase | 1/6/2022 | 169 | $ 192.2700 | ($ 32,493.63) |
| Purchase | 1/6/2022 | 430 | $ 192.2700 | ($ 82,676.10) |
| Purchase | 1/6/2022 | 1,393 | $ 192.2700 | ($ 267,832.11) |
| Purchase | 1/11/2022 | 74 | $ 191.5200 | ($ 14,172.48) |
| Purchase | 1/11/2022 | 984 | $ 183.3154 | ($ 180,382.35) |
| Purchase | 1/11/2022 | 182 | $ 191.5200 | ($ 34,856.64) |
| Sale | 1/13/2022 | (195) | $ 181.0100 | $ 35,296.95 |
| Sale | 1/13/2022 | (926) | $ 181.0100 | $ 167,615.26 |
| Sale | 1/13/2022 | (608) | $ 181.0100 | $ 110,054.08 |
| Sale | 1/13/2022 | (244) | $ 181.0100 | $ 44,166.44 |
| Purchase | 1/14/2022 | 1,154 | $ 178.4200 | ($ 205,896.68) |
| Purchase | 1/14/2022 | 1,731 | $ 178.4200 | ($ 308,845.02) |
| Purchase | 1/14/2022 | 1,731 | $ 178.4200 | ($ 308,845.02) |
| Purchase | 1/14/2022 | 283 | $ 178.4200 | ($ 50,492.86) |
| Purchase | 1/14/2022 | 1,731 | $ 178.4200 | ($ 308,845.02) |
| Purchase | 1/18/2022 | 198 | $ 174.4600 | ($ 34,543.08) |
| Purchase | 1/18/2022 | 250 | $ 174.4600 | ($ 43,615.00) |
| Purchase | 1/19/2022 | 716 | $ 174.1234 | ($ 124,672.35) |
| Purchase | 1/20/2022 | 1,029 | $ 173.2800 | ($ 178,305.12) |
| Purchase | 1/20/2022 | 1,573 | $ 173.2800 | ($ 272,569.44) |
| Purchase | 1/20/2022 | 339 | $ 173.2800 | ($ 58,741.92) |
| Purchase | 1/20/2022 | 309 | $ 173.2800 | ($ 53,543.52) |

| | | | | |
|---|---|---|---|---|
| Purchase | 1/20/2022 | 200 | $ 173.2800 | ($ 34,656.00) |
| Purchase | 1/20/2022 | 1,144 | $ 173.2800 | ($ 198,232.32) |
| Sale | 1/20/2022 | (344) | $ 173.2800 | $ 59,608.32 |
| Sale | 1/20/2022 | (431) | $ 173.2800 | $ 74,683.68 |
| Sale | 1/20/2022 | (401) | $ 173.2800 | $ 69,485.28 |
| Purchase | 1/21/2022 | 2,046 | $ 163.5400 | ($ 334,602.84) |
| Purchase | 1/21/2022 | 2,611 | $ 163.5400 | ($ 427,002.94) |
| Purchase | 1/21/2022 | 2,540 | $ 163.5400 | ($ 415,391.60) |
| Purchase | 1/21/2022 | 2,660 | $ 163.5400 | ($ 435,016.40) |
| Purchase | 1/21/2022 | 128 | $ 163.5400 | ($ 20,933.12) |
| Sale | 1/21/2022 | (690) | $ 163.5400 | $ 112,842.60 |
| Sale | 1/21/2022 | (1,025) | $ 163.5400 | $ 167,628.50 |
| Sale | 1/21/2022 | (1,016) | $ 163.5400 | $ 166,156.64 |
| Sale | 1/21/2022 | (1,432) | $ 163.5400 | $ 234,189.28 |
| Purchase | 1/25/2022 | 558 | $ 158.2000 | ($ 88,275.60) |
| Purchase | 1/26/2022 | 273 | $ 156.9800 | ($ 42,855.54) |
| Purchase | 1/27/2022 | 1,376 | $ 158.1100 | ($ 217,559.36) |
| Purchase | 1/27/2022 | 3,243 | $ 158.1100 | ($ 512,750.73) |
| Purchase | 1/27/2022 | 3,354 | $ 158.1100 | ($ 530,300.94) |
| Purchase | 1/27/2022 | 3,132 | $ 158.1100 | ($ 495,200.52) |
| Purchase | 1/27/2022 | 1,909 | $ 158.4709 | ($ 302,520.95) |
| Sale | 1/27/2022 | (160) | $ 158.1100 | $ 25,297.60 |
| Purchase | 1/28/2022 | 287 | $ 163.5200 | ($ 46,930.24) |
| Purchase | 2/1/2022 | 100 | $ 175.8000 | ($ 17,580.00) |
| Sale | 2/1/2022 | (1,292) | $ 175.8000 | $ 227,133.60 |
| *Purchase in Lookback Period* | *2/2/2022* | *355* | *$ 132.5700* | *($ 47,062.35)* |
| *Purchase in Lookback Period* | *2/3/2022* | *170* | *$ 124.3000* | *($ 21,131.00)* |
| *Purchase in Lookback Period* | *2/3/2022* | *1,835* | *$ 127.4753* | *($ 233,917.18)* |
| *Purchase in Lookback Period* | *2/4/2022* | *766* | *$ 122.8801* | *($ 94,126.16)* |
| *Purchase in Lookback Period* | *2/4/2022* | *91* | *$ 123.2566* | *($ 11,216.35)* |
| *Purchase in Lookback Period* | *2/7/2022* | *1,353* | *$ 125.4229* | *($ 169,697.18)* |
| *Purchase in Lookback Period* | *2/7/2022* | *228* | *$ 121.4100* | *($ 27,681.48)* |
| *Purchase in Lookback Period* | *2/9/2022* | *256* | *$ 122.9400* | *($ 31,472.64)* |

| Purchase in Lookback Period | 2/10/2022 | 718 | $ 119.0200 | ($ 85,456.36) |
|---|---|---|---|---|
| Purchase in Lookback Period | 2/10/2022 | 718 | $ 119.0200 | ($ 85,456.36) |
| Purchase in Lookback Period | 2/10/2022 | 718 | $ 119.0200 | ($ 85,456.36) |
| Purchase in Lookback Period | 2/10/2022 | 718 | $ 119.0200 | ($ 85,456.36) |
| Sale of Shares Purchased in Lookback Period | 2/10/2022 | (716) | $ 119.0200 | $ 85,218.32 |
| Sale of Shares Purchased in Lookback Period | 2/10/2022 | (2,154) | $ 119.0200 | $ 256,369.08 |
| Sale of Shares Purchased in Lookback Period | 2/10/2022 | (810) | $ 119.0200 | $ 96,406.20 |
| Sale of Shares Purchased in Lookback Period | 2/10/2022 | (248) | $ 119.0200 | $ 29,516.96 |
| Purchase in Lookback Period | 2/11/2022 | 291 | $ 115.2900 | ($ 33,549.39) |
| Sale of Shares Purchased in Lookback Period | 2/14/2022 | (703) | $ 114.1200 | $ 80,226.36 |
| Purchase in Lookback Period | 2/15/2022 | 198 | $ 115.4600 | ($ 22,861.08) |
| Purchase in Lookback Period | 2/16/2022 | 197 | $ 110.5400 | ($ 21,776.38) |
| Sale of Shares Purchased in Lookback Period | 2/17/2022 | (359) | $ 105.2000 | $ 37,766.80 |
| Sale of Shares Purchased in Lookback Period | 2/17/2022 | (458) | $ 105.2000 | $ 48,181.60 |
| Sale of Shares Purchased in Lookback Period | 2/17/2022 | (587) | $ 105.2000 | $ 61,752.40 |
| Sale of Shares Purchased in Lookback Period | 2/17/2022 | (353) | $ 105.2000 | $ 37,135.60 |
| Sale of Shares Purchased in Lookback Period | 2/17/2022 | (540) | $ 105.2000 | $ 56,808.00 |
| Sale of Shares Purchased in Lookback Period | 2/17/2022 | (539) | $ 105.2000 | $ 56,702.80 |
| Sale of Shares Purchased in Lookback Period | 2/17/2022 | (596) | $ 105.2000 | $ 62,699.20 |
| Sale of Shares Purchased in Lookback Period | 2/17/2022 | (549) | $ 105.2000 | $ 57,754.80 |
| Sale of Class Shares in Lookback Period | 2/17/2022 | (1,631) | $ 118.9325 | $ 193,978.91 |
| Sale of Class Shares in Lookback Period | 2/24/2022 | (1,444) | $ 114.9844 | $ 166,037.44 |
| Sale of Class Shares in Lookback Period | 2/24/2022 | (2,408) | $ 114.9844 | $ 276,882.38 |
| Sale of Class Shares in Lookback Period | 2/24/2022 | (6,538) | $ 114.9844 | $ 751,767.84 |
| Sale of Class Shares in Lookback Period | 2/24/2022 | (2,280) | $ 114.9844 | $ 262,164.38 |
| Sale of Class Shares in Lookback Period | 2/24/2022 | (2,314) | $ 114.9844 | $ 266,073.84 |
| Purchase in Lookback Period | 2/25/2022 | 212 | $ 110.9400 | ($ 23,519.28) |
| Purchase in Lookback Period | 2/25/2022 | 348 | $ 110.9400 | ($ 38,607.12) |
| Purchase in Lookback Period | 2/25/2022 | 309 | $ 110.9400 | ($ 34,280.46) |
| Purchase in Lookback Period | 2/25/2022 | 456 | $ 110.9400 | ($ 50,588.64) |
| Sale of Shares Purchased in Lookback Period | 3/3/2022 | (1,325) | $ 101.3400 | $ 134,275.50 |
| Sale of Class Shares in Lookback Period | 3/3/2022 | (16,834) | $ 113.1943 | $ 1,905,512.61 |
| Sale of Class Shares in Lookback Period | 3/3/2022 | (20,044) | $ 113.1943 | $ 2,268,866.26 |

| (Loss)/Gain for KBC Equity Fund[b] | | | | ($ 6,462,025.38) |
|---|---|---|---|---|

**KBC Institutional Investment Global Growth DBI**

| Transaction Type | Date | Quantity | Price[a] | Amount |
|---|---|---|---|---|
| Pre-Class Shares | | 14,819 | | |
| Purchase | 2/26/2021 | 1,603 | $ 257.7700 | ($ 413,205.31) |
| Purchase | 3/5/2021 | 866 | $ 232.6867 | ($ 201,506.68) |
| Purchase | 3/19/2021 | 888 | $ 240.1342 | ($ 213,239.17) |
| Purchase | 3/29/2021 | 438 | $ 241.6000 | ($ 105,820.80) |
| Purchase | 5/10/2021 | 1,801 | $ 247.1284 | ($ 445,078.25) |
| Purchase | 5/18/2021 | 483 | $ 245.0134 | ($ 118,341.47) |
| Purchase | 7/2/2021 | 492 | $ 290.7502 | ($ 143,049.10) |
| Purchase | 7/29/2021 | 966 | $ 287.5923 | ($ 277,814.16) |
| Purchase | 8/10/2021 | 2,322 | $ 278.9600 | ($ 647,745.12) |
| Purchase | 8/27/2021 | 1,240 | $ 277.4381 | ($ 344,023.24) |
| Purchase | 9/17/2021 | 2,662 | $ 280.2605 | ($ 746,053.45) |
| Purchase | 9/22/2021 | 5,137 | $ 270.8123 | ($ 1,391,162.79) |
| Purchase | 10/6/2021 | 3,027 | $ 259.1071 | ($ 784,317.19) |
| Purchase | 10/22/2021 | 2,609 | $ 244.7007 | ($ 638,424.13) |
| Purchase | 10/27/2021 | 2,418 | $ 243.9600 | ($ 589,895.28) |
| Purchase | 11/8/2021 | 3,611 | $ 227.7257 | ($ 822,317.50) |
| Purchase | 11/18/2021 | 5,116 | $ 205.3002 | ($ 1,050,315.82) |
| Purchase | 1/14/2022 | 5,334 | $ 181.0508 | ($ 965,724.97) |
| Purchase | 1/25/2022 | 2,926 | $ 158.2128 | ($ 462,930.65) |
| *Purchase in Lookback Period* | *2/4/2022* | *275* | *$ 123.2456* | *($ 33,892.54)* |
| *Purchase in Lookback Period* | *2/7/2022* | *2,931* | *$ 125.9006* | *($ 369,014.66)* |
| *Purchase in Lookback Period* | *3/24/2022* | *95* | *$ 113.7900* | *($ 10,810.05)* |
| Net Proceeds of Transactions | | | | ($ 10,360,965.09) |
| Value of 43,939 retained shares @ $ 107.4865 per share | | | | $ 4,722,847.20 |
| (Loss)/Gain for KBC Institutional Investment Global Growth DBI[b] | | | | ($ 5,638,117.89) |

| Grand Total for 3 Funds | | | | |
|---|---|---|---|---|
| (Loss)/Gain[b] | | | | ($ 14,902,723.16) |

[a] Any shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

[b] Losses calculated on a last-in first-out (LIFO) basis.