# Exhibit D

**DECLARATION OF ASSIGNMENT BY HORIZON NV
TO KBC ASSET MANAGEMENT NV**

We, Kris Leyssens and Patrick Dallemagne, hereby declare as follows:

1.    We are the representatives of Horizon NV (the "Fund") and we have personal knowledge of all matters stated herein.

2.    The Fund is governed by Belgian law.

3.    On or about December 5, 2022, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against PayPal Holdings, Inc. (the "Lawsuit").

4.    KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds, against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 2nd day of December, 2022.

For Horizon NV (Assignor):

Kris Leyssens (Dec 3, 2022 18:17 GMT+1)

Kris Leyssens
Director

Patrick Dallemagne
President of the Board of Directors

For KBC Management NV (Assignee):

Chris Sterckx (Dec 2, 2022 16:56 GMT+1)

Chris Sterckx
Executive Director

Frank Van de Vel (Dec 2, 2022 17:15 GMT+1)

Frank Van de Vel
Executive Director

## DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND NV
## <u>TO KBC ASSET MANAGEMENT NV</u>

We, Peter Van Vught and Patrick Dallemagne, hereby declare as follows:

1.  We are the representatives of KBC Equity Fund NV (the "Fund") and we have personal knowledge of all matters stated herein.

2.  The Fund is governed by Belgian law.

3.  On or about December 5, 2022, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against PayPal Holdings, Inc. (the "Lawsuit").

4.  KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds, against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 2nd day of December, 2022.

For KBC Equity Fund (Assignor):


*Peter van Vught*
Peter van Vught (Dec 5, 2022 08:44 GMT+1)

Peter Van Vught
Director

Patrick Dallemagne
President of the Board of Directors


For KBC Management NV (Assignee):


Chris Sterckx (Dec 3, 2022 17:17 GMT+1)

Chris Sterckx
Executive Director

Frank Van de Vel (Dec 2, 2022 17:13 GMT+1)

Frank Van de Vel
Executive Director

**DECLARATION OF ASSIGNMENT BY KBC INSTITUTIONAL INVESTORS
TO KBC ASSET MANAGEMENT NV**

We, Geert Rosiers and Hilde Reijnaert, hereby declare as follows:

1.    We are the representatives of KBC Institutional Investors (the "Fund") and we have personal knowledge of all matters stated herein.

2.    The Fund is governed by Belgian law.

3.    On or about December 5, 2022, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against PayPal Holdings, Inc. (the "Lawsuit").

4.    KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds, against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 2nd  day of December, 2022.

For KBC Institutional Investors (Assignor):

_____
Geert Rosiers (Dec 5, 2022 06:51 GMT+1)

Geert Rosiers
Director

_____
Hilde Reijnaert (Dec 3, 2022 20:38 GMT+1)

Hilde Reijnaert
Director

For KBC Management NV (Assignee):

_____
Chris Sterckx (Dec 5, 2022 08:26 GMT+1)

Chris Sterckx
Executive Director

_____
Frank Van de Vel (Dec 2, 2022 17:22 GMT+1)

Frank Van de Vel
Executive Director