# Exhibit G

# SHAREHOLDER AND SECURITIES FRAUD RESUME



# INTRODUCTION

*Founded as a trial lawyers' rm with a complex litigation ocus by Ron Motley, Joe Rice and nearly 50 other lawyers, Motley Rice LLC has become one of the nation's largest plainti s' law rms.*

Motley Rice LLC ("Motley Rice") is led by lawyers who received their training and trial experience in complex litigation involving in-depth investigations, discovery battles and multi-week trials.

From asbestos and tobacco to counter-terrorism and human rights cases, Motley Rice attorneys have shaped developments in U.S. jurisprudence over several decades. Shareholder litigation has earned an increasing portion o our rm's ocus in recent years as threats to global retirement security have increased. Motley Rice seeks to create a better, more secure future for pensioners, unions, government entities and institutional investors through improved corporate governance and accountability.

## APPROACH TO SECURITIES LITIGATION

As concerns about our global nancial system have intensi ed, so has our focus on securities litigation as a practice area. As one presenter at the 2009 International Foundation of Employee Bene t Plans annual con erence noted, "2008 likely will go down in history as one of the worst years for retirement security in the United States."

Our securities litigation philosophy is straightforward – obtain the best possible results for our clients and any class of investors we represent. Unlike some other rms, we are extremely selective about the cases that we recommend our clients pursue, recognizing that many securities raud class action cases led each year are unworthy o an institutional investor's involvement for a variety of reasons.

Our attorneys have substantial experience analyzing securities cases and advising institutional investor clients, whether to seek lead-plaintiff appointment (alone or with a similarly-minded group), remain an absent class member, or consider an opt-out case based on the particular factual and legal circumstances of the case.

When analyzing new lings, our attorneys draw upon their securities, business, and litigation experience, which is supplemented by our in-house team of paralegals and business analysts. In addition, the rm has developed close working relationships with widely-respected forensic accountants and expert witnesses, whose involvement at the earliest stages of complex cases can be critical to determining the best course of action. If Motley Rice believes that a case deserves an institutional investor's involvement, we provide our clients with a detailed written analysis of potential claims and loss-recoupment strategies.

Motley Rice attorneys have secured important corporate governance reforms and returned money to shareholders in shareholder derivative cases, served as lead or co-lead counsel in several signi cant, multi-million dollar securities raud class actions, and taken leadership roles in cases involving duciaries who ailed to maximize shareholder value and ul ll disclosure obligations in a variety of merger and acquisition cases.



# OUR BACKGROUND IN COMPLEX LITIGATION

Motley Rice attorneys have been at the forefront of some of the most significant and monumental civil actions over the last 30 years. Our experience in complex trial litigation includes class actions and individual cases involving securities and consumer fraud, occupational disease and toxic tort, medical drugs and devices, environmental damage, terrorist attacks and human rights abuses.

### Tobacco Master Settlement Agreement

In the 1990s, Motley Rice attorneys and more than half of the states' attorneys general took on the tobacco industry. Armed with evidence acquired from whistleblowers, individual smokers' cases and tobacco liability class actions, the attorneys led the campaign in the courtroom and at the negotiation table to recoup state healthcare funds and exact marketing restrictions from cigarette manufacturers. The effort resulted in significant restrictions on cigarette marketing to children and culminated in the $246 billion Master Settlement Agreement, the largest civil settlement in U.S. history.

### Asbestos Litigation

From the beginning, our lawyers were integral to the story of how "a few trial lawyers and their asbestos-afflicted clients came out . . . to challenge giant asbestos corporations and uncover the greatest and longest business cover-up of an epidemic disease, caused by a product, in American history."[1] In addition to representing thousands of workers and family members impacted by asbestos, Motley Rice has represented numerous public entities, and litigated claims alleging various insurers of asbestos defendants engaged in unfair settlement practices in connection with the resolution of underlying asbestos personal injury claims. This litigation resulted in, among other things, an eleven-state settlement with Travelers Insurance Company.

### Anti-Terrorism and Human Rights

In *In re Terrorist Attacks on September 11, 2001*, Motley Rice attorneys brought a landmark lawsuit against the alleged private and state sponsors of al Qaeda and Osama bin Laden in an action filed on behalf of more than 6,500 family members, survivors, and those killed on 9/11—including the representation of more than 900 firefighters and their families. In prosecuting this action, Motley Rice has undertaken a global investigation into terrorism financing.

Our attorneys also initiated the *In re September 11 Litigation* and negotiated settlements for 56 families that opted out of the Victim Compensation Fund that far exceeded existing precedents at the time for wrongful death cases against the airline industry.

### BP PLC Oil Spill Litigation

In April 2010, the Deepwater Horizon disaster spilled approximately 4.9 million gallons of oil into the water, killed 11 oil rig workers, devastated the Gulf's natural resources and profoundly harmed the economic and emotional well-being of hundreds of thousands of people. The Deepwater Horizon Economic and Property Damages Settlement is the largest civil class action settlement in U.S. history. Motley Rice co-founder Joseph Rice is a Plaintiffs' Steering Committee member and served as one of the primary negotiators of that Settlement and the Medical Benefits Settlement. In addition, Rice led negotiations in the $1.028 billion settlement between the PSC and Halliburton Energy Services for its alleged role in the oil spill. Motley Rice attorneys continue to hold leadership roles in the litigation and are currently working to ensure that all qualifying oil spill victims are fairly compensated.

### Volkswagen 'Clean Diesel' Litigation

In 2015, Volkswagen Group's admission that it had programmed more than 11 million vehicles to cheat emissions tests and bypass standards sparked worldwide outrage. Motley Rice co-founder Joe Rice served as one of the lead negotiators in the nearly $15 billion settlement deal reached in 2016 for U.S. owners and lessees of 2.0-liter TDI vehicles, the largest auto-related consumer class action settlement in U.S. history. Rice and other Motley Rice attorneys also helped recover up to $4.4 billion with regards to affected 3.0-liter vehicles.

### Transvaginal Mesh Litigation

Motley Rice attorneys represent thousands of women and have played a leading role in litigation alleging debilitating and life-altering complications caused by defective transvaginal mesh devices. In 2014, Joe Rice, with co-counsel, negotiated the original settlement deal reached in In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation that numerous subsequent settlements with the manufacturer were modeled after.

### Opioid Litigation

At the forefront of litigation targeting the alleged overprescribing and deceptive marketing of addictive opioid painkillers, Motley Rice, led by attorney Linda Singer, the former Attorney General for the District of Columbia, serves as lead counsel for the first jurisdictions to file complaints in the most recent wave of litigation against pharmaceutical companies regarding the opioid crisis—the City of Chicago and Santa Clara County. In addition, the firm's co-founder Joe Rice serves as co-lead counsel in the N*ational Prescription Opiate Litigation* coordinated in the Northern District of Ohio. The firm represents 40 jurisdictions.

[1] Ralph Nader, commenting on the story told by the book *Outrageous Misconduct*.

## CASES

## Securities Fraud Class Actions

**In Re 3M Co. Securities Litigation,** No. 2:19-cv-15982 (D.N.J.) Motley Rice serves as co-lead counsel for securities fraud litigation led by investors who allege 3M Co., and its executives failed to inform them of the scope of potential liability for its products containing toxic PFAS chemicals. Internal documents show that 3M knew or decades that PFAS chemicals posed a danger to the public, but the company continued to use them without warning the public. Shareholders allege that 3M and its executives did not adequately inform investors of the risks and potential liability the company faced, even as state and federal investigations and lawsuits expanded to address growing concerns between February 2017 and May 2019. Minnesota, New Jersey, and New Hampshire have sued the company or PFAS contamination in their water systems. The case is currently in discovery.

**In re Twitter Inc. Securities Litigation,** No. 3:16-cv-05314 (N.D.Cal.) Motley Rice serves as lead counsel for Twitter Inc. shareholders who allege they were misled about the social media network's daily user growth during 2015. Twitter executives announced toward the end o 2014 that they expected the company's number of active users would grow to more than half a billion in the intermediate term, and would reach heights of more than a billion long term. When the public, however, later learned that actual user growth was slower than anticipated, the company's price per share drastically declined. The case is currently in discovery.

**In re Citigroup Inc. Securities Litigation,** No. 07 Civ. 9901 (SHS) (DCF) (S.D.N.Y.). Motley Rice served as co-counsel in this securities fraud action alleging that Citigroup responded to the widely-known nancial crisis by concealing both the extent o its ownership of toxic assets—most prominently, collateralized debt obligations (CDO) backed by nonprime mortgages—and the risks associated with them. By alleged misrepresentations and omissions of what amounted to more than two years of income and an entire signi cant line o business, Citigroup allegedly arti cially manipulated and in ated its stock prices throughout the class period. Citigroup's alleged actions caused its stock price to trade in a range of $42.56 to $56.41 per share for most of the class period. These disclosures helped place Citigroup in serious danger of insolvency, a danger that was averted only through a $300 billion dollar emergency government bailout. On August 1, 2013, the Court approved the settlement resolving all claims in the Citigroup action in exchange for payment of $590 million or the bene t o the class.

**Alaska Electrical Pension Fund v. Pharmacia Corp.,** No. 03-1519 (D.N.J.). Motley Rice served as co-class counsel in federal securities fraud litigation alleging that the defendants misrepresented clinical trial results of Celebrex® to make its sa ety pro le appear better than rival drugs. In January 2013, the lawsuit settled in mediation for $164 million.

**Bennett v. Sprint Nextel Corporation,** No. 2:09-cv-02122-EFM-KMH (D. Kan.). As co-lead counsel, Motley Rice represented the PACE Industry Union-Management Pension Fund (PIUMPF) and two other institutional investors who purchased Sprint Nextel common stock between October 26, 2006 and February 27, 2008. The class action complaint alleged that the defendants made materially alse and misleading statements regarding Sprint's business and nancial results. As a result, the complaint alleged that Sprint stock traded at arti cially in ated prices during the class period and that, when the market learned the truth, the value o Sprint's shares plummeted. In August 2015, the court granted nal approval to a $131 million settlement.

**In re Barrick Gold Securities Litigation,** No. 1:13-cv-03851-RMB (S.D.N.Y.). As sole lead counsel, Motley Rice represented Co-Lead Plainti s Union Asset Management Holding AG and LRI Invest S.A. in a class action on behalf of investors who purchased shares o Barrick Gold Corporation, the world's largest gold mining company. The suit alleged that Barrick Gold had fraudulently underreported the cost and the time to develop its Pascua-Lama gold mine on the border between Argentina and Chile, and misrepresented its compliance with applicable environmental regulations and the su ciency o its internal controls. Barrick Gold eventually abandoned its development o the Pascua-Lama mine after an injunction was issued by a Chilean court following the company's ailure to comply with environmental regulations, and causing Barrick Gold to take an impairment charge of over $5 billion. A $140 million settlement was reached, and received nal approval in December 2016.

**Minneapolis Fire ghters' Relie Association v. Medtronic, Inc.,** No. 08-6324 (PAM/AJB) (D. Minn.). Motley Rice is co-lead counsel for a class of investors who purchased Medtronic common stock in this case that survived the de endants' motion to dismiss. The suit alleges that Medtronic engaged in a pervasive campaign of illegal off-label marketing in which the company advised doctors to use Medtronic's In use Bone Gra t in ways not FDA-approved, leading to severe complications in patients. Medtronic's stock price dropped signi cantly a ter investors learned that the FDA and Department of Justice were investigating Medtronic's o -label marketing. The $85 million settlement was approved on Nov. 8, 2012.

**Cornwell v. Credit Suisse Group,** No. 08 Civ. 3758 (VM) (S.D.N.Y.). Motley Rice served as co-counsel in an action against Credit Suisse Group alleging the defendants issued materially false and misleading statements regarding the company's business and nancial results and ailed to write down impaired securities containing mortgage-related debt. Subsequently, Credit Suisse's stock price relative to other market events declined 2.83 percent when impaired securities came to light. A $70 million settlement was approved in July 2011.

---

# CASES

*In re Forest Laboratories, Inc. Securities Litigation,* No. 05 Civ. 2827 (RMB) (S.D.N.Y.). Motley Rice represented PIUMPF in a securities raud class action alleging that the company and its o cers misrepresented the sa ety, e cacy, and side effects of several drugs. Motley Rice, in cooperation with other class counsel, helped the parties reach a $65 million settlement that was approved on May 15, 2009.

*City o Brockton Retirement System v. Avon Products, Inc.,* No. 11 Civ. 4665 (PGG) (S.D.N.Y.). Motley Rice serves as sole lead counsel representing lead plaintiffs in a class action on behalf of all persons who acquired Avon common stock between July 31, 2006 and Oct. 26, 2011. The action alleges that the defendants falsely assured investors they had effective internal controls and accounting systems, as required under the Foreign Corrupt Practices Act (FCPA). In October 2008, Avon disclosed that it had begun an investigation into possible FCPA violations in China in June 2008. The action alleges that, unbeknownst to investors, Avon had an illegal practice of paying bribes in violation of the FCPA extending as ar back as 2004 and which continued even a ter its October 2008 disclosure. Despite its certi cations o the e ectiveness o its internal controls, Avon's internal controls were allegedly severely de cient, allowing the company to engage in millions of dollars of improper payments in more than a dozen countries. On August 24, 2016, the court approved a nal settlement of $62 million.

*City o Sterling Heights General Employees' Retirement System v. Hospira, Inc.,* No. 11 C 8332 (N.D. Ill.). Motley Rice serves as co-lead counsel representing investors in this lawsuit against Hospira, the world's largest manu acturer o generic injectable pharmaceuticals, including generic acute-care and oncology injectables and integrated infusion therapy and medication management systems. The lawsuit alleges that Hospira and certain executive o cers engaged in a raudulent scheme to arti cially in ate the company's stock price by concealing signi cant deteriorating conditions, manu acturing and quality control de ciencies at its largest manu acturing acility located in Rocky Mount, N.C., and the costly e ects o these de ciencies on production capacity. These deteriorating conditions culminated in a series of regulatory actions by the FDA which the defendants allegedly misrepresented to their investors. The case settled for $60 million in 2014.

*Hill v. State Street Corporation,* No. 09-cv-12146-NG (D. Mass.). Motley Rice represented institutional investors as co-lead counsel against State Street. The action alleged that State Street defrauded institutional investors – including the state o Cali ornia's two largest pension unds, Cali ornia Public Employees' Retirement System (CalPERS) and Cali ornia State Teachers' Retirement System (CalSTRS) — by misrepresenting its exposure to toxic assets and overcharging them for foreign exchange trades. On January 8, 2015, the court approved a $60 million settlement.

*In re Hewlett-Packard Co. Securities Litigation,* No. SACV 11-1404 AG (RNBx) (C.D. Cal.). Motley Rice served as co-lead counsel representing investors who purchased Hewlett-Packard common stock between November 22, 2010 and August 18, 2011. The lawsuit alleged that Hewlett-Packard misled investors about its ability to release over a hundred million webOS-enabled devices by the end o 2011. A ter Hewlett-Packard abandoned webOS development in August 2011, the company's stock price declined signi cantly. The court granted nal approval to a $57 million settlement on September 15, 2014.

*South Ferry LP #2 v. Killinger,* No. C04-1599C-(W.D. Wash.) (regarding Washington Mutual). Motley Rice served as co-lead counsel on behalf of a class of investors who purchased WaMu common stock between April 15, 2003, and June 28, 2004. The suit alleged that WaMu misrepresented its ability to hedge risk and withstand changes in interest rates, as well as its integration of differing technologies resulting from various acquisitions. The Court granted class certi cation in January 2011 and approved the $41.5 million settlement on June 5, 2012.

*In re Dell, Inc. Securities Litigation,* No. A-06-CA-726-SS (W.D. Tex.). Motley Rice was appointed lead counsel for the lead plaintiff, Union Asset Management Holding AG, which sued on behalf of a class of purchasers of Dell common stock. The suit alleged that Dell and certain senior executives lied to investors and manipulated nancial announcements to meet per ormance objectives that were tied to executive compensation. The de endants' alleged raud ultimately caused the price o Dell's stock to decline by over 40 percent. After the case was dismissed by the district court, Motley Rice attorneys launched an appeal to the Fi th Circuit Court o Appeals. A ter ully brie ng the case and oral arguments, the parties settled the case for $40 million.

*Freedman v. St. Jude Medical, Inc.,* No. 12-3070 (RHK/JJG) (D. Minn.). Motley Rice served as co-lead counsel representing co-lead plainti Första AP- onden, a Swedish pension und, in this securities fraud class action against St. Jude Medical, Inc., a manufacturer of medical devices for cardiac rhythm management and the treatment o atrial brillation. This action alleged that defendants made false and misleading statements and concealed material information relating to the safety, durability, and manu acturing processes o the company's new generation of cardiac rhythm management devices marketed under the name "Durata." A $39.5 million settlement was approved in November 2016.

*Hatamian v. Advanced Micro Devices, Inc.,* No. 4:14-cv-00226-YGR (N.D. Cal.). Motley Rice served as co-lead counsel representing Lead Plainti s KBC Asset Management NV and Arkansas Teacher Retirement System in this securities fraud class action on behalf of investors that purchased AMD common stock between April 4, 2011, and October 18, 2012. AMD, a multinational semiconductor manufacturer, allegedly misrepresented and concealed problems affecting the production, launch, demand, and sales of its new "Llano" microprocessor. These problems allegedly led

Prior results do not guarantee a similar outcome.

CASES

AMD to miss the critical sales period for Llano-based computers and ultimately take a $100 million write-down of by-then obsolete Llano inventory, causing AMD's stock price to fall, and damaging the company's investors. The court granted class certification on March 16, 2016. For the next two years, Class Counsel obtained and reviewed approximately 2.5 million pages of documents; participated in 34 depositions of fact, expert, and confidential witnesses; retained industry and financial experts; briefed competing motions for summary judgment; and engaged in multiple mediations with defendants. On March 6, 2018, the court approved a $29.5 million settlement.

***Ross v. Career Education Corp.*** No. 1:12-cv-00276 (N.D. Ill.). On April 16, 2014, the U.S. District Court for the Northern District of Illinois issued an order granting final judgment and dismissing with prejudice *Ross v. Career Education Corp*. Motley Rice served as co-lead counsel in the lawsuit, which alleged that Career Education and certain of its executive officers violated the federal securities laws by misleading the company's investors about its placement practices and reporting. The court approved a final settlement of $27.5 million.

***In re MBNA Corporation Securities Litigation,*** No. 05-CV-00272-GMS (D. Del.). Motley Rice served as co-lead counsel on behalf of investors who purchased MBNA common stock. The suit alleged that MBNA manipulated its financial statements in violation of GAAP, and MBNA executives sold over one million shares of stock based on inside information for net proceeds of more than $50 million, knowing these shares would drop in value once MBNA's true condition was revealed to the market. The case was settled with many motions pending. The $25 million settlement was approved on October 6, 2009.

***Bodner v. Aegerion Pharmaceuticals, Inc., et al.,*** 14-cv-10105 (D.Mass.) Motley Rice served as co-lead counsel on behalf of investors who purchased Aegerion common stock. The suit alleged that Aegerion issued false and misleading statements and failed to disclose, among other things, that (i) the Company illegally marketed the drug JUXTAPID beyond its FDA-approved label, and (ii) the Company was experiencing a higher than expected drop-out rate of patients taking JUXTAPID. A $22.25 million settlement was approved on November 30, 2017.

***Welmon v. Chicago Bridge & Iron Co., N.V.,*** No. 06-CV-01283 (JES) (S.D.N.Y.). Motley Rice represented the co-lead plaintiff in this case that alleged that the defendants issued numerous materially false and misleading statements which caused CB&I's securities to trade at artificially inflated prices. The litigation resulted in a $10.5 million settlement that was approved on June 3, 2008.

***In re NPS Pharmaceuticals, Inc. Securities Litigation,*** No. 2:06-cv-00570-PGC-PMW (D. Utah*)*. Motley Rice represented the lead plaintiff as sole lead counsel in a class action brought on behalf of stockholders of NPS Pharmaceuticals, Inc., concerning the drug PREOS. NPS claimed that PREOS would be a "billion dollar drug" that could effectively treat "millions of women around the world who have osteoporosis." The complaint alleged fraudulent misrepresentations regarding PREOS's efficacy, market potential, prospects for FDA approval and dangers of hypercalcimic toxicity. The case settled after the lead plaintiff moved for class certification and the parties engaged in document production and protracted settlement negotiations. The $15 million settlement was approved on June 18, 2009.

***In re Synovus Financial Corp.,*** No. 1:09-cv-01811 (N.D. Ga.). Motley Rice and our client, Sheet Metal Workers' National Pension Fund, serve as court-appointed co-lead counsel and co-lead plaintiff for investors in Synovus Financial Corp. The lawsuit alleges that the bank artificially inflated its stock price by concealing its troubled lending relationship with the Sea Island Company, a resort real estate and hospitality company to whom Synovus allegedly made hundreds of millions of dollars of "insider loans" with "little more than a handshake" facilitated by personal relationships among certain senior executives and board members. In 2014, the court approved a final settlement of $11.75 million.

***In re Molson Coors Brewing Co. Securities Litigation,*** No. 1:05-cv-00294 (D. Del.). Motley Rice served as co-lead counsel for co-lead plaintiffs Drywall Acoustic Lathing and Insulation Local 675 Pension Fund and Metzler Investment GmbH in litigation against Molson Coors Brewing Co. and several of its officers and directors. The lawsuit alleged that, following the February 9, 2005, merger of Molson, Inc. and the Adolph Coors Company, the defendants fraudulently misrepresented the financial and operational performance of the combined company prior to reporting a net loss for the first quarter of 2005. Following protracted negotiations, the parties reached a $6 million settlement in May 2009.

***Marsden v. Select Medical Corporation,*** No. 04-cv-4020 (E.D. Pa.). Motley Rice served as co-lead counsel on behalf of stockholders of Select Medical, a healthcare provider specializing in long-term care hospital facilities. The suit alleged that Select Medical exploited its business structure to improperly maximize Medicare reimbursements, misled investors and that the company's executives engaged in massive insider trading for proceeds of over $100 million. A $5 million settlement was reached and approved on April 15, 2009.

---

## CASES

### Shareholder Derivative Litigation

**Walgreens / Controlled Substances Violations: *In re Walgreen Co. Derivative Litigation.*** On October 4, 2013, Motley Rice led a consolidated complaint for a group of institutional investors against the board of directors of Walgreen Co. The complaint alleges that Walgreen's board engaged in a scheme to maximize revenues by encouraging the company's pharmacists to fill improper or suspicious prescriptions for Schedule-II drugs, particularly oxycodone, in Florida. The complaint followed the June 2013 announcement of an $80 million settlement between Walgreens and the Drug Enforcement Administration relating to the misconduct. A settlement was approved in December 2014, in which Walgreens agreed to, among other things, extended compliance-related commitments, including maintaining a Department of Pharmaceutical Integrity.

***Manville Personal Injury Settlement Trust v. Gemunder,*** No. 10-CI-01212 (Ky. Cir. Ct.) (regarding Omnicare, Inc.). On April 14, 2010, Motley Rice, sole lead counsel in this action, filed a shareholder derivative complaint on behalf of plaintiff Manville Personal Injury Settlement Trust. Plaintiff's claims stem from a November 3, 2009, announcement by the U.S. Department of Justice that Omnicare, Inc. had agreed to pay $98 million to settle state and federal investigations into three kickback schemes through which the company paid or solicited payments in violation of state and federal anti-kickback laws. The court denied the defendants' motions to dismiss in their entireties on April 27, 2011. The defendants sought an interlocutory appeal, which was denied on October 6, 2011. Following significant discovery, which included plaintiff's counsel's review and analysis of approximately 1.4 million pages of documents, the parties reached agreement on a settlement, which received final approval from the court on October 28, 2013. Under the settlement, a $16.7 million fund (less court awarded fees and costs) will be created to be used over a four year period by Omnicare to fund certain corporate governance measures and provide funding for the company's compliance committee in connection with the performance of its duties. Additionally, the settlement calls for Omnicare to adopt and/or maintain corporate governance measures relating to, among other things, employee training and ensuring the appropriate flow of information to the compliance committee.

***Service Employees International Union v. Hills,*** No. A0711383 (Ohio Ct. Com. Pl.) (regarding Chiquita Brands International, Inc.). In this shareholder derivative litigation, SEIU retained Motley Rice to bring an action on behalf of Chiquita Brands International. The plaintiff alleged that the defendants breached their fiduciary duties by paying bribes to terrorist organizations in violation of U.S. and Columbian law. In October 2010, the plaintiffs resolved their state court action as part of a separate federal derivative claim.

***Mercier v. Whittle,*** No. 2008-CP-23-8395 (S.C. Ct. Com. Pl.) (regarding the South Financial Group). This shareholder derivative action was brought on behalf of South Financial Group, Inc., following the company's decision to apply for federal bailout money from the Troubled Asset Relief Program (TARP) while allegedly accelerating the retirement of its former chairman and CEO to protect his multi-million dollar golden parachute, which would be prohibited under TARP. The litigation was settled prior to trial and achieved, among other benefits, payment back to the company from chairman Whittle, increased board independence and enhanced shareholder rights.

***Manville Personal Injury Settlement Trust v. Farmer,*** No. A 0806822 (Ohio Ct. Com. Pl.) (regarding Cintas Corporation). In this shareholder derivative action brought on behalf of Cintas Corporation, the plaintiff alleged that the defendants breached their fiduciary duties by, among other things, failing to cause the company to comply with applicable worker safety laws and regulations. In November 2009, the court approved a settlement agreement that provided for the implementation of corporate governance measures designed to increase the flow of employee safety information to the company's board; ensure the company's compliance with a prior agreement between itself and OSHA relating to workplace safety violations; and secure the attendance of the company's chief health and safety officer at shareholder meetings.

### Corporate Takeover Litigation

***In re The Shaw Group, Inc., Shareholders Litigation,*** No. 614399 (19th Jud. Dist. La.). Motley Rice attorneys served as co-lead counsel in the class action brought by our client, a European asset management company, on behalf of the public shareholders of The Shaw Group, Inc. The lawsuit challenged Shaw's proposed sale to Chicago Bridge & Iron Company N.V. in a transaction valued at approximately $3.04 billion. The plaintiffs alleged that the defendants breached their fiduciary duties to Shaw's shareholders by agreeing to a transaction that was financially unfair and the result of an improper sales process, which the defendants pursued at a time when Shaw's stock was poised for significant growth. The plaintiffs also alleged that the transaction offered substantial benefits to Shaw insiders not shared with the company's public shareholders. In December 2012, the parties reached a settlement with two components. Shaw agreed to make certain additional disclosures to shareholders of financial analyses indicating a potential share price impact of certain alternative transactions of as much as $19.00 per share versus the status quo. To provide a remedy for Shaw shareholders who believed the company was worth more than CB&I was paying for it, the settlement contained a second component – universal appraisal rights for all Shaw shareholders who properly dissented from the proposed merger, and the opportunity for Shaw dissenters to pursue that remedy on a class-wide basis. The court granted final approval of the settlement on June 28, 2013.

Prior results do not guarantee a similar outcome.

# CASES

*In re Coventry Health Care, Inc. Securities Litigation,* No. 7905-CS (Del. Ch. ). Motley Rice represented three public pension funds as court-appointed sole lead counsel in a shareholder class action challenging the $7.2 billion acquisition of Coventry Health Care, Inc., by Aetna, Inc. The plaintiffs alleged that the de endants breached their  duciary duties to Coventry's shareholders through a  awed sales process involving a severely con icted  nancial advisor and at a time when the company was poised for remarkable growth as a result of recent government healthcare reforms. The case settled for improvements to the deal's terms and enhanced disclosures.

*In re Allion Healthcare, Inc. Shareholders Litigation,* No. 5022-cc (Del. Ch.). Motley Rice attorneys served as co-lead counsel representing a group of institutional shareholders in their challenge to the going-private buy-out of Allion Healthcare, Inc., by private equity  rm H.I.G. Capital, LLC, and a group o insider stockholders led by the company's CEO, who controlled about 41 percent the company's shares. The shareholders alleged that the CEO used his stock holdings and in uence over board members to accomplish the buyout at the expense o  Allion's public shareholders.  A ter a lengthy mediation, the shareholders succeeded in negotiating a settlement resulting in a $4 million increase in the merger consideration available to shareholders. In January 2011, the Delaware Court of Chancery approved the settlement.

*In re RehabCare Group, Inc. Shareholders Litigation,* No. 6197-VCL (Del. Ch.). Motley Rice represented institutional shareholders in their challenge to the acquisition of healthcare provider RehabCare Group, Inc., by Kindred Healthcare, Inc. As co-lead counsel, Motley Rice uncovered important additional facts about the relationship between RehabCare, Kindred, and the exclusive  nancial advisor  or the transaction, as well as how those relationships a  ected the process RehabCare's board of directors undertook to sell the company. After extensive discovery, the parties reached a settlement in which RehabCare agreed to make a $2.5 million payment  or the bene t o RehabCare shareholders. In addition, RehabCare and Kindred agreed to waive certain standstill agreements with potential higher bidders  or the company; lower the merger agreement's termination fee from $26 million to $13 million to encourage any potential higher bidders; eliminate the requirement that Kindred have a three-business day period during which it has the right to match any superior proposal; and make certain additional public disclosures about the proposed merger. The Delaware Court o  Chancery granted  nal approval o  the settlement on Sept. 8, 2011.

*In re Atheros Communications Inc. Shareholder Litigation,* No. 6124-VCN (Del. Ch.). In this action involving Qualcomm Incorporated's proposed acquisition o Atheros Communications, Inc., for approximately $3.1 billion, Motley Rice served as co-lead counsel representing investors alleging that, among other things, Atheros' preliminary proxy statement was materially misleading to the company's shareholders, who were responsible for voting on the proposed acquisition. In March 2011, the Court issued a preliminary injunction delaying the shareholder vote, ruling that Atheros' proxy statement was materially misleading because, even though the proxy stated that the company's CEO "had not had any discussions with Qualcomm regarding the terms of his potential employment," it failed to disclose that he in fact "had overwhelming reason to believe he would be employed by Qualcomm after the transaction closed." The proxy also failed to inform shareholders of an almost entirely contingent $24 million fee to the company's  nancial adviser, Qatalyst Partners, LLP.

*In re Winn-Dixie Stores, Inc. Shareholder Litigation,* No. 16-2011-CA-010616 (Fla. 4th Cir. Ct.). Motley Rice served as co-lead counsel in litigation challenging the $560 million buyout of Winn-Dixie Stores, Inc. by BI-LO, LLC, achieving a settlement that allows for shareholders to participate in a $9 million common fund or $2.5 million opt-in appraisal proceeding.

*Maric Capital Master Fund, Ltd. v. PLATO Learning, Inc.,* No. 5402-VCS (Del. Ch.). The  rm's institutional investor client won a partial preliminary injunction against the proposed acquisition o  PLATO Learning, Inc., by a private equity company. In its ruling, the Delaware Court o  Chancery  ound that the target company's proxy statement was misleading to its shareholders and omitted material in ormation.  The court's opinion has since been published and has been cited by courts and the legal media.

*In re Lear Corporation Shareholder Litigation,* No. 2728-N (Del. Ch.). In this deal case, Motley Rice helped thwart a merger out of line with shareholder interests. Motley Rice represented an institutional investor in this case and, along with Delaware co-counsel, was appointed co-chair o  the Plainti s' Executive Committee. Motley Rice and its co-counsel conducted expedited discovery and the brie ng.  The court ultimately granted in part and denied in part the plainti s' motion  or a preliminary injunction. In granting the injunction, the court found a reasonable probability o  success in the plainti s' disclosure claim concerning the Lear CEO's con ict o  interest in securing his retirement through the proposed takeover. Lear shareholders overwhelmingly rejected the merger.

*Helaba Invest Kapitalanlagegesellscha t mbH v. Fialkow,* No. 2683-VCL (Del. Ch.) (regarding National Home Health Care Corp.). This action was brought on behalf of the shareholders of National Home Health Care Corporation in response to the company's November 2006 announcement that it had entered into a merger agreement with a  liates o  Angelo Gordon. The matter settled prior to trial and was approved on April 18, 2008. The defendants agreed to additional consideration and proxy disclosures for the class.

*Schultze Asset Management, LLC v. Washington Group International, Inc.,* No. 3261-VCN (Del. Ch.). This action followed Washington Group's announcement that it had agreed to be acquired by URS Corporation. The action alleged that Washington Group and its board o  directors breached their  duciary duties

---

# CASES

by failing to maximize shareholder value, choosing financial projections that unfairly undervalued the company and pursuing a flawed decision-making process. Motley Rice represented the parties, which ultimately settled the lawsuit with Washington Group. Washington Group agreed to make further disclosures to its shareholders regarding the proposed alternative transactions it had rejected prior to its accepting URS's proposal and agreed to make disclosures regarding how the company was valued in the proposed transaction with URS. These additional disclosures prompted shareholders to further question the fairness of the URS proposal. Ultimately, URS increased its offer for Washington Group to the benefit of minority stockholders.

*In re The DirecTV Group, Inc. Shareholder Litigation,* No. 4581-VCP (Del. Ch. ). As court-appointed co-lead counsel, Motley Rice attorneys represented a group of institutional investors on behalf of the minority shareholders of DirecTV Group. A settlement was reached and approved by the court on Nov. 30, 2009. It provided for material changes to the merger agreement and the governing documents of the post-merger DirectTV.

## State Law Securities Cases

*In re Tremont Group Holdings, Inc. Securities Litigation,* No. 09 Civ. 03137 (S.D.N.Y.). Motley Rice represents an individual investor in consolidated litigation regarding investments made in Bernard L. Madoff Investment Securities, LLC, through a variable universal life insurance policy.

*Brown v. Charles Schwab & Co.,* No. 2:07-cv-03852-DCN (D.S.C.). Motley Rice attorneys served as class counsel in this case, one of the first to interpret the civil liabilities provision of the Uniform Securities Act of 2002. The U.S. District Court for the District of South Carolina certified a class of investors with claims against broker-dealer Charles Schwab & Co., Inc., for its role in allegedly aiding the illegal sale of securities as part of a $66 million Ponzi scheme. A subclass of 38 plaintiffs in this case reached a settlement agreement with Schwab under which they receive approximately $5.7 million, an amount representing their total unrecovered investment losses plus attorneys' fees.

## Opt-Out/Individual Actions

*In re Vivendi Universal, S.A. Securities Litigation,* No. 02 Civ. 5571 (S.D.N.Y.). In this action, Motley Rice represents more than 20 foreign institutional investors who were excluded from the class. The firm's clients include the Swedish public pension fund Första AP-fonden (AP1), one of five buffer funds in the Swedish pay-as-you-go pension system. In light of a recent Supreme Court ruling preventing foreign clients from gaining relief, Motley Rice has worked with institutional investor plaintiffs to file suit in France. *The French action is pending. In re Merck & Co., Inc., Securities Derivative & "ERISA" Litigation,* MDL No. 1658 (SRC) (D.N.J.). Motley Rice and co-counsel represented several foreign institutional investors who opted out of the federal securities fraud class action against Merck & Co., Inc., related to misrepresentations and omissions about the company's blockbuster drug, Vioxx. Private settlements were reached in these cases in 2016.

Prior results do not guarantee a similar outcome.

# ACCOLADES FOR THE FIRM



## Chambers USA
2021 Product Liability: Plaintiffs – Nationwide, Band 1



## "Best Law Firm"
*U.S. News – Best Lawyers®*
Mass tort litigation / class actions–plaintiffs
2021 • 2020 • 2019 • 2018 • 2017 • 2016 • 2015
2014 • 2013 • 2012 • 2011 • 2010



## The Legal 500 United States
**Litigation editions**
Mass tort and class action: plaintiff representation–toxic tort
2020 • 2019 • 2018 • 2017 • 2016 • 2015 • 2014
2013 • 2012 • 2011 • 2009 • 2007



## "Elite Trial Lawyers"
*The National Law Journal* **Law Firm of the Year**
2021 Government Representation
2021 Mass Torts
2020 Pharmaceuticals Firm of the Year
2020 Insurance Liability Firm of the Year
2019 Bankruptcy Law (finalist)



## Practice Group of the Year
*Law360*
2020 • 2019 • 2015  Product Liability
2018 Consumer Protection
2015 • 2013 "Most Feared Plaintiffs Firm"



## Securities Class Action Services Top 50
*International Securities Services*
2017 • 2016 • 2015 • 2014 • 2011 • 2010 • 2009

*For full methodologies and selection criteria, visit www.motleyrice.com/award-methodology*

Please remember that every case is different. Although they endorse certain lawyers, *The Legal 500 United States* and *Chambers USA* and other similar organizations listed above are not Motley Rice clients. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

OUR LEGACY:

## Ronald L. Motley (1944–2013)

EDUCATION:
J.D., University of South Carolina School of Law, 1971
B.A., University of South Carolina, 1966

Ron Motley fought for greater justice, accountability and recourse, and has been widely recognized as one of the most accomplished and skilled trial lawyers in the U.S. During a career that spanned more than four decades, his persuasiveness before a jury and ability to break new legal and evidentiary ground brought to justice two once-invincible giant industries whose malfeasance took the lives of millions of Americans—asbestos and tobacco. Armed with a combination of legal and trial skills, personal charisma, nose-to-the-grindstone hard work and record of success, Ron built Motley Rice into one of the nation's largest plainti s' law rms.

Noted for his role in spearheading the historic litigation against the tobacco industry, Ron served as lead trial counsel for 26 State Attorneys General in the lawsuits. His efforts to uncover corporate and scienti c wrongdoing resulted in the Master Settlement Agreement, the largest civil settlement in U.S. history and in which the tobacco industry agreed to reimburse states for smoking-related health care costs.

Through his pioneering discovery and collaboration, Ron revealed asbestos manufacturers and the harmful and disabling effects of occupational, environmental and household asbestos exposure. He represented thousands of asbestos victims and achieved numerous trial breakthroughs, including the class actions and mass consolidations of *Cimino, et al. v. Raymark, et al.* (U.S.D.C. TX); *Abate, et al. v. ACandS, et al.* (Baltimore); and *In re Asbestos Personal Injury Cases* (Mississippi).

In 2002, Ron once again advanced cutting-edge litigation as lead counsel for *In re Terrorist Attacks on September 11, 2001*, MDL #1570, a lawsuit led by more than 6,500 amily members, survivors and those who lost their lives. The suit seeks justice and ultimately bankruptcy or al Qaeda's nanciers, including many individuals, banks, corporations and charities that provided resources and monetary aid. He also served as lead counsel in numerous individual aviation security liability and damages cases under the *In re September 11 Litigation* led against the aviation and aviation security industries by victims' families.

Ron brought the landmark case of *Oran Almog v. Arab Bank* against the alleged nancial sponsors o Hamas and other terrorist organizations in Israel and was a rm leader in the BP Deepwater Horizon litigation and claims e orts involving people and businesses in Gulf Coast communities suffering as a result o the oil spill. Two settlements were reached with BP, one of which is the largest civil class action settlement in U.S. history.

Recognized as an AV®-rated attorney by Martindale-Hubbell®, Ron served on the AAJ Board of Governors from 1977 to 2012 and was chair o its Asbestos Litigation Group rom 1978 to 2012. In 2002, Ron founded the Mark Elliott Motley Foundation, Inc., in loving memory of his son to help meet the health, education and welfare needs of children and young adults in the Charleston, S.C. community.

PUBLICATIONS:
Ron authored or co-authored more than two dozen publications, including:
"Decades of Deception: Secrets of Lead, Asbestos and Tobacco" (*Trial Magazine*, October 1999)
"Asbestos Disease Among Railroad Workers: 'Legacy of the Laggin' Wagon'" (*Trial Magazine*, December 1981)
"Asbestos and Lung Cancer" (*New York State Journal of Medicine*, June 1980; Volume 80: No.7, New York State Medical Association, New York)
"Occupational Disease and Products Liability Claims" (*South Carolina Trial Lawyers Bulletin*, September and October 1976)

FEATURED IN:
Shackelford, Susan. "Major Leaguer" *(South Carolina Super Lawyers*, April 2008)
Senior, Jennifer. "A Nation Unto Himself" (*The New York Times*, March 2004)
Freedman, Michael. "Turning Lead into Gold," (*Forbes*, May 2001)
Zegart, Dan. *Civil Warriors: The Legal Siege on the Tobacco Industry* (Delacorte Press, 2000)
Ansen, David. "Smoke Gets in Your Eyes" (*Newsweek*, 1999)
Mann, Michael & Roth, Eric. "The Insider" (Blue Lion Entertainment, November 5, 1999)
Brenner, Marie. "The Man Who Knew Too Much" (*Vanity Fair*, May 1996)
Reisig, Robin. "The Man Who Took on Manville" (*The American Lawyer*, January 1983)

AWARDS AND ACCOLADES:
Ron won widespread honors for his ability to win justice for his clients and for his seminal impact on the course of civil litigation. For his trial achievements, *BusinessWeek* characterized Ron's courtroom skills as "dazzling" and *The National Law Journal* ranked him, "One o the most in uential lawyers in America."

**South Carolina Association for Justice**
**2013** Founders' Award

**American Association for Justice**
**2010** Lifetime Achievement Award
**2007** David S. Shrager President's Award
**1998** Harry M. Philo Trial Lawyer o the Year

*The Trial Lawyer Magazine*
**2012** inducted into Trial Lawyer Hall of Fame
**2011** *The Roundtable: America's 100 Most In uential Trial Lawyers*

*The Best Lawyers in America®*
**1993–2013** mass tort litigation/class actions – plaintiffs, personal injury litigation – plaintiffs product liability litigation – plaintiffs

    Prior results do not guarantee a similar outcome.

*Best Lawyers*®
**2012** Charleston, SC "Lawyer of the Year" mass tort litigation/ class actions – plaintiffs
**2010** Charleston, SC "Lawyer of the Year" personal injury

*Benchmark Plainti*
**2012–2013** National "Litigation Star": civil rights/human rights, mass tort/product liability, securities
**2012–2013** South Carolina "Litigation Star": human rights, product liability, securities, toxic tort

*SC Lawyers Weekly*
**2011** Leadership in Law Honoree

*The Legal 500 United States*
**2011–2013** Mass tort and class action: plaintiff representation – toxic tort

*Chambers USA*
**2007, 2010–2012** Product liability and mass torts: plainti s. "...An accomplished trial lawyer and a formidable opponent."

**2008–2013** *South Carolina Super Lawyers*® list
**2008** *Top 10 South Carolina Super Lawyers* list
**2008, 2009, 2011, 2012** *Top 25 South Carolina Super Lawyers* list

*The Lawdragon™ 500*
**2005–2012** *Leading Lawyers in America* list – plainti s'

**National Association of Attorneys General**
**1998** President's Award— or his "courage, legal skills and dedication to our children and the public health of our nation."

**The Campaign for Tobacco-Free Kids**
**1999** Youth Advocates of the Year Award

ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**American Bar Association**
**South Carolina Bar Association**
**Civil Justice Foundation**
**Inner Circle of Advocates**
**International Academy of Trial Lawyers**

*Although it endorses this lawyer, The Legal 500 United States is not a Motley Rice client.

## THE FIRM'S MEMBERS
### *Joseph F. Rice*

LICENSED IN: DC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court
U.S. Court of Appeals for the Third, Fourth and Fifth Circuits
U.S. District Court for the District of Nebraska and the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 1979
B.S., University of South Carolina, 1976

Motley Rice co-founder Joe Rice is recognized as a skillful and innovative negotiator of complex litigation settlements, having served as the lead negotiator in some of the largest civil actions our courts have seen in the last 20 years. *Corporate Legal Times* reported that national defense counsel and legal scholars described Joe as one o the nation's " ve most eared and respected plainti s' lawyers in corporate America." As the article notes, "For all his talents as a shrewd negotiator ... Rice has earned most of his respect from playing fair and remaining humble."

Joe was recognized by some o the nation's best-regarded defense lawyers as being "the smartest dealmaker they ever sat across the table from," *Thomson Reuters* has reported. Pro essor Samuel Issacharo o the New York University School of Law, a well-known professor and expert in class actions and complex litigation, has commented that he is "the best strategic thinker on the end stages o litigation that I've ever seen."

Since beginning to practice law in 1979, Joe has continued to reinforce his reputation as a skillful negotiator, including through his involvement structuring some of the most signi cant resolutions o asbestos liabilities on behal o those injured by asbestos-related products. He negotiates for the rm's clients at all levels, including securities and consumer fraud, anti-terrorism, human rights, environmental, medical drugs and devices, as well as catastrophic injury and wrongful death cases.

#### National Prescription Opiate MDL:
Most recently, Joe was appointed co-lead counsel in the *National Prescription Opiate* MDL aimed at combatting the alleged over-distribution and deceptive marketing of prescription opioids. Joe, with other members o the Plainti s' Executive Committee, led negotiations for a $260 million settlement that was reached on the eve o the MDL's rst bellwether trial. The deal resolved claims led by Ohio's Cuyahoga and Summit counties against opioid manufacturers and distributors Teva, Cardinal Health, AmerisourceBergen and McKesson. Motley Rice continues to represent dozens o governmental entities, including the rst jurisdictions to le cases in the current wave o litigation.

#### Vehicle Recalls:
Joe served as one of the lead negotiators in the $15 billion Volkswagen Diesel Emissions Fraud class action settlement for 2.0-liter vehicles, the largest auto-related consumer class action settlement in U.S. history, as well as the 3.0-liter settlement. Under his leadership, Motley Rice also helped negotiate a pair of Takata bankruptcy resolutions that secured

# TEAM BIOS:

unds or victims who were harmed by the company's deadly, explosive airbags. Joe also serves as a member o the Plainti s' Executive Committee for *In re General Motors LLC Ignition Switch Litigation*, and was appointed to the Plainti s' Steering Committee for *In re Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Products Liability Litigation*.

### Medical Drugs and Devices:
Joe led negotiations on behalf of thousands of women who allege complications and severe health effects caused by transvaginal mesh and sling products, including litigation that has ve MDLs pending in the state o West Virginia. He is also a member o the Plainti s' Steering Committee or the Lipitor® MDL, led or patients who allege the cholesterol drug caused their Type 2 diabetes.

### BP Oil Spill:
Joe served as a co-lead negotiator or the Plainti s' Steering Committee in reaching the two settlements with BP, one o which is the largest civil class action settlement in U.S. history. The Economic and Property Damages Rule 23 Class Action Settlement is estimated to make payments totaling between $7.8 billion and $18 billion to class members. Joe was also one o the lead negotiators o the $1.028 billion settlement reached between the Plainti s' Steering Committee and Halliburton Energy Services, Inc., or Halliburton's role in the disaster.

### 9/11:
Joe held a crucial role in executing strategic mediations and/or resolutions on behalf of 56 families of 9/11 victims who opted out of the government-created September 11 Victim Compensation Fund. In addition to providing answers, accountability and recourse to victims' amilies, the resulting settlements with multiple defendants shattered a settlement matrix developed and utilized for decades. The litigation also helped provide public access to evidence uncovered for the trial.

### Tobacco:
As lead private counsel for 26 jurisdictions, including numerous State Attorneys General, Joe was integral to the crafting and negotiating of the landmark Master Settlement Agreement, in which the tobacco industry agreed to reimburse states for smoking-related health costs. This remains the largest civil settlement in U.S. history.

### Asbestos:
Joe held leadership and negotiating roles involving the bankruptcies of several large organizations, including AWI, Federal Mogul, Johns Manville, Celotex, Garlock, W.R. Grace, Babcock & Wilcox, U.S. Gypsum, Owens Corning and Pittsburgh Corning. He has also worked on numerous Trust Advisory Committees. Today, he maintains a critical role in settlements involving asbestos manufacturers emerging from bankruptcy and has been recognized or his work in structuring signi cant resolutions in complex personal injury litigation for asbestos liabilities on behalf of victims injured by asbestos-related products. Joe has served as co-chair o Perrin Con erences' Asbestos Litigation Conference, the largest national asbestos-focused conference.

### Securities and Consumer Fraud:
Joe is often sought by investment funds for guidance on litigation strategies to increase shareholder value, enhance corporate governance reforms and recover assets. He was an integral part of the shareholder derivative action against Omnicare, Inc., *Manville Personal Injury Settlement Trust v. Gemunder*, which resulted in a signi cant settlement or shareholders as well as new corporate governance policies for the corporation.

Joe serves on the Board o Advisors or Emory University's Institute for Complex Litigation and Mass Claims, which facilitates bipartisan discussion of ways to improve the civil justice system through the hosting of judicial seminars, bar conferences, academic programs, and research. In 1999 and 2000, he served on the faculty at Duke University School of Law as a Senior Lecturing Fellow, and taught classes on the art of negotiating at the University of South Carolina School of Law, Duke University School of Law and Charleston School of Law.

In 2013, he and the rm created the Ronald L. Motley Scholarship Fund at The University of South Carolina School of Law in memory and honor of co-founding member and friend, Ron Motley.

### AWARDS AND ACCOLADES:
***Chambers USA***
**2019–2021** Product Liability: Plainti s – Nationwide, Band 1
**2016, 2018** Product Liability: Plainti s – Nationwide, Band 2

**Best Lawyers®**
**2013** "Lawyer of the Year" Charleston, SC: Mass tort litigation/class actions – plaintiffs
**2007–2022** Mass tort litigation/class actions – plaintiffs; Personal injury litigation – plainti s

***South Carolina Super Lawyers*®** list
**2008–2021** Class action/mass torts; Securities litigation; General litigation

**Lawdragon**
**2016, 2018–2021** Lawdragon 500
**2019–2021** Lawdragon 500 Plainti Consumer Lawyers
**2019–2021** Lawdragon 500 Plainti Financial Lawyers

**South Carolina Association for Justice**
**2018** Founders' Award

**Law360**
**2015** "Product Liability MVP"

***Benchmark Litigation***
**2012–2013** National "Litigation Star": mass tort/product liability
**2012–2017** South Carolina "Litigation Star": environmental, mass tort/product liability

***The Legal 500 United States***
**2011–2012, 2014–2021** Legal 500 Leading Lawyer list Dispute resolution – product liability, mass tort and class action – toxic tort – plaintiff

---

   Prior results do not guarantee a similar outcome.

## TEAM BIOS:

**The National Trial Lawyers**
**2020** Elite Trial Lawyers Lifetime Achievement Award
**2014** Litigation Trailblazers
**2010** Top 100 Trial Lawyers™ – South Carolina

*SC Lawyers Weekly*
**2018** Hall of Fame honoree
**2012** Leadership in Law Award

**National Association of Attorneys General**
**1998** President's Award

**University of South Carolina School of Law Alumni Association**
**2011** Platinum Compleat Lawyer Award

**MUSC Children's Hospital**
**2010** Johnnie Dodds Award: in honor of his longtime support of the annual Bulls Bay Golf Challenge Fundraiser and continued work on behal o our community's children

**University of South Carolina**
**2011** Garnet Award: in recognition of Joe and his family for their passion for and devotion to Gamecock athletics

**SC Junior Golf Association Programs**
**2011** Tom Fazio Service to Golf Award: in recognition of promotional efforts

### COMMUNITY INVOLVEMENT:
**Dee Norton Lowcountry Children's Center**, Co-chair for inaugural Campaign for the Next Child
**First Tee of Greater Charleston**, Board of Advisors
**American Heart Association of the Lowcountry**, 2018 Heart Walk Chair

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**American Inns of Court**
**American Constitution Society for Law and Policy**
**South Carolina Association for Justice**

* Although they endorse this lawyer, neither *The Legal 500 United States* nor Pro essor Samuel Issacharo are Motley Rice clients. Any result this endorsed lawyer may achieve on behalf of one client in one matter does not necessarily indicate similar results can be obtained for other clients.

### *Frederick C. Baker*
LICENSED IN: NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Tenth and Eleventh Circuits
U.S. District Court for the Southern District of New York and the District of South Carolina
EDUCATION:
J.D. / LL.M., Duke University School of Law, 1993
B.A., University o North Carolina at Chapel Hill, 1985

A veteran litigator with strong roots in complex litigation, Fred Baker works on a broad range of environmental, medical costs recovery, consumer and products liability cases and holds numerous leadership roles within the rm. He represents individuals, institutional investors, and governmental entities in a wide variety of cases.

Fred leads the rm's tobacco litigation, and was a member of the legal team that litigated the groundbreaking tobacco litigation on behalf of several State Attorneys General. Fred has also participated in the litigation of individual tobacco cases, entity tobacco cases and a tobacco class action.

In addition to his tobacco casework, Fred is part of the opioid litigation team which represents dozens of governmental entities, including states, cities, towns, counties and townships in litigation targeting the alleged misrepresentation and fraudulent distribution of harmful and addictive opioids by manufacturers and distributors.

Fred was also a key member o the rm's representation o people and businesses in Gulf Coast communities suffering as a result o the BP Deepwater Horizon oil spill. He held a central role in the negotiation process involving the two settlements reached with BP, one o which is the largest civil class action settlement in U.S. history. In addition, his environmental experience also includes representing a state government in a case against poultry integrators that alleged poultry waste polluted natural resources.

Fred has served as counsel in a number of class actions, including the two class action settlements arising out of the 2005 Graniteville train derailment chlorine spill. He was also closely involved in the litigation surrounding the statutory direct action settlement reached in the Manville bankruptcy court and a related West Virginia unfair trade practices insurance class action.

Fred began practicing with Motley Rice attorneys in 1994 and chairs the rm's attorney hiring committee.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2020–2022** Charleston, S.C. Mass tort litigation / class actions – plaintiffs

**Lawdragon**
**2019** Lawdragon 500 Plainti Financial Lawyers

***South Carolina Lawyers Weekly***
**2016** Leadership in Law Honoree

---

# TEAM BIOS:

## Louis M. Bograd

LICENSED IN: DC, KY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the First, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, and D.C. Circuits; U.S. District Court for the District of Columbia
EDUCATION:
J.D., Yale Law School, 1984
A.B., Princeton University, 1981

Louis Bograd is a nationally recognized authority on issues of federal preemption, drug and device litigation, and jurisdiction. He has devoted much of his professional career to litigating appeals on complex issues involving products liability, Medicaid lien reimbursements, constitutional rights, and civil liberties. At Motley Rice, Lou continues his focus on appellate issues and mass torts, urther enhancing the rm's active and growing complex litigation practice. Lou serves as co-chair o the Law & Brie ng Committee or the *National Prescription Opiate* MDL, which is focused on combatting the alleged deceptive marketing and over-distribution of opioids.

Prior to joining Motley Rice, Lou served as an appellate advocate and Chief Litigation Counsel for the Center for Constitutional Litigation where he led work in mass torts, the Class Action Fairness Act, and dispositive motions concerning consumer protection and products liability. Lou argued for plaintiffs before the U.S. Supreme Court regarding federal preemption of claims against generic drug manufacturers in *Pliva, Inc. v. Mensing* and has also participated in numerous other Supreme Court cases as counsel for petitioners, respondents, and amici curiae.

Lou has spoken on various legal topics at many seminars, CLE programs, and legal conferences across the country sponsored by, among others, the American Association for Justice, state trial lawyers associations, and Mass Torts Made Per ect. Lou has also presented at judicial education programs sponsored by the Pound Institute, the Brookings Institution, the American Enterprise Institute, the Northwestern University School of Law, and the George Mason University School of Law.

Lou's legal career began at Arnold & Porter LLP in Washington, D.C., where he managed and directed work on transfusion-associated HIV/AIDS cases on behalf of the American Red Cross. He subsequently served on the American Civil Liberties Union Foundation's national legal sta and as the legal director of the Alliance for Justice. Lou has also taught advanced torts and products liability law as an Adjunct Pro essor at the University of Kentucky College of Law.

### SELECTED PUBLICATIONS:

Louis M. Bograd & Andre M. Mura, *Buckman Stops Here! Limits on Preemption of State Tort Claims Involving Allegations of Fraud on the PTO or the FDA*, 41 Rutgers L. J. 309 (2009)
Louis M. Bograd, *Be Careful What You Wish For: Drugmakers, the First Amendment, and Preemption*, 51 TRIAL 24 (Nov. 2015)
Louis M. Bograd, *Preemption's Uncertain Path*, 47 TRIAL 20 (Nov. 2011)

Louis M. Bograd, *W(h)ither Preemption?*, 45 TRIAL 24 (Nov. 2009)
Louis M. Bograd, *Taking on Big Pharma- and the FDA*, 43 TRIAL 30 (Mar. 2007)

### ASSOCIATIONS:

**American Association for Justice** Chair, Preemption Litigation Group; Member, Legal Affairs Committee

## Max N. Gruetzmacher

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina, and the Northern District of Illinois
EDUCATION:
J.D., Marquette University Law School, 2008
B.A., University of Wisconsin-Madison, 2004

Max Gruetzmacher focuses his practice on securities and consumer fraud, representing large public pension funds, unions and other institutional investors in securities and consumer fraud class actions and shareholder derivative suits, as well as consumers, businesses, and governmental entities in other types of complex civil litigation.

Max also brings substantial experience counseling the rm's attorneys and clients with respect to e-discovery strategy throughout the various stages o litigation, rom pre- ling through trial.

Prior to joining the rm, Max gained experience in a variety o legal practice areas, including defense of pharmaceutical mass torts cases, of banks in mortgage-backed securities cases, and in appellate criminal defense.

### ASSOCIATIONS:

**South Carolina Bar Association**
**Charleston County Bar Association**

## Serena P. Hallowell

LICENSED IN: NY
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Ninth, and Eleventh Circuits; U.S. District Court for the Southern and Eastern Districts of New York
EDUCATION:
J.D., Boston University School of Law, 2003
B.A., Occidental College, 1999

With nearly 20 years of complex litigation and securities experience, Serena Hallowell has been recognized by her peers as a leader in the plainti s' securities bar and a Plainti s' Lawyer "Trailblazer" in 2019 by *National Law Journal* for her work in securities opt-out litigation. As lead o Motley Rice's direct-action litigation e orts, and a leader o the rm's securities raud team, Serena litigates or some o the world's largest institutional investors, including pension funds, hedge unds, mutual unds, amily o ces, and other large institutional investors. She also regularly advises institutional investors and public entities regarding recovery opportunities in connection with fraud-related conduct.

Prior results do not guarantee a similar outcome.

Prior to her time at Motley Rice, Serena was the head o a direct-action practice and member of the securities class action group as a partner o a large securities law rm in New York. In that capacity, she was a key member of several litigation teams that achieved multi-million settlements for clients, aggregating close to $500 million. Notable cases Serena was a leading/key member of prior to joining Motley Rice include:

*In re Barrick Gold Securities Litigation* ($140 million settlement*)

*In re Computer Sciences Corp. Securities Litigation* ($97.5 million settlement*)("rocket docket" jurisdiction and estimated to be the third largest all cash settlement in the Fourth Circuit)

*Public Employees' Retirement System of Mississippi v. Endo* ($50 million settlement*) (state court Section 11 action believed to be the largest class settlement obtained pursuant to the Securities Act of 1933 in connection with a secondary public offering)

*In re Intuitive Surgical Securities Litigation*, No. 5:13-cv-01920 (N.D. Cal.) ($42.5 million settlement* for the class, including the Employees' Retirement System o the State o Hawaii)

*In re NII Holdings, Inc. Securities Litigation* ($41.5 million settlement*) ("rocket docket" jurisdiction where settlement was obtained even a ter company led bankruptcy)

Serena has also led opt-out cases against companies, including Valeant Pharmaceuticals, Perrigo Company, and Teva Pharmaceuticals or a variety o institutional investors seeking to recoup losses stemming from alleged fraud-related conduct. With respect to Valeant, Serena and her team pursued claims under the New Jersey RICO statute, and was the rst opt-out plaintiff to successfully defeat a motion to dismiss those claims. Certain Valeant actions have since been resolved and Serena continues to prosecute matters on behalf of others.

Serena was selected to *The National Law Journal's* "Elite Women o the Plainti s Bar" in 2020 or having consistently excelled in high-stakes matters on behalf of plaintiffs. She was also recognized by them as a Plainti s' Lawyer "Trailblazer" in 2019 in part for her work on behalf of opt-out plaintiffs. Legal publication *Law360* named her as a "Securities MVP" in 2019, and the 2020 *Chambers USA* report recognized her in the area of New York securities litigation for plaintiffs. *The Legal 500* also recommended her in the eld o securities litigation in 2016 and 2017.

Serena is a frequent speaker in legal circles throughout the country on matters related to securities litigation and diversity and inclusion in the legal and nancial sectors. She uses her plat orm to champion women's rights and promote diversity in the nancial realm, including advocating or women and minority-led investment rms.

Serena has performed *pro bono* work for immigrant detainees through the American Immigrant Representation Project, in addition to volunteering with the Securities Arbitration Clinic at Brooklyn Law School, among other positions. She is conversational in Hindi and Urdu.

## SELECTED PUBLICATIONS:

*'Mutual Funds Should Consider Shareholder Litigation,'* Law360 (Oct. 8, 2019)

*'Around the World in a Decade: The Evolving Landscape of Securities Litigation Post-Morrison,'* NAPPA (Nov. 26, 2019)

*'Emulex Highlights Greater Scrutiny of Issues at High Court,'* Law360 (April 25, 2019)

*'China Agritech's Positive Implications for Plaintiffs,'* Law360 (July 3, 2018)

*'Direct Actions: A Path to Recovery for Foreign Purchases of Securities,'* The NAPPA Report (Oct. 31, 2017) *'Investor Recovery Strategies Following ANZ Securities,'* Law360 (July 12, 2017)

*'Does 'Dukes' Require Full 'Daubert' Scrutiny at Class Certi cation?'* New York Law Journal (Nov. 25, 2011)

## AWARDS AND ACCOLADES:

*Chambers USA*
**2020–2021** Litigation: Securities: Plainti s – New York, Up and Coming

**Benchmark Litigation**
**2020–2021** Future Star

**National Law Journal**
**2020** Elite Women o the Plainti s' Bar
**2019** Plainti s' Lawyers Trailblazers

**Lawdragon 500**
**2019–2021** Leading Plainti Financial Lawyers
**2019–2020** Leading Lawyers in America

**Law360**
**2019** Securities MVP
**2016** Rising Star

**The Legal 500**
**2016–2017** Recommended in the Field of Securities Litigation

## ASSOCIATIONS:

**New York City Bar Association, Securities Litigation Committee**
**Federal Bar Council**
**South Asian Bar Association**
**National Association of Public Pension Attorneys**
**National Association of Women Lawyers**
**The National Association of Shareholder & Consumer Attorneys, Secretary**

---

# TEAM BIOS:

## Mathew P. Jasinski

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the First, Second, and Third Circuits; U.S. District Court for the District of Connecticut and Southern District of New York
EDUCATION:
J.D. *with high honors*, University of Connecticut School of Law, 2006
B.A. *summa cum laude*, University of Connecticut, 2003
Mathew Jasinski represents consumers, businesses, and governmental entities in class action and complex cases involving consumer protection, unfair trade practices, commercial, environmental and securities litigation. He also represents whistleblowers in *qui tam* cases under the False Claims Act.

Mathew's litigation experience includes all aspects of trial work, from case investigation to appeal. He has represented plaintiffs in class actions involving such claims as breach of contract and unfair trade practices. He has experience in complex commercial cases regarding claims of fraud and breach of fiduciary duty and has represented an institutional investor in its efforts to satisfy a judgment obtained against the operator of a Ponzi scheme. Mathew obtained a seven-figure arbitration award in a case involving secondary liability for an investment advisor's conduct under the Uniform Securities Act. Please remember that every case is different. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

Mathew also serves the firm's appellate group, having argued cases in the U.S. Courts of Appeals for the First and Second Circuits, the Connecticut Appellate Court, and the Connecticut Supreme Court. He also has worked on numerous appeals before other state and federal appellate courts across the country.

Prior to joining Motley Rice in 2009, Mathew practiced complex commercial and business litigation at a large defense firm. He began his legal career as a law clerk for Justice David M. Borden (ret.) of the Connecticut Supreme Court. During law school, Mathew served as executive editor of the *Connecticut Law Review* and judging director of the Connecticut Moot Court Board. He placed first in various moot court and mock court competitions, including the Boston region mock trial competition of the American Association for Justice. As an undergraduate, Mathew served on the board of associate directors for the University of Connecticut's honors program and was recognized with the Donald L. McCullough Award for his student leadership.

Mathew continues to demonstrate civic leadership in the local Hartford community. He is vice chairman of the board of directors for the Hartford Symphony Orchestra, a deacon of the Asylum Hill Congregational Church, and a commissioner of the Hartford Parking Authority. Previously, Mathew served on the city's Charter Revision Commission and its Young Professionals Task Force, an organization focused on engaging young professionals and positioning them for future business and community leadership.

### PUBLISHED WORKS:
"On the Causes and Consequences of and Remedies for Interstate Malapportionment of the U.S. House of Representatives" (Jasinski and Ladewig, *Perspectives on Politics,* Vol. 6, Issue 1, March 2008)

"Hybrid Class Actions:  Bridging the Gap Between the Process Due and the Process that Functions" (Jasinski and Narwold), *The Brief,* Fall 2009

### AWARDS AND ACCOLADES:
**Super Lawyers®**
**2013–2021**  *Connecticut Super Lawyers Rising Stars* list
Business litigation; Class action/mass torts; Appellate

**Lawdragon**
**2019–2021**  Lawdragon 500 Plaintiff Financial Lawyers

***Connecticut Law Tribune***
**2018 "**New Leaders in Law"

***Hartford Business Journal***
**2009** "Forty Under 40"

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**Connecticut Bar Association**
**Oliver Ellsworth Inn of Court**
**Phi Beta Kappa**

*For full Super Lawyers selection methodology visit: www. superlawyers.com/about/selection_process.html*
*For current year CT data visit: www.superlawyers.com/ connecticut/selection_details.html*

## Marlon E. Kimpson

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina, Eastern District of Michigan
EDUCATION:
J.D., University of South Carolina School of Law, 1999
B.A., Morehouse College, 1991
Marlon Kimpson represents victims of corporate malfeasance, from investors in securities fraud cases to consumers harmed by large data and privacy breaches, as well as people injured or killed in catastrophic incidents. Building upon the firm's relationships with unions and governmental entities, Marlon represents individuals, state and municipality pension funds, multi-employer plans, unions and other institutional investors in securities fraud class actions and in mergers and acquisition cases, seeking asset recovery and improved corporate governance.

    Prior results do not guarantee a similar outcome.

Marlon has litigated securities cases including: *In re Atheros Communications, Inc., Shareholder Litigation; In re Celera Corporation Shareholder Litigation; In re RehabCare Group, Inc. Shareholders Litigation; In re Coventry Healthcare, Inc., Shareholder Litigation;* and *In re Big Lots, Inc., Shareholder Litigation.* In 2017, he helped secure a $16 million settlement to resolve shareholders' claims in *Epstein v. World Acceptance Corp. et al.,* which alleged that World Acceptance misled investors about its lending practices and compliance with federal law. More recently, Marlon was local counsel for institutional investors in *In re SCANA Corporation Securities Litigation,* a complex securities fraud matter related to alleged misrepresentations and omissions concerning the design, construction, and abandonment o SCANA's nuclear construction project in South Carolina. The case resolved in 2020 with a $192 million settlement. It is the largest securities class action recovery ever obtained in the District of South Carolina, the th largest securities class action recovery in the history of the Fourth Circuit, and among the top 100 securities class action recoveries nationwide.

Marlon is co-lead counsel and a member o the Plainti s' Steering Committee for multidistrict litigation, *In re: Blackbaud Inc. Customer Data Security Breach Litigation,* led in the District of South Carolina for consumers affected by a 2020 ransomware attack and resulting data breach that targeted software company Blackbaud. He also represents Facebook users who allege the social media network violated privacy laws by allowing political data rm Cambridge Analytica to harvest private in ormation rom more than 87 million o its users without their knowledge or permission.

In addition to securities and consumer fraud litigation, Marlon is part of the team representing dozens of governmental entities, including states, counties, cities, towns, and townships in litigation targeting the alleged deceptive marketing and over-distribution of highly addictive opioid drugs, a contended cause of the nationwide opioid crisis. He has also represented victims of catastrophic personal injury, asbestos exposure, and aviation disasters. He has litigated commercial and charter aviation cases with clients, defendants and accidents involving multiple countries. He also represented people and businesses in the Deepwater Horizon BP oil spill settlements claims programs.

Marlon currently serves as South Carolina State Senator of District 42, representing citizens of Charleston and Dorchester Counties. A frequent speaker, Marlon has presented at seminars and con erences across the country, including the Public Funds Summit, the National Association of State Treasurers, the South Carolina Black Lawyers' Association, the National Con erence on Public Employee Retirement Systems (NCPERS) and the National Association o Securities Pro essionals (NASP).

A ter ve years in commercial banking, Marlon entered the eld o law and served as a law clerk to Judge Matthew J. Perry o the U.S. District Court of South Carolina. His legal work and volunteer service also earned him the University of South Carolina School of Law bronze Compleat Award. Martindale-Hubbell® recognizes Marlon as a BV® rated attorney.

Marlon is active in his community and formerly served on the Board o Directors or the Peggy Browning Fund. He has also held leadership roles with the University of South Carolina Board of Visitors, the Charleston Black Lawyers Association and the South Carolina Election Commission. In 2017, the American Association of Justice Minority Caucus awarded Marlon with its Johnnie L. Cochran, Jr. Soaring Eagle Award reserved for lawyers of color who have made outstanding contributions to the legal pro ession and paved the way or others. In 2018, Marlon was chosen as a Leadership in Law Honoree by *South Carolina Lawyers Weekly.* He is a li etime member o the NAACP and a member o Sigma Pi Phi Boulé and Omega Psi Phi Fraternity, Inc.

## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2015–2022** Mass tort litigation/class actions – plaintiffs

**Lawdragon**
**2019–2021** Lawdragon 500 Plainti Consumer Lawyers
**2019–2021** Lawdragon 500 Plainti Financial Lawyers

**South Carolina Lawyers Weekly**
**2018** Leadership in Law Honoree

**American Association of Justice**
**2017** Johnnie L. Cochran, Jr. Soaring Eagle Award

**Benchmark Plaintiff**
**2012** National "Litigation Star": mass tort/product liability
**2012–2014** South Carolina "Litigation Star": environmental, mass tort, securities

**Coastal Conservation League**
**2016** Coastal Stewardship Award

**United Food and Commercial Workers**
**2016** Legislative Activist of the Year

## ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**National Association of Public Pension Attorneys**
**American Bar Association**
**National Bar Association**

## TEAM BIOS:

### Gregg S. Levin

LICENSED IN: DC, MA, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Seventh, Ninth and Eleventh Circuits
U.S. District Court for the District of Colorado, District of Massachusetts, and the Eastern District of Michigan
EDUCATION:
J.D., Vanderbilt University School o  Law, 1987
B.A. *magna cum laude*, University o  Rochester, 1984

With more than three decades of legal experience, Gregg Levin represents domestic and foreign institutional investors and union pension funds in corporate governance, directorial misconduct and securities fraud matters. His investigative, research and writing skills have supported Motley Rice as lead or co-lead counsel in numerous securities and shareholder derivative cases against Dell, Inc., UBS AG and Cintas Corporation. Gregg manages complaint and brief writing for class action deal cases, shareholder derivative suits and securities fraud class actions.

Prior to joining Motley Rice, Gregg was an associate with Grant & Eisenhofer in Delaware, where he represented institutional investors in securities fraud actions and shareholder derivative actions in federal and state courts across the country, including the WorldCom, Telxon and Global Crossing cases. He also served as corporate counsel to a Delaware Valley-based retail corporation from 1996-2003, where he handled corporate compliance matters and internal investigations.

In 2019, Gregg was appointed as a Vice President o  the Institute  or Law and Economic Policy, a  oundation whose goals include supplementing the resource-limited SEC by educating the public on the importance of private securities fraud litigation in maintaining corporate accountability. Since its inception in the 1990s, the institute has presented and published papers that have been cited in more than 60 federal cases, including several in the U.S. Supreme Court. Appearing in the media to discuss a variety of securities matters, Gregg has also presented in educational forums, including at the Ethics and Transparency in Corporate America Webinar held by the National Association of State Treasurers.

### PUBLISHED WORKS:

Gregg is a published author on corporate governance and accountability issues, having written signi  cant portions o  the treatise *Shareholder Activism Handbook* (Aspen Publishers, November 2005), as well as several other articles of interest to institutional investors, including:

"*In re Cox Communications:* A Suggested Step in the Wrong Direction" (*Bank and Corporate Governance Law Reporter,* September 2005)
"Does Corporate Governance Matter to Investment Returns?" (*Corporate Accountability Report*, September 23, 2005)
"*In re Walt Disney Co. Deriv. Litig*. and the Duty of Good Faith under Delaware Corporate Law" (*Bank and Corporate Governance Law Reporter*, September 2006)

"Proxy Access Takes Center Stage: The Second Circuit's Decision in American Federation of State County and Municipal Employees, Employees Pension Plan v. American International Group, Inc." (*Bloomberg Law Reports*, February 5, 2007)
"Investor Litigation in the U.S. -- The System is Working" (*Securities Reform Act Litigation Reporter*, February 2007)

### AWARDS AND ACCOLADES:
**Lawdragon**
**2019** Lawdragon 500 Plainti   Financial Lawyers

### Joshua Littlejohn

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third and Fourth Circuits; U.S. District Court for the District of Colorado, District of South Carolina
EDUCATION:
J.D., Charleston School of Law, 2007
B.A., University of North Carolina at Asheville, 1999

With a broad base of experience in complex litigation—including securities fraud, corporate governance, whistleblower cases under Dodd-Frank and the False Claims Act, and catastrophic injury cases—Josh Littlejohn plays a key role on the Motley Rice securities litigation team, particularly in cases involving healthcare.

Josh represents public pension funds, unions and institutional investors in both federal and state courts. He also represents people with catastrophic injuries and corporate whistleblowers. Josh works directly with clients and has been involved in all aspects of the litigation process, including case evaluation, fact and expert discovery, resolution and trial.

Throughout his career Josh has been involved in numerous complex securities matters including litigation against 3M Corporation; MetLi e Inc.; Alexion Pharmaceuticals; Wells Fargo & Company; 3D Systems Corporation; St. Jude Medical, Inc.; Omnicare; Pharmacia Corporation and NPS Pharmaceuticals. Currently, Josh is one o  the lead lawyers in in the groundbreaking securities fraud litigation against NASDAQ and the New York Stock Exchange, among other defendants, related to high frequency trading or "HFT." This matter is currently in discovery in the U.S. District Court for the Southern District of New York. Along with other Motley Rice lawyers, Josh was South Carolina liaison counsel in a securities  raud class action that settled in 2020   led by investors against SCANA Corporation over its failed nuclear reactor project. Josh regularly reviews and analyzes potential securities fraud class action, shareholder derivative, and SEC whistleblower matters on behal  o  our clients and the   rm.

In addition to securities matters, Josh is a leading member of the team representing former Greer Laboratories, Inc. corporate insiders who allege that Greer violated the False Claims Act by causing healthcare providers to seek reimbursement from Medicare and Medicaid for unlicensed biologic drugs. This matter is pending before the U.S. Court of Appeals for the Fourth Circuit.

    Prior results do not guarantee a similar outcome.

## TEAM BIOS:

Aside from various securities and whistleblower matters, Josh was recently part of the Motley Rice negotiating team that helped secure a resolution with a major U.S. auto manufacturer on behalf of Takata airbag victims. Early in his career at Motley Rice, Josh worked on discovery in mass tort litigation against large drug manufacturers.

### AWARDS AND ACCOLADES:
**Lawdragon**
**2019** Lawdragon 500 Plainti Financial Lawyers

**Super Lawyers®**
**2013–2017** *South Carolina Super lawyers Rising Star* list
Securities litigation; Class action/mass torts; General litigation

### ASSOCIATIONS:
**American Bar Association**
**South Carolina Association for Justice**

### *Donald A. Migliori*

LICENSED IN: MA, MN, NY, RI, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Fourth, and Eleventh Circuits, U.S. District Court for the District of Rhode Island, District of Massachusetts, and Northern, Southern and Eastern Districts of New York
EDUCATION:
M.A./J.D., Syracuse University, 1993
A.B., Brown University, 1988

Building upon his experience in complex asbestos cases, the historic tobacco lawsuits and the September 11, 2001 terrorist attacks litigation, Don Migliori is a multifaceted litigator who can navigate both the courtroom and the negotiating table. He represents victims of defective medical devices and drugs, occupational diseases, terrorism, aviation disasters, antitrust, and securities and consumer fraud in mass torts and other cutting-edge litigation that spans the country.

Don serves in leadership roles for a number of multidistrict litigations, including being a key member o Motley Rice's team that represents dozens of cities, towns, counties and townships in the *National Prescription Opiate* MDL against opioid manufacturers and distributors. He also represents states in similarly led litigation. He played a signi cant role in negotiations on behalf of tens of thousands of women allegedly harmed by pelvic mesh/sling products and served as co-liaison counsel in the N.J. Bard pelvic mesh litigation in Atlantic County. Hundreds o cases have been led in ederal and state courts against multiple defendants.

He is also co-lead counsel for *In re Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation*, a member o the Plainti s' Steering Committee or *In re Bard IVC Filters Products Liability Litigation*, as well as the Depuy® Orthopaedics, Inc. ASR™ and Pinnacle® Hip Implant MDLs. Don has litigated against both Ethicon, a Johnson & Johnson subsidiary, and C.R. Bard previously in pelvic mesh litigation and also against C.R. Bard in the Composix® Kugel® hernia mesh multidistrict litigation, *In re Kugel Mesh Hernia Patch Products Liability Litigation*, the rst MDL be ore the ederal court o Rhode Island. Don also serves as co-lead plainti s' counsel and liaison counsel in the federal MDL, and as liaison counsel for the Composix® Kugel® Mesh lawsuits consolidated in Rhode Island state court on behalf of thousands of individuals alleging injury by the hernia repair patch.

As liaison counsel for all wrongful death and personal injury cases in the September 11th aviation security litigation, Don played a central role in the extensive discovery, mediations and settlements of more than 50 cases of aviation liability and damages against numerous defendants. He also represented families of the victims who opted out of the Victim Compensation Fund to seek greater answers, accountability and recourse. Additionally, he manages associated litigation as a lead attorney for *In re Terrorist Attacks on September 11, 2001*, MDL #1570, a groundbreaking case designed to bankrupt the nanciers o al Qaeda.

Don contributed his experience in connection with the commencement of and strategy for shareholder derivative litigation brought on behalf Chiquita Brands International, Inc., alleging the de endants breached their duciary duties by paying bribes to terrorist organizations in violation of U.S. and Columbian law. He also served as trial counsel or PACE Industry Union-Management Pension Fund in a securities case against Forest Laboratories, Inc., and was involved in the initial liability discovery and trial strategy in an ongoing securities fraud class action involving Household International, Inc.

Don began working with Motley Rice attorneys in 1997 on behalf of the State Attorneys General in the historic lawsuit against Big Tobacco, resulting in the largest civil settlement in U.S. history. He tried several noteworthy asbestos cases on behalf o mesothelioma victims, including the state o Indiana's rst contractor liability verdict and rst premises liability verdict for wrongful exposure to asbestos. He continues to manage asbestos cases and actively litigates mesothelioma lawsuits and individual tobacco cases in the courtroom.

Don is a frequent speaker at legal seminars across the country and has appeared on numerous television and radio programs, as well as in print media to address legal issues related to terrorist nancing, aviation security, class action litigation, premises liability and defective medical devices. A "Distinguished Practitioner in Residence" at Roger Williams University School of Law for the 2010-2011 academic year, Don taught mass torts as an adjunct professor for more than 10 years. Don is an AV® rated attorney by Martindale-Hubbell®.

### AWARDS AND ACCOLADES:
*Chambers USA*
**2021** Product Liability: Plainti s – Nationwide, Band 3

**Best Lawyers®**
**2020** "Lawyer of the Year" Charleston, SC
Mass tort litigation/class actions – plaintiffs
**2011–2022** Mass tort litigation/class actions – plaintiffs

---

Prior results do not guarantee a similar outcome.

## TEAM BIOS:

***Super Lawyers®*** lists
**2018–2021**  *South Carolina Super Lawyers*: Class action/ mass torts; Personal Injury – products: plainti ; Aviation and aerospace
**2009–2017**  *Rhode Island Super Lawyers*
**2012–2013**  *Top 10 Rhode Island Super Lawyers* lists

**The National Trial Lawyers**
**2010–present**  Top 100 Trial Lawyers™: Rhode Island

**Lawdragon**
**2018–2021**  Lawdragon 500
**2019–2021**  Lawdragon 500 Plainti  Consumer Lawyers
**2019–2021**  Lawdragon 500 Plainti  Financial Lawyers
**2010**  Lawdragon 3,000

***Rhode Island Lawyers Weekly***
**2020**  Leader in the Law
**2011**  Lawyer of the Year

***Massachusetts Lawyers Weekly***
**2011**  Lawyers of the Year

***Benchmark Plaintiff***
**2012–2014**  Rhode Island "Litigation Star": human rights and product liability

***Providence Business News***
**2005**  Forty Under 40

## ASSOCIATIONS:
**Law360 Product Liability Editorial Advisory Board,** 2019, 2021
**American Association for Justice,** Board of Governors; former Executive Committee member
**American Bar Association**
**Rhode Island Association for Justice,**  ormer President
**The Fellows of the American Bar Foundation**

## *Christopher F. Moriarty*

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, and Tenth Circuits; U.S. District Court for the Northern District of Illinois, the Eastern District of Michigan, and the District of South Carolina
EDUCATION:
J.D., Duke University School of Law, 2011
M.A., Trinity College, University of Cambridge, 2007
B.A., Trinity College, University of Cambridge, 2003

Christopher Moriarty litigates securities fraud, corporate governance, and other complex class action litigation in the U.S. and counsels institutional investors on opportunities to seek recovery in securities-related actions in both the U.S. and internationally. His practice encompasses every aspect of litigation, from case-starting to settlement.

Notable securities fraud class actions include:

*In re Barrick Gold Securities Litigation,* No. 13-cv-03851 (S.D.N.Y.) ($140 million recovery*) (sole lead counsel);

*City of Brockton Retirement System v. Avon Products, Inc.,* 11 Civ. 4655 (PGG) (S.D.N.Y.) ($62 million recovery*) (sole lead counsel);
*Hill v. State Street Corp.,* No. 09-cv-12136-GAO (D. Mass.) ($60 million recovery*) (co-lead counsel);
*In re Hewlett-Packard Co. Securities Litigation,* No. 11-cv-1404 (RNBx) (C.D. Cal.) ($57 million recovery*) (co-lead counsel);
*KBC Asset Mgmt. v. 3D Sys. Corp.,* No. 15-cv-02393-MGL (D.S.C.) ($50 million recovery*) (co-lead counsel);
*Första AP-Fonden and Danske Invest Management A/S v. St. Jude Medical, Inc.,* No. Civil No. 12-3070 (JNE/HB) (D. Minn.) ($39.25 million recovery*) (co-lead counsel);
*Ross v. Career Education Corp.,* No. 12-cv-00276 (N.D. Ill.) ($27.5 million recovery*) (co-lead counsel);
*KBC Asset Mgmt. NV v. Aegerion Pharms., Inc.,* No. 14-cv-10105-MLW (D. Mass.) ($22.25 million recovery*) (co-lead counsel).

Christopher represents investors in shareholder derivative litigation, including in *In re Walgreen Co. Derivative Litigation*, No. 13-cv-05471 (N.D. Ill.) (securing corporate governance reforms to ensure compliance with the Controlled Substances Act*); antitrust class actions, including *In re Libor-Based Financial Instruments Antitrust Litigation*, No. 11-md-02262-NRB (S.D.N.Y.) (pending); and whistleblowers in proceedings before the U.S. Securities and Exchange Commission. His practice extends to securities-related litigation in several foreign jurisdictions, including England, France, and the Netherlands.

While in law school, Christopher was a member of the Moot Court Board, served as an Executive Editor of the *Duke Journal of Constitutional Law and Public Policy*, and taught a course on constitutional law to LL.M. students. Christopher has also drafted *amicus curiae* briefs in numerous constitutional law cases before the U.S. Supreme Court (which has cited his work) and the federal courts of appeal.

Christopher was called to the Bar in England and Wales by the Honourable Society of the Middle Temple.

## AWARDS AND ACCOLADES:
***South Carolina Super Lawyers® Rising Stars*** list
**2016–2021**  Securities litigation

## ASSOCIATIONS:
**South Carolina Association for Justice**
**American Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

    Prior results do not guarantee a similar outcome.

## TEAM BIOS:

### William H. Narwold

LICENSED IN: CT, DC, NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh, D.C., and Federal Circuits, U.S. District Court for the District of Connecticut, Eastern District of Michigan, Eastern and Southern Districts of New York, District of South Carolina
EDUCATION:
J.D. cum laude, University of Connecticut School of Law, 1979
B.A., Colby College, 1974

Bill Narwold has advocated for corporate accountability and duciary responsibility or nearly 40 years, representing consumers, governmental entities, unions and institutional investors. He litigates complex securities fraud, shareholder rights and consumer fraud lawsuits, as well as matters involving unfair trade practices, antitrust violations and whistleblower/qui tam claims.

Bill leads Motley Rice's securities and consumer raud litigation teams and False Claim Act practice. He is also active in the rm's appellate practice. His experience includes being involved in more than 200 appeals before the U.S. Supreme Court, U.S. Courts of Appeal and multiple state courts.

Prior to joining Motley Rice in 2004, Bill directed corporate, securities, nancial, and other complex litigation on behal of private and commercial clients for 25 years at Cummings & Lockwood in Hartford, Connecticut, including 10 years as managing partner. Prior to his work in private practice, he served as a law clerk for the Honorable Warren W. Eginton of the U.S. District Court, District o Connecticut rom 1979-1981.

Bill often acts as an arbitrator and mediator both privately and through the American Arbitration Association. He is a frequent speaker on legal matters, including class actions. Named one of 11 lawyers "who made a difference" by *The Connecticut Law Tribune*, Bill is recognized as an AV® rated attorney by Martindale-Hubbell®.

Bill has served the Hartford community with past involvements including the Greater Hartford Legal Assistance Foundation, Lawyers or Children America, and as President o the Connecticut Bar Foundation. For more than twenty years, Bill served as a Director and Chairman o Protein Sciences Corporation, a biopharmaceutical company in Meriden, Connecticut.

### AWARDS AND ACCOLADES:

**Best Lawyers®**
**2013, 2015, 2017, 2019** Hartford, Conn. "Lawyer of the Year": Litigation–Banking and Finance
**2005–2021** Antitrust Law; Litigation–Banking and nance, mergers and acquisitions, securities

**Super Lawyers®**
**2009–2021** *Connecticut Super Lawyers and New England Super Lawyers®* lists
Securities litigation; Class action/mass torts

**Lawdragon**
**2019–2021** Lawdragon 500 Plainti Financial Lawyers

**Connecticut Bar Foundation**
**2008** Legal Services Leadership Award

### ASSOCIATIONS:

**American Bar Association**
**Connecticut Bar Foundation,** Past President
**Taxpayers Against Fraud**
**University of Connecticut Law School Foundation,** past Board of Trustees member

*For full Super Lawyers selection methodology visit: www.superlawyers.com/about/selection_process.html*
*For current year CT data visit: www.superlawyers.com/connecticut/selection_details.html*

### William S. Norton

LICENSED IN: MA, NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the First, Second, Third and Fourth Circuits; U.S. District Court for the District of Colorado, Northern District of Illinois, District of Massachusetts, Eastern and Southern Districts of New York, and District of South Carolina
EDUCATION:
J.D., Boston University School of Law, 2004
B.A./B.S. *magna cum laude*, University of South Carolina, 2001

Bill Norton litigates securities fraud, corporate governance, False Claims Act, SEC whistleblower and other complex class action, consumer, and commercial matters. Bill has represented institutional and individual investors in securities fraud and shareholders actions before federal, state, and appellate courts throughout the country. He has also represented whistleblowers before the U.S. Securities and Exchange Commission through the Dodd-Frank Whistleblower Program and *qui tam* relators in actions under the False Claims Act.

### Securities Fraud Litigation

Bill represents institutional investors as a member of the lead counsel teams in litigation involving Alexion Pharmaceuticals, Inc., Intel Corporation, Qualcomm Inc., and Riot Blockchain, Inc. His previous securities fraud matters include:

*In re SCANA Corporation Securities Litigation* ($192.5 million recovery as Liaison Counsel*)
*Bennett v. Sprint Nextel Corp.* ($131 million recovery*)
*City of Brockton Retirement System v. Avon Products, Inc.* ($62 million recovery*)
*Hill v. State Street Corporation* ($60 million recovery*)
*City of Sterling Heights General Employees' Retirement System v. Hospira, Inc.* ($60 million recovery*)
*In re Hewlett-Packard Company Securities Litigation* ($57 million recovery*)
*In re Medtronic, Inc. Securities Litigation* ($43 million recovery*)
*Hatamian v. Advanced Micro Devices, Inc.* ($29.5 million recovery*)
*Ross v. Career Education Corporation* ($27.5 million recovery*)

---

Prior results do not guarantee a similar outcome.

# TEAM BIOS:

## Shareholder Derivative Litigation

Bill has represented shareholders in derivative actions, including:

*Manville Personal Injury Settlement Trust v. Gemunder* ($16.7 million payment and significant corporate governance reforms*)

*In re Walgreen Co. Derivative Litigation* (corporate governance reforms concerning compliance with Controlled Substances Act*)

## Merger and Acquisition Litigation

Bill has represented institutional shareholders in corporate M&A litigation, including:

*In re Allion Healthcare, Inc. Shareholders Litigation* ($4 million payment to shareholders*)

*In re RehabCare Group, Inc., Shareholders Litigation* ($2.5 million payment, modification of merger agreement, and additional disclosures to shareholders*)

*In re Atheros Communications Shareholder Litigation* (preliminary injunction delaying shareholder vote and requiring additional disclosures to shareholders in $3.1 billion merger*)

*Maric Capital Master Fund, Ltd. v. PLATO Learning, Inc.* (preliminary injunction requiring additional disclosures to shareholders in $143 million private-equity buyout*)

## Other Commercial, Consumer Fraud, and Whistleblower Matters

Bill has represented clients in a variety of commercial, consumer fraud, and whistleblower matters, including:

Satellite retailers in class action against EchoStar Corporation ($83 million recovery*)

Municipal bondholders in class action concerning alleged Ponzi scheme ($7.8 million recovery*)

A *qui tam* whistleblower in appeal, resulting in reinstatement of claim for employment retaliation*

Consumers in class action against DirecTV regarding early cancellation fees

German bank in litigation concerning collateralized debt obligations

Investors in actions concerning variable life insurance policies funneled to the Madoff Ponzi scheme

Before joining Motley Rice, Bill practiced securities and commercial litigation in the New York office of an international law firm. In law school, Bill served as an Editor of the *Boston University Law Review* and was a G. Joseph Tauro Distinguished Scholar. He worked as a law clerk in the United States Attorney's Office for the District of Massachusetts, represented asylum seekers at Greater Boston Legal Services, and studied law at the University of Oxford. Before law school, Bill worked for the United States Attorney's Office for the District of South Carolina and volunteered with the Neighborhood Legal Assistance Program of Charleston. He graduated Phi Beta Kappa from the University of South Carolina Honors College. Bill is recognized as an AV®-rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:

**Lawdragon**
**2019** Lawdragon 500 Plaintiff Financial Lawyers

**Super Lawyers®**
**2013–2019** *South Carolina Super Lawyers Rising Stars* list
Securities litigation; Class action/mass torts; General litigation

## ASSOCIATIONS:

**Federal Bar Association**
**American Bar Association**
**American Association for Justice**
**New York State Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

## *Lance Oliver*

LICENSED IN: AL, DC, FL, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the District of Columbia, Fifth and the Eleventh Circuits; U.S. District Court for the District of Columbia, and the Middle and Southern Districts of Florida
EDUCATION:
J.D., Duke University School of Law, 2004
B.A., Samford University, 2001

Lance Oliver is a trial lawyer who litigates class actions, mass torts, and other complex matters. He has experience with all phases of litigation from filing the complaint, trying the case, and pursuing appeals. His practice focuses on securities and consumer fraud class actions, tobacco litigation, and other defective products.

Lance has recently acted as lead trial counsel in a number of *Engle* progeny cases in Florida, representing smokers and their families against tobacco manufacturers. He argued a successful appeal to the Fourth District Court of Appeals in Florida, securing a verdict for a smoker's widow in a wrongful death suit against tobacco giants Philip Morris and R.J. Reynolds in *Philip Morris USA Inc. et al. v. Marchese*. He also served as counsel in *Berger v. Philip Morris USA Inc.,* which resulted in a verdict for a client who fell victim at a young age to the manufacturer's marketing campaigns targeting children.

Lance has also devoted a substantial amount of time to litigating securities fraud class actions, and has served as co-lead counsel for the class in many securities fraud cases including *Alaska Electrical Pension Fund, et al. v. Pharmacia Corp., et al.,* a securities fraud class action that resulted in a settlement for plaintiffs. More recently, Lance selected the jury as co-trial counsel for the end-payor class in *In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation,* a pay-for-delay antitrust litigation.

Prior to joining Motley Rice in 2007, Lance served as an associate in the Washington, D.C., office of a national law firm, where he worked on complex products liability litigation at both the trial and appellate levels.

Prior results do not guarantee a similar outcome.

Lance is a member of the National Conference on Public Employee Retirement Systems (NCPERS) and the International Foundation of Employee Benefit Plans (IFEBP). After graduating from Duke Law School, he served as a law clerk to the Honorable James Hughes Hancock of the U.S. District Court, Northern District of Alabama. He is recognized as an AV® rated attorney by Martindale-Hubbell®. He serves on the Board of Directors for the Charleston chapter of the American Lung Association, as well as the Dee Norton Child Advocacy Center.

## AWARDS AND ACCOLADES:
***South Carolina Lawyers Weekly***
**2021** Leadership in Law Honoree

**Lawdragon**
**2019–2021** Lawdragon 500 Plaintiff Financial Lawyers

***South Carolina Super Lawyers® Rising Stars*** list
**2013–2018** Securities litigation; Class action/mass torts

**The National Trial Lawyers**
**2016** Top 100 Trial Lawyers™ South Carolina:

## ASSOCIATIONS:
**American Bar Association**

## Meghan S. B. Oliver

LICENSED IN: DC, SC, VA
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of Virginia School of Law, 2004
B.A. with distinction, University of Virginia, 2000
Meghan Oliver's practice focuses on complex litigation and class actions, including work on securities fraud cases, general commercial litigation, and consumer fraud litigation.

She is actively involved in various class actions, including several against health insurers for drug and equipment overcharges, and one alleging that the Administrative Office of the U.S. Courts charges more for PACER services than is authorized by statute (*Nat'l Veterans Legal Services Program v. United States*, Case No. 16-745-ESH). She also represents large public pension funds, unions, and institutional investors in securities fraud class actions, including *In re Twitter, Inc. Securities Litigation*, No. 3:16-cv-05315-JST-SK and *In re Qualcomm Inc. Securities Litigation*, No. 17-CV-00121-JAH-WVG.

Additionally, Meghan helps to lead litigation filed for a class consisting of more than a million tax return preparers alleging the IRS charged unauthorized user fees for the issuance and renewal of preparer tax identification numbers, (*Steele v. United States*, Case No. 1:14-cv-1523-RCL).

She has also worked on several antitrust matters in the past, including *In re North Sea Brent Crude Oil Futures Litigation, In re Libor-Based Financial Instruments Antitrust Litigation*, and generic drug cases involving "reverse payment" agreements.

Prior to joining Motley Rice, Meghan worked as a business litigation and antitrust associate in Washington, D.C. There, she assisted in the trial of a multidistrict litigation antitrust case and assisted in multiple corporate internal investigations. She is a member of Phi Beta Kappa.

## AWARDS AND ACCOLADES:
**Lawdragon**
**2019–2021** Lawdragon 500 Plaintiff Financial Lawyers

## ASSOCIATIONS:
**American Bar Association**

## Michael J. Pendell

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Connecticut, Southern and Eastern Districts of New York
EDUCATION:
J.D., *summa cum laude*, Albany Law School, 2007
B.A., *cum laude*, Emerson College, 2000
Michael Pendell focuses his practice on representing people affected by corporate wrongdoing, including whistleblowers, and people harmed by tobacco and dangerous pelvic mesh devices. He also represents pension fund trustees and other institutional investors in securities, consumer fraud, and other complex class actions.

Michael has been involved in the firm's representation of personal injury clients, including representing people allegedly harmed by tobacco products and thousands alleging harm by dangerous medical devices. He serves as trial counsel in the Engle-progeny litigation pending in Florida for smokers and families of deceased smokers against tobacco manufacturers. In transvaginal mesh litigation, he represents women implanted with Ethicon Gynecare Prolift transvaginal mesh devices and who claim serious injuries and complications from the devices.

Michael also has experience representing institutional and individual investors in claims involving common law fraud pursuant to state securities laws. He played a central role on the litigation team that obtained a seven-figure arbitration award in a case involving secondary liability for an investment advisor's conduct under the Uniform Securities Act. Michael also represents clients in complex commercial cases regarding claims of fraud, breach of contract, and tortuous interference, as well as representing whistleblowers in multiple cases involving the False Claims Act, including litigation filed against Afognak Native Corp., alleging regulatory violations related to the Small Business Administration.

Michael, along with other Motley Rice attorneys, represented a union pension fund as co-lead counsel in a securities fraud class action to recoup losses against a telecom provider that allegedly provided false information regarding its financial results, causing artificially inflated stock prices that subsequently plummeted when the truth was made known. The settlement is pending court approval.

Prior results do not guarantee a similar outcome.

# TEAM BIOS:

In addition to his whistleblower and securities casework, Michael is also a part o the rm's team that represents dozens of governmental entities, including states, cities, towns, counties and townships in litigation against several pharmaceutical drug manufacturers and distributors for the alleged deceptive marketing and distribution of highly addictive opioid prescription drugs.

Prior to joining Motley Rice. Michael served as an associate with a Connecticut-based law rm, where he rst gained experience in both federal and state courts in such areas as commercial and construction litigation, media and administrative law, personal injury defense and labor and employment matters. He previously taught business law to BA and MBA candidates as an adjunct professor at Albertus Magnus College.

Michael served as a legal intern for the Honorable Randolph F. Treece of the U.S. District Court for the Northern District of New York and as a law clerk for the Major Felony Unit of the Albany County District Attorney's O ce. He served as the executive editor for the *New York State Bar Association Government Law & Policy Journal* and senior editor for the *Albany Law Review*, which published his 2008 article entitled, "How Far is Too Far? The Spending Clause, the Tenth Amendment, and the Education State's Battle Against Un unded Mandates."

## AWARDS AND ACCOLADES:
**Lawdragon**
**2019–2021** Lawdragon 500 Plainti Financial Lawyers

**Super Lawyers®**
**2013–2018** *Connecticut Super Lawyers Rising Stars* list Securities litigation; Business litigation; Personal injury – products: plaintiff

## ASSOCIATIONS:
**American Association for Justice**
**Connecticut Bar Association**
**New York State Bar Association**

* Prior results do not guarantee a similar outcome. For full *Super Lawyers* selection methodology visit: www.superlawyers.com/about/selection_process.html
For CT-speci c methodology visit: www.superlawyers.com/connecticut/selection_details.html

## SENIOR COUNSEL

### *David D. Burnett*

LICENSED IN: DC, NY
ADMITTED TO PRACTICE BEFORE: U.S. Court o Appeals or the Second Circuit; U.S. District Courts for the Southern and Eastern Districts of New York
EDUCATION:
J.D., University of Virginia School of Law, 2007
M.A., University of Texas at Austin, 2002
B.A. with high honors and distinction, University of Virginia, 1999

David Burnett applies more than a decade of experience in nance and plainti s-side commercial litigation to investigate complex economic and scienti c issues.

David is a part o Motley Rice's team representing dozens of governmental entities, including states, counties, cities, towns, and townships in litigation arising from the nationwide opioid crisis. Among other work, he works closely with experts on written reports, depositions, and trial testimony, including epidemiologists who quantify abatement needs and economists who quantify harms and abatement costs. David is part of the trial team in the opioids MDL trial on behalf of the City of Huntington and Cabell County, W.Va.

David also represents investors in complex securities fraud litigation. In Motley Rice's case against NYSE, Nasdaq, and BATS, alleging that the stock exchanges enabled high- requency traders' manipulation o the markets, David deposed the President o NYSE, wrote an order o proo , and dra ts brie s and letters to court.

David worked with victims of September 11 terrorist attacks on documenting their harms at Ground Zero. He has also performed detailed contractual and liability analyses in Motley Rice's Proton Pump Inhibitor litigation against major pharmaceutical companies.

Prior to joining Motley Rice, David served as a vice president o underwriting at Burford Capital, where he evaluated the legal and economic merits of 50 potential investments in lawsuits, up to nine gures in value each, and monitored dozens o active litigation investments. He gained experience in evaluating the cost-bene ts o litigation and structuring nancing terms commensurate with legal risks.

Prior to Bur ord, David worked or 11 years as an associate and Of Counsel at Quinn Emanuel in New York, where he represented institutional investors as plaintiffs in litigation arising from losses on mortgage-backed securities and CDOs following the 2008 nancial crisis. He recovered hundreds o millions of dollars* in dozens of favorable settlements for plaintiffs in residential mortgage-backed securities litigation, including settlements reached on his own for a client he originated.

While completing his law degree at the University of Virginia, David clerked or an international corporate law rm in New York and a plainti s' asbestos rm in Washington, D.C. During

Prior results do not guarantee a similar outcome.

law school David was selected as a Hardy Cross Dillard Fellow (a teaching assistant in Legal Research and Writing), worked with law professors as a journal editor, and published two journal articles.

Outside of work, David serves on the Board of Advisors of the Appalachian Mountain Club. Before law school, among other roles, David worked with at-risk youths for Outward Bound and bicycled across the country for charity.

## Rebecca M. Katz

LICENSED IN: NY
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second Circuit; U.S. District Courts for the Southern, Eastern, and Western Districts of New York
EDUCATION:
J.D., Hofstra University School of Law, 1990
B.S., Hofstra University, 1987

As a lead attorney on Motley Rice's whistleblower litigation team, Rebecca Katz represents and protects individual whistleblowers who expose corporate misconduct. Her clients come from all levels of job responsibility in a wide range of industries and she helps them to investigate and report fraud to governmental enforcement agencies including the SEC, DOJ, IRS and CTFC. She has represented senior executives, mid-level managers and staff of multinational banking and financial services and public companies, including financial advisors, clinical researchers, quantitative analysts, engineers, commodities and securities traders.

Rebecca has been at the forefront of this field since the SEC Whistleblower Program was established under the Dodd-Frank Act in 2010 and is recognized in the field of whistleblower representation. She has represented numerous clients in navigating the intricacies of the SEC whistleblower process from filing the initial complaint through the final award process.

For nearly a decade prior to entering private practice, Rebecca served as senior counsel for the SEC's Enforcement Division. In addition to her whistleblower work, Rebecca has more than 20 years of experience litigating complex securities fraud cases, and was a partner and held senior leadership roles at two large New York plaintiffs' litigation firms.

Using her experience as a former SEC attorney and in private practice, Rebecca provides critical, objective legal counsel to those who need knowledge and support to ensure their confidentiality and protection in undertaking the complex and ever-changing whistleblower laws.

Rebecca is a frequent speaker at legal conferences nationwide and provides insight on numerous issues involving the SEC whistleblower program and securities litigation for national and local media outlets, including *The Wall Street Journal, The New York Times*, and *Law360*, among others. She is a published author and former faculty member at the Practising Law Institute's Securities Litigation & Enforcement Institute (both in the United States and United Kingdom) and has also lectured at the Fordham University School of Law's Eugene P. and Delia S. Murphy Conference on Corporate Law – Corporations, Investors and the Securities Markets.

While completing her law degree from Hofstra University School of Law, Rebecca was a member of the *Hofstra Law Review*.

She is an active supporter of several community organizations, including Friends of Firefighters and Komen Race for a Cure.

### PUBLISHED WORKS:
Rebecca M. Katz & James M. Weir, Plaintiffs' Perspective: The SEC's Final Rules for Whistleblowers Offer a Balanced Approach to an Important New Program, *Securities Litigation Report* (July/Aug. 2011)

Rebecca M. Katz & David B. Harrison, The Dodd-Frank Act: New Life for Whistleblowers and the SEC*; Securities Litigation Report* (Sept. 2010)

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2017–2022**  Mass tort litigation / class actions – plaintiffs

**Super Lawyers**
**2008–2010, 2013–2021**  New York Metro Super Lawyers – Securities

**Hofstra University, Maurice A. Deane School of Law**
**2019**  Outstanding Woman in Law honoree

*Benchmark Plaintiff*
**2014** *Top 150 Women in Litigation* list: New York – securities
**2013–2014**  New York "Litigation Star" securities

### ASSOCIATIONS:
**New York City Bar Association**, Securities Litigation Committee

## ASSOCIATES

### Andrew P. Arnold

LICENSED IN: NY, SC
EDUCATION:
J.D., with honors, University of North Carolina School of Law, 2013
B.A., with highest honors, University of North Carolina at Chapel Hill, 2002

Andrew Arnold represents institutional investors and individuals in complex securities, corporate governance and shareholder litigation.

He concentrates his practice on investigating and developing securities fraud class actions, shareholder derivative lawsuits, merger and acquisition litigation, and consumer fraud. He joined Motley Rice co-founder Joe Rice in negotiations in the Volkswagen Diesel Emissions Fraud class action for consumers whose vehicles were allegedly designed to bypass regulations. The $15 billion settlement for 2.0-liter vehicles is the largest consumer auto-related consumer class action in U.S. history, and among the fastest reached of its kind.

# TEAM BIOS:

Prior to joining Motley Rice, Andrew practiced commercial litigation and investor-state dispute settlement in the Washington, D.C. office of a large international law firm. He was recognized on the 2014 Capital *Pro Bono* High Honor Roll for serving 100 *pro bono* hours in the D.C. area. While attending the University of North Carolina School of Law, Andrew was a member of the *North Carolina Law Review* and served as a judicial intern for the North Carolina Court of Appeals and as a research assistant for Professor Thomas Lee Hazen, a prominent securities regulation scholar.

Andrew also has an extensive background in software development, primarily in the healthcare industry, where he designed and developed software to ensure compliance with government regulations.

## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2021–2022** *Ones to Watch* list: Litigation – Securities

## Elizabeth A. Camputaro

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Federal and Fourth Circuits; U.S. District Court for the District of South Carolina
EDUCATION:
J.D. *magna cum laude*, Charleston School of Law, 2008
B.A., Columbia College, 2004
Elizabeth Camputaro is part of the team representing county and municipal governments in litigation involving opioid manufacturers and distributors for their alleged deceptive marketing and fraudulent distribution of highly addictive opioids.

In addition, Elizabeth has several years of experience representing institutional investors in complex securities fraud and shareholder derivative matters, including serving on litigation teams in class action suits filed against Medtronic, Inc, State Street Corp., Sprint Nextel Corp., and Advanced Micro Devices.

Prior to joining Motley Rice, Elizabeth served as a judicial law clerk for the Honorable Deadra L. Jefferson, Ninth Judicial Circuit. While in law school, Elizabeth was a member of the Federal Courts Law Review, contributed more than 100 hours of pro bono service, and served as a judicial extern for the Honorable Thomas L. Hughston, Ninth Judicial Circuit.

Active in her community, Elizabeth previously served on the South Carolina Bar Diversity Committee, and has served as an Election Commissioner for Beaufort and Summerville municipalities, Beaufort County Council Library Board Trustee, and international missionary with Project Medishare and One World Health.

## ASSOCIATIONS:
**American Bar Association**
**South Carolina Bar Association**
**Charleston Bar Association**

## Ebony Williams Bobbitt

LICENSED IN: SC
EDUCATION:
J.D. *magna cum laude*, North Carolina Central University School of Law 2020
B.S., North Carolina Agricultural and Technical State University, 2012
Ebony Williams Bobbitt represents institutional investors and individuals in complex securities and consumer protection class actions that aspire to hold corporations accountable for alleged misconduct.

Ebony's casework includes litigating for U.S. tax return preparers who allege they were charged unlawful fees by the IRS to obtain their Preparer Tax Identification Numbers (PTIN) in *Adam Steele, et al. v. United States of America,* Case No. 1:14-cv-01523-RCL. She also represents a class of patients who allege Cigna Health and Life Insurance Co. fraudulently inflated copayments and coinsurance by overcharging for medical services and products, *Neufeld v. Cigna Health and Life Insurance Company et al.*, Case No. 3:17-cv-01693.

Ebony has a background in criminal justice and worked for several years as a legal assistant for the New Hanover District Attorney's Office and as a deputy clerk for the New Hanover County Board of Commissioners prior to pursuing her law degree. She gained additional legal experience while interning with the North Carolina Department of Justice during the summer of 2018 and is a former Motley Rice law clerk.

## Jessica C. Colombo

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second Circuit, U.S. District Court for the District of Connecticut
EDUCATION:
J.D. *with high honors*, University of Connecticut School of Law, 2017
B.A. *cum laude*, State University of New York at New Paltz, 2014
Jessica Colombo works to deter misconduct and fraud by representing individuals and institutional investors in complex securities and consumer protection class actions. In addition, Jessica's practice includes representing whistleblowers in cases involving the False Claims Act, and she contributes to the firm's appellate practice. She is also a part of the firm's team that represents dozens of governmental entities, including states, cities, towns, counties and townships in litigation against several pharmaceutical drug manufacturers and distributors for the alleged deceptive marketing and distribution of highly addictive prescription opioids.

Prior to joining Motley Rice, Jessica served as a law clerk to the Honorable Bethany J. Alvord of the Connecticut Appellate Court. She gained additional experience in complex consumer

Prior results do not guarantee a similar outcome.

fraud and product liability litigation while serving as a Motley Rice law clerk in 2016. She also interned with the U.S. Attorney's Office for the District of Connecticut.

While completing her legal studies, Jessica served as Executive Editor of the *Connecticut Law Review*, a member of the Public Interest Law Group, and a volunteer with the International Refugee Assistance Project. She also represented criminal defendants in the University of Connecticut School of Law Criminal Trial Clinic. She received multiple CALI awards in Lawyering Process, Torts, Estate Plan/Tax Practice, and Trademark Law.

Jessica previously worked as a toll collector for the New York State Thruway Authority, where she was a member of the International Brotherhood of Teamsters, Local 72.

### ASSOCIATIONS:
**American Bar Association**
**Connecticut Bar Association**

## Annie E. Kouba

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of North Carolina School of Law, 2016
M.S.W., University of North Carolina School of Social Work, 2016
B.A., *magna cum laude*, Lenoir-Rhyne University, 2012
Annie Kouba represents institutional investors in securities fraud and shareholder litigation as well as public clients and government entities. Annie also advocates for survivors of childhood sexual abuse who wish to seek justice through the civil court system.

She is a part of Motley Rice's team of attorneys that represents dozens of cities, towns, counties and townships in the *National Prescription Opiate* MDL against opioid manufacturers, distributors and pharmacies for alleged deceptive marketing, fraudulent distribution and other business practices that contributed to the opioid crisis. Additionally, she represents several municipalities in litigation against multiple large telecommunications companies for alleged under-billing and under-remittance of 911 fees those municipalities depend upon to fund their emergency systems.

As an advocate for survivors of childhood sexual abuse, Annie represents abused former Boy Scouts in their Boy Scouts of America bankruptcy claims. She also litigates under newly enacted "window" laws that extend the number of years available for childhood sexual abuse survivors to file claims by opening a statute of limitations for a finite period of time.

Prior to joining Motley Rice, Annie interned with the North Carolina Department of Justice in the Health and Human Services Division where she drafted criminal briefs for the N.C. Court of Appeals and N.C. Supreme Court, and assisted the president of the American Association of Public Welfare Attorneys. She also interned with the EMILY's List Political Opportunity Program and has worked as a *voir dire* consultant.

Annie concentrated in Community, Management, and Policy Practice at the University of North Carolina's School of Social Work Master's program where she specialized in the intersection of public policy and the law. Through a practicum with the program, Annie interned with the Compass Center for Women and Families in the Financial Literacy Education Program, where she served as a certified counselor with The Benefit Bank.

While pursuing her studies at the University of North Carolina School of Law, Annie served as a published staff member on the *First Amendment Law Review* and as vice president of the Carolina Public Interest Law Organization. She also contributed more than 100 hours in the Pro Bono Program there, through which she prepared tax returns for low-income citizens and researched and provided social work policy and legal perspective related to minors' rights after sexual assault for a guidebook from the NC Coalition Against Sexual Assault.

Annie serves on the board of the Green Heart Project, a volunteer-assisted service-learning organization connecting children living in food deserts with school gardens, healthy produce, and mentors.

### AWARDS AND ACCOLADES:
**South Carolina Bar Leadership Academy**
Class of 2019

### ASSOCIATIONS:
**American Association for Justice**, Political Action Committee Task Force
**South Carolina Association for Justice**

## Alexis N. Lilly

LICENSED IN: SC
EDUCATION:
J.D. *cum laude*, American University Washington College of Law, 2020
B.A. *magna cum laude*, The Ohio State University, 2017
Alexis Lilly protects public entities, institutional investors and individuals through complex litigation targeting corporate negligence and misconduct.

Alexis is a part of the firm's team that represents dozens of governmental entities, including states, counties, cities, towns, and townships in litigation targeting the alleged deceptive marketing and over-distribution of highly addictive opioid drugs, a contended cause of the nationwide opioid crisis.

A former Motley Rice law clerk, Alexis was the Technical Editor of the *American University Business Law Review*, Vol. 9, and served as a student attorney for American University Washington College of Law's Civil Advocacy Clinic in Washington, D.C., while completing her legal studies. She also assisted faculty as a Dean's Fellow for the school's Legal Rhetoric Department, served as a judicial intern for U.S. District Judge Rudolph Contreras of the U.S. District Court for D.C., and gained valuable experience as a law clerk for the U.S. Attorney's Office, District of Arizona.

## TEAM BIOS:

### Bruno Rosenbaum

LICENSED IN: NY
EDUCATION:
LL.M., Columbia Law School, 2019
M.B.A., Assas Paris II, 2014
Master II, Assas Paris II, 2014
Master I, Sorbonne Paris I, 2010

Bruno Rosenbaum consults on complex securities fraud class actions, merger and acquisition cases and shareholder derivative suits on behalf of domestic and foreign institutional investors.

As Director of European Investor Relations for Motley Rice, Bruno assists the firm, clients and co-counsel in matters relating to international financial regulations and securities law to enhance corporate governance and protect shareholders against misconduct and fraud.

Prior to joining Motley Rice, Bruno was associated with international law firms in Paris and Luxembourg, where he practiced in the areas of mergers and acquisitions and private equity.

Bruno is admitted to the practice of law in Paris as Avocat à la Cour, and in Luxembourg as Avocat au Barreau *(Liste IV)*. His post-graduate studies concentrated in business and corporate law.

Bruno is fluent in English, French and Portuguese and conversant in German/Luxembourgish, Spanish and Italian.

### Lisa M. Saltzburg

LICENSED IN: SC, CO
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth, Fifth and Eleventh Circuits
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., Stanford Law School, 2006
B.A. with high distinction, University of California, Berkeley, 2003

Lisa Saltzburg represents individuals, government entities and institutional clients in complex securities and consumer fraud actions, public client litigation, and a variety of other consumer and commercial matters. Lisa is an integral part of Motley Rice's team of attorneys that represents dozens of cities, towns, counties and townships in the *National Prescription Opiate* MDL against opioid manufacturers and distributors for alleged deceptive marketing, fraudulent distribution and other business practices that contributed to the opioid crisis.

She is part of the BP Oil Spill litigation team, and helped people and businesses in Gulf Coast communities file claims through the new claims programs established by the two settlements reached with BP. Lisa also serves on the trial team for the Florida *Engle* tobacco litigation.

Prior to joining Motley Rice, Lisa was an associate attorney for a nonprofit advocacy organization, where she worked through law and policy to protect the environmental interests

of the Southeast. She drafted briefs and other filings in South Carolina's federal and state courts and worked with administrative agencies to prepare for hearings and mediation sessions. Lisa also served for two years as a judicial clerk for the Honorable Karen J. Williams of the U.S. Court of Appeals for the Fourth Circuit, where she developed valuable legal research and writing skills and gained experience involving a wide range of issues arising in civil and criminal cases.

Lisa held multiple positions in environmental organizations during law school, handling a broad array of constitutional, jurisdictional and environmental issues. She also served as an editor of the *Stanford Law Review* and as an executive editor of the *Stanford Environmental Law Journal*. A member of numerous organizations and societies, including the Stanford Environmental Law Society, Lisa attended the National Institute for Trial Advocacy's week-long Trial Advocacy College at the University of Virginia.

#### AWARDS AND ACCOLADES:
***South Carolina Super Lawyers® Rising Stars* list**
**2016** Securities litigation, Class action/mass torts, Personal injury–products: plaintiff

### Meredith B. Weatherby

LICENSED IN: SC, TX
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Northern, Southern, Eastern and Western Districts of Texas
EDUCATION:
J.D., University of Texas School of Law, 2011
B.A., *with distinction*, University of North Carolina, Chapel Hill, 2008

Meredith Weatherby develops and litigates securities fraud class actions and shareholder derivative suits on behalf of institutional investors.

Meredith represents unions, public pensions and institutional investors in federal courts throughout the country. Her casework includes representing clients in a number of cases related to high frequency trading (HFT), including the groundbreaking securities fraud litigation against NASDAQ and the New York Stock Exchange that was recently revived upon appeal to the U.S. Court of Appeals for the Second Circuit. She is also involved in the securities class action against Twitter Inc. Previously, Meredith was a member of the teams representing investors in securities fraud class actions filed against Advanced Micro Devices, Barrick Gold and SAC Capital, among others.

Meredith also has experience litigating medical malpractice and negligence suits in state court.

Prior to joining Motley Rice, Meredith gained trial and settlement experience as an associate at a Dallas, Texas, law firm working in business and construction litigation. While attending the University of Texas School of Law, she clerked for an Austin firm, represented victims in court as a student attorney in the UT Law Domestic Violence Clinic and was a Staff Editor of the

    Prior results do not guarantee a similar outcome.

## TEAM BIOS:

Review of Litigation journal. During her undergraduate and law school career, Meredith studied abroad in Paris, France, Geneva, Switzerland and Puebla, Mexico.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2021 –2022** *Ones to Watch* list: Litigation – Securities

### ASSOCIATIONS:
**Charleston County Bar Association**

### *Erin Casey Williams*

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
United States Court of Appeals for the Second Circuit; U.S. District Court for the Eastern District of Michigan, and District of South Carolina
EDUCATION:
J.D., University of Illinois College of Law, 2014
B.S. with honors, University of Illinois at Urbana-Champaign, 2011
Erin Casey Williams protects the interests of institutional investors and consumers through complex securities litigation.

Erin is a member of Motley Rice's litigation teams representing investors in securities fraud class action cases. She supports the firm's efforts in matters involving Qualcomm Incorporated and Investment Technology Group, Inc.

Erin assisted in the development of deposition strategies and completed discovery with the Motley Rice securities team before joining the firm in 2017. Her previous experience includes litigating claims involving medical malpractice, wrongful death, personal injury and complex family law matters at a Charleston, S.C., law firm. She also researched and drafted memoranda regarding construction defects, insurance defense, and tort liability for a national litigation support agency.

While pursuing her law degree, Erin interned for the Federal Defender Program in Chicago in addition to working as a judicial extern for the Honorable Michael T. Mason of the U.S. District Court for the Northern District of Illinois. She served as an associate editor of the *University of Illinois Law Review* and the Community Service Chair of the Women's Law Society.

### ASSOCIATIONS:
**American Bar Association**
**South Carolina Bar Association**
**South Carolina Association for Justice**
**South Carolina Women Lawyers Association**
**Charleston County Bar Association**

## STAFF ATTORNEYS

### *Rebecca E. Jacobs*

LICENSED IN: SC
EDUCATION:
J.D. with honors, Charleston School of Law, 2014
B.A., Furman University, 2010
Rebecca Jacobs focuses her practice on managing discovery efforts and implementing e-discovery best practices in large-scale antitrust, whistleblower, securities, and consumer fraud class actions. She also develops and manages teams that perform research and conduct document discovery for the firm.

Rebecca's casework includes assisting in antitrust litigation against Keurig Green Mountain, Inc., alleging a monopoly of single-serve coffee brewers and cups compatible with those brewers. She is also actively involved in various class actions against health insurers for drug and equipment overcharges.

Rebecca has been working with Motley Rice since 2015, where she leverages advanced processing and review technologies to increase efficiencies in cases with complex e-discovery. Rebecca was a member of the team that represented institutional investors as lead counsel in *In re Barrick Gold Securities Litigation,* which reached a $140 million settlement for shareholders.* She has also contributed to discovery in securities fraud litigation against St. Jude Medical, Inc. and Conn's Inc.

Rebecca worked as a legal assistant and paralegal in Charleston while pursuing a law degree. She has also completed numerous *pro bono* hours with programs including Volunteer Income Tax Assistance as well as Adult Guardianship Assistance and Monitoring.

### ASSOCIATIONS:
**South Carolina Women Lawyers Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

### *Kelly A. Quillin*

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the District of South Carolina
EDUCATION:
J.D., The John Marshall Law School, 2014
B.S., Indiana University, 2010
Kelly Quillin seeks to hold businesses accountable and recover losses for individuals and institutional investors who are harmed by corporate wrongdoing and misconduct.

Kelly is a member of the litigation teams representing investors as lead counsel in securities and consumer fraud class actions filed against Twitter, Inc. and Qualcomm, Inc. She has also assisted in the litigations filed against St. Jude Medical, Inc., LIBOR, American Realty Capital, and 3D Systems Corp. She was also involved in the litigation against NASDAQ and NYSE, among other defendants, related to high frequency trading.

# TEAM BIOS:

Acting as a liaison among counsel, attorney review teams, vendors and data management personnel, Kelly oversees teams that conduct discovery and research in order to further complex securities litigation, including implementing best practices regarding e-discovery strategies in large scale, complex, and document-intensive cases. She has experience in advanced analytic technologies and technology assisted review processes.

Prior to joining the rm, she clerked or the Cook County State's Attorney's O ce in Chicago, assisting with legal lings, court appearances and research in the Felony Trial Division.

In 2012, while completing her legal studies in Chicago, Kelly served as a judicial extern for U.S. District Judge Jon E. DeGuilio for the Northern District of Indiana, where she drafted proposed opinions, orders and memoranda. While completing her undergraduate studies, she interned for the Southern District o Indiana Clerk's O ce.

Kelly applies her legal knowledge to bene t the less ortunate by providing assistance and access to judicial services through the Charleston Pro Bono organization.

### ASSOCIATIONS:
**American Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**
**American Association for Justice**

## Laura C. Rublee

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE: U.S. Court o Appeals or the Fourth Circuit; U.S. District Court for the Eastern and Western Districts of Virginia, and the Western District of North Carolina
EDUCATION:
J.D., Marshall-Wythe School of Law, College of William & Mary, 1985
B.A. *with distinction,* University of Virginia, 1977
Laura Rublee litigates for consumers, unions, public pensions and other institutional investors as a part o Motley Rice's securities and consumer fraud practice. Laura advances complex class actions that shine a light on alleged nancial violations and corporate misconduct that negatively impact investors and consumers.

Laura's litigation experience includes representing a class of patients who allege Cigna Health and Life Insurance Co. raudulently in ated copayments and coinsurance by overcharging for medical services and products, *Neufeld v. Cigna Health and Life Insurance Company et al*. She also represents more than a million tax return preparers who allege the IRS charged unauthorized user fees for the issuance and renewal o preparer tax identi cation numbers, *Steele v. United States*. Laura served on additional litigation teams in class action suits led against Medtronic, Inc.; Sprint Nextel Corp.; and Twitter, Inc.

Prior to joining Motley Rice, Laura worked or several years as an escrow o cer in Texas where she assisted with real estate transactions. She has additional experience as a staff attorney and associate or de ense rms in South Carolina and Virginia. She also has a background in biophysics, having worked as laboratory specialist for several years before pursuing a law degree.

### ASSOCIATIONS:
**South Carolina Bar Association**

## SECURITIES LITIGATION PROFESSIONAL STAFF

### Ellie Kimmel
EDUCATION:
B.A., University of South Florida, 1993
Business Analyst Ellie Kimmel began working with Motley Rice attorneys in 2000. Prior to her work with the securities litigation team, she was a ounding member o the rm's Central Research Unit and also supervised the rm's le management. She currently completes securities research and client portfolio analysis or the rm's securities cases.

Ellie has a diverse background that includes experience in education as well as the banking industry. She began her career in banking operations, where she served as an operations manager and business analyst in corporate banking support for 14 years. She then spent seven years teaching high school economics, Latin and history before joining Motley Rice.

### Evelyn Richards
EDUCATION:
A.S. *cum laude,* Computer Technology, Trident Technical College, 1995
J.D., University o South Carolina School o Law, 1989
B.A., English Literature and Religion, University o Virginia, 1986
Evelyn Richards joined Motley Rice in 2007. As a law clerk for the Securities and Consumer Fraud practice group, she plays a key role in supporting the securities litigation team through editing, cite-checking and Shepardizing complaints, briefs, and other legal documents. She also trains support staff on how to use The Bluebook.

Evelyn has over 25 years o experience in the legal eld. As an Assistant Solicitor or the Ninth Circuit Solicitor's O ce, she prosecuted child abuse and neglect and criminal cases. She also worked as a programmer/analyst or a ew years. Prior to joining Motley Rice, Evelyn worked as an administrator for a large telecom, corporate and litigation rm, supervising all o ce operations, including human resources and accounting procedures. She also served as o ce manager or a small worker's compensation law o ce, where she managed trust and operating accounts and provided information technology support.

Evelyn's diverse background in in ormation technology, management, programming and analysis adds great depth to the resources provided to Motley Rice clients.

---

Prior results do not guarantee a similar outcome.

## Joshua Welch

EDUCATION:

M.B.A., The Citadel, 2017

B.S. with honors, The College of Charleston, 2015

As a Financial Analyst with the securities litigation team, Joshua Welch is responsible for monitoring client portfolios, analyzing investor losses, and conducting research on companies facing allegations of securities fraud.  He also assists in submitting claims for securities class action settlements.

Joshua holds a Master of Business Administration degree from The Citadel, where he worked as a graduate assistant.  As an undergraduate, he double-majored in Accounting and Business Administration.



**www.motleyrice.com**
**1 800.768.4026**

28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464

**SC | RI | CT | NY | WV**
**DC | MO | NJ | PA**

William H. Narwold (CT, DC, NY, SC) is the attorney responsible for this communication. Prior results do not guarantee a similar outcome.
Motley Rice LLC, a South Carolina Limited Liability Company, is engaged in the New Jersey practice of law through Motley Rice New Jersey LLC. Esther Berezofsky attorney responsible for New Jersey practice.

*PD: 12.14.2021*



**www.motleyrice.com**
**1 800.768.4026**