## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEFINED BENEFIT PLAN OF THE MID-JERSEY TRUCKING INDUSTRY AND TEAMSTERS LOCAL, 701 PENSION AND ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>     *Plaintiff*,<br><br>-v-<br><br>PAYPAL HOLDINGS, INC., *et al.*,<br><br>     *Defendant*. | Civil Action No. 3:22-cv-05864 (GC-LHG)<br><br>**NOTICE OF APPEARANCE** |

TO: Clerk of the Court

  Kindly enter the appearance of David F. Edelstein, Esquire as counsel of record for Defendants PayPal Holdings, Inc., Daniel Schulman, and John Rainey.

             **ARCHER & GREINER P.C.**

             s/ David F. Edelstein
             David F. Edelstein
             **ARCHER & GREINER, P.C.**
             1025 Laurel Oak Road
             Voorhees, New Jersey 08043
             856.354.3125
             dedelstein@archerlaw.com

             *Attorneys for Defendants PayPal Holdings, Inc., Daniel Schulman, and John Rainey*

Dated: January 17, 2023
226494359v1