**SEEGERWEISS** LLP

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

July 15, 2024

**VIA ECF**

Honorable Robert A. Kirsch, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg.
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re**:    ***In re PayPal Holdings Inc. Securities Litigation***, **Civ. No.: 3:22-cv-05864**
> **Supplemental Authority**

Dear Judge Kirsch:

In support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint (ECF No. 77 ("Opp."); ECF No. 49 ("AC")), Plaintiffs respectfully submit the recent decision in *Wu v. GSX Techedu Inc.*, -- F. Supp. 3d. --, 2024 WL 3163219 (D.N.J. June 25, 2024). *See* **Exhibit A**.

*GSX* sustained claims that statements, like those in this case, touting user growth numbers were misleading when they included bot accounts. *Id.* at *1, 19; *e.g.*, AC ¶271; *see also, e.g.*, AC ¶291. Indeed, the statements in this Action are stronger than in *GSX* because (1) PayPal assured investors it was not "chasing [] low-value, net new active[s]" in order to "pump[] up numbers" (*e.g.*, AC ¶¶265, 301); and (2) PayPal was not only accumulating a large number of bot accounts, but also an even greater number of "minimally engaged" accounts, by using promotions to a "much greater extent" than ever before. AC ¶¶174-76.

The *GSX* opinion is also relevant to additional issues raised in the motion to dismiss briefing here, including: (1) that confidential witness allegations should be "accepted at face value" and "do not need to be discounted," where the witnesses are knowledgeable and mutually corroborating (*see GSX*, 2024 WL 3163219, at *14; Opp. at 56-57); (2) that scienter may be pled through either allegations that a defendant was presented with information that "suggests a strong possibility" their statements were misleading or allegations of "red flags" signaling "possible danger . . . around the curve" (*GSX*, 2024 WL 3163219, at *25-26; Opp. at 38-51); and (3) that scienter is bolstered where the fraud concerned a "critical part[] of the company's operations" (*GSX*, 2024 WL 3163219, at *29; Opp. at 51-53).

DATED:  July 15, 2024                    Respectfully submitted,

**SEEGER WEISS LLP**
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
JENNIFER R. SCULLION

*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com
jscullion@seegerweiss.com

*Liaison Counsel*

**LABATON KELLER SUCHAROW LLP**
CAROL C. VILLEGAS
JAKE BISSELL-LINSK
LISA STREJLAU
DANIELLE IZZO
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
cvillegas@labaton.com
jbissell-linsk@labaton.com
lstrejlau@labaton.com
dizzo@labaton.com

*Counsel for Lead Plaintiff and Co-Lead
Counsel for the Class*

**ROBBINS GELLER RUDMAN
 & DOWD LLP**
TOR GRONBORG
MATTHEW I. ALPERT
PATTON L. JOHNSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
malpert@rgrdlaw.com

pjohnson@rgrdlaw.com

*Counsel for PERA and Co-Lead Counsel for
the Class*

cc: All Counsel (via ECF)