**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Lisa Strejlau (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
jbissell-linsk@labaton.com
lstrejlau@labaton.com
dizzo@labaton.com

**LABATON KELLER SUCHAROW LLP**
Mark Willis (*pro hac vice* forthcoming)
1050 Connecticut Avenue NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 772-1880
Fax: (212) 818-0477
mwillis@labaton.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Tor Gronborg (*pro hac vice*)
Matthew I. Alpert (*pro hac vice*)
Patton L. Johnson (*pro hac vice)*
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619~~/~~) 231-1058
Fax: (619~~/~~) 231-7423
torg@rgrdlaw.com
malpert@rgrdlaw.com
pjohnson@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Jacob G. Gelman (*pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415~~/~~) 288-4545
Fax: (415~~/~~) 288-4534
jgelman@rgrdlaw.com

*Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE PAYPAL HOLDINGS INC. SECURITIES LITIGATION

Case No.: 3:22-cv-05864 (~~GC) (LHG~~RK) (JTQ)

Hon. ~~Georgette Castner~~Robert Kirsch, U.S.D.J.
Hon. ~~Lois H. Goodman~~Justin T. Quinn, U.S.M.J.

CLASS ACTION

# ~~CONSOLIDATED~~FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

JURY TRIAL DEMANDED

## TABLE OF CONTENTS

Page

I. SUMMARY OF THE ACTION ..... 2

a. Background on PayPal's Business and Its NNA Metric ..... 3

b. The Risks of PayPal's Incentives Were Known to Management and the "Minimally Engaged" NNAs Were Apparent to PayPal Executives ..... 5

c. Defendants Touted PayPal's NNA Growth Throughout 2021 Despite Only Achieving Guidance in 3Q2021 by Including Illegitimate Accounts ..... 8

d. PayPal Finally Admits Its NNAs Consist of Low Value, "Minimally Engaged," and Illegitimate Users ..... 9

II. JURISDICTION AND VENUE ..... 13

III. PARTIES AND WITNESSES ..... 14

a. Parties ..... 14

b. Witnesses ..... 16

IV. BACKGROUND AND NARRATIVE STATEMENT OF ALLEGATIONS ..... 18

a. Background on PayPal and the Importance of the NNA Key Performance Indicator to Its Prospects ..... 18

b. PayPal Promotes NNA Growth With Risky Promotions Which Were Quickly Exploited By Bot Farms Creating Massive Numbers of Illegitimate Accounts ..... 22

i. Chinese Websites Document that Abuse of PayPal's NNA Promotions "Went Viral," Due to "Low Threshold" for Abuse ..... 22

ii. Defendants Knew or Recklessly Disregarded the Risks Posed by the Promotions and Failed to Exclude the Illegitimate Accounts From Reported NNA Results ..... 25

iii. PayPal's NNA Promotions Lead to a Rise in Minimally Engaged Users 38

c. Throughout the Class Period, Defendants Falsely Represented PayPal's Growth and Failed to Disclose Known Risks to Investors ..... 44

d. PayPal Narrowly Avoids Missing Guidance By Reporting NNA Figures That Were Inflated With "Illegitimate" and Minimally Engaged Accounts ..... 47

e. PayPal Touts Its NNA Figures While Concealing Illegitimate Accounts Numbers from Investors ..... 50

f. Defendants Eventually Disclose the Truth and PayPal's Stock Price Collapses ....52

g. Subsequent Events ....61

V. DEFENDANTS' CONDUCT GIVES RISE TO CLAIMS UNDER THE FEDERAL SECURITIES LAWS ....68

a. Defendants' False or Misleading Statements and Omissions During the Class Period ....68

i. Materially False or Misleading Statements ....68

1. Fourth Quarter Fiscal 2020 Results – February 3, 2021 ....72

2. Investor Day – February 11, 2021 ....77

3. PayPal's Company Conference Presentation – March 2, 2021 ....79

4. Evercore ISI's Payments and Fintech Innovators Forum – March 4, 2021 ....80

5. Wolfe Fintech Forum – March 9, 2021 ....80

6. First Quarter Fiscal 2021 Results – May 5, 2021 ....81

7. MoffettNathanson Analyst Call – May 10, 2021 ....87

8. J.P. Morgan's Payments and IT Services Sector Analyst Call – May 24, 2021 ....89

9. Bank of America Securities Keynote Session – June 9, 2021 ....92

10. Second Quarter Fiscal 2021 Results – July 28, 2021 ....93

11. Deutsche Bank Fireside Chat – September 9, 2021 ....97

12. J.P. Morgan All Stars Conference – September 23, 2021 ....98

13. Third Quarter Fiscal 2021 Results – November 8, 2021 ....98

14. CNBC's *Mad Money with Jim Cramer* – November 30, 2021 ....105

15. Goldman Sachs Conference – December 7, 2021 ....106

ii. Actionable Omissions in Violation of Disclosure Obligations ....107

1. Defendants Violated Duties Pursuant to Item 303 .......................107

2. Defendants Violated Duties Pursuant to Item 105 .......................109

b. Defendants Acted With Scienter ..........................................................110

i. The Individual Defendants' Motive and Opportunity .....................................110

1. The Individual Defendants' Sale of More Than $170 Million in PayPal Stock Raises a Strong Inference of Scienter ..........................................................................110

2. PayPal's Compensation Structure Created the Motive and Opportunity for the Individual Defendants to Commit Fraud ..........................................................................117

ii. Knowledge and Recklessness ..........................................................118

1. The NNA and TPV Metrics Were of Such Significance to PayPal That Defendants' Knowledge of Available Information Concerning TPV Composition and NNA Engagement Can Be Inferred......................................................118

2. Defendants Personally Tracked Information Concerning NNAs and Engagement..........................................................120

3. Defendants Were Directly Apprised of the Risks Concerning the NNA Promotions..............................................123

4. The Illegitimate Account Issue Was So Widely Known Within PayPal That Defendants' Knowledge of the Issue Was Overwhelmingly Likely......................................................126

c. Loss Causation and Economic Loss ..........................................................127

d. Presumption of Reliance..........................................................129

e. No Safe Harbor ..........................................................131

VI. CLASS ACTION ALLEGATIONS ..........................................................132

VII. COUNTS..........................................................134

a. COUNT I: Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants..........................................................134

b. COUNT II: Violation of Section 20(a) of the Exchange Act Against the Individual Defendants..........................................................135

~~c. COUNT III: Violation of Section 20A of the Exchange Act Against the Individual Defendants ..... 137~~

~~VIII. PRAYER FOR RELIEF ..... 140~~

~~IX. JURY TRIAL DEMANDED ..... 140~~

# TABLE OF CONTENTS


Page

I. PROCEDURAL HISTORY AND SUMMARY OF ALLEGATIONS ....... 1

II. JURISDICTION AND VENUE ....... 17

III. PARTIES ....... 18

IV. BACKGROUND ....... 22

V. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS ISSUED DURING THE CLASS PERIOD ....... 82

- A. 1Q21 Materially False and Misleading Statements ....... 82
- B. 2Q21 Materially False and Misleading Statements ....... 91
- C. 3Q21 Materially False and Misleading Statements ....... 106
- D. 4Q21 Materially False and Misleading Statements ....... 107

VI. DISCLOSURE OF THE TRUTH ABOUT PAYPAL'S NNAs ....... 118

VII. ANALYST COVERAGE OF DEFENDANTS' CLASS PERIOD STATEMENTS AND DISCLOSURES ....... 127

- A. Analyst Reports Confirm that Defendants' False and Misleading Statements During the Class Period Were Material ....... 127
- B. Analyst Reports Following Defendants' Admissions Confirm the Materiality of the False and Misleading Statements During the Class Period ....... 131

VIII. DEFENDANTS ACTED WITH SCIENTER ....... 142

- A. Defendants' Own Admissions Raise a Strong Inference of Their Scienter ....... 143
- B. Defendants' Admissions of Relying on Information that Contradicts Their Public Statements Raises a Strong Inference of Scienter ....... 145
- C. Confidential Witness Accounts Confirm Defendants' Knowledge and Access to Information that Rendered Their Public Statements Misleading ....... 148
  - 1. Confidential Witness No. 1's Statements ....... 149
  - 2. Confidential Witness No. 2's Statements ....... 151

Page

3. Confidential Witness No. 3's Statements ............................................152

4. Confidential Witness No. 4's Statements ............................................155

5. Confidential Witness No. 5's Statements ............................................157

6. Confidential Witness No. 6's Statements ............................................158

7. Confidential Witness No. 7's Statements ............................................159

D. The Individual Defendants' Motive and Opportunity ......................................159

1. The Individual Defendants' Sale of More than $170 Million in PayPal Stock Raises a Strong Inference of Scienter ..............................159

2. Paypal's Compensation Structure Created the Motive and Opportunity for the Individual Defendants to Commit Fraud ................166

IX. LOSS CAUSATION AND ECONOMIC LOSS ........................................................177

X. PRESUMPTION OF RELIANCE ..........................................................................179

XI. NO SAFE HARBOR ..............................................................................................181

XII. CLASS ACTION ALLEGATIONS ........................................................................182

XIII. COUNTS ...............................................................................................................184

XIV. PRAYER FOR RELIEF ........................................................................................191

XV. JURY TRIAL DEMANDED ..................................................................................191

TABLE OF CONTENTS

Page

# I. PROCEDURAL HISTORY AND SUMMARY OF ALLEGATIONS

1. Pursuant to the Court's January 29, 2025 Opinion and Order (ECF 86-87) ("Order"), Lead Plaintiff Caisse de dépôt et placement du Québec ("Lead Plaintiff") and additional namedand plaintiff Public Employees Retirement Association of New Mexico ("PERA") (collectively, "Plaintiffs"), bring") submit this action againstFirst Amended Complaint for Violations of the Federal Securities Laws.

1. PayPal Holdings, Inc. ("PayPal," or the "Company"), and three of PayPal's current or former executives, Daniel Schulman, John Rainey, and Jonathan Auerbach (the "Individual Defendants," and together with PayPal, "Defendants").

2. In 2020, the COVID-19 pandemic helped PayPal Holdings, Inc. ("PayPal" or the "Company"), like many online companies, achieve record online transactions and new accounts. The most important factor for investors coming into 2021 was whether PayPal could maintain this record account growth or whether it was just a temporary phenomenon driven by the pandemic. Defendants responded by telling investors that PayPal planned to achieve 50 million net new actives ("NNAs") in 2021, a significant increase from the pre-pandemic normalized level of around 35 million NNAs per year. Achieving the NNA results was particularly important because PayPal told investors that its scale was a competitive strength and was particularly important to driving global organic earnings growth. Thus, investors were told that PayPal's increasing active accounts was a measure of the Company's success and performance. As PayPal stated in its 2020 Annual Report, "[t]he number of active accounts provides management with additional perspective on the growth of accounts across our Payments and Honey Platforms as well as the overall scale of our platforms."

Plaintiffs allege the following based upon personal knowledge as to Plaintiffs' own acts and upon information and belief as to all other matters based on the investigation conducted by and through Plaintiffs' attorneys. This included, among other things, review of: (i) U.S. Securities and Exchange Commission ("SEC") filings; (ii) press releases and conference call transcripts; (iii) information on PayPal's website; (iv) analyst and media reports; (v) public court filings; (vi) insiders' trades of PayPal stock; (vii) interviews of former PayPal employees; and (viii) other publicly available information. Plaintiffs believe that substantial additional evidentiary support exists for the allegations herein after a reasonable opportunity for discovery.

This case is brought individually by Plaintiffs and on behalf of all persons and entities that purchased PayPal Securities between February 3, 2021 and February 1, 2022, inclusive (the "Class Period"), and who were damaged thereby (the "Class"). *See* ¶380 (full class definition).

This action is brought pursuant to Sections 10(b) (and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5, 20(a)), and 20A of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78j(b), 78t(a), and 78t-1. Plaintiffs allege that Defendants' fraudulent misrepresentations and omissions caused PayPal's stock to trade at artificially inflated and artificially maintained levels, that Plaintiffs and Class members purchased PayPal Securities at these inflated levels, and that Plaintiffs and Class members suffered losses when the truth was revealed and PayPal's stock price dramatically declined.

## I. SUMMARY OF THE ACTION

1. PayPal operates one of the largest digital payment platforms, enabling merchants and consumers to make digital and mobile payments. Almost 90% of PayPal's revenue is generated through fees on transactions over its payment system. The greater the number of active and engaged accounts, the greater the fees PayPal is likely to generate. As a result, growing the number of active accounts, which is measured by Net New Actives ("NNA") metric, is relevant to

investors and touted as one of PayPal's key performance indicators. In addition to driving fee revenue, growing the number of engaged PayPal users was critical to PayPal's aspirations of becoming a "Super App," offering integrated financial services to a massive user base.

1. During the Class Period, PayPal touted historically strong NNA growth and assured investors these NNAs were highly engaged. Unbeknownst to investors, this supposed growth was largely fueled by promotions — which literally paid people for signing up PayPal accounts. Due to relying on such promotional activity "to a much greater extent" than ever before, a large portion of the NNAs PayPal added in 2021 were "minimally engaged" users, who signed up for the promotional payment, without otherwise using PayPal's services. Worse yet, "bot farms" automated the process of creating fake accounts to claim these promotional dollars.

2. Numerous former PayPal employees describe Defendants' knowledge of, or at minimum, Defendants' reckless disregard for, the risks of these promotions and the resulting proliferation of minimally engaged and illegitimate accounts. Despite this, throughout the Class Period, Defendants touted strong NNA growth and engagement, while fraudulently concealing the problems underlying PayPal's use of promotions. It was misleading for Defendants to boast of strong NNA growth, when much (if not most) of that supposed growth counted users who signed up for promotions without otherwise engaging with PayPal. And it was even more egregious for Defendants to include outright "illegitimate" accounts when reporting those growth numbers.

3. Defendants' fraud reached its most outrageous heights when PayPal issued its 3Q2021 results. At that time, Defendants knew both that PayPal was counting essentially dormant accounts as active users and that millions of illegitimate accounts had been created by bots — there had even been a 400+ person meeting on the bot accounts issue before the 3Q2021

results were issued. Despite this, Defendants concealed what would have otherwise been a serious guidance miss, by publishing inflated numbers.

4. When the truth was finally revealed in February 2022, PayPal experienced its biggest stock price decline ever — falling 24.6% over one day and 29.3% over two days — wiping out approximately $58.7 billion in market capitalization. PayPal admitted to previously counting over 4.5 million illegitimate accounts, revealed a build-up of "minimally engaged" users due to promotional activity, guided lower growth for 2022 as these minimally engaged users would churn off platform due to inactivity, and completely abandoned its previously touted goal of 750 million active accounts by 2025. While investors lost billions, the Individual Defendants profited from this fraud, each selling a majority of their PayPal stock during the Class Period for total proceeds of $170 million, and earning massive bonuses tied to the NNA metric.

**a.** Background on PayPal's Business and Its NNA Metric

5. Previously part of eBay, PayPal spun off in July 2015 after which it operated as a standalone public company. PayPal is a digital payments platform, most well-known for facilitating online purchases and person-to-person money transfers. As with many digital platforms, 2020 was good to PayPal. The COVID-19 pandemic pushed more consumer activity online, leading PayPal to achieve record user growth in 2020 — an average of 18.2 million quarterly NNAs, up 92% from the 2019 quarterly average of 9.4 million. Over 2020, PayPal's stock price more than doubled.

6. The NNA growth rate was promoted as one of PayPal's three "key performance indicators." PayPal did not charge users for accounts, and so merely signing up accounts did not directly earn PayPal revenue. However, adding to the number of active users was relevant to PayPal's valuation, insofar as those users contributed to the total payment volume ("TPV") on PayPal's systems, because PayPal earned most of its revenue from fees on these transactions.

7. Additionally, in November 2020, PayPal laid out its plans for what CEO Schulman would call the PayPal "Super App." The idea was to integrate a wide range of financial services (*e.g.*, budgeting tools, crypto trading, and shopping tools), with PayPal's existing mobile application. CEO Schulman said the Super App would be a "fundamental transformation," and if successful, it could radically change PayPal's value proposition — from one mainly based on extracting transaction fees — to one where PayPal could earn diversified revenue from many services on its Super App. This plan placed additional significance on driving NNAs, as adding engaged customers to PayPal would mean additional Super App users, and as CEO Schulman told *Bloomberg*, the Super App would need "massive scale" to succeed.

8. Against this backdrop, the critical question for investors at the start of and throughout the Class Period, was whether PayPal could continue generating strong levels of NNA growth. To this end, on February 3, 2021, when delivering the Company's 4Q2020 financial results, Defendants claimed NNAs would grow by 50 million in 2021 (about 12.5 million NNAs per quarter, which was up 30% from 2019). Further, Defendant Rainey assured investors that PayPal's "core business continues to perform at unprecedented levels." At the same time, Schulman touted the engagement of PayPal's NNAs and asserted that "[t]here is plenty of demand to come on to our platform."

9. Eight days later, at PayPal's "Investor Day" event on February 11, 2021, Schulman announced an ambitious five-year target to essentially double the number of active users by the end of 2025 (from 377 million at the end of 2020 to 750 million). He justified this ambitious goal by claiming PayPal was seeing "engagement levels increase dramatically." At that same event, Defendant Auerbach claimed the NNAs added over the past year were highly engaged, and that

the growth was "not simply due to the pandemic," but because "[w]e've gotten much better as a company in generating and engaging high-quality net new actives."

10. Contrary to the favorable impression created by these assurances — that PayPal would see high NNA growth in 2020 due to demand for its products from highly engaged customers, *i.e.*, "high quality" NNAs — Defendants embarked upon a scheme to superficially "meet" the goals they had set, with more incentivized customer acquisition tactics than PayPal had ever used before, paying people to generate accounts.

**b.** The Risks of PayPal's Incentives Were Known to Management and the "Minimally Engaged" NNAs Were Apparent to PayPal Executives

11. Co-Lead Counsel's investigation revealed — and former PayPal employees[1] with knowledge of the Company's business confirmed — that (a) from their inception, it was well understood within PayPal that these promotions posed a risk of users simply signing up for the promotional money without ever actually using PayPal; and (b) PayPal's management knew (or at a minimum, recklessly disregarded) that PayPal's NNA growth in 2021 was generated in large part by "minimally engaged" or "illegitimate" users. Specifically, Plaintiffs' investigation has established that:

- **The Risks Were Known and Elevated to Management.** PayPal had sophisticated systems, including the use of AI, to identify the creation of multiple accounts by a single user. (CW-6). It was standard practice for PayPal to discuss risks associated with promotions, and the risk of the paid incentives attracting fraudulent accounts was discussed, including with members of PayPal's Strategy team. (CW-6). Indeed, Company veterans expressed concern regarding the risks associated with the promotions. (CW-1). Before the promotions were launched, PayPal assembled New Business Initiative Analyses ("NBIAs"), which were submitted to CFO Rainey before his approval of the program, and the NBIA for the paid incentives identified the risk of users signing

[1] Individuals referenced herein as "CWs" or "Confidential Witnesses" refer to former PayPal employees interviewed as part of Co-Lead Counsel's investigation of Plaintiffs' claims. The use of CWs in securities fraud cases is a common and well-accepted practice. In order to protect their identities, the CWs are referred to with masculine pronouns regardless of their gender.

up for the promotional payment without ever actually using PayPal's services. (CW-4).

- **Chinese Websites Document the Ease of Abusing PayPal's Promotions By Creating Fake Accounts.** By June 2021, articles were published in Chinese on China-facing websites, with titles like "Make easy money with PayPal NNA promotions now," detailing step-by-step how to easily make countless fake PayPal accounts to repeatedly claim the promotion. These articles noted the scheme "went viral," that the "threshold was low" for this "hot foreign money making project" and that people were running "scripts" to automate the abuse (*i.e.*, "bot farms").

- **The Mass Quantities of Fake Accounts Were Widely Known Within PayPal.** By August 2021 an employee in PayPal's antifraud department used a database query that identified tens of thousands of illegitimate accounts. This database query looked only to the most obvious fake accounts (*i.e.*, accounts with (1) suspicious emails; (2) more than three promotional payments; and (3) no other activity), and therefore was intentionally underinclusive, only capturing a portion of the fraudulent accounts. By October 2021, this underinclusive query identified over a million illegitimate accounts. Thereafter, the issue was presented at a 400+ person meeting with PayPal's Global Seller Risk and Strategy teams (attended by senior directors) in October 2021, complete with a PowerPoint explaining how the illegitimate accounts were detected and the scale of the issue. (CW-3, CW-7). PayPal's policies required that any fraud with a loss threshold of over $50,000 was "always" elevated to CEO Schulman and CFO Rainey, and this included marketing loss. (CW-6).

- **PayPal's Compliance Systems Ensured Management Knew of the Illegitimate Accounts Upon Their Identification**. Due to regulatory obligations, PayPal regularly had to report issues concerning illegitimate accounts to various regulators. As a result of this obligation, reporting systems were in place that would have elevated the known illegitimate accounts to PayPal's management. Specifically, CFO Rainey and PayPal's CRO (Chief Risk Officer) were required to review and sign off on reports to regulators documenting information on fake accounts before the report was sent to regulators, and PayPal's processes and these regulations also required that the CEO and CFO be updated weekly. (CW-4).

- **Management Was Exceptionally Focused on NNAs**. Numerous former employees recount the intense focus throughout the Company on driving NNAs, including that there was a "huge urgency" placed on NNAs by CEO Schulman. (CW-1). Schulman's focus on NNAs precipitated a "big push" in 2021 to pursue NNA growth (CW-2), and a "heavy" push on NNAs at all costs during the relevant period. (CW-3). One former employee described the NNA metric as "theater," due to the ways PayPal would inflate the number, such as by counting multiple accounts by a single user as multiple NNAs. He also noted that a small percentage of users made up the majority of TPV, such that adding NNAs that were not actually engaged would not add to PayPal's short-term revenue growth,

but explained that CEO Schulman wanted to report high NNA numbers to tell a growth story for PayPal and to use NNAs as a "vanity metric" to support the Super App narrative, and position PayPal as an 800-lb. fintech gorilla. (CW-1).

- **Due to the Unique Focus on NNAs, an Unusual "NNA Rally" Team Reported to Senior Executives**. As recounted directly by a member of the NNA Rally team, in early 2021, PayPal created an "NNA Rally" team fueled by CEO Schulman's and other executives' focus on NNAs. (CW-1). That team included leaders from across PayPal's branded businesses and reported to senior executives. The formation of the team was a "180-degree switch from how things usually worked at PayPal," and backed by "tremendous" leadership demand for growing NNAs. This team was focused on meeting the "go-get" numbers Schulman had set, based on what he wanted to report, not strictly on any bottom-up analysis of NNA trends. The NNA Rally meetings included discussions of the use of incentive programs to drive NNAs, and the related fraud rates, including that there were lots of fraud issues with referral programs, and that many accounts came from overseas "click farms."

- **Management Had Fulsome Visibility Into NNA Engagement**. NNAs were measured daily and an automated report was generated and sent to PayPal's C-Suite, which tracked gross new additions, churn, and activity. (CW-2). The NNA Rally team used data that was updated on a weekly basis regarding NNAs, account activity was tracked in PowerPoint presentations and Excel spreadsheets and pulled into a master spreadsheet that was sent to the NNA Rally team, and PayPal tracked users by product, how that user was acquired (*i.e.*, through paid incentives or other marketing program), and the users' level of engagement across PayPal's platforms. (CW-1). Information from the NNA Rally meetings, including PowerPoints, were sent to PayPal's Senior Leadership Team ("SLT") that would have given senior executives visibility into NNAs and fraudulent account issues, as PayPal tracked users by product, how those users were acquired, and the users' level of engagement. (CW-1). PayPal's C-Suite also received periodic reports showing the activity of each cohort of accounts broken down by month. (CW-2). Further, the Company told investors it runs hundreds of checks on each transaction and looks at over 200 indicators to eradicate bad users from its platform.

12. Defendants' failure to disclose this information concealed risks related to the "illegitimate" and "minimally engaged" accounts, and misled the market about the factors that were driving PayPal's NNA growth. Instead of disclosing this information, Defendants continued to tout strong growth and engagement.

c. Defendants Touted PayPal's NNA Growth Throughout 2021 Despite Only Achieving Guidance in 3Q2021 by Including Illegitimate Accounts

13. Although it was known internally at PayPal that NNA growth in 2021 was driven by — and dependent on — low value NNAs acquired through PayPal's promotional activity, NNAs and NNA growth were at the forefront of each of PayPal's earnings announcements.

14. On May 5, 2021, when PayPal reported its financial results for 1Q2021, it not only reported another quarter of NNA growth, but also told investors that this growth would continue. PayPal gave guidance that the Company expected to add 52-55 million NNAs in 2021. One month later, on June 9, 2021, PayPal affirmed this NNA guidance. What PayPal failed to disclose, however, was that its NNA growth included both illegitimate accounts and disengaged customers — despite the Company's specific tracking of engagement levels for its NNAs.

15. Instead, PayPal touted its "high-quality net new actives." The Company told investors its engagement levels were increasing dramatically and that its churn rate was coming down meaningfully, indicating that the majority of PayPal's user base was highly engaged, and as a result, would remain part of PayPal's growing user base.

16. On July 28, 2021, PayPal announced its 2Q2021 results, reporting that its total active accounts had surpassed 400 million. The Company again affirmed its guidance that it expected to add 52-55 million NNAs by year end, meaning PayPal would have to add at least 12.5 million NNAs in 3Q to remain on track to achieve this guidance. Thus, by the middle of 2021, PayPal's NNAs were purportedly rapidly growing, and the Company's Super App plan seemed promising.

2. Then, on November 8, 2021, when reporting its 3Q2021 results, PayPal again touted its significant customer and engagement growth, and boasted "416 million active accounts," with 13.3 million NNAs added in the third quarter alone. The Company reaffirmed its guidance

again, stating that PayPal expects to add "~55 million NNAs" in 2021. CFO Rainey explicitly told investors that the Company would not chase "***[low quality new actives]***" and acknowledged the Company could — but would not — "go out and spend money on customer acquisition and get very low value net new actives to inflate or pump up that number, but that's not the right economic decision for us longer term."

3. During the February 3, 2021 through February 1, 2022 Class Period, Defendants made materially false and misleading statements about PayPal's NNAs. These statements artificially inflated the Company's stock price to over $300 per share. As more specifically described below, while reporting continued record growth in NNAs and increasing NNA targets for 2021, Defendants also assured investors that "rather than chasing a low-value, net new active that maybe pumps up numbers and the optics look good," PayPal was instead "really looking at how they're going to contribute to the PayPal platform over time." Defendants stated that the new accounts PayPal had added were "high-quality net new actives" and the "most engaged cohorts that we've ever seen." Defendants repeated these statements to the market throughout the Class Period, telling investors that low quality NNAs "is not something that we want to chase as a company, and we can certainly go out and spend money on customer acquisition and get very low value net new actives to inflate or pump up that number, but that's not the right economic decision for us longer term."

17. From the perspective of investors, it appeared that PayPal was on track to achieve that growth, consistent with the Company's guidance. What investors did not know, however, was that this growth was only achievable by including the "minimally engaged" and illegitimate accounts that had ***already been identified and discussed in a meeting of more than 400 PayPal employees in October 2021***. Indeed, PayPal's NNA Rally team tracked NNA engagement on an

at least bi-weekly basis and PayPal's C-Suite received daily NNA reports. Absent PayPal's illegitimate NNAs — concealed from investors until a quarter later — PayPal would have dramatically missed guidance. It was not until the following quarter, when PayPal publicly announced its 4Q2021 results, that investors learned the truth about PayPal's NNA growth.

**d. PayPal Finally Admits Its NNAs Consist of Low Value, "Minimally Engaged," and Illegitimate Users**

18. On February 1, 2022, the truth was finally revealed when Defendants reported PayPal's 4Q2021 results. Defendants disclosed that in the first three quarters of 2021, at least 4.5 million "illegitimate" accounts had been created that had previously been reported as NNAs, and these accounts were the result of "bots" that were "creating multiple accounts to avail themselves" of PayPal's incentive campaigns. Having finally removed these illegitimate accounts from the NNA figures, PayPal substantially missed both its own guidance and analyst expectations.

19. CFO Rainey also revealed that PayPal's user base was actually replete with "minimally engaged" users, and that the "vast majority" of PayPal's volume comes "from about 1/3 of our customer base." CFO Rainey explicitly connected this trend to PayPal's aggressive promotional practices, acknowledging that: (i) PayPal had "leaned into incentivized customer acquisition tactics to a much greater extent than we ever have in our history;" (ii) PayPal monitored the promotions throughout the year; and (iii) the campaigns had generated accounts, but those accounts had "lower engagement and a higher propensity to churn."

20. Without the boost from illegitimate accounts, and having finally come clean about the use of promotions that inflated the NNA numbers, PayPal stated that it would stop chasing low value accounts in 2022. The Company also stated that, as a result, it would add a mere 15-20 million NNAs for the entirety of FY 2022 — far less than the prior expectation of 50 million — and would retract its guidance of 750 million active accounts by 2025 entirely. Defendants

explained that this abysmal guidance reflected the expectation that the customers it had brought on through promotions would "roll off" its platform, which would "materially reduce" its NNA figures in the coming quarters.

21. The disclosures were made after markets closed on February 1, 2022. On the next trading day, in reaction to these disclosures, PayPal shares suffered their worst selloff in the Company's history. On February 2, 2022, PayPal's stock plummeted from a prior closing price of $175.80 to a closing price of $132.57, a 24.6% decline and a market capitalization loss of more than $49 billion.

22. The stock price continued to fall on February 3, 2022, from a closing price of $132.57 on February 2, 2022, to a closing price of $124.30 on February 3, 2022 — which was a 6.2% decline and resulted in a market capitalization loss of nearly $9.5 billion. This two-day decline amounted to a 29.3% price drop and a loss of $58.7 billion in PayPal's market capitalization.

23. Analyst and news reactions demonstrate that this drop was the result of Defendants' disclosures, with the commentary focused on: (1) the 4.5 million illegitimate accounts causing PayPal to miss 4Q2021 NNA guidance; (2) the disclosures concerning the low level of engagement across PayPal's user base due to the promotional activity; and (3) the corresponding abysmal 2022 NNA guidance and retraction of the target of 750 million active accounts by 2025.

24. During the first three quarters of 2022, PayPal's NNA numbers were even worse than implied by Defendants' reduced guidance, adding an average of only 1.9 million NNAs each quarter. PayPal attributed those poor results to users churning off the platform.

25. As more thoroughly explained herein, because accounts "churn" out of the NNA metric after one year of inactivity, it is possible to reasonably estimate the quantity of accounts that signed up for promotional payments, without additional engagement. The following graph shows PayPal's reported NNA results from 2019 through 2022, but for 1Q2021-3Q2021 compares reported results to what would have been reported if PayPal had not counted "illegitimate" accounts made by bots and other "minimally engaged" accounts:

**e. The Individual Defendants Reaped Immense Profits Before PayPal's Stock Price and Management Tumbled**

26. Concealing these issues from investors and continuing to tout supposed strong NNA results not only caused PayPal's stock to trade at inflated levels throughout the Class Period and led to massive investor losses, but it also served the Individual Defendants personal interests.

27. During the Class Period, while PayPal's stock was fraudulently inflated, Individual Defendants Schulman, Rainey, and Auerbach sold 59%, 57%, and 69% of their PayPal stock, respectively, for proceeds totaling over $170 million. None of the Individual Defendants purchased any PayPal stock during the Class Period, each of these insiders' Class Period sales were significantly greater than their respective 2020 sales (*e.g.*, 112% greater for CFO Rainey), and each of these Individual Defendants' Class Period sales were at least 74% greater than their sales in 2022. Had the Individual Defendants waited and sold their stock on February 3, 2022, ***after*** the truth was revealed, their proceeds would have been at least $90 million ***less*** than what they collected from their insider sales during the Class Period.

28. In addition to these substantial sales, the Individual Defendants were motivated to inflate NNA growth, because their performance-based compensation was tied to increasing reported NNAs (along with PayPal's revenue and margins). Based on this 2021 compensation

structure, CEO Schulman received about $30.5 million (more than 27x his base salary), CFO Rainey received about $11.5 million (more than 15x his base salary), and Auerbach received about $11.4 million (more than 16x his base salary).

29. In the short thirteen months since the end of the Class Period, much of PayPal's senior leadership team has departed or been pushed out of the Company, including CFO Rainey on April 12, 2022, Chief Product Officer Mark Britto on September 8, 2022, Chief Accounting Officer Jeffrey Karbowski on February 10, 2023, and finally, after only a few months in the role, Chief Financial Officer Blake Jorgeson on March 7, 2023.

30. PayPal's problems have continued into 2023. On January 31, 2023, the Company announced it would lay-off 7% of its workforce. Less than two weeks later, PayPal announced that CEO Schulman would retire at the end of FY 2023.

31. This Action seeks to recover for the significant losses suffered by Plaintiffs and members of the Class due to Defendants' false or misleading statements and omissions during the Class Period, and resulting precipitous decline in the price of PayPal Securities upon the revelation of the truth.

4. But what investors were not told is that Defendants had set out on an intentional strategy to do exactly what they told investors they were not doing in an effort to boost PayPal's reported NNAs. Each Defendant was involved in approving and implementing incentive campaigns that specifically targeted low-engaged accounts to inflate reported NNAs. These campaigns would target new users and accounts that were dormant or soon to be dormant with a cash incentive to do one transaction to be counted as an NNA. Defendant Daniel Schulman ("Schulman"), CEO of PayPal during the Class Period, set PayPal's strategy and had ultimate responsibility for PayPal trying to meet his publicly stated NNA targets. Defendant John Rainey

("Rainey"), CFO of PayPal during the Class Period, increased budgets for these cash incentive campaigns and was required to sign off on each incentive campaign. And defendant Jonathan Auerbach ("Auerbach"), Executive Vice President, Chief Strategy, Growth and Data Officer of PayPal during the Class Period, led a special team formed in 2021 responsible for monitoring and growing NNAs and directed the teams running the incentive programs.[2] As top C-suite level executives at PayPal, these Defendants all received specific reporting on NNAs that not only measured NNAs daily, but measured the activity of each cohort of new accounts and the success of the incentive campaigns to drive up NNA results. While all three of the Individual Defendants led investors to believe that PayPal was achieving fundamental organic NNA growth, they were responsible for the Company becoming increasingly reliant on incentive campaigns that chased low-engagement, low-value customers, who served only to temporarily boost the reported NNA results. Further, not only did PayPal's aggressive use of promotional activity inflate its NNA numbers through preservation of low value accounts, but it also encouraged the widespread creation of fake accounts through bot farms aimed at claiming these free promotional dollars.

5. Defendants knew from the onset that these incentive campaigns were highly risky because paying global customers to do just one transaction is a hotbed for fraudulent accounts – and indeed every incentive campaign had a signoff process that required Defendants' approval. Indeed, by October 2021, a limited review of recently added NNAs quickly identified, at first, one million fake accounts, and then, two million fake accounts, that had received transfers of incentive payments from PayPal during just May 2021 to July 2021. Moreover, at an October 2021 internal meeting with approximately 400 attendees, the disturbing trend was discussed in detail. The initial

[2] Defendants Schulman, Rainey, and Auerbach are collectively referred to herein as the Individual Defendants.

response from PayPal's management, however, was to do nothing. The reason: the fraudulent accounts were taking money from PayPal, not PayPal's customers, so they could still be reported as NNAs without triggering customer complaints.

6. Even as the millions of fraudulent accounts tied to the 2021 incentive programs were recognized internally at PayPal, and the Company at Defendants' direction, was intentionally targeting low-quality "one-and-done" accounts, externally, on November 8, 2021, Defendants continued to tout the fact that PayPal added 13.3 million NNAs in 3Q21 and reiterated that they were not spending money to chase low value accounts.

7. But on February 1, 2022, the truth finally caught up to Defendants. They were forced to admit that they had pursued a strategy of incentivizing illegitimate and low-engaged accounts to do one transaction, temporarily boosting NNAs. Defendants publicly admitted that this strategy was "very successful in generating account creation. But overall, these customers have lower engagement and a higher propensity to churn and have not matched our required level of return." Defendants also admitted that, in 2021, they had relied on the incentive campaigns "to a much greater extent than we ever have in our history." Defendants publicly acknowledged that PayPal had been reliant on paying low engaged customers up to $20 to do one transaction as a means to boost NNAs, and subsequently pledged to stop "throw[ing] away money" just to add "hollow net new active[s] on [PayPal's] base that's not adding revenue or bottom line impact."

8. Defendants also quantified that their incentive campaigns resulted in at least 4.5 million illegitimate accounts being counted as NNAs, and, because they were no longer going to continue their cash incentives, "20 million incremental one-and-done customers" would fall out of NNAs in 2022. In other words, of the 48.9 million NNAs PayPal reported in 2021, approximately

half were either illegitimate or low and unengaged customers, directly contradicting Defendants' Class Period statements to investors.

9. Having spent the prior year misleading investors and chasing low-value NNAs – while concurrently selling 645,321 shares of the Company's stock (and buying none) for insider trading proceeds of more than $170 million – Defendants' admissions were not well received. PayPal's stock price plummeted nearly 30% per share – the largest stock price decline in Company history. On February 2, 2022, PayPal's stock price dropped from over $175 per share to below $125 per share. On just that day, PayPal's market capitalization plummeted $58.7 billion. The stock price continued to fall the next day, and by the end of February 3, 2022, it was down nearly 30% from the price just two days earlier. In the four years since the February 1, 2022 disclosures, PayPal's stock price has never recovered – and it now trades for less than one-quarter of what it did during the Class Period. Not surprisingly, none of the Individual Defendants remain at PayPal.

## II. JURISDICTION AND VENUE

~~3.~~10. The claims asserted herein arise under ~~(1) Section 10(b) of the~~ Exchange Act §10(b) (15 U.S.C. §78j(b~~)) and~~)), Rule 10b~~-~~-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b~~-~~-5), ~~(2) Section 20(a) of the~~ and Exchange Act §§20(a) (15 U.S.C. §78t(a~~)),~~)) and ~~(3) Section~~ 20A ~~of the Exchange Act~~ (15 U.S.C. §78t~~-~~-1).

~~4.~~11. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331, ~~Section~~ §27 of the Exchange Act (15 U.S.C. §78aa).

~~5.~~12. Venue is proper in this Judicial District pursuant to 28 U.S.C. §1391(b) and ~~Section~~ §27 of the Exchange Act (15 U.S.C. §78aa(c)), as the alleged misstatements were publicly disseminated to investors within this Judicial District, affected the market price for PayPal Securities, and subsequently caused damages to investors within this Judicial District. PayPal

shareholders located in this Judicial District invested in PayPal at artificially inflated prices as a result of Defendants' misrepresentations and omissions. *See e.g.*, ECF No. 1, ¶21.

## II. PARTIES AND WITNESSES

## III. PARTIES

6.13. Lead Plaintiff Caisse de dépôt et placement du Québec ("Caisse" or "Lead Plaintiff") is a global investment group with 329473 billion Canadian dollars in assets under management. Caisse purchased PayPal stock at artificially inflated prices during the Class Period and was damaged as a result of the conduct alleged herein. ECF No. 12--3. On January 11, 2023, the Court appointed Caisse to serve as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). ECF No. 18.

7.14. Additional named Plaintiff Public Employees Retirement Association of New Mexico ("PERA"), established in 1947, manages thirty-one31 retirement plans for state, county, and municipal employees including police, firefighters, judges, magistrates, legislators, and volunteer firefighters and has $18 billion in assets under management. PERA purchased PayPal stock at artificially inflated prices during the Class Period and was damaged as a result of the conduct alleged herein. *See* Ex. A, attached hereto A to ECF 49-1.

8.15. Defendant PayPal is incorporated under the laws of Delaware and has its principal executive offices in San Jose, California. PayPal's common stock trades on the Nasdaq Stock Market (the "NASDAQ") under the ticker symbol "PYPL." References herein to "PayPal's stock," "PayPal stock," "PayPal publicly traded common stock," and "PayPal's common stock" refer to the publicly traded PayPal common stock that traded on the NASDAQ under ticker symbol "PYPL." During the Class Period, there was also a robust market for call options corresponding to PayPal stock. References to "PayPal Securities" refer to both PayPal stock and any exchange-traded option to purchase PayPal publicly traded stock.

~~9.~~16. Defendant ~~Daniel~~ Schulman ~~("Defendant Schulman," "CEO Schulman," or "Schulman")~~ was, at all relevant times, the Chief Executive Officer ~~("CEO")~~ of PayPal and a member of its Board of Directors. As set forth in ¶¶30-32, 34, 38, 41, 44, 46-47 below, during the Class Period, Schulman ~~spoke publicly~~repeatedly made false and ~~extensively~~misleading statements to investors and the public about PayPal's NNAs and ~~their~~its impact on PayPal's business.

~~10.~~17. Defendant ~~John~~ Rainey ~~("Defendant Rainey," "CFO Rainey," or "Rainey")~~ was, at all relevant times, the Chief Financial Officer ~~("CFO")~~ of PayPal. As set forth in ¶¶30-33, 38-40, 44, 46-47 below, during the Class Period, Rainey ~~spoke publicly and extensively~~repeatedly made false and misleading statements to investors and the public about PayPal's NNAs and ~~their~~its impact on PayPal's business.

~~11.~~18. Defendant ~~Jonathan~~ Auerbach ~~("Defendant Auerbach," or "Auerbach")~~ was, at all relevant times, the Executive Vice President, Chief Strategy, Growth and Data Officer of PayPal. As set forth in ¶¶31-32, 46 below, during the Class Period, Auerbach ~~spoke publicly~~repeatedly made false and ~~extensively~~misleading statements to investors and the public about PayPal's NNAs and ~~their~~its impact on PayPal's business.

~~12.~~19. ~~Defendants Schulman, Rainey, and Auerbach (collectively, the "~~The Individual Defendants~~"),~~, because of their positions within the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases, presentations to securities analysts, money and portfolio managers, and ~~institutional investors, *i.e.*, the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.~~investors (*i.e.*, the market).

Because of their positions and access to material non-public information available to them, the Individual Defendants knew or were reckless in not knowing that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations that were being made were then materially false and/or misleading. The Individual Defendants are liable for the ~~false and/or~~ misleading statements and material omissions pleaded herein.

~~**a.** Witnesses~~

~~32. CW-1 was a Senior Director of Product at PayPal from before the start of 2021 until at least three months after the Class Period. CW-1 was a member of PayPal's "NNA Rally" team and participated in weekly calls focused on PayPal's performance around generating NNA throughout 2021. CW-1 was 3 reporting levels below the SLT, which included the Individual Defendants.~~

~~33. CW-2 was formerly employed by PayPal from before 2018 through the end of the Class Period. Throughout 2021, CW-2 was a Director in the finance organization at PayPal and had held various other positions at PayPal over the many years of his tenure. In his final two roles at PayPal, CW-2 was 2-3 reporting levels below CFO Rainey.~~

~~34. CW-3 worked for PayPal between February 2016 and May 2022, most recently within the Seller Fraud Operations Department. CW-3 worked out of the Chandler, Arizona office. CW-3 advised that the Seller Fraud Operations Department fell under the Seller Risk Services Department, which included about 30 people.~~

~~35. CW-4 worked at PayPal during the relevant time period as an employee in the Risk Management Organization, a role that involved participating in status updates pertaining to regulatory matters. CW-4 worked and interacted with Senior Vice President – Chief Risk and Compliance Officer Fiachre O'Neill, CFO John Rainey, and CEO Dan Schulman.~~

36. CW-5 was employed by PayPal from early 2021 through early 2022 as a Senior Manager of Finance. CW-5 was responsible for planning and forecasting the Marketing team's budget, or "spend," and worked with the leaders of the Marketing team to assist in their planning. CW-5 reported to Neil DeSilva, currently VP of Finance at PayPal, who reported to Cosmin Pitigoi, currently Senior VP, Global FP&A, Operational Finance and Pricing, at the Company. CW-5 frequently worked with Michael Lamb, currently Vice President, Consumer Growth and Operations, since Lamb was in charge of PayPal's incentive programs.

37. CW-6 was formerly employed by PayPal from well before 2010 through the Class Period, most recently as a Senior Manager, Risk and Compliance. CW-6's responsibilities included identifying potential risks associated with a launch at PayPal, such as the launch of a new product or marketing campaign. CW-6 also collaborated with the Risk Operations Teams and Strategy Teams to develop automated and manual controls intended to prevent fraud. CW-6 most recently reported to Christine Gonzalez, Vice President, Head of Global Risk and Compliance.

38. CW-7 was formerly employed by PayPal from before 2015 through at least the end of the Class Period and spent the vast majority of his tenure working in the fraud department. Throughout the Class Period, CW-7 was a Senior Risk Operations Team Leader. CW-7 reported to Aaron Lingle, who reported to Wei Jiang, who reported to Kelly Dickerson, who reported up to Chief Enterprise Officer Aaron Karczmer.

## IV. BACKGROUND AND NARRATIVE STATEMENT OF ALLEGATIONS

b. PayPal was incorporated in Delaware in January 2015 and became a public company in July 2015 as part of a spinoff from eBay Inc. PayPal is a digital payments platform, most well-known for facilitating online purchases and person-to-person money transfers. Background on PayPal and the Importance of the NNA Key Performance Indicator to Its Prospects

20. One of the first major online payment platforms, PayPal was spun off from eBay as its own publicly traded Delaware-incorporated company in 2015. PayPal describes itself as a leading technology platform that enables digital payments and simplifies commerce experiences on behalfPayPal's proprietary Payments Platform consists of various payment applications, including core PayPal, PayPal Credit, Braintree, Venmo, Xoom, iZettle, and Hyperwallet.

39. of merchants and consumers worldwide.

1. During the Class Period, almost 90% of

40. PayPal's products enable its consumers to transact with its merchants to purchase goods or services, whether online or in-person, and to transfer money between PayPal accounts. PayPal has a variety of products that serve this core business, including its branded "checkout" product, wherein merchants can receive payments from customers, and several person-to-person ("P2P") payment products (such as Venmo and Xoom), which enable individuals to transfer money to other individuals. In addition to these core products, PayPal also offers a variety of additional services such as "Buy Now Pay Later" — which essentially enables individuals to make a purchase on credit to be paid over installments — and cryptocurrency trading products.

2. PayPal's revenue was generated through fees on transactions over its payment applications. PayPal generally does not charge consumers to fund or draw from their accounts. Rather, PayPal

13. PayPal primarily earns revenues by charging fees for completing payment transactions for its customers and other payment-related services. This revenue is therefore largely

dependent on the overall volume of payment activity over PayPal's systems. An increase in payment volume will generally increase PayPal's revenue.

21. earns revenues primarily by charging fees for completing payment transactions, which it says is typically based on the volume of activity processed on its Payments Platform. These fees include transfer fees and foreign currency conversion, and PayPal also earns interest and charges fees for various credit products.

14. Because PayPal primarily generates revenue

22. Throughout this time period, PayPal identified various metrics that it reported quarterly to investors. As stated in its Annual Report for the fiscal period ending December 31, 2020 filed with the SEC on Form 10-K:

> through fees on transactions over its systems,
>
> We measure the relevance of our products and services to our customers and the performance and success of our business through active accounts, payment transactions, and total payment volume:
>
> PayPal reports "Total
>
> An ***Active Account*** is an account registered directly with PayPal or a platform access partner that has completed a transaction on our Payments Platform or through our Honey Platform, not including gateway-exclusive transactions, within the past 12 months. A platform access partner is a third party whose customers are provided access to PayPal's Payments Platform through such third-party's login credentials.

41. ***Number of Payment*** Volume," or "TPV," as one of its key performance indicators. TPV is the total value***Transactions*** are the total number of payments, net of payment reversals, successfully completed on itsour Payments Platform or enabled by PayPal via a partner payment solution.[3]

[3] A partner payment solution is a partner business that has signed up to be part of PayPal's free partner membership program and integrates with PayPal at some level (*e.g.*, incorporates PayPal checkout on its website).



4927-1323-5496.v1

PayPal discloses two other key performance indicators, which both also relate to the generation of TPV: (1) the total number of active accounts[4]— which is typically discussed in terms of net increases to the number of active accounts under the acronym "NNA" — and (2) the total number of payment transactions. While TPV is the most directly related indicator of PayPal's present revenue, NNA and number of transactions are both critical indicators of PayPal's ability to continue generating transaction volume. The idea is simple: adding legitimate and engaged accounts is expected to result in a greater TPV down the line. Similarly, if those accounts engage in a greater number of transactions, that will also contribute to TPV.

, not including gateway-exclusive transactions.

***Total Payment Volume ("TPV")*** is the value of payments, net of payment reversals, successfully completed on our Payments Platform or enabled by PayPal via a partner payment solution, not including gateway-exclusive transactions.

23. Net New Actives or NNAs, was another key metric that the Company directed investors to and reported quarterly. The Company's Definitive Proxy Statement for 2021 – filed with the SEC on Schedule 14A – explained that NNAs "[m]easures the net change in the number of organic active customer accounts" and stated that it is "a key operational metric that the Company uses internally to measure ongoing performance." As Rainey explained to investors during the Deutsche Bank Technology Conference in 2021, "net new actives is a function of 3 things. It's new activations plus reactivations, and then we subtract up churn." PayPal used the term "churn" to reference accounts that went 12 months without a transaction. Thus, if an account had not completed a transaction for 12 months and then completed a transaction, the account would increase NNAs as a reactivation. Likewise, if an account that was close to not completing a transaction within a 12-month window completed one transaction, the NNA metric was positively impacted because that account would have otherwise been subtracted from the NNA metric.

---

[4] An active account is an account registered directly with PayPal, or a partner using PayPal's services, that has completed a transaction on its platform within the past 12 months.

42. In 2020, the COVID-19 pandemic helped PayPal achieve record online transactions and new accounts. PayPal achieved an average of 18.2 million quarterly NNAs, up 92% from the 2019 quarterly average of 9.4 million. Over 2020, PayPal's stock price more than doubled.However, in addition to directly increasing TPV, adding active accounts to PayPal was a relevant performance indicator because the overall size of its engaged user base was relevant to its ability to earn revenue from other sources (aside from simple payment processing). Throughout the Class Period, PayPal earned revenue by providing other value-added services, including partnerships (*e.g.*, Shopify, SalesForce, Squarespace), interest and fees from its merchant and consumer credit products, interest earned on certain assets underlying customer balances, referral fees, subscription fees, and gateway services.

43. In November 2020, shortly before the Class Period, PayPal laid out its plans for what CEO Schulman would eventually call the PayPal "Super App." The idea was to leverage PayPal's growing user base to offer a far more integrated set of financial offerings. Specifically, the Company claimed it would begin integrating a range of features, including enhanced direct deposit, check cashing, budgeting tools, bill pay, crypto support, subscription management, buy now/pay later functionality, and shopping tools. This integrated approach offered the potential to radically change PayPal's value proposition — from one primarily based on extracting transaction fees — to an integrated platform that would enable PayPal to sell a wide variety of value-added services to a large and highly engaged user base.

44. PayPal's rhetoric surrounding the potential Super App was especially promising in the context of its tremendous growth during the COVID-19 pandemic. During that time, the Company experienced record NNA growth, which in turn meant that it ostensibly had a rapidly expanding customer base to whom it could sell these Super App capabilities. CEO Schulman

stated that PayPal's transition to the Super App would be a "fundamental transformation" for the Company.

45. From the perspective of these Super App ambitions, maintaining strong NNA growth was of critical importance. In this context, the NNA metric went from playing an important, but supporting role — driving future TPV and corresponding revenue — to becoming the critical tool for developing the audience of PayPal's Super App offerings. For example, Defendant Schulman told *Bloomberg* in a May 10, 2021 interview that PayPal would need to achieve "massive scale," in order to realize the Super App ambitions.

46. Thus, at the start of the Class Period, Defendants focused on PayPal's supposed success at generating strong NNA growth. During the Company's 4Q2020 earnings call on February 3, 2021, CEO Schulman attributed what he described as PayPal's "strongest year in [its] history" in part to "achieving record growth in net new active customers." Schulman similarly stated that "[m]erchants and consumers are turning to PayPal in record numbers." Indeed, in every earnings call throughout the Class Period, PayPal's NNA metrics were prominently discussed by Defendants.

47. During the February 3, 2021 earnings call for 4Q2020, Defendant Rainey highlighted NNAs as a priority for establishing PayPal's strength — reporting NNAs before other metrics like revenue, operating income, and earnings. Specifically, Defendant Rainey stated: "***We've just completed the strongest year in our history, achieving record growth in net new accounts, volume, revenue, operating income, earnings and free cash flow***."

48. During the same earnings call, Defendant Schulman emphasized the importance of NNAs in relation to PayPal merchants and their ability to interact with a large consumer base stating: "***For the year, we delivered a record 73 million net new actives, ending the year with***

~~*377 million active accounts, up 24%. We now have over 29 million merchants interacting with nearly 350 million consumers. In 2021, we expect to add another 50 million net new active accounts*."~~

~~49. Internally, PayPal was equally focused on the NNA metric, as attested to by multiple former employees of the Company.~~

~~50. For example, CW-1, a former Senior Director of Product at PayPal explained that there was a "big push" within PayPal to generate NNA numbers and that by May 2021, growing the NNA figures became a huge priority at the Company. CW-1 explained that the NNA metric was so important that PayPal had assembled a team of individuals from throughout the Company to attend weekly "NNA Rally" meetings to discuss NNA growth, and stated that the assembly of this sort of team was unusual for PayPal but undertaken given the "tremendous" leadership demand for growing NNAs. The NNA Rally team reported to PayPal's SLT, which included Defendant Schulman, Defendant Rainey, Defendant Auerbach, Chief Marketing Officer Leanne Sheraton, Executive Vice President, Global Sales Peggy Alford, Executive Vice President and Chief Enterprise Services Officer Aaron Karczmer, Chief Risk and Compliance Officer Fiachre O'Neil, and Executive Vice President and Chief Product Officer Mark Britto.~~

~~51. Several other CWs attest to the importance of the NNA metric during the Class Period. CW-2, a former Director in the finance organization at PayPal, explained that the NNA metrics were measured daily and that an automated daily report was generated and sent to PayPal's C-suite, which tracked gross new additions, churn, and activity. CW-2 also recalled the "big push" in 2021 to pursue NNA growth. Similarly, CW-3 also recalled a "heavy" push on NNAs at all costs during the relevant time period.~~

### c. PayPal Promotes NNA Growth With Risky Promotions Which Were Quickly Exploited By Bot Farms Creating Massive Numbers of Illegitimate Accounts

52. Throughout the Class Period, PayPal publicly emphasized its NNA growth to investors. Yet, this growth was achieved in large part due to risky promotions that essentially paid people to sign up for PayPal accounts purely to earn cash that the Company was offering for new accounts. PayPal's webpages for some of these promotions explicitly referenced "NNAs" in the page URL. This is notable because the term NNA is an investor/business facing term and not one that would make any sense to use in marketing PayPal accounts to genuine users. In other words, PayPal itself seemed to recognize that these promotions were geared at driving its NNA growth.

#### i. Chinese Websites Document that Abuse of PayPal's NNA Promotions "Went Viral," Due to "Low Threshold" for Abuse

53. Throughout 2021, postings on Chinese websites detailed how PayPal users took advantage of these promotions. For example, PayPal ran a promotion where someone could simply go to a particular page on PayPal's website, create an account, and receive $5 in that account. By June 2021, Chinese websites were openly discussing the potential to abuse this promotion.[5] One such post, published June 10, 2021, on the Chinese website Weixin with the title, "Make easy money with PayPal NNA promotions now," reported that it had "went viral" among "leads circle[s]." The title of another posting on Weixin, published June 17, 2021, stated: "PayPal NNA promotions, a money-making program sweeping the Internet," and the article explained that "this program is so hot. . . . It's basically giving you money for free. It's

[5] The descriptions herein of the content of Chinese posts include quotations of the content of those articles from a reputable translation service.

awesome!" That text was followed by an image, which translates to "Make $500-1000/person/day out of PayPal NNA promotion program:"




54. Many of these postings provided detailed set-by-step explanations on how to take advantage of the promotions, including detailed steps on how to use a virtual private network to make one's internet IP address appear to be in the United States, how to set up a virtual cell phone emulator, how to get a US phone number from a "virtual phone number platform," and then how to claim the promotional credit. One such article explained: "It only requires a few clicks and the threshold is low."

55. Once the accounts were created and the promotions claimed, the articles explained that the money could be immediately transferred out of PayPal to a bank account or transferred to another PayPal account — presumably so that users could pool proceeds and make fewer withdrawals from their bank. The articles even explained how users could buy a bank card and transfer the money to that card rather than their own bank account and how fake credentials they would use to make these accounts could be "reused," making it easier to take advantage of the promotion countless times (while Defendants counted each fake account as a new NNA).

56. On June 26, 2021, another posting on Weixin explained that by the end of the prior month (*i.e.*, in May) that "[m]any people" had bought tutorials on how to exploit the promotions and that "more and more people" were joining in. The posting stated "[a]s long as you invite a new user successfully, you will get a cash reward of $5," and that "there was not so much

compliance control over" the PayPal promotion. The posting also explained that in addition to seeing tutorials being sold, there were "scripts doing the job." This was a reference to computer software set up to run through the simple steps needed to take advantage of the promotions over and over again. The author of that posting also stated that "compliance controls [were] . . . becoming stricter," which is notable because it strongly suggests that PayPal was aware of this activity, but not taking significant enough steps to deter its abuse.

57. Internet postings in China documenting the ease of taking advantage of PayPal's 2021 NNA promotions continued to be published throughout the year. For example, a September 14, 2021, posting on Mojingu.com titled, "How to make $500-1000/person/day with PayPal NNA promotion program," included a "[t]raining video on how to make $500-1000/person/day with PayPal NNA promotion program." On November 18, 2021, a similar posting was published on WeChat promoting how to make money with the "PayPal NNA promotion program," calling it a "hot foreign money-making project online, the NNA (net new active account) promotion" that "offers a cash reward of $5 for each new account." As late as January 3, 2022, another posting was published on Tuituita.com titled, "Join me in PayPal NNA promotion project," and detailed the steps to take advantage of the promotion.

58. In order to boost reported NNA results, PayPal made these promotions especially easy to abuse and especially likely to be used by people who would never actually engage with PayPal outside of the promotion. For example, several of PayPal's promotions ostensibly required the user to complete an "eligible transaction" to receive the promotional incentive. However, rather than limiting "eligible transactions" to "an online PayPal checkout payment," which would be significantly harder to abuse at scale, PayPal also included "a person-to-person payment" in the definition of "eligible transactions." This meant the reward could be claimed

simply by signing up for an account, funding it with $5, and sending that $5 to an illegitimate account. The new, illegitimate account could then send the same $5 to another illegitimate account, enabling people to take advantage of the promotion an infinite number of times without ever having to conduct any real transaction. In return, PayPal was able to make it look like they were continuing to rapidly grow NNAs.

59. As PayPal would eventually publicly disclose, these promotional programs resulted in millions of illegitimate accounts being counted in PayPal's NNA figures. The issue inflated the numbers that PayPal reported in the first three quarters of 2021, and in particular, they inflated PayPal's 3Q2021 numbers by at least 4.5 million accounts. However, well before the truth regarding these illegitimate and bot accounts was publicly reported, the risks associated with them were well understood within the Company.

**ii. Defendants Knew or Recklessly Disregarded the Risks Posed by the Promotions and Failed to Exclude the Illegitimate Accounts From Reported NNA Results**

60. In 2020, as PayPal was making decisions about its upcoming promotional campaigns, PayPal's leadership — specifically Defendant Rainey — was warned of the risks associated with running seemingly lucrative yet easy to abuse cash promotions.

61. Specifically, CW-4 stated that he was in the "inner circle" at PayPal, which included CEO Schulman and CFO Rainey. CW-4 recalled that before the start of 2021, he voiced concerns in a room of senior executives, including Senior Vice President, Chief Compliance Officer Fiachre O'Neill, regarding the risk that the promotion to pay people to open accounts would lead to people opening accounts without otherwise using PayPal's services. CW-4 recalled that others in the room also expressed concerns about this risk, but that ultimately PayPal decided to proceed with the use of the incentive payments anyways.

62. CW-4 advised that the risks he identified regarding the paid incentives were included in the NBIA (New Business Initiative), which was ultimately reviewed by CFO Rainey as part of his approval of the promotional campaigns. CW-4 added that any new marketing campaign or promotion at PayPal has to have an NBIA, which he explained is a document that is "signed off on by everybody," including Vice President Regulatory Relations Andrea Donkor, PayPal's compliance department, and the CFO. CW-4 advised that CEO Schulman and CFO Rainey were informed about the marketing practices and updated on its results, adding that "anything that had a dollar amount to it would need CFO approval."

63. CW-5, former Senior Manager of Finance, explained that the Company was aware of the risk that new users acquired through this promotional activity would be lower quality.

64. Thus, Defendants decided to proceed with the promotions despite being well aware of the potential risks. That alone does not mean that the business decision was necessarily improper, but it does mean that: (1) Defendants were apprised of the need to monitor for abuse of the NNA promotions and correspondingly that it is reasonable to conclude they were aware of, or at least recklessly disregarded, the readily available information concerning the fraudulent accounts generated by the promotions; and (2) Defendants were aware of, or at least recklessly disregarded, the risks concerning those NNA promotions, but did not disclose that information to investors.

65. Another former PayPal employee corroborates CW-4's statements that the risks associated with the accounts generated by the NNA promotions were known and had been identified by PayPal.

66. CW-6 was formerly employed by PayPal from well before 2010 through the Class Period, most recently as a Senior Manager, Risk and Compliance. CW-6's responsibilities

included identifying potential risks associated with a launch at PayPal, such as the launch of a new product or marketing campaign. CW-6 also collaborated with the Risk Operations Teams and Strategy Teams to develop automated and manual controls intended to prevent fraud. CW-6 most recently reported to Christine Gonzales, Vice President, Head of Global Risk and Compliance.

67. CW-6 explained that the 4.5 million fraudulent accounts that PayPal disclosed in February likely would have been identified during PayPal's normal fraud review process. Specifically, CW-6 explained that PayPal used artificial intelligence to link similar activity — such as the same IP address, the same physical address, or any other personal identifying information — across different accounts. CW-6 explained that even if someone didn't use their real name across accounts, if the accounts were created from the same computer login, the system would flag the accounts. CW-6 explained that pursuant to PayPal's internal policies and requirements of regulatory agencies, any amount of loss or fraud above $50,000 was a "concern" and there was "always a roll up" to CEO Schulman and CFO Rainey. CW-6 added that this $50,000 or more threshold of fraud would have a root cause investigation performed, and both the root cause investigation and results of that investigation were reported to Vice President, Head of Global Fraud Arthi Rajan Makhija, who was part of the analysis group. CW-6 explained that the $50,000 threshold applied whether it was one instance of fraud or a trend of smaller instances that added up to $50,000, including fraud leading to marketing loss.

68. These allegations — based on the information from someone with years of experience in PayPal's risk management function — are significant in two ways. First, they demonstrate the illegitimate accounts would likely have been discovered by PayPal's systems. That fact, combined with the allegations below that PayPal did, in fact, identify the illegitimate

~~accounts, strongly supports the conclusion that Defendants knew of, or recklessly disregarded, the issue and simply chose to report inflated NNA numbers anyway. Second, these allegations show that PayPal was aware of, or recklessly disregarded, this exact sort of risk, insofar as it had built systems specifically designed to detect these sorts of fake or illegitimate accounts.~~

~~69. Furthermore, CW-6 recalled that it's a standard process at PayPal to brief various departments about the risks of marketing campaigns. CW-6 explained that the risk of the paid incentive marketing campaign attracting fraudulent accounts was discussed. CW-6 recalled a conversation about ensuring that controls were in place to prevent accounts being opened solely for the sake of obtaining the promotion, and that that these conversations included members of PayPal's Strategy team including Senior Director, Risk Management Siddharth Zarapkar. CW-6 stated that PayPal's marketing team and fraud team — which he believed included the heads of each of those departments — were made aware of these concerns.~~

~~70. CW-5 explained the Marketing team participated in weekly or bi-weekly conference calls with Michael Lamb, Vice President, Consumer Growth and Operations, and his "right-hand guy," Abhay Doshi, currently Senior Director of Global Consumer Growth Marketing, to discuss the progress of marketing spend and to track the numbers associated with its campaigns. CW-5 stated that the Marketing team tracked user engagement. CW-5 explained that his team tracked high level ROI on incentive program spending.~~

~~71. CW-5 added that at these meetings, the Marketing team weighed "buying" more active users in order to more closely track their goals, while balancing the risk that new users would inevitably be lower quality. According to CW-5, Lamb and Doshi presented information from these meetings to the C-Suite. CW-5 stated Lamb was very involved in Marketing's weekly meetings.~~

72. CW-5 explained that Michael Lamb, as VP, participated in discussions regarding how to balance the need for NNA growth with the risk that promotional programs would attract "one and done" users. CW-5 stated that Michael Lamb received weekly reports on incentive spend, noting the Company had "eyes on everything." CW-5 stated that Michael Lamb worked closely with Chief Marketing Officer Leanne Sheraton and that conversations regarding the risk of low-quality new users were communicated to PayPal's C-Suite.

73. Thus, consistent with the information provided by CW-4, executives at PayPal were well aware of the risks posed by the NNA promotions, as they were internally discussing that risk and whether to proceed with the promotions notwithstanding.

74. In addition to being aware of, or recklessly disregarding, the risks posed by the promotional activity PayPal chose to engage in, Defendants were also aware that, or recklessly disregarded that, the NNA promotions were, in fact, generating a massive number of illegitimate accounts.

75. CW-3 worked for PayPal between February 2016 and May 2022, most recently within the Seller Fraud Operations Department. CW-3 worked out of the Chandler, Arizona office. CW-3 advised that the Seller Fraud Operations Department fell under the Seller Risk Services Department, which included about thirty (30) people.

76. CW-3 stated that he first became aware of fraudulent accounts being created at a large scale to take advantage of PayPal's new account payment incentive in early August 2021. CW-3 explained that he was responsible for looking at accounts that were already flagged for potential fraud, as opposed to reviewing accounts for fraud before or upon their creation. He then saw that these accounts were receiving transfers of the incentive payments given by PayPal.

According to CW-3, many of the fraudulent accounts that he identified were coming from China through throwaway virtual private networks (VPNs) which mask IP addresses.

77. CW-3 recalled that he first identified approximately 33,800 fraudulent accounts at that time but clarified that this number did not track all fraudulent accounts because his method for identifying fraudulent accounts was significantly underinclusive. As discussed below, CW-3 ultimately found millions of fake accounts by October using the same underinclusive approach.

78. Specifically, CW-3 reviewed accounts based on a database query, using SQL[6] that pulled in accounts that (1) had "non-ordinary emails," meaning emails that had a suspicious name and were not from a major email provider like Gmail; (2) had received at least three promotion credits; and (3) did not have other activity. CW-3 further explained that this method meant that he was certainly undercounting the total number of fraudulent accounts. He further explained that this figure only counted "PayPal Accounts," not accounts on the other platforms owned by PayPal, such as Xoom and Venmo. CW-3 explained that the SQL analysis he performed in August 2021 was examining NNAs from May-July 2021.

79. CW-3 explained that he conducted "penetration testing" to determine that the accounts his database query were pulling were fraudulent. He explained that this penetration testing involved reviewing a sample of the accounts, and that this review confirmed that his query was working correctly and only identifying fake accounts. He explained that his penetration testing needed to show the query was accurate at hundredths of a percent, or better, because bulk tagging accounts as fraudulent required near certainty before it could be implemented.

80. CW-3 further explained that the promotions being abused were unique in that the fraudsters were able to get "instant" money by withdrawing the funds through Xoom or prepaid

[6] SQL is a computer language used for interacting with, and pulling, data from databases.

~~debit cards or gift cards given the lack of account vetting when those accounts are first created. He explained that prior promotions, many of which he explained also had major abuse issues, had usually been run in partnership with other companies, and imposed at least some obstacles to the continuous creation of fake accounts to take advantage of the incentive.~~

~~81. After identifying the scale of the fraudulent accounts taking advantage of PayPal's promotion, CW-3 suggested that PayPal should shut down all of these accounts immediately, but he received pushback against his suggestion. He continued to explain that PayPal had written "SOPs" concerning fraud detection, and that those policies were focused on violations of specific laws or frauds on PayPal's customers. He explained that the pushback primarily focused on the fact that the fraud was taking money from PayPal, but not PayPal's customers, meaning it was not resulting in fraud complaints from customers.~~

~~82. CW-3 explained that a large meeting was held in October 2021 over Microsoft Teams to discuss the trend he had identified. By then, his underinclusive SQL query was identifying about a million fake accounts. He explained that there were approximately 400 attendees at that meeting, including the Global Seller Risk teams and Strategy teams. CW-3 also explained that there were senior directors, who were two levels below CEO Schulman in the meeting.~~

~~83. CW-3 explained that during that meeting, a PowerPoint presentation explained how the fake account trend had been identified, including data regarding its prevalence and data regarding the number of promotional incentive payments that were being transferred into individual accounts and then transferred out of PayPal.~~

84. During the October meeting, CW-3 advocated for PayPal to shut down the fake accounts and his boss ultimately approved of "limiting"[7] these accounts. CW-3 believes that the information about the fake accounts was escalated to the executive level because they would have needed executive approval to limit that many accounts. CW-3 clarified that even if an account was "limited" it would still be able to withdraw the money eventually, meaning that applying that flag would not deter fraudsters from taking advantage of the promotion.

85. Following the October group meeting, CW-3 continued to discuss the issue with a member of PayPal's Strategy team in Shanghai. He explained that spreadsheets regarding the fake accounts were sent to this member of the Strategy team, and he repeatedly interacted with this member of the Strategy team about PayPal's follow-up into investigating the issue. CW-3 advised that the team based in Shanghai collected all of his team's data and disseminated it to senior leadership. CW-3 also explained that he communicated with others in various positions throughout PayPal about the fraudulent accounts he had identified.

86. CW-3 advised that his SQL query ultimately identified about 2 million accounts that were engaging in incentive abuse. CW-3 went on to say that there were likely more than the 4.5 million accounts that PayPal disclosed that were engaging in incentive abuse, since he doubted that he had personally identified half of them and since his underinclusive query was unlikely to catch all of them as it was written.

87. CW-3 recalled that NNA accounts were an important metric to PayPal and its investors, and CW-3 suggested that PayPal was using the incentive and this influx of accounts to "bullshit people" about its NNAs. CW-3 explained that by giving away PayPal's money to

[7] PayPal refers to applying flags to accounts, such as when those accounts are suspected of fraud, to limit their activity, as "limiting" accounts.

customers, they were inflating the actual growth that PayPal was able to achieve. CW-3 went on to say that this is why PayPal chose to limit their fraud vetting when an account was created, thus they could count that new account in the NNAs for the quarter. According to CW-3, he believed that PayPal did this because COVID had been a boom for PayPal but as COVID-related restrictions subsided they needed to buy their growth since the market was so focused on the NNA metric.

88. As discussed below, CW-3's information concerning PayPal's knowledge of the prevalence of fraudulent accounts and the October meeting where the issue was discussed, is directly corroborated by another former PayPal employee familiar with those facts.

89. CW-7 was formerly employed by PayPal from before 2015 through at least the end of the Class Period and spent the vast majority of his tenure working in the fraud department. Throughout the Class Period, CW-7 was a Senior Risk Operations Team Leader. CW-7 reported to Aaron Lingle, who reported to Wei Jiang, who reported to Kelly Dickerson, who reported up to Chief Enterprise Officer Aaron Karczmer.

90. CW-7 described the October 2021 meeting during which the bot fraud trend was discussed with several hundred people present. CW-7 explained that the presentation given at this meeting included a PowerPoint presentation with information about the identified fraud trend and details on how the identified accounts could be placed into "limited" status to restrict their activity. CW-7 advised that watching the money move from account to account was a huge red flag.

91. CW-7 recalled communicating with Angela Blackstone (Senior Manager, Global Seller Risk Success Enablement) via Microsoft Teams during the meeting about the issue. CW-7 also explained that call participants discussed whether to shutdown the accounts, flag them as

limited, or take other action like requiring additional documentation from the holders of the fraudulent accounts. CW-7 recalled members of PayPal's strategy team in China participating in that conversation, and that the Strategy team was responsible for "creating rules in automation" when fraud trends were identified.

92. Around the October 2021 meeting, CW-7 discussed the fraud trend with Aaron Lingle (Manager, Seller Risk Services). CW-7 was informed by Aaron Linge that he had communicated with Laura Beck (part of PayPal's Policy team), about the fraud trend. CW-7 explained that executives at PayPal would have been updated on the fraud trend by the Policy team.

93. In addition to these meetings where the illegitimate accounts associated with the NNA promotions were openly discussed, the regular reporting of information concerning NNA — which was of unique focus for PayPal's C-Suite in 2021 — strongly supports the conclusion that Defendants were aware of the issue. The following former employees speak to the degree of focus on NNAs and flow of relevant information concerning NNAs to PayPal's senior executives, like Schulman, Rainey, and Auerbach.

94. CW-2 was formerly employed by PayPal from before 2018 through the end of the Class Period. Throughout 2021 he was a Director in the finance organization for PayPal and had held various other positions at PayPal over the many years of his tenure. In his final two roles at PayPal, he was 2-3 reporting levels below CFO Rainey.

95. CW-2 explained the process of tracking and reporting NNAs. He explained that the Business Analytics and SEC Reporting teams measured NNAs, using information filtered up to them from each of PayPal's business units, such as PayPal checkout or Venmo. CW-2 advised that NNAs were measured daily and that an automated daily report was generated and sent to

PayPal's C-Suite, which tracked gross new additions, churn, and activity. He elaborated that PayPal's C-Suite also received periodic reports showing the activity of each cohort of accounts broken down by month.

96. CW-4 explained that as a result of PayPal's regulatory obligations, among other reasons, information concerning new accounts and the activity from those accounts was reported to CEO Schulman, CFO Rainey, and PayPal's Board of Directors. He explained that regulatory agencies required that PayPal meet this "level of governance" where the CEO, CFO, and the Board of Directors are kept informed on issues concerning new accounts, and that as a result, information on new accounts was "made transparent" to Schulman and Rainey, including with a "repository of data" from PayPal's Compliance Department presented through reports to Schulman and Rainey, on issues within the Company. As a result, CW-4 explained that if PayPal had identified that a large number of bot accounts were being created, that information would have immediately been made known to Schulman and Rainey.

97. CW-4 also explained that PayPal was required to, and did, update its regulators concerning new accounts, activity, and issues concerning the creation of illegitimate accounts, and that one purpose of these reports was to demonstrate that PayPal was taking appropriate steps to verify accounts. CW-4 recalled that some regulators required monthly updates, which PayPal provided. CW-4 explained that the information for these reports was reported to Senior Vice President, Chief Compliance Officer Fiachre O'Neill, and Senior Director, Head of Global Credit Compliance Kevin Thomas, and that if issues concerning accounts created by bots had been discovered, information concerning those issues would be included in those reports.

98. According to CW-4, regulatory compliance required CFO Rainey and PayPal's Chief Risk Officer to review and sign off on these reports, as they were "attested to by Chief Risk

Officer." CW-4 also explained that the governance regimes PayPal was required to comply with also required the CEO and CFO be updated on the information, and as a result, PayPal's CEO and CFO would discuss the report, and information within it, with the Chief Risk Officer, which CW-4 recalled occurred in weekly meetings.

99. CW-4 also explained that PayPal was required by various U.S. and international regulations to analyze each new account within days of its creation to determine its authenticity, which PayPal's Compliance and Know Your Customer ("KYC") functions did through checking the information provided by the customer against various datapoints. Due to this process, CW-4 did not understand how PayPal could not have immediately been aware of widespread activity to create fake accounts through bot farms.

100. CW-4 also explained that PayPal was required by various state laws to track account activity and dormancy. He added that PayPal was required to review and monitor accounts for dormancy on a regular basis, and that PayPal understood that under some state regulations an account would be deemed dormant if it had no activity for 30 days. CW-4 explained that PayPal had systems for monitoring for account activity to comply with these regulations. CW-4 recalled that reports on dormant accounts, account activity, and any potentially improper fees and charges related to these accounts, went to the Chief Risk Officer and Head of Compliance, and then to CFO Rainey.

101. CW-4 explained that reports of fraud, including fake accounts, needed to be recorded in PayPal's system which captures loss events and incidents, as required by various jurisdictions. He added that if a discovery of fraud is disclosed by another employee, that it must be recorded in the system that captures loss events and incidents. CW-4 then explained that the system that captures loss events and incidents is a tool and that there are different levels of

escalation. Given the magnitude of this discovery, per PayPal's internal loss event policy, these events would have been reported to senior leadership.

102. CW-4 recalled that the highest tier of escalation applied to any situation affecting or potentially affecting 250,000+ accounts, regardless of whether the issue was resolved or ongoing. CW-4 stated that any situation meeting that threshold would be automatically and immediately escalated to the CEO.

103. CW-4 advised that this recording and escalation was a component of the required governance structures PayPal followed in order to comply with regulations and the expectations of its regulators.

104. CW-2 recalled the disclosure in 4Q2021 restating NNA numbers for the year to correct for approximately 4.5 million illegitimate accounts created by bots. He explained that PayPal used risk analysis and data science to analyze whether accounts were legitimate and that this analysis looked at factors such as biometrics, time and place where the apps were used, transaction history, and other data points. He confirmed that this sort of analysis showed that "bot farms" and/or widespread promotional account creation were setting up illegitimate accounts to make use of the Company's incentive program.

105. These facts demonstrate that PayPal's C-Suite, including Defendant Schulman and Defendant Rainey, was given daily access to information that would, at the very least, have raised a red flag concerning the illegitimate accounts. This is supported by the fact that periodic updates of NNA activity of each cohort of accounts broken down by month would have shown a steep decline in engagement by new users due to the illegitimate accounts — which would not have been using PayPal's services aside from claiming the promotions.

**iii. PayPal's NNA Promotions Lead to a Rise in Minimally Engaged Users**

106. In addition to the outright illegitimate accounts, the heavy use of promotional activity was leading to a high number of unengaged users signing up. Although not outright "illegitimate" accounts, they raised similar risks for PayPal's performance. For example, investors were under the impression that NNA growth would result in an increased number of transactions on PayPal's platform, which would drive PayPal's TPV metric upwards, and ultimately produce revenue for the Company. However, users who merely signed up one or multiple times to claim the promotions were "minimally engaged," and thus would not translate to higher TPV or higher revenue for PayPal.

107. The massive numbers of users who created accounts simply to claim promotional credit, without any subsequent engagement, is attested to by PayPal's public disclosures in conjunction with its 4Q2021 results. *See* Section V(c). There, Defendants publicly disclosed that PayPal accumulated a vast number of "minimally engaged" users, due to promotional activity, and that its TPV composition had become lopsided such that only "one third" of accounts generated "the vast majority" of TPV. Additionally, as discussed in Section IV(g), PayPal's abysmal performance in 1Q2022-3Q2022 and the Company's explanation of that performance in terms of minimally engaged accounts churning off the platform, provides a realistic look at the quantity of minimally engaged accounts during 1Q2021-3Q2021 (since inactive accounts roll off the NNA figures after one year of inactivity).

108. Defendants clearly knew, or was reckless in not knowing, from the start of the year that it was going to depend heavily on promotional activity to generate NNAs. PayPal's 2021 marketing spending was $2.4 billion, a 33% increase from 2020 ($1.8 billion), a 71% increase from 2019 ($1.4 billion). Marketing budgets at PayPal were typically set annually, according to

CW-1. This information is corroborated by CW-2, who stated that the marketing budget was set at the beginning of the year, with funds split according to various marketing channels or programs, such as members get members promotions, paid social media, credit card rewards programs, and other projects. CW-2 added the budget could be adjusted depending on performance, overspend and underspend, and the 2021 marketing budget was increased during the early part of 2021. As CW-4 explained, the marketing budget had to be directly approved by CFO Rainey. From these facts alone, it is clear that PayPal expected to be heavily dependent on promotional campaigns to drive NNA growth in 2021.

109. Former employees of PayPal explain that senior executives at the Company carefully tracked the NNA issue. This highlights that the executives knew of (or at a minimum, recklessly ignored) the issue.

110. CW-1 was a Senior Director of Product at PayPal from before the start of 2021 until at least three months after the Class Period.

111. CW-1 further explained that there was a push coming from the top down throughout the Company to increase NNAs, and he explained that there was a "huge urgency" placed on NNAs by CEO Schulman. CW-1 added that CEO Schulman was pushing NNA growth. Similarly, CW-1 stated that NNA numbers were significant headline numbers to Schulman and senior executives to discuss during earnings calls.

112. CW-1 saw the NNA metric as "theater," due to the ways PayPal would inflate the number, such as by counting multiple accounts by a single user as multiple NNAs. CW-1 explained that a small percentage of users made up the majority of the transaction volume and that adding NNAs that were not actually engaged would not contribute to PayPal's short-term revenue growth. Despite this, CW-1 believed that CEO Schulman wanted to report high NNA

numbers to tell a growth story for PayPal and stated that CEO Schulman wanted to position the Company as a Super App which required a large user and consumer base.

113. CW-1 described the use of NNA metrics as a vanity exercise gone wrong. CW-1 explained that PayPal tried to use NNA as a vanity metric in order to promote itself to Wall Street as an 800-lb. fintech gorilla with a super-app, but clearly that was not reality.

114. CW-1 explained that, as a result of CEO Schulman and other executive's focus on the NNA figure, a special NNA Rally team was created in early 2021. CW-1 was a member of the NNA Rally team, which included leaders from across PayPal's branded businesses and reported to senior executives, including Jonathan Auerbach (Executive Vice President and Chief Strategy, Growth and Data Officer), Doug Bland (SVP and GM, Global Credit), and Michael Lamb (Vice President, Performance Marketing and Marketing Transformation). CW-1 explained that other senior executives were also present during some NNA Rally meetings, including John Coons (SVP of Product for the Branded Business). CW-1 stated that the team met on a monthly, or sometimes bi-weekly, basis with senior executives at the Company.

115. CW-1 described the bi-weekly NNA Rally meetings as management's opportunity "to crack the whip" to get contributing teams to hit their new NNA numbers. CW-1 further stated that if he or anyone else had anything standing in the way of NNA growth, those issues were raised at this meeting to "surface any blockers." CW-1 stated this was not the norm but a 180-degree switch from how things usually worked at PayPal. CW-1 explained that there was "tremendous" leadership demand for growing NNAs by corporate-level employees, adding that when a member of the NNA Rally team raised any issue getting in the way of NNA growth it would immediately be addressed by senior executives.

116. CW-1 explained that the numbers for NNA targets came from Schulman through Auerbach's, Coons' and Lamb's teams. He explained that there were "extreme demands" coming down "like a hammer" from the top. CW-1 further indicated that Schulman had set aggressive goals for growing NNAs, which were referred to as the "go-get numbers," meaning the numbers that the organization had to achieve. CW-1 explained that the go-get numbers were "top-down," driven by what Schulman wanted to achieve, and were not strictly based on any bottom-up analysis of NNA trends. CW-1 added, "Dan had a number and they had to hit their numbers."

117. CW-1 reiterated that NNA numbers and roadblocks or issues were reported during the NNA Rally meetings. CW-1 confirmed that increasing the marketing spend for these incentives was discussed at the NNA Rally meetings. CW-1 indicated that the Performance Marketing Team ran the incentive programs, and that the incentive spending was ratcheted up in 2021. CW-1 explained that the incentive programs were launched or ramped up in early 2021, driven by the Performance Marketing, P2P, and Venmo teams. CW-1 explained that despite concern from Company veterans about its risks, the incentive programs were launched due to the strong business need as indicated by the SLT's demand to drive the NNA number up.

118. CW-1 recalled discussions at the NNA Rally meetings regarding the use of incentive programs to drive NNAs and the related fraud rates, adding that those issues applied to Venmo, Honey, and person-to-person transactions. CW-1 noted that there were lots of fraud issues with referral programs (where PayPal users received money for getting another account signed up as a member), and many fraudulent accounts came from overseas "click farms." CW-1 indicated that there were two individuals from PayPal's Risk team — the largest team at PayPal — involved in the NNA Rally team: product leader Ari van den Berg (currently Senior Director,

Global Fraud Product Management and Decision Science) and his engineering counterpart, Kaushik Srinivasan (currently Senior Director, Software Development).

119. CW-1 stated that the NNA metrics used by the NNA Rally team were updated weekly, with about a three-day lag as the numbers were analyzed by PayPal's data scientists. He further indicated that these metrics were then discussed weekly in the various working teams with urgency. CW-1 explained that the NNA Rally team produced weekly or bi-weekly reports that were inputted into PowerPoint slides and decks concerning NNA growth. He also explained that there was a tremendous amount of pressure to capture and report data.

120. CW-1 explained that PayPal calculated the Lifetime Value ("LTV") of accounts for the Company, the lifespan of an account was typically 18 to 24 months. CW-1 further explained that the Company analyzed how these new accounts compared to other cohorts of accounts, and whether PayPal was receiving value from them, or whether the Company should focus on other areas to acquire users. CW-1 noted that account activity was tracked in PowerPoints and Excel spreadsheets and pulled into a master spreadsheet, which included reports prepared by analysts at the product teams, and which was sent to the NNA Rally team, Performance Marketing, and other leaders.

121. CW-1 explained that PayPal tracked users by product, how that user was acquired (*i.e.*, through paid incentives or other marketing program), and the users' level of engagement across PayPal's platforms. CW-1 added that these analyses were at a high level, focusing on each product, or total usage, or could pull in product teams for a deeper analysis. CW-1 explained that there were tracking codes for the product being used and if a user qualified for an incentive, and if the incentive was paid by Marketing, it was tracked to see if it was successful.

122. In addition to the NNA Rally team, CW-1 explained that there was also an SLT meeting, where the NNA numbers would have been discussed at least monthly. CW-1 advised that the NNA Rally team forwarded information to the SLT and financials were reported up monthly. CW-1 stated that PayPal's senior executives would have had visibility into NNAs and fraudulent account issues. CW-1 confirmed that the SLT had access to the PowerPoint materials from the NNA Rallies, and that Lamb's team had access to all of the data.

123. CW-1 reiterated that the incentive promotion came from PayPal's marketing budget. He further stated that one of the promotions included the P2P business on PayPal and Venmo, where a customer sent $10 to someone who did not already have a PayPal or Venmo account, PayPal would credit both the referrer and the referee $10. The incentive promotions also involved Honey, as they had a large cash back audience. The promotion started at least three to six months before the NNA Rally team. He did not recall a specific promotion but explained that PayPal was leaning more on promotions and making it richer for the customer.

124. CW-1 recalled a lot of stress at the NNA Rally meetings throughout 3Q2021. CW-1 explained that the NNA Rally meetings became increasingly tense throughout 4Q2021. Specifically, CW-1 stated that in November 2021, Auerbach asked the most senior or "inside" people at the meeting, including Lamb, Coons, and Lamb's top finance analyst, to stay on the call afterwards to discuss earnings and NNA metrics for presentation to the Company's senior leadership. CW-1 described the follow-up call — which he was not part of — as a confidential meeting to prepare materials for the presentation to senior leadership/SLT and the upcoming earnings call.

125. CW-2 was a Director in the finance organization at PayPal throughout 2021. CW-2 indicated that, in 2021, PayPal had a "big push" to pursue "paid acquisitions" of new

accounts, meaning NNAs that were brought in through an incentive program, such as the $10 credit given to new accounts, in contrast to organically developed accounts. According to CW-2, the Company's management was aware that it could not make its projected NNA numbers without the paid incentive marketing programs, even though management knew that these incentives could also potentially create issues such as low-quality accounts (that is, accounts that engage in few transactions), as well as other problems. CW-2 explained that he had raised concerns regarding the high churn rate of "paid" NNAs, in contrast to organically developed accounts, with several more senior PayPal employees, including Doug Bland, who was the Head of Consumer at PayPal.

**d. Throughout the Class Period, Defendants Falsely Represented PayPal's Growth and Failed to Disclose Known Risks to Investors**

126. On the heels of COVID-19, PayPal was — as Defendants told investors — poised for growth. During the pandemic, the shift toward digitization accelerated PayPal's growth as consumers sought contactles payments options via QR codes and merchants made their traditionally in-store offerings available to consumers online. This transition was transformative for PayPal's online presence and laid the foundation for Defendants' claim that PayPal would become a Super App.

127. Throughout the Class Period, PayPal was critically focused on its NNA metric. On February 3, 2021, when PayPal reported its financial results for fourth quarter and full fiscal year ended December 31, 2020 (4Q2020 and FY 2020), Defendants told investors to "***[e]xpect ongoing momentum with strong TPV growth and NNAs***" and that PayPal expected to add approximately 50 million NNAs in FY 2021. On growth, CFO Rainey described PayPal's core business as "***continu[ing] to perform at unprecedented levels.***"

128. Not only were the number of NNAs purportedly on the rise, but PayPal touted the engagement metrics generated from its NNAs as crucial to PayPal's TPV. CEO Schulman touted PayPal's growth and engagement, telling investors that not only were new demographics joining PayPal's platform, but "***the engagement metrics of that cohort are also up substantially. We have double-digit increases in value for net new actives***." This, CEO Schulman explained, caused PayPal's churn rates to come down, noting: "***There is plenty of demand to come on to our platform***."

129. Both internally to employees and externally to investors and analysts, CEO Schulman championed NNA growth throughout the Class Period. To investors, he noted PayPal had "***a lot of confidence to [its] 50 million [NNA] number***," which it attributed to "***a lot of really encouraging trends***." In fact, at PayPal's Investor Day just after the Class Period began, during trading hours on February 11, 2021, Defendant Schulman announced PayPal's goal that "***over the next 5 years, we believe we can grow this 377 million to 750 million active accounts on our platform***." This account growth was repeatedly touted to investors as part of PayPal's aim towards becoming a Super App.

130. Additionally, at the Investor Day call on February 11, 2021, Defendants told the market that the Company saw "***engagement levels increase dramatically throughout our base especially with the new products that we've put out***," which, in turn, "***increase[s] the average revenue per user. And we expect that to grow substantially over the next 5 years. And at the same time, it also reduces our churn rate. And as we get larger and larger, the more our churn rate reduces, the more our net new active cohorts can grow***." Thus, NNA growth and increased levels of engagement were central to PayPal's growth trajectory and, according to Defendants, showed no sign of slowing down.

131. Much of PayPal's NNA "organic" growth stemmed from its person-to-person, or P2P business, which allows consumers to transfer money to each other. PayPal's 10-K for FY 2020 touted the advantages of its P2P business: "***P2P is a significant customer acquisition channel that facilitates organic growth*** by enabling potential PayPal users to establish active accounts with us at the time they make or receive a P2P payment."

132. On a May 24, 2021 conference call with JPMorgan Chase & Co., CFO Rainey described PayPal's P2P business as the "***single largest contributor to customer acquisition***." And despite PayPal's increased promotional activity, CFO Rainey disclaimed "low value" net new actives, stating: "***What we've done over the last, call it, 18 months is put much more rigor into the CLV component of that rather than chasing a low-value, net new active that maybe pumps up numbers and the optics look good, really looking at how they're going to contribute to the PayPal platform over time***."

133. Another one of PayPal's purported strengths was its technology infrastructure, which Defendants told investors in its Form 10-K for FY 2020 that the Company is backed by a "***comprehensive cybersecurity program designed to protect our technology infrastructure and Payments Platform against cybersecurity threats, which includes regularly testing of our systems to identify and address potential vulnerabilities.***" As Defendant Schulman explained at PayPal's February 11, 2021 Investor Day, the Company made substantial investments in its business over the last five years, accreditting the fact that its "***risk management and our compliance teams are now world-class***" to be a "***competitive advantage***."

134. With each passing quarter during the Class Period, PayPal doubled down on its NNA metrics. During an earnings call after the market closed on May 5, 2021, CEO Schulman exclaimed that during 1Q2021, PayPal "***brought on in Q1, 2 new customers every second***

~~***throughout the quarter,***" leading to "***392 million active accounts as of March 31, 2021 compared to 325 million as of March 31, 2020, an increase of 21%***" as reported in PayPal's May 5, 2021 Form 10-Q.~~

~~135. By June 2021, Defendants had not only affirmed the Company's NNA guidance, but told investors it would reach the high end of that guidance. On a June 9, 2021 conference call, Defendant Schulman stated: "***We said we were going to be 52 million to 55 million for the year. I would bet that we're going to be closer to the high end of that range than we are to the low end of that range.***"~~

~~136. Leading into PayPal's 3Q2021, Defendants had stressed to investors that not only was the Company achieving its quarterly and yearly NNA growth, but that it was doing so organically, purportedly rejecting low-quality NNAs, and setting the Company on its path to becoming a Super App with 750 million active users over the next five years.~~

~~**e.** PayPal Narrowly Avoids Missing Guidance By Reporting NNA Figures That Were Inflated With "Illegitimate" and Minimally Engaged Accounts~~

~~137. When PayPal reported its 2Q2021 results at market close on July 28, 2021, the Company reaffirmed its guidance of 52-55 million NNAs for the year. To investors, this painted a picture of continued, healthy, organic NNA growth ramping up throughout the year at PayPal. In reality though, fraudulent NNAs had permeated the Company's NNA metric as a result of the promotional activity in 2021.~~

~~138. A few months later, in October 2021, news outlets reported that PayPal was exploring an acquisition of Pinterest. Citing "competitive pressure from e-commerce platform Shopify," *CNBC* reported PayPal reached late-stage negotiations — agreeing on a purchase price for the acquisition.~~

~~139. *Bloomberg* reported this acquisition and, in an article entitled, "PayPal Shows 'Super App' Ambitions With Pinterest Pursuit," described this $45 billion deal as the next step toward CEO Schulman's aspirations of making PayPal a Super App. *Bloomberg* recognized PayPal's recent "acquisition spree" — including its 2020 acquisition of Honey — as contributing toward PayPal's "broader ambitions."~~

~~140. While Pinterest investors welcomed news of PayPal's interest, PayPal investors balked at news of the acquisition. On October 20, 2021, after *Bloomberg* reported on PayPal's plans to acquire Pinterest, shares of PayPal dropped 4.9% to close at $258.36.~~

~~141. Four days after *Bloomberg*, *CNBC*, and other news outlets reported on the potential acquisition, on October 24, 2021, PayPal issued a new release entitled "Response to Market Rumors of Discussions Between PayPal and Pinterest." In the news release, PayPal stated that it was "not pursuing an acquisition of Pinterest at this time."~~

~~142. Thus, heading into reporting its third quarter results, investors were already on edge with PayPal following the announcement — and then abandonment — of a plan to conduct the largest acquisition in its history. Reporting positive third quarter results, including NNA growth and strong user engagement, would keep investor skepticism at bay, even if only temporarily.~~

~~143. On November 8, 2021, the Company's 3Q2021 results for NNAs met Defendants' guidance range. However, if PayPal properly excluded the NNAs it had accumulated through illegitimate accounts over the prior three quarters, it would have dramatically missed guidance. If PayPal had excluded both the illegitimate accounts and minimally engaged accounts, this miss~~

~~would have been even greater. The following chart shows the miss that would have been reported if PayPal excluded even just the illegitimate accounts.[8]~~

**Published NNA Results Compared to 3Q2021 NNA Guidance**




---

~~[8] The following chart shows the illegitimate accounts as accumulated evenly across 1Q2021-3Q2021. However, that assumption is irrelevant to the conclusion. As the NNA number should be reduced by 4.5 million in 3Q2021 regardless of when those accounts were created (because the NNA figure tracks "net" additions, meaning removal of the illegitimate NNAs in 3Q2021 would reduce those quarterly results, regardless of when they were created) — and, as PayPal later admitted, there were at least 4.5 million illegitimate accounts reported in the 3Q2021 results.~~

~~**f.** PayPal Touts Its NNA Figures While Concealing Illegitimate Accounts Numbers from Investors~~

~~144. Throughout the first three quarters of 2021, Defendants continued to trumpet PayPal's NNA metric as a sign of the increasing strength and success of the Company even though Defendants knew this metric was artificially inflated. The chart below, provided in PayPal's November 8, 2021 3Q2021 Investor Update, demonstrated the Company's continued efforts to highlight strong NNA growth through 3Q2021.~~




~~145. Indeed, in a November 8, 2021 Investor Update, Defendants doubled-down on their efforts to mislead investors as to the true NNA metric. With just over half a quarter left in the year, Defendants reaffirmed FY 2021 guidance that PayPal would add an estimated 52-55 million NNAs.~~

~~146. At this late stage, Defendants knew of, or recklessly disregarded, the pervasive fraudulent accounts artificially bolstering the NNA metric, yet continued to pump their false narrative to the market. During a November 8, 2021 earnings call, Defendant Schulman stated: "*we remain on track to deliver more than 52 million NNAs for the year*."~~

~~147. Despite the prevalent problems posed by incentive-generated fake accounts, PayPal continued to pour money into customer acquisition spending. Defendant Rainey~~

confirmed this in the November 8, 2021 earnings call during which he stated: "***we continue to invest aggressively in technology and development and sales and marketing, including increased spending on customer acquisition and engagement strategies***."

148. However, Defendants concealed the true nature of this spending — paying to generate unengaged new accounts — from investors by continuing to publicly disseminate their false NNA growth narrative. For example, Defendant Schulman stated "***[o]ur growth remains incredibly strong on the NNA side***."

149. While touting its NNA growth, Defendants also told investors that "***when you do a transaction on PayPal, we obviously look at your user name and your password***" adding that the Company "***look[s] at 200-plus different indicators to decide instantaneously is it you or not***" suggesting to investors that PayPal had a system for verifying that its users were, in fact, legitimate.

150. Defendant Schulman confirmed that "***the key to stopping people from leaving the platform is engagement***," and "***engagement has to do with us expanding our value proposition into new applications***."

151. As late as November 30, 2021, with only one month left in the quarter, Defendant Schulman continued touting PayPal's NNA growth for the year, stating "***we're on track to do 55 million net new actives***," and "***we'll wind up the year north of 430 million, uh, [users] on the platform***."

152. Thus, despite knowing, or recklessly disregarding, that PayPal's NNA metric was inflated by fake accounts and accounts with minimal engagement, Defendants continued touting PayPal's purported NNA growth and customer engagement.

g. Defendants Eventually Disclose the Truth and PayPal's Stock Price Collapses

153. At market close on February 1, 2022, PayPal released its 4Q2021 results and held two corresponding analyst calls — one the same day and another on February 2, 2022. During the calls, Defendants disclosed that PayPal's position was far weaker than previously stated, including because PayPal had counted "illegitimate" accounts as part of its publicly reported NNA figures and because the vast majority of even the legitimate accounts that PayPal had generated in 2021 were essentially unengaged with the platform, casting serious doubts about PayPal's growth prospects.

154. When releasing its 3Q2021 results on November 8, 2021, Defendants said that PayPal would generate 55 million NNAs in FY 2021. Because the results for the first three quarters of 2021 were reported at the time of that guidance — showing 39.2 million NNAs — this meant PayPal was guiding that it would have NNA of 15.8 million in 4Q2021. The "street" expectation — *i.e.*, the general reported sentiment among analysts — was that PayPal would produce 15 million NNAs in the fourth quarter.

155. However, the guidance given with the 3Q2021 results explicitly stated that 3 million of the 4Q2021 NNAs would be derived from PayPal's recent acquisition of the company Paidy, meaning that "organic" NNA guidance was really only 12.8 million.

156. In delivering the 4Q2021 results, PayPal revealed total NNA numbers of 9.8 million, including the 3.2 million accounts coming from Paidy. This meant that in reality PayPal had only generated 6.6 million organic NNAs against organic guidance of 12.8 million, meaning PayPal missed organic NNA guidance by a **whopping 48.4%**.

157. In addition, on PayPal's February 1, 2022 earnings call for FY 2022, Defendant Rainey revealed that PayPal had previously counted a large number of "accounts that [] were illegitimately created" in its previously reported NNA results. Specifically, CFO Rainey revealed

that PayPal had included these illegitimate accounts in its 1Q2021, 2Q2021, and 3Q2021 results, and most astoundingly its 3Q2021 year to date NNA figures included at least 4.5 million of these "illegitimate" accounts. CFO Rainey also revealed that illegitimate accounts were also created in 4Q2021, but were not included in the published results. Thus, as CFO Rainey explained, excluding the previously counted illegitimate accounts (essentially restating the prior results) "affected [PayPal's] ability to achieve [its] guidance in the quarter."

158. In PayPal's February 2, 2022 buy side analyst call, J.P. Morgan analyst Tien-Tsin Huang stated that he had "a lot of questions" about the illegitimate accounts, and asked PayPal to clarify the issue, noting "it feels like that's the bulk of what drove the difference in NNAs." CFO Rainey confirmed that the illegitimate accounts were the "primary driver of the miss." Rainey then stated: "we're constantly assessing the legitimacy of new accounts that are created," admitting that ***he*** and PayPal's other executives were "constantly" assessing the issue, and thus knew or were reckless in not knowing of the illegitimate accounts when reporting results and guidance earlier in the year, and throughout the Class Period. CFO Rainey then confirmed that the issue arose due to "bots" creating "multiple accounts to avail themselves" of PayPal's incentive campaigns.

159. In addition to this startling revelation concerning the previously counted illegitimate accounts, PayPal also revealed deeply troubling new information concerning its user engagement and composition.

160. PayPal had long touted its user growth as a major selling point, on the basis that continued acquisition of NNAs would both (1) drive TPV (and correspondingly drive earnings for PayPal) and (2) provide a compelling user base that PayPal could leverage in its Super App ambitions. However, in the February 1, 2022 4Q2021 earnings call, CFO Rainey revealed that

PayPal's user base had actually become replete with "minimally engaged" users, and that the "vast majority" of PayPal's volume comes "from about 1/3 of our customer base."[9]

161. CFO Rainey explicitly connected this trend to PayPal's aggressive marketing practices — the same NNA promotional practices that had led to the creation of over 4.5 million illegitimate accounts — by stating that:

(a) PayPal "leaned into incentivized customer acquisition tactics to a much greater extent than we ever have in our history;"

(b) PayPal monitored the effectiveness of these campaigns — specifically by looking at "the impact on customer behavior in the months that follow account creation" and the "ROI or return on that [promotional] investment spend from their expected contribution to TPV, revenue and operating income;"

(c) As a result of that monitoring, PayPal knew that while its promotional campaigns were "successful at generating account creation," the customers being added to the user base had "lower engagement and a higher propensity to churn."

162. Similarly, Defendant Schulman admitted that PayPal had known about the low engagement issue, had even designed incentive programs in response to that issue, and had found the users PayPal had been pulling in based on the promotions "would do one transaction and then fall dormant." In other words, PayPal had long understood that its 2021 NNA growth was fictitious and these supposedly "active" accounts, merely harvested PayPal's promotion money without any additional activity. Schulman conceded that these accounts did "nothing for our revenue growth."

[9] As an analyst report from Truist commented on February 1, 2021: "We are also surprised by management's comments that a 'vast majority of TPV is generated by ~1/3 of users.' This is new info, highlighting how narrow PayPal's eCommerce ubiquity is."

~~163. Thus, Defendants effectively admitted that they had seen the trend of low engagement from promotional activity throughout the year — but nevertheless Defendants did not disclose this to investors at any time during the Class Period, just as Defendants had not disclosed to investors that the "vast majority" of PayPal's volume was generated by just a small percentage of users.~~

~~164. In a massive pivot from its previously touted approach, Defendants also revealed that the issue with low engagement due to promotional activity had caused them to shift focus going into 2022 by no longer focusing on adding users to its platform. Specifically, CFO Rainey disclosed that in 2022, "less engaged customers" would "roll off" its platform, which would "materially reduce" PayPal's NNA figures in the coming quarters.~~

~~165. In a shift that demonstrates the astounding scale of the issue, CEO Schulman revealed that PayPal was cutting its FY 2022 guidance for NNAs to a mere 15-20 million. This contrasted sharply with analyst expectations, based on Defendants' previous false or misleading statements throughout the Class Period.~~

~~166. For example, J.P. Morgan had estimated that PayPal would generate more than 50 million NNAs in 2022, which would have been broadly in line with PayPal's guidance that it was on track to have 750 million active accounts by 2025, guidance that PayPal also revoked in February 2022.~~

~~167. In reaction to these disclosures, PayPal shares suffered their worst selloff in the Company's history. The disclosures were made after markets closed on February 1, 2022. The next day, February 2, 2022, PayPal's stock spiraled from a prior closing price of $175.80 to a closing price of $132.57, which was a 24.6% decline and resulted in a market capitalization loss of $49.3 billion. The stock price continued to fall on February 3, 2022, from a closing price of~~

$132.57 on February 2, 2022, to a closing price of $124.30 on February 3, 2022 — which was an additional 6.2% decline and resulted in an additional market capitalization loss of $9.4 billion. This two-day decline amounted to a 29.3% decline and a loss of $58.7 billion in PayPal's market capitalization.

168. Analyst and news reactions demonstrate that this stock drop was the result of Defendants disclosures, with a focus on the 4.5 million illegitimate accounts causing PayPal to miss 4Q2021 NNA guidance, the disclosures concerning the low level of engagement across PayPal's user base due to the promotional activity, the corresponding abysmal 2022 NNA guidance, and PayPal's retraction of the guidance of 750 million active accounts by 2025.

169. For example, focusing on these themes, analysts reported as follows:

(a) A Barclays analyst report, published on February 1, 2022, stated: "Tonight's **disappointing report** and change of strategy around NNAs **caught investors by surprise**[.]" The same report recounted the guidance miss "driven by the company disqualifying ~4.5M 'illegitimate' accounts[,]" as well as the fact that PayPal was "abandoning NNA targets" for 2025.

(b) A Jeffries analyst report, published on February 2, 2022, stated: "***The call shed more light on the startlingly low Net New Active Acct. guide for FY22 as mgmt. has pivoted towards driving more engagement from high-value custys, & pulled the target of 750mn actives by FY25.*** **We view the after-hrs reaction (-18%) as justified**." The same report stated: "***Net New Actives the biggest neg. surprise; guide for 15-20mn NNAs in FY22 (Street +53mn) the result of pivot towards increasing engagement vs. growing the user base.***" Jeffries also commented on the 4.5 million "illegitimate" accounts that were "dropped from the user base" when explaining the weaker than expected 4Q2021 NNA figures.

(c) A Wolfe Research analyst report, published on February 1, 2022, stated: "KPIs [Key Performance Indicators] such as a NNAs and TPV missed expectations and guidance for 2022 came in **well below** estimates." It specifically noted that "NNA's of 9.8mn came in **well below** our 15.2mn and compared to last quarter's 13.3mn and included 3.2mn users from the acquisition of Paidy, meaning organic NNAs for the quarter were only 6.6mn." The same report stated that "guidance for 1Q22 and FY 2022 came in well below expectations, highlighted by a 2022 NNA guide for 15-20mn, **well below** the Street's expectation for mid-50mn NNAs."

(d) A Raymond James analyst report, published on February 2, 2022, stated: "***Net new actives raises eyebrows; strategic shift in focus. In addition to financial guidance, mgmt expects to add only 15-20 million net new actives (NNA) in FY22 and has removed its medium term target to reach 750 million NNA*** as it eyes a new strategy to drive engagement and APRU within its current user base. ***Consider, ~1/3 of Paypal's user base accounts for a vast majority of its volume and maintaining lower value accounts through incentives can limit overall ROI on the user base***." (emphasis in original).

(e) An Oppenheimer analyst report, published on February 2, 2022, stated: "Management announced significant strategy changes vs February 2021 Investor Day. Entails less focus on NNA and more customer engagement, removed 750M NNA LT target. Stock off ~18% after hours (~$144). Investors likely **taken aback** by strategy shift, questioning growth prospects of the underlying business model." Oppenheimer called the reduced 2022 NNA guidance a "**Canary in the Coal Mine**." (emphasis in original).

(f) Cowen published an analyst report on February 1, 2022 titled, "PYPL 4Q21: **The Hills Have Gotten a Lot Steeper**," reflecting on the Company's reduced prospects. The report recounted how PayPal's NNA results for 4Q2021 came in "**below our 15M**

**estimat**e[,]" commenting on the adjustment for illegitimate accounts. The same report commented on PayPal's retraction of the 750 million accounts guidance, noting that management no longer believed that target was "achievable." Finally, the report commented on PayPal's expectation that "less engaged" users would be "rolling off" PayPal's user base.

(g) A William Blair analyst report, published on February 1, 2022, stated: "management pulled its prior target of reaching 750 million active customers by 2025 as it pivots to focus on revenue per user (RPU) as opposed to total users[,]" noting that the "**strategy [shift] . . . was unexpected**."

(h) An RBC analyst report, published on February 1, 2022, stated: "PayPal decided to shift its strategy to focus more on increasing engagement rather than simple net new account growth, noting that one-third of accounts generate a significant majority of TPV." The same report commented on the 4Q2021 NNA guidance miss, the 4.5 million illegitimate accounts, and the retraction of 2025 NNA guidance.

(i) A Wedbush analyst report, published on February 1, 2022, commented on PayPal's "[s]trategy shift" away from focusing on NNAs, since "roughly 1/3 of the company's 400MM+ active consumer accounts generate[] the majority of company volumes[.]" The same report commented on how management had identified "non-legitimate accounts" and that it "now expects" to add only 15-20MM NNAs in 2022.

(j) A Credit Suisse analyst report, published on February 2, 2022, stated: "PayPal revoked its guidance for 750mm active accounts by 2025 and guided to a lower ~15-20mm NNAs in 2022 and ~30-40mm per year thereafter (roughly in-line with pre-COVID levels) given lower ROI on customer acquisition cost[.]" The same report recounted the 4Q2021 NNA guidance miss, and recognized that the most significant factor contributing to that miss was

that "PayPal disqualified or excluded 'illegitimate accounts' (~4.5mm accounts) from NNAs that were abusing the incentives." Finally, the report explained that PayPal's shift away from NNA growth was "justified with a comment that the 'vast majority' of volume comes from ~1/3rd of the customer base."

(k) A Deutsche Bank analyst report, published on February 2, 2022 stated: "Risks to monitor – Lower FY22 guidance, net actives, OVAS, margins and tax Net adds of ~9.8m in the qtr were below expectations driven by a shift in the customer acquisition strategy and the exclusion of 4.5m illegitimate accounts." The same report stated that PayPal had "set a lower guidance bar than expected for FY22" and "now expects only ~15-20m net account adds in FY22 vs our 55-60m expectation."

(l) A J.P. Morgan analyst report, published on February 2, 2022 stated: "NNAs missed by 5M, due primarily to the pruning of illegitimate accounts[,]" and added that "what management communicated was **broadly disappointing**[.]"

170. In addition to the formal analyst commentary, many news articles also focused on the same common issues following the release of PayPal's 4Q2021 results:

(a) In a *Bloomberg TV* segment, aired on February 2, 2022, it was reported that "PayPal Holdings Inc. said it closed 4.5 million accounts and lowered its forecast for new customers after finding 'bad actors' were taking advantage of its incentives and rewards programs. Shares of the company fell by the most on record." During the segment, *Bloomberg TV* displayed a graphic highlighting the price drop, stating: "**PAYPAL SHUTS 4.5M FALSE ACCOUNTS**."

(b) A February 3, 2022 article, published by *Barron's*, stated: "PayPal's fourth-quarter earnings **were its tipping point**, **eroding whatever credibility remained**.

PayPal scrapped its 2025 goal of reaching 750 million active users -- a target it had backed three months earlier." The article concluded: "Wall Street analysts are now reassessing their models and cutting estimates. At least 27 analysts have cut their price targets since the earnings report[.]"

(c) On February 2, 2022, *Bloomberg* published an article titled, "**PayPal Gets Stung by 'Bad Actors,' Shuts 4.5 Million Accounts**." The article stated that PayPal had "closed 4.5 million accounts and lowered its forecast for new customers after finding 'bad actors' were taking advantage of its incentives and rewards programs." The article noted that "[s]hares of the company fell by the most on record."

(d) Another article published by *Bloomberg* on February 1, 2022 and updated on February 2, 2022 was titled, "PayPal Plummets After 'Slower-Than-Expected' Finish to Year." That article recounted how PayPal had abandoned its target of 750 million active accounts by 2025 "after a review of its business uncovered 4.5 million accounts it now believes were illegitimately created."

(e) A February 2, 2022 article, published by the *Wall Street Journal*, stated: "PayPal Holdings Inc. shares suffered their worst selloff on record after the company lowered its 2022 profit outlook and scrapped an ambitious growth strategy it put in place last year."

(f) A February 10, 2022 article, published by *American Banker*, stated: "PayPal's user growth has slowed to a crawl after unprecedented activity following the pandemic-powered e-commerce boom, and the company's performance was further hampered by the recent eradication of 4.5 million accounts it deemed illegitimate." The article continued: "**The dramatic scale-back doesn't bode well** for PayPal achieving its other lofty goal of gaining broad acceptance in stores, at least in the near future."

(g) A February 2, 2022 article, published on *Seeking Alpha*, commented on the importance of NNAs — stating that "you should follow the user growth rates more closely than any other metric" — and included a graph of PayPal's decelerating NNA growth, concluding "the graph above illustrates the core of the problem" and "[y]ou don't want to invest in a company where its ability to drive customer growth is struggling."

(h) *Finextra*, a publication focused on financial technology companies, published an article on February 3, 2022, titled, "PayPal reveals 4.5 million accounts were 'illegitimate,' shares plummet."

(i) *The Telegraph* published an article on February 2, 2022, titled, "PayPal shares plunge 25pc as it closes millions of accounts." The article explained that PayPal had closed "4.5m accounts opened by 'bad actors' who it said were taking advantage of incentives and financial rewards." The article summarized the situation, stating: "The closures, and changes to focus on existing customers rather than new ones, led it to abandon a goal of having 750m active accounts by 2025."

**h.** Subsequent Events

171. In the period following Defendants' February 2022 corrective disclosure, PayPal continued to reveal terrible NNA results, because without the support of PayPal's aggressive promotional campaigns to essentially buy fake or "minimally engaged" users, it was unable to support NNA growth. The following chart shows reported NNA numbers (excluding NNAs from M&A activity in 1Q2020 and 4Q2021) from the start of 2020 until the end of 2022:

172. As this chart shows, PayPal's NNA growth completely fell off a proverbial cliff for the three quarters following the abysmal 4Q2021 results. This decline in growth reflects the end of PayPal's rampant promotional activity that merely brought in "minimally engaged" users

and the churn of those "minimally engaged" users brought in the prior year falling out of PayPal's active user base. PayPal defines an NNA as an account that has completed at least one transaction within the past year and regularly explains that the NNA figures reflect new acquisitions (along with reactivation) minus accounts "churning" out of the "active" user base due to inactivity. Thus, the poor results in the first three quarters of 2022 directly correspond to the massive number of "minimally engaged" users acquired through promotions during the prior year churning after a year of inactivity.

173. By way of illustration, if one assumes that PayPal's performance in the first three quarters of 2022 would have been roughly the same as its 2019 pre-pandemic NNA growth levels, as supported by Defendants' statements in the 4Q2021 earnings call,[10] but for the increased churn due to the "minimally engaged" accounts added in 2021, it is possible to reach a reasonable conclusion as to the quantity of "minimally engaged" NNAs added in 2021 (*i.e.*, the accounts that simply signed up for promotions without any additional meaningful engagement).[11] Using this approach, it would be reasonable to estimate that in 1Q2021 PayPal's reported NNA figures included 6.9 million "minimally engaged" users, accounting for 48% of the reported NNA total; in 2Q2021 PayPal's reported NNA figures included 8.6 million "minimally engaged" users, accounting for 75% of the reported NNA total; and in 3Q2021 PayPal's reported NNA figures included 6.9 million "minimally engaged" users, accounting for 52% of the reported NNA total.

[10] This assumption is reasonable in light of PayPal's guidance in its 4Q2021 earnings call that NNA growth would "normaliz[e]" and "revert more back to prepandemic levels," following substantial churn throughout 2022 — specifically that "we are going to experience a churn level that is tens of millions of customers" in 2022. This is also supported by PayPal's subsequent explanation for the much worse performance in 1Q2022-3Q2022, which focused on increased churn due to the minimally engaged accounts rolling off.

[11] To conduct this calculation, one simply takes the non-M&A NNAs for each quarter of 2019 and subtracts from that the non-M&A NNAs for the corresponding quarter in 2022.

174. PayPal's reported accounts in each of those three quarters can be compared with the figures they would have reported if only counting engaged accounts:




175. The following chart shows PayPal's reported NNAs from 2019 through 2022, adjusting the results in 1Q2021-3Q2021 to show just the engaged NNAs. This illustrates most clearly the status of PayPal's growth that investors would have understood if Defendants had been forthcoming in explaining that the NNAs they were securing through promotional activity were largely either illegitimate or "minimally engaged."




176. On March 3, 2022, during trading hours, at the 2022 EverCore Payments & FinTech Innovators Forum, CFO Rainey reiterated that PayPal was focusing on "quality of the users versus the overall quantity." The following week, at Morgan Stanley's Technology, Media, and Telecom Conference, CEO Schulman, trying to regain credibility, reiterated that under PayPal's new approach (in contrast to its approach throughout 2021) the Company was not going to "throw away money" on people who "clearly came in for 1 or 2 transactions," recognizing that doing so results in "hollow net new active on your base that's not adding revenue or bottom line impact."

177. On April 12, 2022, the first in a string of high-level executive departures, PayPal announced CFO Rainey would be leaving PayPal effective end of May 2022. PayPal did not announce a new permanent CFO at this time, suggesting that Rainey's departure was abrupt.

178. When PayPal reported its financial results for 1Q2022, the Company lowered its FY 2022 guidance for revenue and NNAs. On the April 27, 2022 earnings call, after the market

closed, CEO Schulman stated he "take[s] full accountability" for the Company's track record over the past several quarters and told investors: "we know, this year, our churn rate will be somewhat higher because we're letting these low engaged consumers churn off the platform because the ROI to keep them isn't worth it."

179. The next day, on PayPal's April 28, 2022 buyside analyst call, CEO Schulman acknowledged that PayPal would experience "increased churn this year pretty much throughout most of the year[.]" Gabrielle Rabinovitch, PayPal's SVP, Corporate Finance and Investor Relations, added that 2Q2022 and 3Q2022 would also be under pressure "because of the churn, not because of the [reduced] growth."

180. These remarks concerning churn by CEO Schulman and SVP Rabinovitch confirm that PayPal's poor performance (*i.e.*, performance worse than pre-pandemic levels) was the result of the "minimally engaged" accounts it had added the prior year churning off the active user base.

181. On April 27, 2022, a Jeffries analyst report stated: "[t]he reset was necessary to making the stock investable," a conclusion that made sense given the risks involved in investing in a company that was blatantly reporting misleading numbers for one of its core key performance indicators.

182. On May 11, 2022, when PayPal participated in MoffettNathanson's Payments, Processors, and IT Services Summit, CEO Schulman confirmed that a "vast majority" of PayPal's "highly engaged customers come to [the Company] through product experiences as opposed to direct marketing attempts." This again, admitted that PayPal's results over the prior year, driven by its aggressive promotional campaigns, had been accumulating disengaged customers, contrary to Defendants' assurances throughout 2021.

183. On August 2, 2022, after the market closed, PayPal released its 2Q2022 results, which showed the lowest NNAs of any quarter throughout the relevant period of the case. Indeed, PayPal reported a shocking 400,000 NNAs, compared to its pre-pandemic performance of 9.5 million quarterly NNAs during 2019. The results were, once again, the result of minimally engaged customers from 2Q2021 churning off the system upon being inactive for a year after claiming a promotion. Thus, in PayPal's August 3, 2022 buyside analyst call for its 2Q2022 results, CEO Schulman acknowledged that "[j]ust focusing in on the things that we know drives value, NNAs [Net New Active Accounts], we don't have a top of the funnel issue. We have a churn issue."

184. In a further attempt to regain credibility after the fraud alleged herein, when PayPal's 2Q2022 results were publicly released, the Company announced a major new initiative to focus on costs — a clear effort to demonstrate the Company would be more cost conscious after throwing away enormous amounts of capital on promotional spending aimed at inflating its NNA numbers.

185. On September 8, 2022, PayPal publicly announced that John Kim would become the Company's new Chief Product Officer, replacing its current CPO, Mark Britto. Although its initial announcement stated Britto intended to retire, the Company later disclosed on February 16, 2023, that Britto's departure was "in connection with an internal management restructuring."

186. By the time PayPal released its 3Q2022 results after the market closed on November 3, 2022, the Company had completely abandoned its focus on driving NNAs. CEO Schulman publicly admitted, during the November 3, 2022 analyst call, that the Company's growth directly depended on churn, specifically that "churn and how many people you lose out of the bottom of the funnel is the predominant driver" of PayPal's future growth.

187. CEO Schulman added that the Company was no longer "spending marketing dollars on chasing NNAs" but rather, focusing on each account's engagement level and "mak[ing] sure that we calibrate our marketing dollars to that." These comments stood in stark contrast to Defendants' Class Period narrative that increased NNAs were the key to PayPal's growth.

188. On January 9, 2023, after the market closed, PayPal announced Chief Accounting Officer ("CAO") Jeffrey Karbowski would resign effective February 10, 2023. PayPal appointed an interim principal accounting officer but does not currently have a replacement for its CAO.

189. On January 31, 2023, PayPal announced it would lay off 2,000 full time employees, which constituted approximately 7% of their global workforce. According to a statement from Defendant Schulman, the layoffs came as part of PayPal's continued effort toward "right-sizing our cost structure, and focus[ing] our resources on our core strategic priorities[.]"

190. On February 9, 2023, PayPal announced CEO Dan Schulman would retire at the end of 2023. Lastly, PayPal announced on March 7, 2023 that, after only a few months in the role, its CFO Blake Jorgeson would step down.

## III. DEFENDANTS' CONDUCT GIVES RISE TO CLAIMS UNDER THE FEDERAL SECURITIES LAWS

### a. Defendants' False or Misleading Statements and Omissions During the Class Period

#### i. Materially False or Misleading Statements

191. Plaintiffs allege that the statements highlighted in ***bold and italics*** within this Section were materially false, misleading, and omitted to disclose material information. In some instances, graphical material is alleged to be false or misleading and no bold and/or italic text has been applied. As alleged herein, the false or misleading statements artificially inflated or artificially maintained the price of PayPal Securities.

192. Each statement attributed to Defendant Schulman during the Class Period was also made by Defendant PayPal because he was speaking on behalf of this entity as its CEO and a member of its Board. Each statement attributed to Defendant Rainey was also made by Defendant PayPal because he was speaking on behalf of this entity as its CFO. Each statement attributed to Defendant Auerbach was also made by Defendant PayPal because he was speaking on behalf of this entity as its Executive Vice President, Chief Strategy, Growth and Data Officer. Each statement contained in a public filing, presentation, or press release issued by PayPal was made by PayPal.[12] The reference to a statement being "misleading" includes statements that are misleading due to the omission of truthful information.

193. Together with the allegations in Section IV, several of the reasons Defendants' statements were false or misleading are summarized below, and these specific reasons are referenced with respect to specific statements in ¶¶209-308.

(a) **Statements Touting TPV.** Several of the false or misleading statements identified below touted PayPal's supposed growing TPV figures. By touting TPV growth, without disclosing that PayPal's TPV had become heavily concentrated, such that "one third" of accounts were generating "the vast majority" of TPV, these statements left investors with the misleading impression that PayPal's users, and in particular its NNAs, were engaging with PayPal and driving transaction volume. This was material to investors because it misrepresented the prospect of PayPal successfully generating additional revenue and profit from its additional services (*i.e.*, of PayPal generating revenue and profit as a Super App). Additionally, by touting TPV growth, without disclosing that PayPal's TPV had become heavily concentrated, such that

[12] Throughout this section, the use of three asterisks in the middle of a quoted passage signifies the omission of a paragraph. The absence of a statement in this section should not be interpreted as an indication that the statement is true.

"one third" of accounts were generating "the vast majority" of TPV, these statements understated the risks PayPal faced to continued TPV growth, because if only a small number of PayPal users were generating the majority of PayPal's TPV, the prospect of continued TPV growth (through the acquisition of new users) would be far more difficult than if PayPal's users contributed to TPV more evenly. This was material to investors because it left investors with a misleading impression of the prospect of increased revenue and profit through future TPV growth.

(b) **Statements Touting NNA Results.** Several of the false or misleading statements identified below touted PayPal's supposed NNA growth. Touting PayPal's NNA growth, without disclosing that PayPal's new users were low value "minimally engaged" accounts, left investors with the misleading impression that the growth in supposedly active users would contribute to future TPV growth (from these NNAs transacting at a meaningful level on PayPal's system) and future revenue and profit from PayPal's additional services (*i.e.*, of PayPal generating revenue and profit as a Super App). Additionally, touting PayPal's NNA growth, without disclosing that this growth was largely dependent on promotional activity, left investors with the misleading impression that PayPal was able to organically generate new users, when in reality, PayPal was essentially buying these users with promotional dollars. Further, touting PayPal's NNA growth while telling investors that the Company was "investing heavily" in its marketing and customer acquisition and engagement strategies created the misleading impression that PayPal's NNAs would consist of legitimate and engaged users. These misleading statements were material to investors because they overstated PayPal's prospects of generating future NNA growth, revenue, and profit.

(c) **Statements Touting NNA Results That Included "Illegitimate Accounts."** Several of the statements touting NNA growth identified below were false or

misleading because they counted illegitimate bot accounts as legitimate NNAs. As Defendants would ultimately admit, this was improper because such accounts should not be counted toward the NNA figures, as these accounts were not actually net new active users. The inclusion of illegitimate accounts inflated PayPal's NNA numbers, which was material to investors because the NNA figure was one of PayPal's key performance indicators, and inflating the NNA results left investors with the misleading impression that the growth in supposedly active users would contribute to future TPV growth (from these NNAs transacting at a meaningful level on PayPal's system) and future revenue and profit from PayPal's additional services (*i.e.*, of PayPal generating revenue and profit as a Super App). Additionally, inflating the NNA results concealed the risk that PayPal would later disclose significantly worse NNA numbers — an occurrence that was sure to negatively affect PayPal's stock — when PayPal either came clean regarding the illegitimate NNAs (as it did in revealing the 4Q2021 results) or as these accounts "churned" after a year of inactivity, such that they would offset legitimate future NNA growth.

(d) **Statements Touting NNA Future Growth and NNA Guidance.** Several of the false or misleading statements identified below provided or confirmed PayPal's guidance as to future NNA growth. These statements were misleading due to the omission of two different pieces of information. First, these statements were misleading because they endorsed the significance of the guided NNA figures, without disclosing that the NNA growth was, and was expected to be, driven by promotional activity that generated "minimally engaged" users. This undisclosed information was material to investors because it left investors with the misleading impression that the growth in supposedly active users would contribute to future TPV growth (from these NNAs transacting at a meaningful level on PayPal's system) and future revenue and profit from PayPal's additional services (*i.e.*, of PayPal generating revenue

and profit as a Super App). Second, many of the statements touting NNA guidance misleadingly represented that NNA guidance would be achievable, without disclosing either (1) the enormous risk that the illegitimate accounts included in PayPal's NNA results would need to be removed, such that PayPal would not meet the stated guidance, or (2) that PayPal's NNA guidance was dependent on promotional activity that generated enormous numbers of illegitimate accounts that could not properly be counted as part of the NNA figure, such that to meet the guidance, PayPal would need to defraud investors by misleadingly counting illegitimate accounts as part of its NNA results.

(e) **Statements Touting Engagement or Churn.** Several of the false or misleading statements identified below touted engagement with PayPal's services by NNAs and/or actual or expected reductions in churn due to such engagement. These statements were false or misleading because PayPal's NNAs were not highly engaged, and indeed were "minimally engaged," and largely signed up for PayPal to secure promotional dollars, which resulted in the "vast majority" of PayPal's TPV being derived from just "one third" of accounts. Overstating the degree of engagement was material to investors because it both (1) misrepresented the prospect of PayPal's NNAs' contribution to future TPV growth (from these NNAs transacting at a meaningful level on PayPal's system) and future revenue and profit from PayPal's additional services (*i.e.*, of PayPal generating revenue and profit as a Super App), and (2) left investors with the misleading impression that PayPal was able to organically generate new users (because those users were interested in using PayPal's services) when, in reality, PayPal was essentially buying these users with promotional dollars.

194. The false or misleading statements are described below in chronological order.

~~**1. Fourth Quarter Fiscal 2020 Results – February 3, 2021**~~

~~195. On February 3, 2021, after the market closed, PayPal reported its financial results on Form 8-K for the fourth quarter and full fiscal year ended December 31, 2020. The 4Q2020 and Full Year 2020 8-K stated:~~

~~***"FY'21: Expect ongoing momentum with strong TPV growth and NNAs . . . ~50 million NNAs expected to be added to PayPal's platform in FY'21."***~~

~~196. The statements in the prior paragraph were misleading because they: (1) touted PayPal's TPV figures while omitting related information as described in ¶207(a); and (2) touted PayPal's future NNA growth while omitting related information as described in ¶207(d).~~

~~197. On February 3, 2021, after the market closed, PayPal reported its financial results for the fourth quarter and full fiscal year ended December 31, 2020. PayPal's Investor Update presentation reiterated its NNA guidance for 2021:~~

FY-21 Guidance

**Expect ongoing momentum with strong TPV growth and NNAs**

| | |
|---|---|
| Revenue (in billions) | ~$25.5 |
| Revenue Growth (Spot) | ~19% |
| Non-GAAP EPS Growth | ~17% |
| Free Cash Flow (in billions) | ~$6.0 |

- Non-GAAP effective tax rate of ~17-19%
- CAPEX ~3% of revenue
- GAAP EPS of ~$3.20

- **TPV:** Expect **TPV growth in the high 20's** on a percentage basis
- **NNAs:** Expect to add ~50 million NNAs in FY-21
- **Revenue:** Expect ~19% spot and ~17% FX-neutral revenue growth
  - Expect variability in revenue and earnings growth rates from quarter-to-quarter with Q1-21 representing the highest level of growth
  - Factors impacting the cadence of quarterly expectations include: lapping 2020 performance, cadence of investments/product introductions, travel & events recovery, credit
  - **eBay impact:** Revenue outlook includes expected ~4pts of headwind from eBay's managed payments transition
- **Op margins:** Expect **modest non-GAAP operating margin expansion** while balancing investment in organic growth with operating efficiencies
- Expect higher interest expense and a higher tax rate (relative to FY-20) to offset much of the non-GAAP earnings benefit from op margin expansion; expect OI&E to be a net expense through FY-21
- Expect Non-GAAP EPS growth of ~17% and GAAP EPS of ~$3.20, compared to $3.54 in FY-20, which benefitted from $1.24 in net gains on strategic investments

Non-GAAP EPS is a Non-GAAP financial measure. Please see the Supplemental Information for a reconciliation of this Non-GAAP financial measure to the most directly comparable GAAP financial measure.

PayPal ©2021 PayPal Holdings Inc. Q4-20 Investor Update • 21

~~198. The statements in the prior paragraph were misleading because they: (1) touted PayPal's TPV figures while omitting related information as described in ¶207(a); and (2) touted PayPal's future NNA growth while omitting related information as described in ¶207(d).~~

~~199. On February 3, 2021, after the market closed, PayPal reported its financial results for the fourth quarter and full fiscal year ended December 31, 2020. That same day, the Company hosted a conference call to discuss its quarterly results. During the call, CEO Schulman stated:~~

> ~~In the quarter, we added 16 million net new active customers, including an incremental 1.4 million new merchants. For the year, we delivered a record 73 million net new actives, ending the year with 377 million active accounts, up 24%. We now have over 29 million merchants interacting with nearly 350 million consumers. ***In 2021, we expect to add another 50 million net new active accounts.***~~
>
> ~~Equally important, our daily active users remain elevated versus a year ago, up 29% from Q4 of 2019. Our expanding scale and increasing engagement drove a record 4.4 billion transactions in the quarter, up 27%. Our total payment volumes in Q4 were $277 billion, up 36% on an FXN basis.~~

~~200. The statements in the prior paragraph were misleading because they touted PayPal's future NNA growth while omitting related information as described in ¶207(d).~~

~~201. On February 3, 2021, before the market opened, PayPal reported its financial results for the fourth quarter and full fiscal year ended December 31, 2020. That same day, the Company hosted a conference call to discuss its quarterly results. During the call, CFO Rainey stated:~~

> ~~I'd now like to discuss our guidance for the full year and the first quarter. We've just completed the strongest year in our history, achieving record growth in net new accounts, volume, revenue, operating income, earnings and free cash flow. We delivered these results while absorbing meaningful macroeconomic headwinds affecting our credit business, the revenue and income effects of lower interest rates, idiosyncratic pressure on the travel and events verticals and the initial step down of volumes from eBay post operating agreement.~~
>
> ~~These headwinds persist as we move into 2021, and yet, ***our core business continues to perform at unprecedented levels. Our addressable opportunity has***~~

> ***never been more expansive***, and we're confident we've never been better positioned to capture the benefits of this accelerated secular growth.

202. The statements in the prior paragraph were misleading because Defendants touted the "unprecedented" performance of PayPal's "core business" and that PayPal's "addressable market" had "never been more expansive" without disclosing that PayPal's NNA growth was not derived from demand for its services, but from heavy promotional activity. The statements were also misleading because Defendants failed to disclose that its addressable market was more limited than represented, since just "one third" of accounts accounted for the "vast majority" of TPV. These statements were therefore misleading for the reasons stated in ¶207(a), ¶207(d), and ¶207(e).

203. On February 3, 2021, after the market closed, PayPal reported its financial results for the fourth quarter and full fiscal year ended December 31, 2020. That same day, the Company hosted a conference call to discuss its quarterly results. During the call, in response to an analyst's question on the drivers of additional net new accounts, CEO Schulman stated:

24. On November 2, 2020, the quarter prior to the Class Period, Schulman, speaking at PayPal's 3Q20 earnings call, commented on the record results:

> Our transactions in the quarter were just over 4 billion, growing 30% year-over-year. This is the first time we have processed over 4 billion transactions in a quarter. And it's worth noting that our core PayPal daily active accounts increased 32% versus a year ago, consistent with last quarter. We added 15.2 million net new actives in Q3, our second highest quarter for organic customer acquisitions after last quarter's 21.3 million NNAs. We added over 1.5 million new merchants in the quarter, over 2x our pre-COVID rate, and we now have 28 million merchants on our platform. We ended Q3 with 361 million active accounts, and we remain on track to end the year with a record 70 million NNAs.
>
> This influx of new customers and record transactions drove strong financial results.

25. Investors were naturally keen on understanding whether this historic growth would continue or whether it was just due to the pandemic. In response to the first question from an analyst at the 3Q20 earnings call, Schulman stated:

> So we had another strong quarter for NNAs, our second highest organic quarter for net new actives. By the way, interestingly, the shape of that is very consistent, approximately 5 million net new actives each month coming in, no falloff, no pull forward, just consistent growth in that metric. And as you know, we're still targeting and feel comfortable with the 70 million number that we gave last quarter for NNAs for the year.
>
> * * *
>
> And so I think you've got a continued drive every industry towards digitization, more and more merchants coming on, more products, more functionality and reduced churn, and I think as we look forward, I think NNAs will continue to remain elevated versus pre-COVID levels.

26. Defendants also announced their intention to transform PayPal into what is known in the industry as a "Super App," one integrated application enabling transfers for shopping, payments, and finance, saying:

> Over the next year, both the Venmo and PayPal apps will undergo a fundamental transformation intended to dramatically increase their functionality and drive engagement. Our goal is to provide our customers with a comprehensive set of services and tools to manage their financial lives as well as enhance their ability to shop both online and offline. This expanded suite of services will include enhanced direct deposit and check cashing; budget and savings tools; bill pay; investment alternatives including crypto; subscription management; buy now, pay later optionality; and all of Honey's shopping tools from wish lists, price monitoring, deals, coupons and rewards.
>
> * * *
>
> We are at a moment in our history where all of our past efforts, our scale, brand reputation and regulatory relationships position us to play an expansive role in our customers' lives.

27. But a Super App requires scale to become a truly one-stop-shop. As Schulman told Bloomberg news in the beginning of 2021, "[t]his needs massive scale." He further stated that, "[h]alf a billion to 1 billion people, at a minimum. One billion people would be ideal."

28. Thus, leading into the Class Period, the ability of PayPal to continue to grow NNAs was of critical importance to investors and the market – NNAs was presented as evidence of PayPal's continued growth and of PayPal's ability to transform itself into a Super App.

## V. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS ISSUED DURING THE CLASS PERIOD

### A. 1Q21 Materially False and Misleading Statements

29. On February 3, 2021, after the market closed, PayPal filed a press release with the SEC on Form 8-K announcing an "Outstanding finish to a record year." The press release identified among "Operating Highlights" that 16 million NNAs were added in 4Q20, and emphasized that investors should "Expect ongoing momentum" with NNAs, claiming that "~50 million NNAs [were] expected to be added to PayPal's platform in FY'21."

30. Following the issuance of the February 3, 2021 press release, PayPal held its 4Q20 earnings call hosted by defendants Schulman and Rainey. Analysts expressed particular interest in the reasons for PayPal's NNA growth and how PayPal would sustain that growth into the future:

> [Darrin David Peller Wolfe Research, LLC:]
>
> Congrats on the year also. Look, your expectation for adding 50 million net new actives in '21 was clearly an impressive number when looking at 72 million, you guys just added. And then the prepandemic normalized level is around 35 million, I think, per year, right?
>
> Does that – I guess, first, does that underscore the incremental adds, your confidence that the incremental adds in 2020 will really not pull forward, but they're just new demographics. And just looking off of last year, if you could walk us through the different drivers, whether it's geography or products, giving you the confidence in adding 50 million net new actives in '21 versus the prepandemic 35 million or so levels, would be great.
>
> [Schulman:]
>
> Yes. Yes, Darrin, ***I think when we look at the cohort of net new actives from last year, it's clearly incremental people coming on. The – over 50 demographic, 50 years old demographic, one of our strongest growth vectors that we've had. So you're really seeing new demographics come onto the platform.***



4927-1323-5496.v1

> ***But what's really interesting to me is the engagement metrics of that cohort are also up substantially. We have double-digit increases in value for net new actives.active[s]. Our 90-day engagement rates are up 13% plus over traditional cohorts*.

204. The statements in the prior paragraph were misleading because they touted strong engagement from new accounts, when PayPal was actually securing a high number of "minimally engaged" users due to its increased use of promotional activity, and therefore these statements were misleading for the reasons stated in ¶207(e).

205. On February 3, 2021, after the market closed, PayPal reported its financial results for the fourth quarter and full fiscal year ended December 31, 2020. That same day, the Company hosted a conference call to discuss its quarterly results. During the call, in response to an analyst's question on the drivers of additional of net new accounts, CEO Schulman explained:

> But our TPA, which is a real measure of engagement, normalized basis would have grown 11.5%, like that's above any trend line that we have up to about 45.1x a year. ***And so our churn rates, in general, because of that, are coming down. And when you have a base as big as ours right now, it is as much, maybe even more about the churn rate than it is the new ads coming in. There is plenty of demand to come on to our platform.***
>
> ***But when we see churn reduction like we're seeing right now because of increased engagement, and that increased engagement is coming because people are just moving online and because we have these new products that are out right now*** that people are just using a ton of more like crypto is a great example. Everyone who is signed on crypto is opening up their wallet app, 2x the level of what they did previous.
>
> * * *
>
> ***There is plenty of demand to come on to our platform.***
>
> * * *
>
> And so I think that 50 million is a real good guide right now. We'll obviously update as we go on. ***But we're seeing a lot of really encouraging trends in the underlying cohorts that we're bringing on***, which gives a lot of confidence to that 50 million number.

206. The statements in the prior paragraph were misleading because they: (1) touted PayPal's future NNA growth while omitting related information as described in ¶207(d); and (2) touted supposed "increased engagement" and reduced churn, while omitting related information as described in ¶207(e).

207. On February 3, 2021, after the market closed, PayPal reported its financial results for the fourth quarter and full fiscal year ended December 31, 2020. That same day, the Company hosted a conference call to discuss its quarterly results. During the Q&A portion of the call, in response to an analyst's question about PayPal's engagement and its aspirations of becoming a Super App, CEO Schulman stated:

> So let me just very quickly say that ***we are seeing engagement levels already***. I talked about it. ***If you normalize for Honey and all the incremental net new actives that we brought in that are bending our traditional curves.*** We've never really been above 9% or 10%. ***Normalized, we're at about 11.5% of growth***. Our churn rates are down. ***All of the new functionality that we've put into place, whether that be crypto or that be buy now, pay later, the Venmo card, QR codes are adding to usage.***

208. The statements in the prior paragraph were misleading because they touted supposed high engagement levels, and specifically high engagement numbers from NNAs, which was untrue and misleading as described in ¶207(e).

209. On February 5, 2021, Defendants filed PayPal's 10-K for the fiscal year ended December 31, 2020. CEO Schulman and CFO Rainey certified this filing. PayPal's 2020 10-K stated:

> ***P2P is a significant customer acquisition channel that facilitates organic growth*** by enabling potential PayPal users to establish active accounts with us at the time they make or receive a P2P payment.

210. The statements in the prior paragraph were misleading because the statement is referring to PayPal generating NNAs through person-to-person money transfers as a major source

~~of "organic growth," without disclosing that the new accounts generated through P2P transactions were largely the result of promotional activity that generated low value "minimally engaged" NNAs and were not legitimately generating "organic growth." Thus, these statements were misleading for the reasons stated in ¶207(d)-(e).~~

~~**2. Investor Day – February 11, 2021**~~

~~211. On February 11, 2021, CEO Schulman, CFO Rainey, and Defendant Auerbach presented at PayPal's Investor Day. CEO Schulman stated:~~

31. ~~And so the first thing that I would point out is, obviously, we've grown our scale substantially. We've gone from 180 or so million active accounts in 2015 to 377 million exiting 2020.~~ On February 11, 2021, PayPal held its first Investor Day in nearly three years. Defendants Schulman, Rainey, and Auerbach all gave presentations, and Defendants announced an ambitious five-year plan to grow its active accounts from the 377 million it had just reported (for the end of 2020) to 750 million by 2025, nearly doubling in size. In his opening remarks, Schulman stated that PayPal was seeing rising engagement throughout its base, and the reason for this was because of the breadth of PayPal's product portfolio:

> This is the first time we're going to talk about a metric, but I'm very excited that over the next 5 years, we believe we can grow this 377 million to 750 million active accounts on our platform.
>
> And the reason we feel so confident about that is that ***we are seeing engagement levels increase dramatically throughout our base especially with the new products that we've put out***. ~~***Over the past 5 years, we've seen engagement levels grow by 1.5x. But given the success we've seen with the introduction of things like cryptocurrency, our off-line or in-store strategies, our buy now, pay later capabilities, we are seeing historic engagement curves start to bend and accelerate.***~~
>
> ~~And that's especially important because those do 2 things. One, they obviously increase the average revenue per user. And we expect that to grow substantially over the next 5 years. ***And at the same time, it also reduces our churn rate. And***~~

> ***as we get larger and larger, the more our churn rate reduces, the more our net new active cohorts can grow.***

212. The statements in the prior paragraph were misleading because they: (1) touted PayPal's future NNA growth while omitting related information as described in ¶207(d); and (2) touted supposed "dramati[c]" increases in engagement and reduced churn, which was untrue and misleading as described in ¶207(e).

213. On February 11, 2021, CEO Schulman, CFO Rainey, and Defendant Auerbach presented at PayPal's Investor Day. CEO Schulman stated:

> First of all, the average revenue per user goes up quite dramatically over the next 5 years and our churn rate comes down. ***We are already seeing our churn rate come down quite meaningfully,*** for ***instance, in Q4 of last year. And you think*** about ***that, when you're as big as we are, churn matters a time (sic). I mean, you reduce churn by 10, 20 basis points, you can reduce the number of people coming out of the bottom of the funnel by 5 million, 10 million, 15 million, 20 million. And so as our churn starts to reduce and our engagement goes up, our cohorts start to go up as well, our net new active cohorts***. And so that's one place we'll get it.
> strategy for growing its NNAs. In response to a question about

214. The statements in the prior paragraph were misleading because they touted supposed reductions in churn, while omitting related information as described in ¶207(e).

15. On February 11, 2021, CEO Schulman, CFO Rainey, and Defendant Auerbach presented at PayPal's Investor Day. Defendant Auerbach stated:

32. PayPal's NNAs, Auerbach stated:

> And third, we added roughly 73 million net new actives to PayPal in 12 months. So we start 2021 with essentially 25% more customers than we started last year. ***And these new cohorts are using PayPal more than the old cohorts did, which is a remarkable accomplishment. But it's not simply due to the pandemic***. ***We've gotten much better as a company in generating and engaging high-quality net new actives***. So yes, 2020 was a phenomenal year for us. Some of it was due to the great tailwinds we saw, but ***if we weren't really ready to capitalize on the massive shift to digital globally, you wouldn't be seeing the record number of product introductions, NNAs, customer engagement and volume coming on to our platform***.

~~215. The statements in the prior paragraph were misleading because they: (1) touted PayPal's future NNA growth while omitting related information as described in ¶207(d); and (2) touted the "record number" of engagement and volume while omitting related information as described in ¶207(e).~~

~~216. On February 11, 2021, CEO Schulman, CFO Rainey, and Defendant Auerbach presented at PayPal's Investor Day. Defendant Auerbach also stated:~~

* * *

> Fifth, ***we are much more programmatically driving new ~~--~~ – new net ~~new~~ actives. And this is not simply a factor of ~~--~~ – COVID~~-~~-19 is not simply a factor of marketing. We're getting much better ~~at~~a[s] a company across PayPal through better user experiences, risk management, stronger ecosystem partnerships to drive NNAs on a sustainable basis***. ~~And we're expanding our global reach in China, as we've talked about, in Japan, Mexico, Latin America. ***We expect to double our current base of consumers or customers in the next 3 to 5 years, which brings us much closer to the goal of getting to 1 billion consumers on to our network.*** And as Jim and Peggy shared earlier, having this amazing, global network and combining it with a fantastic merchant proposition enables us to actually approach merchants and help them increase their sales just by working with PayPal. ***So what we're doing on the consumer side, together with what we're doing on the merchant side, we think it's going to bring us to 1 billion consumers on the network and 100 million merchants.***~~

~~217. The statements in the prior paragraph were misleading because they touted: (1) PayPal's future NNA growth while omitting related information as described in ¶207(e); and (2) touted PayPal's ability to "double [its] current base of consumers in the next 3 to 5 years," while omitting related information as described in ¶207(d).~~

### ~~3. PayPal's Company Conference Presentation – March 2, 2021~~

### 1. On March 4, 2021

~~218. On March 2, 2021, during trading hours, PayPal hosted a "Company Conference." During that Conference, in response to an analyst question about "getting to [the] 750 million" active user number, CFO Rainey stated:~~

3. , Rainey

~~Yes.~~ was interviewed at the ~~Yes.~~ ~~***Well, clearly, I think the plan that we laid out that doubles our customers over the next 5 years is something that we're very excited about. And it really comes through multiple forms.***~~

~~***I'll start with one of the big efforts that we've made related to the increased engagement is to see a reduction in churn.*** And so by extension of that, I mean some of the new customers that we're growing are where our core markets are today, where we have those customers. And so that's something that I think is going to drive or contribute to a lot of that growth.~~

~~219. The statements in the prior paragraph were misleading because they: (1) touted PayPal's future NNA growth, and specifically claimed that growth would come through increased engagement and less churn, while omitting related information as described in ¶207(d); and (2) touted supposed increases in engagement and reductions in churn, while omitting related information as described in ¶207(e).~~

**~~4.~~ Evercore ~~ISI's~~ Payments and Fintech Innovators Forum ~~– March 4, 2021~~**

~~16. On March 4, 2021, PayPal presented at the Evercore ISI's Payments and Fintech Innovators Forum. During that conference, in response to an analyst question about "the biggest drivers of net new account growth," CFO Rainey stated:~~

33. and asked what was driving PayPal's NNA growth. Rainey responded that reduced churn and international markets were the two biggest drivers, stating:

Sure. So we were excited to announce the plans over the next 5 years of doubling our net new actives. ~~*And*~~ . . .

~~a **significant** driver of that ***is actually reducing the churn of the existing customers that we have.*** In any given year, we do -- we have a significant customer, significant number of customers that churn. And part of the launching the new experiences of new products like buy now, pay later, crypto, getting into financial services, is to provide more means of engagement for that customer base so that they're interacting with us on a much more frequent basis, and then for -- more likely to use us in payments and not churn.~~
So a big driver of that



4927-1323-5496.v1

> ***So a big driver of that*** increase is reduced churn. I guess, secondarily to that, we've got some plans to grow in particular international markets, which also includes expanding Venmo internationally. ***So those are probably the 2 big drivers of the net new active growth***.

220. The statements in the prior paragraph were misleading because they: (1) touted PayPal's future NNA growth, and specifically claimed that growth would come through increased engagement and less churn, while omitting related information as described in ¶207(d); and (2) touted supposed increases in engagement and reductions in churn, while omitting related information as described in ¶207(e).

**5. Wolfe Fintech Forum – March 9, 2021**

17.34. On March 9, 2021, CEO Schulman presentedwas interviewed at the Wolfe Research FinTech Forum. During that conference, and was specifically asked about what was driving NNA growth. In response to an analyst question about user churn, engagement, and active user growth, Defendant, Schulman stated in relevant part:

> ***Well, when you're at 377-million-plus people on the platform, every basis point reduction in churn matters tremendously in terms of the number of net new actives that you can bring on to your platform. Obviously, we've got relatively consistent and even growing set of customers and merchants we want to come on to our platform at the top of the funnel.*** I think we brought on something like 5.3 million merchants last year. That was up over 100% year-over-year.
>
> ***And so we've got new demographics, new markets, new products that are attracting new customers at the top of that funnel***. But to me, what's really important is that we close down the bottom of the funnel where people drop out. And there, there are a host of things that we're doing. And I'm really very encouraged by the results that we're seeing in terms of engagement. ***We've seen double-digit increases in our 2020 cohorts in terms of their customer lifetime value. Our 90-day engagement rates for last year's cohorts are up 13%***. Our daily active users are consistently up about 30% year-over-year. And if you adjust our transactions per active for Honey, which we don't include but it's in our denominator, and if you adjust like the number of net new access last year was 73 million. Typically, we're putting on about 35 million. If you said last year, we had done 35 million, and you looked at our transactions, if you adjust for those 2 things, our TPA was up 11.5%. ***And so all of our kind of engagement curves are bending and accelerating.*** And what I love is when they engage with our new products and

services, like crypto, we are seeing people open the wallet 2x what they were previously our Buy Now, Pay Later, we're off to an incredibly rapid start there.

***But not only are we having all these first-time users coming on, but we're already seeing, like even in the first 3 months, like 40% reuse of Buy Now, Pay Later.*** So -- and you've seen on things like in store, we have 50-plus incremental transactions when somebody starts using PayPal in store. ***And so when you combine all those things together and you see kind of the reduction in churn and the increase in average revenue per user, those are pretty encouraging when I look at over what that will do over the next 1, 3, 5 years.***

221. The statements in the prior paragraph are misleading because they (1) touted PayPal's future NNA growth, and specifically claimed that growth would come from a "growing set of customers," while omitting related information as described in ¶207(d); and (2) touted supposed increases in engagement and reductions in churn, while omitting related information as described in ¶207(e).

**6. First Quarter Fiscal 2021 Results – May 5, 2021**

35. Defendants' statements bolded and italicized above in ¶¶30-34 were materially false and misleading because they failed to disclose, as Defendants later publicly admitted, that in 2021 PayPal had "leaned into incentivized customer acquisition tactics to a much greater extent than we ever had in our history" and was boosting NNAs by incentivizing customers to "be engaged with [PayPal's] platform." PayPal was chasing low engaged customers that "clearly came in for 1 or 2 transactions and [was] trying to incent them to stay with [PayPal] by offering them $5, $10, $20." The result, as Defendants later admitted, was that the Company's accounts were plagued by "hollow net new active[s]" in the form of illegitimate and minimally engaged accounts, and by pivoting away from these incentive campaigns, over one year "20 million incremental one-and-done customers" would fall out of PayPal's reported NNAs. The customers PayPal was targeting, Defendants would concede, had "lower engagement and a higher propensity to churn"



4927-1323-5496.v1

and did "nothing for [PayPal's] revenue growth" because they "would do one transaction and then fall dormant."

## B. 2Q21 Materially False and Misleading Statements

222. On May 5, 2021, after the market closed, PayPal reported its financial resultsfiled a press release with the SEC on Form 8-K for 1Q2021. The 1Q2021 8-K stated:

> ***Q1'21*** -K announcing the "Strongest first quarter results in PayPal's history. . . ." The press release identified among "Operating Highlights" that PayPal added 14.5 million ***Net New Accounts (***NNAs***); ended the quarter with 392 million active accounts***.

***

18.36. ***FY'21: Raising NNAs, TPV, revenue*** in 1Q21, and ***earnings***that PayPal was raising its NNA guidance . . . to "52-55 million NNAs expected to be added in FY'21.–."

PayPal attributed this to "***[s]ignificant customer growth and solid engagement . . . 14 million NNAs added, bringing total active accounts to 392 million, up 21%***."

Following the issuance of the May 5, 2021 press release, PayPal

223. The statements in the prior paragraph were misleading because they: (1) touted PayPal's NNA Growth and PayPal's future NNA growth, while omitting related information as described in ¶207(b)-(d); and (2) touted "solid engagement," while omitting related information as described in ¶207(e).

224. On May 5, 2021, after the market closed, PayPal reported its financial results for 1Q2021. The corresponding Investor Presentation stated:

4. held its

> "***Q1-21: Strongest Q1 in PayPal's History***" and "***+21% growth in active accounts to 329M; +14.5M net new actives (NNAs)***" and "***FY-21: Raising guidance on strong momentum . . . +52-55M NNAs expected in 2021; up from 50M at the start of 2021***."

225. The statements in the prior paragraph were misleading because they touted PayPal's NNA growth and future NNA growth while omitting related information as described in ¶207(b)-(d).

226. On May 5, 2021, after the market closed, PayPal reported its financial results for 1Q2021. The following graphic was included in PayPal's corresponding Investor Presentation:




227. The statements in the prior paragraph were misleading because they touted PayPal's NNA growth and future NNA growth while omitting related information as described in ¶207(b)-(d).

228. On May 5, 2021, after the market closed, PayPal reported its financial results for 1Q2021. The following graphic was included in PayPal's corresponding Investor Presentation:




~~229. The statements in the prior paragraph were misleading because they touted PayPal's NNA growth and future NNA growth while omitting related information as described in ¶207(b)-(d).~~

~~230. On May 5, 2021, after the market closed, PayPal reported its financial results for 1Q2021. That same day, the Company hosted a conference call to discuss its quarterly results. During this call, CEO Schulman stated:~~

5. 1Q21 earnings call hosted by defendants Schulman

> ~~***Our transactions in the quarter were approximately 4.4 billion, growing 34% year-over-year. We added 14.5 million net new active accounts, ending the quarter with 392 million active accounts, up 21% year-over-year. We added 1.4 million new merchants in the quarter, continuing the heightened pace from prior quarters***, and we now have 31 million merchant accounts on our platform. ***By the end of Q2, we expect to exceed 400 million active accounts. And for the year, we now believe our NNAs will be between 52 million to 55 million, up from our previous expectations of approximately 50 million last quarter.*** I'm particularly pleased to ***see our transactions per active account begin to accelerate due to increased engagement across our portfolio.***~~

***



4927-1323-5496.v1

> ***We clearly have a lot of momentum as we exit Q1.*** We will continue to accelerate new product innovation throughout the year. ***Our increased expectations for 2021 reflect our conviction that we will continue to grow share and increase our addressable market by capitalizing on the accelerating shift to digital.***

231. The statements in the prior paragraph were misleading because they touted PayPal's NNA growth and future NNA growth while omitting related information as described in ¶207(b)-(d).

19. On May 5, 2021, after the market closed, PayPal reported its financial results for 1Q2021. That same day, the Company hosted a conference call to discuss its quarterly results. During that call, CFO Rainey stated:

37. and Rainey.

> I'd also like to discuss our updated net new active outlook. We're raising our guidance for 2021 net new active accounts. ***Based on the 14.5 million additional accounts in Q1 and our current trends, we now expect to add in the range of 52 million to 55 million net new users this year.*** This is an increase from the 50 million net new actives that we guided to start the year. ***On top of the approximately 73 million users added last year, at our current pace, we'll add more new users between last year and this year than we did in 2016, '17, '18 and '19 combined.***

232. The statements in the prior paragraph were misleading because they touted PayPal's NNA growth and future NNA growth while omitting related information as described in ¶207(b)-(d).

233. On May 5, 2021, after the market closed, PayPal reported its financial results for 1Q2021. That same day, the Company hosted a conference call to discuss its quarterly results. In the Q&A portion of the conference call, in response to a question from an analyst, CEO Schulman stated:

38. The first question from an analyst on the May 5, 2021 conference call concerned NNA growth and Schulman and Rainey responded by stating that PayPal's marketing programs



4927-1323-5496.v1

were delivering excellent results with current engagement rates going up because new users were coming to PayPal's platform:

> [Darrin David Peller, Wolfe Research, LLC:]
>
> Great results here. When we look at coming out of last year's record NNAs, we thought 50 million was a good number, and now you're raising that. If you could just touch on the dynamics you're seeing around the net new actives, what's driving the upside even after these kinds of record rates? And especially as we go into reopening in the market, can you just talk through the activity and the churn levels? And then maybe on the other side of the funnel, if you could touch on the incremental users coming on, even as the world reopens, is it partnerships like Alibaba you mentioned today or other kinds of international? Or just really what's the big driving force for that confidence?
>
> [Schulman:]
>
> We brought on in Q1, 2 new customers every second throughout the quarter. . . .
>
> And I think of the drivers, it's predominantly PayPal's, predominantly still in our core markets, still seeing great growth from Venmo. But my view on net new actives is I say without being too aggressive here, look, I think we have a lot of opportunity yet here. We have a lot of expansion into international markets. ***I think our marketing programs are really beginning to deliver excellent results***. I think we're just scratching the surface there.

234. The statements in the prior paragraph were misleading because they touted the "excellent results" of PayPal's marketing programs, without disclosing that those marketing programs were bringing "minimally engaged" customers onto PayPal's platform, rather than generating engaged NNAs that were likely to contribute to future TPV and other sources of revenue.

235. On May 5, 2021, after the market closed, PayPal reported its financial results for 1Q2021. That same day, the Company hosted a conference call to discuss its quarterly results. In the Q&A portion of the conference call, in response to a question from an analyst, CEO Schulman stated:

***And when I think about what's going on inside the base, our engagement levels are going up substantially. . . . And that is really a result of our daily active users coming on.***

And ***so we're clearly beginning to see both at the top of the funnel, the potential for increases into the top of the funnel and really narrowing the bottom of the funnel***, which is why I'm bullish on -- – actually our NNA trends.

* * *

[Rainey:]

Even as Dan said, despite the improvements we've made in reducing churn, there's still a lot of pressure there. And so Q2 is going to be sort of the low point for the year for us. And then we expect 3Q and 4Q to see strengthening acceleration there. But the thing that I will say that sort of gives us confidence in this, and we've talked about this for a period of time, but we've consistently said that ***these have been our most engaged cohorts that we've ever seen.***

***And we're continuing to see those trends***. They haven't waned like what you might expect related to people returning to the physical world. And so that gives us the conviction around raising this and really what it bodes for the rest of our business as well.

39. On May 24, 2021, Rainey spoke at the JPMorgan Global Technology, Media and Communications Conference. In response to a question about NNAs, Rainey stated that PayPal's new customers were more engaged than previous ones:

[Tien-Tsin Huang, JPMorgan Chase & Co:]

Yes.

~~The one thing I'd point out, Darrin, that I think is really important is the cadence of those NNAs. Q1 was a good solid quarter for us. Q2 is always going to be the lowest quarter of the year because we did 21.4 million net new actives last year. Even though our churn rates are down, and that was one of the best cohorts we ever activated, it puts incremental pressure at the bottom of the funnel for Q2. **_And then we see really increasing amounts of NNAs as we go through the year. So in general, really strong on the NNA front, really strong on the engagement front._** And hopefully, more of that to come.~~

~~236. The statements in the prior paragraph were misleading because they: (1) touted PayPal's NNA growth and future NNA growth while omitting related information as described in~~

¶207(b)-(d); and (2) touted supposed increases in engagement and reductions in churn (*i.e.*, "narrowing the bottom of the funnel"), while omitting related information as described in ¶207(e).

237. On May 5, 2021, after the market closed, PayPal reported its financial results for 1Q2021. On May 6, 2021, after the market closed, Defendants filed PayPal's Form 10-Q for 1Q2021, which stated:

> Transaction revenues grew by $1.4 billion, or 33%, for the three months ended March 31, 2021 compared to the same period of the prior year. ***The increase was mainly attributable to our core PayPal products and services, and to a lesser extent Braintree products and services, due primarily to strong growth in TPV and the number of payment transactions, both of which resulted primarily from an increase in our active accounts.***
>
> ***
>
> ***We had 392 million active accounts as of March 31, 2021 compared to 325 million as of March 31, 2020, an increase of 21%. Number of payment transactions were 4.4 billion for the three months ended March 31, 2021 compared to 3.3 billion in the three months ended March 31, 2020, an increase of 34%. TPV was $285 billion for the three months ended March 31, 2021 compared to $191 billion in the three months ended March 31, 2020, an increase of 50%.***

238. The statements in the prior paragraph were misleading because they: (1) touted PayPal's TPV figures, and in particular attributed that increase in TPV to an "increase in our active accounts," while omitting related information as described in ¶207(a); and (2) touted PayPal's NNA growth while omitting related information as described in ¶207(b)-(c).

**7. MoffettNathanson Analyst Call – May 10, 2021**

239. On May 10, 2021, during trading hours, CEO Schulman presented at MoffettNathanson's Analyst call. During that call, in response to a question about PayPal's goal to achieve 750 million NNAs by 2025, CEO Schulman stated:

> Yes. ***Well, we had another good Q1, 14.5 million new customers coming in.*** We raised guidance for net new actives, up from 50 million to 52 million to 55 million. ***So we're clearly seeing more strength on that than we've imagined. We're going to end the year somewhere around 430 million net new actives assuming we stay relatively constant, maybe grow a little bit next year*** No, for sure. Let's talk about users. I get a lot of questions on users, John. I'm learning to



4927-1323-5496.v1

appreciate the net new actives. I think it was up, what, 14.5 million, up 21% is what I wrote down. And then you have a goal of 750 million out in 5-plus years. Who are these new users? What can you tell us about where they're coming from? What's the typical profile of some of the newer users that you're bringing on?

[Rainey:]

. I ***mean, you've got 0.5 billion people on the platform that's like within near-term [sight] and I think there are probably 3 or 4 things that give me a lot of confidence on the net new actives. And I think net actives will continue to grow year-over-year.***

***First of all, bottom of the funnel when you get to be closing in on 400 million net new actives, the bottom of the funnel, the churn is almost as important, if not more important than the top of the funnel. And the new products we're putting out are having a pretty big impact on engagement. In general, the move into a digital world is helping our daily active users were up 33% in the quarter. So we're seeing our churn rate come down. And I think we're just at the very beginning of what we can see churn rate drop to. Obviously, the more products in services we put out more engagement, the more our churn will decrease. And even with a consistent level of top of the funnel, your net new actives will go up as a result.***

Second thing is, honestly, just streamlining the basics, and there's so much low-hanging fruit yet that we can do. Like our guest to member conversion flows, we have a ton of people that sign in guests but don't become members. That just needs to be a much smoother process for us. We can get a ton more net new actives by looking at that process. And of course, we are looking at that process. Our marketing programs are starting to kick in. ***Our marketing team is really beginning to get their rhythm in terms of just reactivations, life cycle management and a number of things that are basic things, but we've been doing a, I'd say okay to good job, but not a great job yet. And clearly, we've got great in our sights on that.***

240. The statements in the prior paragraph were misleading because they: (1) touted PayPal's NNA growth and future NNA growth while omitting related information as described in ¶207(b)-(d); (2) touted supposed increases in engagement and reductions in churn, while omitting related information as described in ¶207(e); and (3) touted the results of PayPal's marketing programs, without disclosing that those marketing programs were bringing "minimally engaged" customers onto PayPal's platform, rather than generating engaged NNAs that were likely to contribute to future TPV and other sources of revenue.

~~241. On May 10, 2021, CEO Schulman presented at MoffettNathanson's Analyst call. During that call, an analyst asked the following question, to which CEO Schulman responded as stated below:~~

> ~~**Lisa Ann Dejong Ellis:** Actually, I had a quick follow-on on this topic, right off the bat out of the question list. So how do you highlight that -- starting to highlight now more of the top funnel versus the bottom of the funnel. So when you're thinking about investments, how do you think about balancing between new growth and retention?~~
>
> ~~**Schulman:** Well, I think they kind of go hand-in-hand because a lot of our new growth will come from new products coming into the portfolio. And those help on the bottom line as well. So new product innovation is clearly, one of my top focuses that we have as a company. And you've seen from kind of our increase in marketing spend and OpEx, product development. We're clearly going to invest into the opportunity. There's so much potential for PayPal.~~ ***~~We want to be 750 million, but everybody has heard me talk about -- our goal is to be 1 billion-plus users on our platform. You've got to invest into it. And we're quite measured in the way we think about investment. We've had very tight controls on OpEx, we still do. But when we see a real good ROI return, we're going to invest in it right now. And all of those numbers that we shared for our medium-term and short-term guidance contemplate significant investment in the business.~~***

~~242. The statements in the prior paragraph were misleading because they: (1) touted PayPal's NNA growth and future NNA growth while omitting related information as described in ¶207(b)-(d); and (2) touted the results of PayPal's marketing programs, without disclosing that those marketing programs were bringing "minimally engaged" customers onto PayPal's platform, rather than generating engaged NNAs that were likely to contribute to future TPV and other sources of revenue — indeed, it was misleading to tout the "ROI" on PayPal's marketing activity given PayPal was essentially wasting money by offering promotional dollars to essentially buy "minimally engaged" accounts.~~

~~243. On May 10, 2021, CEO Schulman presented at MoffettNathanson's Analyst call. During that call, CEO Schulman explained:~~

> ***But if you think about it, we are also putting on a lot more net new actives than we've ever put on before. We're typically averaging about 35 million, 37 million a year. We're up at now somewhere between 52 million and 55 million.***

244. The statements in the prior paragraph were misleading because they touted PayPal's NNA growth and future NNA growth while omitting related information as described in ¶207(b)-(d).

**8. J.P. Morgan's Payments and IT Services Sector Analyst Call – May 24, 2021**

245. On May 24, 2021, during trading hours, CFO Rainey presented at J.P. Morgan's Payments and IT Services Sector analyst call. During that call, in response to an analyst question about the Company's increased NNAs, CFO Rainey stated:

> Sure. Well, to start with, we're seeing increases in net new actives across all parts of our business. ***And they skew heavily towards our core markets, U.S., Canada, U.K., Australia, Germany, markets like that. But also in a lot of emerging regions as well. The footprint of new users is relatively similar to what our existing footprint is. And Venmo continues to be a very large contributor to that. And certainly, as you see, the displacement of cash through enhanced P2P experiences, that's one of the best acquisition channels that we have for a new customer.***

> Sure. Well, to start with, we're seeing increases in net new actives across all parts of our business. . . .

> But we did put out a pretty grand target of 0.75 billion at our Investor Day. And I think that's going to come through a number of different ways, but I think very importantly is reducing churn. And very much tied to that is the increase in engagement that we expect to see from these new cohorts that are coming on. And ***irrespective of what cohort we're talking about, post pandemic, we see much elevated levels of engagement, whether we look at like 10-day adoption rates or 90-day adoption rates***. And this is exciting for us. And I think it's in part because of this push to e-commerce or digital payments that happened in part by necessity when people did not have mobility. But as we've said, we're not just going to sit back and wait on these secular trends that happen to us. We want to help shape them. And that's why we're adding so many new experiences as we look forward through the digital wallet, and I'm sure we'll talk about some of those things to increase those levels of engagement and reduce that churn over time.

246. The statements in the prior paragraph were misleading because they: (1) touted PayPal's NNA Growth and future NNA growth, while omitting related information as described in ¶207(b)-(d); and (2) touted "elevated levels of engagement," while omitting related information as described in ¶207(e).

247. On May 24, 2021, CFO Rainey presented at J.P. Morgan's Payments and IT Services Sector analyst call. During that call, CFO Rainey stated:

40. Rainey also responded to the host analyst's questions regarding the profile of the new users PayPal was bringing on and customer acquisition costs, with the following:

> Yes. So our customer acquisition cost, historically, has been very low. And that's in part because so many of our new customers come to us through the person-to-person type of experience. And as we noted in the first quarter, that was still our single largest contributor to customer acquisition. ***What we've done over the last, call it, 18 months is put much more rigor into the CLV [Customer Lifetime Value] component of that rather than chasing a low-value, net new active that maybe pumps up numbers and the optics look good, really looking at how they're going to contribute to the PayPal platform over time***. And so overall, our CAC, or customer acquisition costs still remains very low. ***But we've been more targeting in some of the sales and marketing efforts around that***.
>
> And so we noted in the back half of last year that we had intended to spend $300 million investing into PayPal, a lot of that through sales and marketing, and you likely saw that through some of the year-over-year increases. And some of that is targeted efforts around in-store QR code, things like that, but a lot of it is still around customer acquisition. ***And I'm always happy to spend money like this when I know what the return is going to be, and I've got a high degree of confidence in that***. ***And so we're doing a better job there in our sales and marketing teams is really going out and acquiring those customers. And knowing what that return -- – what that profile of customer is going to be over the next several years***.

248. The statements in the prior paragraph were misleading because they: (1) touted PayPal's NNAs growth and engagement, by distinguishing the NNAs they were adding from "low-value, net new actives that maybe pump[] up numbers and optics," while omitting related information as described in ¶207(e); and (2) touted the results of PayPal's marketing programs,

including by assuring investors that these marketing programs were targeted at creating legitimate customers, not "low-value, net new actives that maybe pump[] up numbers and optics" without disclosing that those marketing programs were bringing "minimally engaged" customers onto PayPal's platform, rather than generating engaged NNAs that were likely to contribute to future TPV and other sources of revenue.

249. On May 24, 2021, CFO Rainey presented at J.P. Morgan's Payments and IT Services Sector analyst call. During that call, CFO Rainey stated:

> It is. ***It's up there with engagement as one of the top metrics that I'm looking at, particularly engagement tied to some of the new experiences that we're rolling out.*** But historically, our average revenue per user has been in the mid-50s and not really bounced around a whole lot from that range. It is -- it's something that we're very focused on improving over the next several years. We talked at Investor Day, if we can get that mid- or medium-gauged consumer or customer to get to the high gauge, that's a 2x opportunity for us on ARPU. ***And so this very much dovetails into like rolling out these new experiences to get people more engaged with us so that we can have more opportunities for them to use us in a way that we can benefit and monetize.***

250. The statements in the prior paragraph were misleading because they touted engagement, while omitting related information as described in ¶207(e).

**9. Bank of America Securities Keynote Session – June 9, 2021**

251. On June 9, 2021, during trading hours, CEO Schulman presented at a Bank of America Securities keynote session. During that call, in response to an analyst question on PayPal's NNA metric, CEO Schulman stated:

41. On June 9, 2021, Schulman spoke at the Bank of America Global Technology Conference about PayPal's marketing purportedly targeting high-quality customers:

> [Jason Alan Kupferberg, BofA Securities:]
>
> That's tremendous. One of the metrics that I think has been also a byproduct of all this has been your net new adds, and we continue to ask a lot about that. They've been pretty eye-popping for the past year.

Obviously, you've had a lot of brand-new users adopting PayPal amid the pandemic, but maybe an overlooked piece of the growth in this metric is just the improvement in retention of existing users. So I wanted to see if you can perhaps quantify the degree of improvement in active user retention since the start of the pandemic and also discuss some of the initiatives that PayPal has implemented to really help promote this dynamic.

[Schulman:]

Yes. Well, net new actives, it's a math equation. It's sort of top of the funnel, what is demand, new demand coming in minus churn, what's coming out of the bottom of the funnel. And clearly, as we get bigger and bigger -- we're 400 million or so people on the platform now. That's a pretty huge number, and so the bottom of the funnel is extremely important to manage.

Look, demand -- we're seeing consistent demand for our services, maybe even growing demand. We put on, I think, 2 new customers every second last quarter. We put on a new merchant every 5 seconds last quarter. We're seeing new segments of the population. And man, silver tech, more of -- greater than 50 years old is still flocking to the platform. We're seeing more and more use of the platform. We're going into more and more countries. We'll expand Venmo internationally. I mean there's so many things we can do better at top of the funnel. ***Our marketing is finally starting to kick in, in ways that we can really measure and look at it, invest wisely and get a return on that and bring in high-quality net new actives at the top of the funnel***.

In churn, churn is really all about how do we reduce that. It's really more about new products coming in, new use cases, beautiful experiences so that people want to use our platform not 4 times a month but every single day. That's clearly the goal that we have. And if we get anywhere close to that, our net new active numbers are going to increase dramatically from what already are, as you mentioned, pretty good numbers in terms of the NNAs.

And I would say, as I look at the year, I'm feeling really good about the year. ***This quarter -- we've always had a forecast or target about 11 million or so. I think we'll be right around there and maybe a little bit above. We said we were going to be 52 million to 55 million for the year. I would bet that we're going to be closer to the high end of that range than we are to the low end of that range. And so I'm feeling really good about our progress on NNAs, our transactions per active going up really nicely, and I'd expect that to continue.***

252. The statements in the prior paragraph were misleading because they: (1) touted PayPal's NNA Growth and future NNA growth while omitting related information as described in

~~¶207(b)-(d); and (2) touted supposed increased engagement and demand, while omitting related information as described in ¶207(e).~~

**~~10. Second Quarter Fiscal 2021 Results – July 28, 2021~~**

~~253. On July 28, 2021, at market close, PayPal reported its financial results for 2Q2021. The corresponding Investor Update presentation included the following graphic:~~




~~254. The statements in the prior paragraph were misleading because they (1) they touted PayPal's TPV figures while omitting related information as described in ¶207(a); and (2) touted PayPal's future NNA growth while omitting related information as described in ¶207(b)-(d).~~

~~255. On July 28, 2021, at market close, PayPal reported its financial results for 2Q2021. The corresponding Investor Update presentation included the following graphic:~~




~~256. The statements in the prior paragraph were misleading because they: (1) they touted PayPal's TPV figures while omitting related information as described in ¶207(a); (2) touted PayPal's NNA growth and future NNA growth while omitting related information as described in ¶207(b)-(d); and (3) touted supposed "increased engagement" and reduced churn, while omitting related information as described in ¶207(e).~~

42. ~~On July 28~~Defendants' statements bolded and italicized above in ¶¶38-41 were materially misleading because they failed to disclose, as Defendants later publicly admitted, that in 2021 PayPal had "leaned into incentivized customer acquisition tactics to a much greater extent than we ever had in our history" and was boosting NNAs by incentivizing customers to "be engaged with [PayPal's] platform." PayPal was chasing low engaged customers that "clearly came in for 1 or 2 transactions and [was] trying to incent them to stay with [PayPal] by offering them $5, $10, $20." The result, as Defendants later admitted, was that the Company's accounts were plagued by "hollow net new active[s]" and by pivoting away from these incentive campaigns, over one year "20 million incremental one-and-done customers" would fall out of PayPal's reported



4927-1323-5496.v1

NNAs. The customers PayPal was targeting, Defendants would concede, had "lower engagement and a higher propensity to churn" and did "nothing for [PayPal's] revenue growth" because they "would do one transaction and then fall dormant."

### C. 3Q21 Materially False and Misleading Statements

43. After the market closed on July 28, 2021, PayPal filed a press release with the SEC on Form 8-K. The press release identified among "Operating Highlights" that 11.4 million NNAs were added in 2Q21, and repeated that that "52-55 million NNAs expected to be added in FY'21."

44. Following the issuance of the July 28, 2021 press release, PayPal held its 2Q21 earnings call hosted by defendants Schulman and Rainey. Revenues had missed the consensus estimates, which made investors concerned about the value of PayPal's reported NNAs. Defendants attributed falling revenue to PayPal's split from eBay and assured investors that the most recent cohorts of new accounts were performing better than any of PayPal's previous cohorts. In response to an analyst question concerning NNA growth Schulman stated:

> Yes, sure. I'll start right with that quickly. We always knew that second quarter was going to be the low point of the year because we did '21 like 0.3 million or 0.4 million NNAs a year ago. And even though ***they're performing better than cohorts that we previously had historically, their churn is lower***, it's still a ton of incremental churn versus traditional cohorts on the second quarter.

45. Defendants' statement bolded and italicized above in ¶44 was materially false and misleading because they failed to disclose, as Defendants later publicly admitted, that in 2021 PayPal had "leaned into incentivized customer acquisition tactics to a much greater extent than we ever had in our history" and was boosting NNAs by incentivizing customers to "be engaged with [PayPal's] platform." PayPal was chasing low engaged customers that "clearly came in for 1 or 2 transactions and [was] trying to incent them to stay with [PayPal] by offering them $5, $10, $20." The result, as Defendants later admitted, was that the Company's accounts were plagued by "hollow net new active[s]" and by pivoting away from these incentive campaigns, over one year

"20 million incremental one-and-done customers" would fall out of PayPal's reported NNAs. The customers PayPal was targeting, Defendants would concede, had "lower engagement and a higher propensity to churn" and did "nothing for [PayPal's] revenue growth" because they "would do one transaction and then fall dormant."

**D. 4Q21 Materially False and Misleading Statements**

~~257. , 2021, at market close, PayPal reported its financial results for the 2Q2021. The corresponding Investor Update presentation included the following graphic:~~

6. After the market closed on November 8, 2021, PayPal filed a press release with the SEC on Form 8-K. The




~~258. The statements in the prior paragraph were misleading because they (1) touted PayPal's TPV figures while omitting related information as described in ¶207(a); and (2) touted PayPal's future NNA growth while omitting related information as described in ¶207(b)-(d).~~

~~259. On July 28, 2021, at market close, PayPal reported its financial results for the 2Q2021. That same day, after the market closed, the Company hosted a conference call to discuss its quarterly results. During that call, CEO Schulman stated:~~



4927-1323-5496.v1

7. press release reported

20. Excluding eBay, our volumes grew by a remarkable 48% on a spot basis. ***Our active accounts now exceed 400 million, up 16% and to 403 million. We added 11.4 million net new active accounts in the quarter***, including an additional 1.5 ***million*** merchant accounts. That brings our total merchant count to 32 ***million***. ***We still expect to end the year at the higher end of our previous guidance of 52 million to 55 million net new active accounts.***

46. as key performance metrics that "***13.3 million Net New Active Accounts (NNAs) added; ended the quarter with 416 million active accounts***," and that "~55 million NNAs [were] expected to be added in FY'21."

> Transactions in the quarter grew by 27% to $4.74 billion. ***And even as our net new actives continue to show strong growth, our transactions per active account accelerated 11% in the quarter to 43.5x as our consumers engage more frequently across our growing suite of services.*** We grew our revenues by 19% to $6.4 billion. This growth comes even as we lap strong results from last year and absorbed 811 basis points of revenue pressure from eBay, as their revenues on our platform declined 51% in Q2.

260. The statements in the prior paragraph were misleading because they: (1) touted PayPal's NNA growth and future NNA growth while omitting related information as described in ¶207(b)-(d); and (2) touted supposed "increased engagement" and reduced churn, while omitting related information as described in ¶207(e).

261. On July 28, 2021, at market close, PayPal reported its financial results for the 2Q2021. That same day, after the market closed, the Company hosted a conference call to discuss its quarterly results. During that call, CFO Rainey stated:

8. Following the issuance of the November 8, 2021 press release, PayPal held its 3Q21 earnings call hosted

> I'd now like to discuss our outlook for the rest of 2021. ***Our business is performing exceedingly well and overall, consistent with the outlook we provided on our last call. Given our strong year-to-date performance and our expectations for the back half, we're raising our TPV outlook and reiterating full year revenue and earnings. We now expect TPV growth to be in the range of 33% to 35% given the strong volume trends in our business.***
>
> ***
>
> ***Overall, our growth remains strong.*** And importantly, we continue to see the categories that benefited from quarantine measures and shelter in place activities last year maintain higher levels of e-commerce volumes in comparison to pre-COVID levels. Our conviction and our ability to drive sustainably strong performance and in the strength of our franchise has never been greater.
>
> ***This year, we expect to process approximately $1.25 trillion of payments volume. We expect to grow revenue by 20%, more than offsetting pressure to revenue growth of approximately 7 points from eBay and lapping our strongest year with 22% revenue growth.*** And given the momentum we have in development and innovation, and the pace of scale of the new experiences we're bringing to our customers, we are investing in our business at record levels. Further, last year, we grew earnings 31%. On top of that performance, this year, we plan to grow our earnings by 21%.

262. The statements in the prior paragraph were misleading because they touted PayPal's TPV figures while omitting related information as described in ¶207(a).

263. On July 29, 2021, after the market closed, Defendants filed PayPal's Form 10-Q for 2Q2021, which stated:

> Transaction revenues grew by $852 million, or 17%, and $2.3 billion, or 25%, for the three and six months ended June 30, 2021, respectively, compared to the same periods of the prior year. ***The growth in transaction revenues was mainly attributable to our core PayPal and Braintree products and services driven by strong growth in TPV and the number of payment transactions, both of which resulted primarily from an increase in our active accounts.***
>
> ***
>
> ***We had 403 million active accounts as of June 30, 2021 compared to 346 million as of June 30, 2020, an increase of 16%.*** Number of payment transactions were 4.7 billion for the three months ended June 30, 2021 compared to 3.7 billion in the three months ended June 30, 2020, an increase of 27%. Number of payment transactions were 9.1 billion for the six months ended June 30, 2021 compared to

> 7.0 billion in the six months ended June 30, 2020, an increase of 30%. ***TPV was $311 billion for the three months ended June 30, 2021 compared to $222 billion in the three months ended June 30, 2020, an increase of 40%. TPV was $596 billion for the six months ended June 30, 2021 compared to $412 billion in the six months ended June 30, 2020, an increase of 45%.***

264. The statements in the prior paragraph were misleading because they: (1) touted PayPal's TPV figures while omitting related information as described in ¶207(a); and (2) touted PayPal NNA growth while omitting related information as described in ¶207(b)-(c).

**11. Deutsche Bank Fireside Chat – September 9, 2021**

265. On September 9, 2021, during trading hours, CFO Rainey presented at a Deutsche Bank fireside chat. In response to an analyst question on how PayPal will achieve its $750 million NNA target over the next four years, CFO Rainey stated:

> Well, I think it's important to step back and think about the composition of net new actives. And so net new actives is a function of 3 things. It's new activations plus reactivations, and then we subtract up churn and improving a lot of focus on new activations. And we saw that during the height of the shelter-in-place during COVID early last year.

> ***But a lot of our focus, a lot of our rigor, the data science that we provide around this is around reactivations and churn.*** Reactivations are actually a great opportunity for us because we already have that customer's payment credentials vaulted with us. And so there's a lot less friction in reactivating the customer versus activating a new customer.

> On the churn side, look, it's not something that we disclose, but you can make your own assumption. With 400 million customers around the world, the churn numbers can be pretty large each year. ***And so a lot of the focus that we have, not only this year but going forward, is to keep those customers engaged and allow them to use us in many different ways, many avenues that they haven't before to diminish that chance for churn.***

> ***And so as we look forward over the coming years, as we add capabilities into the digital wallet, things like crypto, things like investing, buy now, pay later, all of these things are key drivers that increase in engagement and therefore, decrease churn.***

266. The statements in the prior paragraph were misleading because they touted PayPal's strong engagement and decreased churn driven by demand for PayPal's products, while omitting related information as described in ¶207(e).

**12. J.P. Morgan All Stars Conference – September 23, 2021**

267. On September 23, 2021, during trading hours, Defendant Schulman presented at J.P. Morgan's All Stars Conference. During this conference, CEO Schulman stated:

9. by defendants Schulman

> Yes. Look, we gave guidance for the quarter. ***I think we'll be right down the middle of the fairway in all the guidance that we talked about. Things are coming in pretty much where we expected them to be for the quarter.*** And so my view is the world move towards digital.

268. The statements in the prior paragraph were misleading because they touted PayPal's future NNA growth while omitting related information as described in ¶207(d).

**13. Third Quarter Fiscal 2021 Results – November 8, 2021**

269. On November 8, 2021, at market close, PayPal reported its financial results on Form 8-K for 3Q2021. The corresponding Investor Update presentation included the following graphic:




~~270. The statements in the prior paragraph were misleading because they (1) touted PayPal's TPV figures while omitting related information as described in ¶207(a); and (2) touted PayPal's NNA growth — including by counting at least 4.5 million illegitimate accounts in the reported NNA results, while omitting related information as described in ¶207(b)-(d).~~

~~21. On November 8, 2021, at market close, PayPal reported its financial results for 3Q2021. The same day, after the market closed, the Company hosted a conference call to discuss its quarterly results. During this call, CEO Schulman stated:~~

47. and Rainey. In response to an analyst question about NNAs, Schulman stated:

> ~~***Our active accounts were up 15% year-over-year, reaching 416 million. We added 13.3 million net new active accounts in the quarter, including another 1.2 million merchant accounts, bringing our total merchant count to 33 million. And we remain on track to deliver more than 52 million NNAs for the year. Importantly, our diverse suite of products and services drove double-digit growth in our transactions per active account, up 10% to 44.2x.***~~

~~271. The statements in the prior paragraph were misleading because they touted PayPal's NNA growth — including by counting at least 4.5 million illegitimate accounts in the~~

reported NNA results — and future NNA growth, while omitting related information as described in ¶207(b)-(d).

272. On November 8, 2021, at market close, PayPal reported its financial results for 3Q2021. The corresponding Investor Update presentation included the following graphic:




273. The statements in the prior paragraph were misleading because they (1) touted PayPal's TPV figures while omitting related information as described in ¶207(a); and (2) touted PayPal's NNA growth — including by counting at least 4.5 million illegitimate accounts in the reported NNA results — and future NNA growth, while omitting related information as described in ¶207(b)-(d).

274. On November 8, 2021, at market close, PayPal reported its financial results for 3Q2021. The same day, after the market closed, the Company hosted a conference call to discuss its quarterly results. During this call, CFO Rainey stated:

> To give you a better sense of the scale of growth we've experienced, it took 20 years for PayPal to reach $600 billion in annual payment volume, which occurred in 2019. Only 2 years later, we crossed $1.2 trillion. ***Relative to 2019, we've seen***

> ***significant growth across our key performance indicators, including active accounts, engagement, TPV, revenue, EPS and free cash flow.***

275. The statements in the prior paragraph were misleading because they (1) touted PayPal's TPV figures while omitting related information as described in ¶207(a); (2) touted PayPal's NNA growth — including by counting at least 4.5 million illegitimate accounts in the reported NNA results — while omitting related information as described in ¶207(b)-(d); and (3) touted supposed growth in engagement, while omitting related information as described in ¶207(e).

276. On November 8, 2021, at market close, PayPal reported its financial results for 3Q2021. The same day, after the market closed, the Company hosted a conference call to discuss its quarterly results. During this call, CFO Rainey stated:

> ***In providing quarterly and annual guidance since July of last year, our goal has been to responsibly balance transparency with reliability and certainty.*** At the same time, we've also tried to emphasize the complexity of forecasting in this environment. We are taking what we view to be a prudent step in adjusting our outlook. ***But let me be very clear, our key strategic initiatives are on track and performing very well. The initial response to our new digital wallet experiences has been very strong,*** and the implementation of our new headline pricing in the U.S. has been successful with no discernible impact to merchant activity.
>
> The underlying strength, diversification and resilience of our business on an absolute level and relative to pre-pandemic are unassailable and position us to remain on offense regardless of short-term headwinds. ***Our ability to sustainably deliver strong growth at our scale is indicative of the network effects of our business and our competitive positioning as a global leader in digital payments at the intersection of the powerful secular tailwinds of e-commerce penetration and cash displacement has never been stronger.***

277. The statements in the prior paragraph were misleading because they touted PayPal's future NNA growth, while omitting related information as described in ¶207(d).

~~278. On November 8, 2021, at market close, PayPal reported its financial results for 3Q2021. The same day, after the market closed, the Company hosted a conference call to discuss its quarterly results. During this call, CEO Schulman stated:~~

> Well, let me talk a little bit about NNAs. ***So 13.3 million in the quarter, up about 2 million from last quarter, growing 15% year-over-year***, unlike a lot of companies that experienced growth in the off time and then are unwinding.
>
> ***Our growth remains incredibly strong on the NNA side***. I mean, think about it in the minute that we've been talking so far, Darren. We've got ~~--~~ – we put on about 100 consumers and 9 new merchants. We are putting on 1.5 consumers every second of the quarter, every 6 seconds we put on another merchant. It's really unbelievable. And if I look 5 years ago, and you remember this, 5 years ago, we put on 13 million net new actives for the year. This quarter alone, and we put on 110 million net new actives since January of 2020. And as we said, I think, in our press release, we expect to end the year north of 430 million actives on the platform. So obviously, continued strong growth.

~~279. The statements in the prior paragraph were misleading because they touted PayPal's NNA growth — including by counting at least 4.5 million illegitimate accounts in the reported NNA results — and future NNA growth, while omitting related information as described in ¶207(b)-(d).~~

~~280. On November 8, 2021, at market close, PayPal reported its financial results for 3Q2021. The same day, after the market closed, the Company hosted a conference call to discuss its quarterly results. During this call, CEO Schulman stated:~~

> But as we look forward to that ~~[]~~$750 million, Darren, there are 2 places that our net new actives come from. One is ***top of the funnel, and top of the funnel is actually pretty strong right now and*** ~~remain~~***remains so***. ~~It's a kind of a must-have platform for merchants and consumers, and scale begets scale in this business. But as you get bigger and bigger, the bottom of the funnel becomes equally -- it's not even more important.~~ ~~***And so reduction in churn becomes a really important element of our ability to get to the 750 million. That's why we're so excited about what we're seeing in terms of our TPA numbers, again, normalize it ex-eBay, up 18%. Last quarter, I think it was up 17%, double-digit growth even with eBay.***~~

48. On November 9, 2021, Rainey participated in a Buyside analyst call hosted by Jason Kupferberg of BofA Securities and responded to questions about NNA acquisitions, as follows:

> [Jason Alan Kupferberg, BofA Securities:]
>
> . . . I
> ***And at 2 quarters in a row, some of the things I was talking to Lisa about in terms of the engagement on the app, those are things that the more people engaged, the more people get cash cards utilizing that service offline. We see halo effects inside the business.*** Buy Now, Pay Later, all of that actually affects churn rate. And if we can keep a consistent top of the funnel, maybe even improve that a little bit, but reduce our churn rate, you'll start to see net new actives actually accelerate going forward. ***And so we remain still quite confident in the 750 million, but that's what the drivers are of that, Darren.***

281. The statements in the prior paragraph were misleading because they (1) touted PayPal's future NNA growth, while omitting related information as described in ¶207(d); and (2) touted supposed increased engagement and demand, while omitting related information as described in ¶207(e).

282. On November 8, 2021, at market close, PayPal reported its financial results for 3Q2021. The same day, the Company hosted a conference call to discuss its quarterly results. On November 9, 2021, the Company hosted a related buyside analyst call, on which, in response to an analyst question on NNAs, CFO Rainey stated:

> guess maybe we can talk about net new adds. I know the outlook now includes 3 million benefit from the NNAs acquisition [from Paidy]. So, it seems like the Q4 NNAs are coming in a little bit lower than you might have otherwise expected. Can you just talk about the drivers of that dynamic?
>
> [Rainey:]
>
> Yeah. Well, this answer is going to be similar to my last one in so far as, as we sit here today, and we go back to the beginning and compare to the beginning of the year. ***Our net new actives are going to do better than what we originally expected on an organic basis***. So, I'm excluding Paidy from that. So, we perform very well there. Again, we've seen strong correlation with shelter in place or locked down and net new active trends on the top of the funnel. And so that's driven some



4927-1323-5496.v1

of the results over the last year and a half. And so, as we were sitting there in the first quarter with an expectation that some of that would persist longer than it actually has, that caused us to increase our guidance around that new actives.

***[Low quality new actives] is not something that we want to chase as a company, and we can certainly go out and spend money on customer acquisition and get very low value net new actives to inflate or pump up that number, but that's not the right economic decision for us longer term**. **And I've got confidence in where we are longer term around net new actives. We consistently put out aggressive numbers. I think this is one that falls into that category, but historically we've done a pretty good job of achieving that performance.*** As we look forward over the next several years, more of that growth is going to come through retention of the bottom of the funnel, where we focus a lot on our churn metrics. And as we have experiences that improve engagement, that will certainly help there. And then international expansion is another one that, I think has a real opportunity for us to increase that number over the next few years.

49. Defendants' statements bolded and italicized above in ¶¶46-48 were materially false and misleading because they failed to disclose, as Defendants later publicly admitted, that in 2021 PayPal had "leaned into incentivized customer acquisition tactics to a much greater extent than we ever had in our history" and was boosting NNAs by incentivizing customers to "be engaged with [PayPal's] platform." PayPal was chasing low engaged customers that "clearly came in for 1 or 2 transactions and [was] trying to incent them to stay with [PayPal] by offering them $5, $10, $20." The result, as Defendants later admitted, was that the Company's accounts were plagued by "hollow net new active[s]" and by pivoting away from these incentive campaigns, over one year "20 million incremental one-and-done customers" would fall out of PayPal's reported NNAs. The customers PayPal was targeting, Defendants would concede, had "lower engagement and a higher propensity to churn" and did "nothing for [PayPal's] revenue growth" because they "would do one transaction and then fall dormant." In addition, the statements, including those about PayPal's 3Q21 and FY 21 NNA results, were materially false and misleading because they failed to disclose that, by no later than October 2021, PayPal had identified that millions of

"accounts that were illegitimately created" in 2021 as a result of the Company's incentive campaigns.

## VI. DISCLOSURE OF THE TRUTH ABOUT PAYPAL'S NNAs

50. After the market closed on February 1, 2022, PayPal reported its financial results for 4Q21 in a press release filed with the SEC on Form 8-K. PayPal had previously given guidance of 15.8 million NNAs in 4Q21 (and 55 million for 2021), but PayPal reported that NNAs only grew by 9.8 million (and 48.9 million for 2021), 3.2 million of which were from PayPal's acquisition of Paidy.

51. That same day, PayPal held its 4Q21 earnings call and Rainey acknowledged that it was now anticipating that PayPal would only add 15 million to 20 million NNAs for all of 2022.

52. Rainey admitted that, contrary to Defendants' previous Class Period statements to investors that the Company was not chasing low value NNAs, PayPal had in fact been using incentive campaigns to boost NNAs, and that they used these campaigns to a much greater extent than they ever had previously. These incentive campaigns had the intended effect of increasing PayPal's reported NNAs, but they attracted minimally engaged users and fraudulent accounts. As a result, two-thirds of PayPal's user base was, at best, minimally engaged. For example, Rainey acknowledged:

> ***Last year, given the strong user growth, we pursued a strategy to retain those customers most likely to churn as well as attract many more new customers. We also leaned into incentivized customer acquisition tactics to a much greater extent than we ever have in our history.***
>
> To assess the effectiveness of these strategies, we look at the impact on customer behavior in the months that follow account creation, in essence, looking at the ROI or return on that investment spend from their expected contribution to TPV, revenue and operating income. ***These programs are very successful in generating account creation. But overall, these customers have lower engagement and a higher propensity to churn and have not matched our required level of return.***

> ***This dynamic compounds over time as it requires increasing investment simply to keep minimally engaged users on our platform***. Similar to a lot of businesses, we have a Pareto dynamic in ours where ***the vast majority of our volume comes from about 1/3 of our customer base***. What this means is that unlike a subscription model where more users equates to more revenue, in our business, that relationship is much more attenuated.

53. Rainey then conceded that Defendants already knew that without continuing to use these incentive campaigns, NNAs would be materially reduced in 2022:

> We strongly believe that we are making the right decisions in redirecting our spend toward high-value customer acquisition and engagement channels. That said, ***over the next 12 months as these less engaged customers naturally roll off, it will materially reduce our quarterly net adds***.

54. Rainey also disclosed that, as a result of PayPal's increased use of incentive campaigns in 2021, the Company had to remove 4.5 million accounts created in 2021 that were illegitimate.

> In the fourth quarter, ***in connection with the increased use of incentive campaigns throughout 2021, we identified 4.5 million accounts that we believe were illegitimately created***.

55. Analysts and investors were shocked by these disclosures that followed so soon after Defendants' false and misleading statements about PayPal's NNAs. In response to the first question asked at the 4Q21 earnings call, Defendants admitted that PayPal had been using incentive campaigns to engage low-engaged customers to do one transaction and then go dormant. Defendants then acknowledged the massive extent to which these incentive campaigns had inflated PayPal's NNAs: as of February 1, 2022, PayPal already estimated that because it was no longer incentivizing low value accounts to do a transaction, 20 million accounts that were added as NNAs in 2021 would roll off in 2022 and, in the interim, those accounts would have no beneficial impact on PayPal's revenue:

[Tien-Tsin Huang JPMorgan Chase & Co.:]

I wanted to drill in on the NNAs again if you don't mind. Just what drove the decision here to focus on engagement, focusing on quality instead of growth in NNA? Just trying to gauge your confidence on expanding ARPU [average revenue per user] as implied in the guidance both this year and I suppose in the midterm, now that the 750 million is off the table.

[Rainey:]

Sure, Tien-Tsin. I'll start, and Dan might want to jump in. Look, I'll start with some context. We're a data-driven business. And if you just look at the last year, we did almost 20 billion transactions on our platform. And each of those transactions has hundreds of signals about that transaction. What was the size of the transaction? Was it – what was the price point? Was it on a mobile device? Was it a repeat customer? Did it happen after a P2P transaction?

And that informs our strategy. And we analyze that. It informs the strategy. We measure the results, and it creates this feedback loop that we then refine and pivot our strategies as well.

And what we've been able to see is that when we assess the strategy around trying to retain these very low engaged users versus attempting to move people up maybe from the medium engaged user to the high engaged user group, the latter is much more effective. It's much more effective for us to focus on engagement. And I think it's important to note, ***we are not a subscription model business where there's a direct relationship between our net new actives and the amount of revenue.***

As I noted in my prepared remarks, there's a Pareto dynamic in our business where ***the vast majority of our volume comes from about 1/3 of our customers. And so we think that we need to pivot*** to evolve with the feedback that we've received and go achieve our medium-term guidance a different way than what we initially had laid out.

* * *

[Schulman:]

Maybe I'll just add a couple of things onto John's response. First of all, we did put on 122 million NNAs over the last 2 years, which is obviously substantially more than what our pre-pandemic levels were. And within that, there are always a number that are low engaged or have done one transaction and nothing else. ***And we drove some programs, incentive-based programs to see if they would reengage and then engage back with the base. And what we found is that they would do one transaction and then fall dormant again. And so our view is spending money on lower-value NNAs that are not engaged in the base becomes an increasingly expensive proposition over time and does nothing for our revenue growth.***

In fact, this year, when we're saying that we're going to do 15 million to 20 million, ***it's probably going to be about 20 million incremental one-and-done customers that roll off. That does nothing to our revenue. That is actually just people coming out of the base that were never engaged.***

* * *

And this shift is one that doesn't mean that we won't bring on tens of millions of NNAs every quarter. ***It just means that we're not going to throw marketing dollars at low-value subscribers coming in. And that, as John mentioned in his remarks, is a conscientious choice that we're making.***

56. The market reacted immediately. On February 2, 2022, as a result of Defendants' disclosures, PayPal's stock lost approximately a quarter of its value in one day, dropping from $175.80 to $132.57 per share, on extremely high trading volume of over 136 million shares.

57. The next day, on February 2, 2022, Rainey was interviewed in a Buyside call by Tien-Tsin Huang, a J.P. Morgan analyst, and engaged in the following exchange regarding PayPal's illegitimate accounts:

[Tien-Tsin Huang, J.P. Morgan:]

Yes. Okay. No, good. Thanks for that. Let's get into the NNAs a little bit. I had a lot of questions about the 5 million [Note: PYPL reported ~4.5 million] illegitimate users. So can you elaborate on what that is, how you identified it? Because it feels like that's the bulk of what drove the difference in NNAs versus your and our expectations.

[Rainey:]

Sure. And you're correct that it is the primary driver of the miss in end Q4. So as context, in any quarter, we're constantly assessing the legitimacy of new accounts that are created. And when I say legitimacy, we don't want to have bad actors coming to our platform that are simply availing themselves of some incentive type offer that we're providing but have no intent to actually be a legitimate customer, transacting going forward. And particularly so when there are these bots that are creating multiple accounts to avail themselves of this.

And so we often, in any quarter, exclude a certain number of accounts that are created because we don't think they are a representation of the true customers that we're adding. We had that again in the fourth quarter, but in addition . . . Well, and ***I should say it was exacerbated in the fourth quarter because of the nature of some of these incentive campaigns that we offered in the quarter. We also***

***looked back and recognised that there were about half of that 4.5 million number that were created in quarters one through three that we excluded also.***

58. Rainey also confirmed that accounts added during the Class Period were low engaged customers, and repeated that, without the incentive campaigns, these accounts were the ones that were expected to roll off in 2022:

[Tien-Tsin Huang, J.P. Morgan:]

I see. I see. No, that's helpful to hear. So I think you've mentioned that the first quarter, you'll see some churn as well with the low engaged customers if you want to call it that. So is that different than what you've experienced versus prior years? I'm just trying to understand what's happening in the first quarter there.

[Rainey:]

Sure. So again, I anticipate you're going to ask about the guidance on net new actives going forward.

[Tien-Tsin Huang, J.P. Morgan:]

Yes.

[Rainey:]

So I'll save a little bit of the question for that. But given the fact that we brought in basically twice as many customers in the last two years as we do on a normal year, ***in the absence of anything done to try to keep them on our platform, like incentive campaigns or other things like that, we're going to expect a higher level of churn, a much higher level of churn than what we've seen in previous years***. And so that is most impactful in the first quarter.

59. Rainey also gave more details about the incentive campaign strategy Defendants used in 2021 to boost NNAs, and how PayPal needed to shift away from low engaged users:

[Rainey:]

Look, we had 120 million customers that came to our platform over the last two years. Tien-Tsin, it's kind of analogous. If you've got a storefront and twice as many customers walk in there one day, you don't want them to just leave. ***And so we've made various attempts to try to incent them to be engaged with our platform.***

> And each one of those efforts requires analysing the impact of that. That doesn't happen just in a day or two. This is over months, to see, okay, is this affecting their engagement with us, their willingness to stay on our platform? ***And so we analyse, we assess this, it informs our strategy, we pivot on our strategy.*** And we've gotten to a point where we recognise that, like any company, you've got a certain amount of money that you allocate to marketing and sales. ***We are better served, as a company, by redirecting that towards higher-value efforts that have a higher ROI [return on investment].***
>
> And it is the right decision for our business. We believe that we can achieve all of the goals that we had by pivoting on this. But it was certainly worth the attempt to try to keep 120 million customers, not that all of them are going to churn, but try to keep that elevated level of customers on our platform. ***But when you look at the cost of acquisition relative to the CLV [customer lifetime value] of some of these customers, we believe that this pivot is appropriate for this business.***

60. Finally, Rainey acknowledged that PayPal's falling stock price was a reaction to their disclosures, and admitted that Defendants had lost credibility with investors:

> [Tien-Tsin Huang, J.P. Morgan:]
>
> Okay, great. So last one, and we'll get you guys out of here. ***Just obviously humbling to see the stock*** and the guidance changes here. What can we expect PayPal to do differently in '22 to win back investor confidence here? I know people are asking, are expectations set low enough to get back to beating and raising, etc.? But curious, bigger picture here, what might you guys do differently?
>
> [Rainey:]
>
> ***Stating the obvious, I am extremely disappointed to be in this situation, seeing the stock price reaction, and I'm sure all of our listeners are disappointed as well. And that doesn't sit well with myself or the rest of the management team.*** I feel like we have done a pretty good job over the last several years of building credibility, getting people to understand our story and the opportunity that we have in front of us.
>
> ***And we've damaged that. There's been some missteps this year.***

61. PayPal's stock price continued to fall on February 3, 2022, dropping another 6% to close at $124.30 per share, on a very high trading volume of approximately 52 million shares.

62. Subsequently, on March 3, 2022, Rainey participated in the Evercore Payments & FinTech Innovators Forum. Rainey was asked by Evercore analyst David Togut if "the market

overreacted to or misunderstood anything about the 4Q print and 2022 outlook?" In response Rainey acknowledged that, in 2021, PayPal had internally focused on quantity versus quality of users, and that turning away from the incentive campaigns would result in more normalized NNA growth:

> I know there's been a fair amount of questions or confusion around the strategy with net new actives. And I want to emphasize that we still see an opportunity to add new users going forward. It's not as if we are pivoting away from growth. It's simply that ***when we consider the best return for our investment dollars, we think that we should focus more on the quality of the users versus the overall quantity. And in 2022, because of that, we're going to see a more elevated level of churn***.

63. Rainey also confirmed that PayPal had the means to authenticate the legitimacy of accounts created in real time:

> [Y]ou can think about authenticating a customer in many ways other than having them login with a password. You can send them a text with a passcode, among other things. And ***in a typical PayPal transaction, we do about 200 risk checks in the milliseconds that follow to authenticate or make sure that's a legitimate customer***.

64. On March 8, 2022, Schulman spoke at the Morgan Stanley Technology, Media, and Telecom Conference. Schulman admitted that PayPal's strategy during the Class Period, contrary to Defendants' prior statements, was to try and get low engaged customers to do one or two transactions by using cash incentives, up to $20 for a transaction. He also acknowledged that the incentive campaigns were constantly monitored:

> We're not pivoting away from net new actives. We're still going to put on this year, 15 million to 20 million because we're letting those that are not active in the base roll off. I'll talk about that in a second. But we'll go back to pre-pandemic levels in terms of adding net new actives. I mean, we'll add 30 million plus a year in the out years. That could be 30 million to 40 million, depending on where we are. There are very few companies that add that many net new actives to a base that's already 425 million going forward. So we're still going to go after net new actives. We're going after – we're being – ***what we're not going to do is throw away money to try and engage somebody in our base that clearly came in for 1 or 2 transactions and us trying to incent them to stay with us by offering them $5, $10, $20 does not meet our ROI criteria***.



4927-1323-5496.v1

And what we learned – and by the way, we've done on 120 million people during the pandemic. Again, a lot of behavioral changes. ***We constantly do test and learn types of promotions out there. What's working? What's not working? What's the ROI on that? What's the ROI versus, for instance, trying to engage a medium-engaged user to become a high-engaged user***? There, we were seeing very high ROI. So we're very different than a subscription business, to your point.

If a low-engaged customer used us 1 time in the year leaves us, that has basically no impact on revenues. It's basically allowing us to shed some costs associated with keeping that customer. But it's no impact on our revenue potential going forward.

And so what we are doing clearly is putting out products that incent more engagement, more average revenue per active account and the digital wallet is beginning to fulfill on that promise. But it's going to be a combination of new actives coming in because the top of the funnel is obviously very strong. ***We're letting nonengaged roll off, not trying to incent them to stay on, which is our decision to go do it***. And I think if anybody was sitting in our seat, they would make the same decision.

***You don't want to incent somebody just to have a hollow net new active on your base that's not adding revenue or bottom line impact***. What you want to do is take your marketing resources and make sure they're engaged in the highest ROI activities. And that combination of bringing on high-value net new actives and we'll still bring on 100 million plus over the next several years and increasing engagement is a tried-and-true methodology that we've had over the past few years, and it's – and I think it's absolutely the right one for us.

65. On April 27, 2022, after the market closed, PayPal held its 1Q22 earnings call hosted by defendants Schulman and Rainey. Schulman began his discussion of PayPal by taking responsibility for PayPal's recent performance, and mentioned how NNAs only grew by 2.4 million in 1Q22 and PayPal now expected only 10 million NNAs. He went on to confirm that the approximately 20 million accounts they had expected to roll off in PayPal's 4Q21 disclosures, were in fact rolling off:

I want to begin my prepared remarks by acknowledging that our shareholders expect more from us than our track record over the past several quarters has delivered. ***And I take full accountability for that***.

* * *

> As I shared last quarter, we are increasing our emphasis on incremental engagement across our existing customer base while continuing to add higher-value accounts. In Q1, ***we added 2.4 million net new active accounts*** in the quarter, bringing our total active base to 429 million.
>
> *   *   *
>
> ***We are now forecasting 10 million net new active accounts for the year.***[13]
>
> *   *   *
>
> [B]y the way, we know, this year, our churn rate will be somewhat higher because we're letting these low engaged consumers churn off the platform because the ROI to keep them isn't worth it.

66. On May 11, 2022, at the MoffettNathanson Payments, Processors, and IT Services Summit, Schulman continued apologizing for the state of PayPal. Schulman also acknowledged that highly engaged customers did not come from incentive campaigns:

> Well, I'd start off by saying we clearly got ahead of ourselves. We looked at early trends during the pandemic as many people did, and we talked to a lot of people about this. And our assumption sets about how they would play out going forward proves to be wrong. And – yes, look, at the end of the day, ***I take full accountability for that.***
>
> *   *   *
>
> And even in years where churn is constant, like – the bottom of the funnel is really the issue in terms of growing our net new actives. The bigger you get the more that matters. Because the top of our funnel is strong and consistent. And the fact that we put on 120 million net new actives over the last couple of years, and ***we're letting some of these low engaged churn off as opposed to spending marketing dollars that really don't have the ROI to keep them on the platform***.
>
> *   *   *
>
> ***Well, the vast majority of our highly engaged customers come to us through product experiences as opposed to direct marketing attempts.***

[13] As reported in PayPal's 4Q22 Investor Update, PayPal only had 8.6 million NNAs for all of 2022.

## VII. ANALYST COVERAGE OF DEFENDANTS' CLASS PERIOD STATEMENTS AND DISCLOSURES

### A. Analyst Reports Confirm that Defendants' False and Misleading Statements During the Class Period Were Material

67. Analyst reports confirm that Defendants' false and misleading statements were material to investors. Analysts republished PayPal's NNA results and forecasts in their reports to investors, focused on the NNA metric, and reported and repeated Defendants' false and misleading talking points.

68. For example, after PayPal's earnings release on February 3, 2021, Barclays' February 4, 2021 report emphasized the importance of NNAs and Defendants' statements regarding new products and new cohorts:

> **No Signs of Slowing Down**
>
> PYPL'S Q4 earnings and forward guidance exceeded high expectations, with the company calling out impressive new user additions and increased engagement driven by recent product launches (BNPL, QR Code, Crypto, etc). We expect the stock to outperform nicely in tomorrow's tape on the back of these results.
>
> * * *
>
> **Engagement expected to remain robust, helped by Crypto, BNPL, and QR code offerings**. The company expects to continue its impressive growth of NNAs with ~50M adds slated for F21, down from ~74M new active users in F20 (but still quite healthy). ***On the call, management highlighted substantial growth from older users, including double-digit growth in value per net new active along with low-teens growth in 90-day engagement metrics compared to traditional cohorts***. Importantly, ***PYPL's impressive customer acquisition metrics are combining with lower churn rates due to increased engagement from new product offerings***, such as crypto along with BNPL capabilities.

69. JMP Securities assessed the main takeaways from PayPal's February 3, 2021 earnings announcement, mirroring Schulman's false and misleading statements:

> ***Surprisingly strong outlook for NNA in 2021 following what had been a record year in 2020***. For the current year, management expects to add another 50M net new active accounts to the platform, notwithstanding a record 2020 that posted nearly twice the amount of new additions compared the prior record year (73M vs.



4927-1323-5496.v1

37M in 2019). ***Management noted on the call that the confidence it has in the figure derives from the fact that: i) churn rate has fallen notably since the pandemic's onset; and ii) incremental growth has been coming from new demographics, highlighting particular strength in the over-50-years-old demographics.***

70. After PayPal's February 11, 2021 Investor Day, William Blair, for example, reported on the purportedly high-quality NNAs and new cohorts that Defendants touted:

> ***New users are also three times more likely to be "highly engaged," using more PayPal services more frequently.***
>
> ***Newer customer cohorts are more engaged, and customer churn has improved. Lifetime revenue of more engaged PayPal customers can increase by a factor of two while more engaged Venmo users can increase by a factor of 10 times.***

71. BTIG's February 16, 2021 report highlighted Defendants' statements concerning the ability of PayPal to achieve sustainable NNA growth as significant:

> ***Management in offering ambitious five-year guidance during PYPL's Investor Day last week sounded highly confident while doing so, and they illustrated the reasons for that confidence*** while outlining a plan aimed at levering the company's 377mm active customers and acceptance by ~29mm merchants into the creation of a "super app."
>
> While PYPL's new financial targets were eye-opening, ***we note that they exclusively reflected management's expectations for organic growth . . . .***
>
> While PYPL has been a clear outperformer during the COVID-19 pandemic as consumers have adopted digital payments at an unprecedented rate, ***the company's Investor Day presentation made clear management's view that its recent strong growth would not only be sustained, but also accelerated.***

72. Following Wolfe Research's discussion with Schulman on March 9, 2021, Wolfe Research put out a report that same day highlighting Defendants' false and misleading statements concerning attracting new NNAs:

> Considering 377mm users on the platform today, ***Dan reiterated that*** every basis point of churn can have significant impact on the overall model. And while ***inbound demand at the top of the funnel continues to be robust,*** Dan believes that PayPal can significantly reduce churn via increased engagement across the ecosystem, accelerated by new product launches.

73. On May 5, 2021, after PayPal announced its 1Q21 results and Defendants made their false and misleading statements in the earnings call, Canaccord Genuity reported on the "top-of-the funnel" NNA metrics that Defendants had discussed:

> **Key points**
> **Top-of-the-funnel metrics accelerated in Q1**. The company reported the best Q1 in its history. Unprecedented demand for digital solutions by both consumers and merchants resulted in net new user adds of 14.5 million, up from 10M organic adds in Q1 of last year.

74. RBC Capital Markets in their May 5, 2021 report raised their guidance to $300 per share and also echoed Defendants discussion of increased NNAs and increased engagement, saying:

> ***Growth in active accounts + increased engagement = durable growth***.

75. William Blair's May 5, 2021 report raised its PayPal stock rating to Outperform based on Defendants' comments touting the supposed strong engagement of new NNAs:

> **Impressive Start to 2021, Highlighted by Strong Customer Engagement**
> On the heels of its investor day (see note), recent momentum in the business continued and management raised 2021 guidance; PayPal remains a clear beneficiary of the accelerated digital transformation and growth of e-commerce. ***Management is focused on expanding functionality of its platform, which should drive user engagement and growth***; we are raising our 2021 estimate and reiterate our Outperform rating.

76. BTIG's May 5, 2021 report also reported on the engagement and NNA trends that Defendants had discussed:

> **WHAT YOU SHOULD KNOW**: After PayPal Holdings (PYPL) during 2020 posted accelerating growth in payment volume, revenues and earnings spurred by the increased adoption of e-commerce and digital wallets amidst the COVID-19 pandemic, ***management continued to assert that consumers' move to online and digital wallet-driven payments resulting from the crisis would persist after its impact had abated***.
>
> ***The upshot is that PYPL's results provided ample evidence that it is not simply a pandemic trade***.

* * *

We believe the company's 1Q21 report should have helped to ease any residual qualms investors may have had regarding its ability to sustain its operating momentum as the economy reopens ***while providing encouraging evidence that its platform has become increasingly intertwined with consumers' daily financial lives***.

* * *

If anything, ***we believe the extent of PYPL's engagement with its customers is understated given its rapid growth in net new active users (NNAs)***, who take some time to ramp up their engagement with the company's offerings. The company in 1Q21 added 14.5mm NNAs, up 21%, to bring its total active accounts to 392mm.

77. On May 5, 2021, BofA Securities also highlighted Defendants' claims about engagement from PayPal's new cohorts:

We are not surprised to see shares trade ~5% higher after hours on 1Q results that significantly exceeded expectations, while PYPL increased 2021 guidance across all key metrics, which was not anticipated. ***Management emphasized that PYPL is seeing sticky consumer behaviors*** with respect to online spending, driving structurally faster growth even in countries that have re-opened. . . . Additionally, the company now expects to add 52M-55M net new users in 2021 (up from ~50M prior) . . . .

78. On May 6, 2021, a JMP Securities report repeated Defendants' comments that growth in NNAs was driven by PayPal's products (as opposed to incentive campaigns) and that NNA growth was paramount:

**Engagement observations**. As noted earlier, ***the list of new initiatives undertaken recently has been very impressive and a driver of the outperformance in net new accounts (NNA)***. These include the launch of the Venmo credit card to all 70M users, further expansion of the BNPL Pay in 4 offering, expanding QR code checkout (now up to one million merchants), and a host of cryptocurrency and digital wallet offerings. . . . While the focus on account growth has been paramount, we see how increasing engagement helped drive an 11% increase in transactions per account and a 24% increase in volume per account Y/Y.

79. Following Schulman's discussions at the June 9, 2021 Global Technology Conference, BofA Securities issued a report on June 10, 2021 discussing Defendants' statements concerning PayPal's NNA growth:

**Net new actives (NNAs) tracking to high end of '21 guide**

> . . . PYPL added two new consumers to the platform every second and a new merchant every five seconds, while continuing to reduce churn within the existing user base. PYPL is on track for about 11M NNAs in 2Q (consistent with management's commentary on the last earnings call that NNAs would be down in 2Q vs. 1Q), and management said full year 2021 NNAs are trending towards the higher end of the 52M-55M guidance range.

80. Following PayPal's 2Q21 earnings call, Berenberg's July 29, 2021 report emphasized that the reported NNA results were an indicator of future revenue:

> Positive trends in the core PayPal thesis: In our view, the key growth drivers in PayPal's investment thesis are: 1) ***the continued growth of its user base, which is an early indicator of future growth and monetisation opportunities*** . . . During PayPal's Q2 results – published yesterday after the US market closed – we have witnessed positive progress on all of the points mentioned above. In Q2, PayPal has added 11m new active accounts and has reiterated that the user base increase for 2021 will be at the high end of its guided 52m-55m range.

81. On November 8, 2021, following PayPal's 3Q21 conference call, Canaccord Genuity reported on the NNA growth purportedly resulting from demand for PayPal's products:

> ***Continued strong demand for digital solutions by both consumers and merchants resulted in net new user adds of 13.3M in Q3, up from 11.4M in Q2.***

82. Morningstar Equity Research's November 8, 2021 report similarly stated:

> ***Net new active accounts for the quarter were 13.3 million, a pickup from the last quarter. We remain impressed by PayPal's ability to keep the increase in active accounts well above prepandemic levels.***

**B. Analyst Reports Following Defendants' Admissions Confirm the Materiality of the False and Misleading Statements During the Class Period**

83. Analyst reports following Defendants' February 2022 admissions also illustrate the importance of NNAs to PayPal's investors and the materiality of Defendants' Class Period statements and called into question Defendants' credibility. For example, JMP Securities' February 2, 2022 report highlighted the disclosure concerning PayPal's pursuit of low value customers and questioned the timing of PayPal's disclosures:

**Better late than never with respect to addressing the issue of low engagement and low ROI users**. ***We are now learning in hindsight that the unsustainably high and record level of new account growth throughout 2020 and 2021 consisted of a lot of "one and done" and low-volume users. In response, the company's muted guidance for just 15M-20M NNAs in 2022 reflects a shift in focus away from promotional campaigns and the pursuit of low-engagement accounts. Management suggests that we should see tens of millions of these accounts churn and fall off this year, while NNA growth should ultimately return to a more normalized ~30M per annum level by the end of next year. Given that about one-third of users account for the bulk of PYPL's revenue, and the inherent operating leverage associated with greater per-user engagement, we cannot fault management for the pivot. However, we also feel as though investors may be struggling with the question of "why now?", and whether management had been chasing too much low-ROI growth in recent years***. Until we see the company deliver on meaningful margin expansion to validate the new strategy, ***our sense is that there is likely a permanent valuation reset*** to a P/E at a discount to what we have seen over the past six to eight quarters.

**What near-term headwinds were cited by the company and do they appear to be transitory?** Management noted that demand decelerated throughout the quarter, and that it really didn't sense the 4Q trajectory until after mid-October. ***Several factors seem to be macro driven and transitory, although the timing remains less than perfectly clear***. The company attributed the slower-than-forecast NNA growth to: 1) more muted e-commerce growth over the holidays; ***2) reduced incentive campaigns in the back-half that target low-volume users; and 3) the elimination of ~4.5M accounts from the NNA count as they were identified as illegitimate (primarily one and done accounts set up throughout the year to take advantage of incentive campaigns which PYPL admits it leaned too heavily into during 2021). The issues related to incentives are captured by the marketing pivot going forward.***

84. Truist Securities' February 1, 2022 report cut their target from $200 to $130 and cast doubt on the veracity of Defendants' statements:

**Eye-popping contrast**. ***We are skeptical*** re: PayPal's assertion that macro pressure is hurting C22 TPV and organic rev growth. This would contrast w/Visa (V, Buy) and Mastercard's (MA, Buy) recent bullish macro commentary. ***We are also surprised by management's comments that a "vast majority of TPV is generated by ~1/3 of users." This is new info, highlighting how narrow PayPal's eCommerce ubiquity is***. Management is accordingly reducing new customer marketing, in what we view as a challenging effort to boost engagement and add users who monetize.

85. BTIG's February 1, 2022 report downgraded PayPal and focused on the admissions regarding PayPal's use of incentive schemes in 2021 to boost reported NNAs and the impact of removing 20 million NNAs from PayPals' reporting:

> **WHAT YOU SHOULD KNOW**: We are downgrading our recommendation on PayPal Holdings (PYPL) to Neutral (from Buy) and removing our price target of $270 after the company today after the market close posted a 4Q21 report that included FY22 financial guidance that fell well short of our expectations and those of the Street. A particularly noteworthy part of management's guidance was its expectation ***that PYPL during FY22 would generate net new active users (NNAs) in a range of 15mm to 20mm, which would be down from 48.9mm in FY21*** and well below expectations of a year-over-year increase in that metric rather than a steep decline.
>
> * * *
>
> ***One new area of uncertainty around PYPL's story stems from management's disclosure during today's conference call of a significant shift in the company's approach to customer acquisition and engagement***.
>
> * * *
>
> ***PYPL's new strategy of focusing on ramping up the engagement of users with more potential for revenue generation rather than directing marketing spend toward boosting NNAs likely would have the effect of having a portion of its lower-yielding users leave the platform, management said. They added that they had disqualified ~4.5mm users who they deemed to be "illegitimate" inasmuch as their sole purpose to engage with the platform had been to take advantage of incentive programs.***

86. Barclays' February 1, 2022 report stated that the revelation that PayPal had to change strategy was material to investors and they expected the market to react negatively to PayPal's disclosures:

> ***Tonight's disappointing report and change of strategy around NNAs caught investors by surprise, with the stock now even more of a "show me" than before. We expect shares to significantly underperform tomorrow as investors digest meaningful changes to the growth algorithm***.
>
> **The key takeaway**: Although sentiment was already weak heading into the quarter, we expect PYPL shares to meaningfully underperform in tomorrow's tape after a thesis-changing earnings report. ***The company dramatically lowered net new active (NNA) expectations as it pivots its strategy by pulling back on***

> ***incentive-driven, high-churn customer acquisition*** and focusing instead on gaining and cultivating higher-quality users.

87. William Blair's February 1, 2022 report highlighted that PayPal's shift in strategy contradicted its prior statements to the market, and now tens of millions of customers would roll off PayPal's platform:

> [M]anagement pulled its prior target of reaching 750 million active customers by 2025 as it pivots to focus on revenue per user (RPU) as opposed to total users. We look forward to improved metrics to track the RPU, ***but management has previously suggested that increasing user engagement remains one of the largest opportunities at PayPal***. While recent results have been uncharacteristically soft, 2022 will be back-half loaded, and ***the strategy to focus investment dollars on the highest-quality customers and to pivot away from total new users was unexpected.***

* * *

> Management pulled its prior goal of 15% annual user growth to 750 million by 2025, and ***anticipates tens of millions of users to churn in 2022. Management indicated that it is reducing incentive-driven campaigns that it feels drives lower returns.***

88. Morningstar's February 1, 2022 report summarized the negative disclosures about NNAs as a surprise to the market and how the expectation of future NNAs being cut to only 15-20 million showed that without the incentives PayPal's rate of growth was worse than pre-pandemic levels:

> ***The biggest negative surprise in the quarter was net new active accounts,*** which were up 9.8 million sequentially, including 3.2 million added through the acquisition of Paidy. This was well below expectations. In part, this appears to be driven by management disqualifying 4.5 million accounts following an internal review. ***However, management also noted that the company expects to add only 15-20 million accounts in 2022. This suggests a rate of account growth not only below the level seen during the pandemic, but also below prepandemic levels. Management noted that incentive programs to add accounts have been proven to have relatively poor economics, as accounts acquired through incentives tended to churn quickly***. As a result, management is pivoting investment to focus on engagement of existing accounts.

89. Raymond James' February 2, 2022 report downgraded PayPal to "Market Perform," pulling its price target of $229 completely and the analyst stated he would drop coverage

until "investors gain confidence the 2022 guide is overly conservative." The report questioned the credibility of Defendants by saying that the NNA disclosures raised eyebrows and PayPal was now a "show me story":

> Downgrade to Market Perform; Stepping to the Sidelines Following Lackluster Outlook
>
> * * *
>
> ***Net new actives raises eyebrows; strategic shift in focus. In addition to financial guidance, mgmt expects to add only 15-20 million net new actives (NNA) in FY22 and has removed its medium term target to reach 750 million NNA*** as it eyes a new strategy to drive engagement and APRU within its current user base. ***Consider, ~1/3 of Paypal's user base accounts for a vast majority of its volume and maintaining lower value accounts through incentives can limit overall ROI on the user base***. . . .
>
> **Moving to the sidelines**. Simply put, we believe the stock is likely range-bound in the near to medium term . . . ***PYPL is a "show-me" story***.

90. Jefferies' February 2, 2022 report lowered the investment bank's price target from $200 to $145. Jefferies called the NNA miss startling and highlighted the link between reduced NNA expectation in 2022 and the disclosures about PayPal's reliance on incentive schemes in 2021:

> **4Q Wrap: Long Road to Redemption as Strategy Pivots Away From User Growth**
>
> **Key Takeaway**
>
> ***The call shed more light on the startlingly low Net New Active Acct. guide for FY22 as mgmt. has pivoted towards driving more engagement from high-value custys, & pulled the target of 750mn actives by FY25***. We view the after-hrs reaction (-18%) as justified with our revised FY23 EPS implying ~14% cut to Street ests, & our belief that a mid-20's P/E is the right multiple (modest discount to V/MA) until we have more conf. in the medterm growth profile.
>
> * * *
>
> ***Net New Actives the biggest neg. surprise; guide for 15-20mn NNAs in FY22 (Street +53mn) the result of pivot towards increasing engagement vs. growing the user base***

283. The statements in the prior paragraph were misleading because they touted PayPal's future NNA growth, while omitting related information as described in ¶207(d). These statements were particularly misleading given the explicit reference to "organic" NNA doing better than previously expected, and the assurance that PayPal was "certainly" not going out and spending money on "low value net new actives to inflate or pump up that number."

284. On November 9, 2021, after the market closed, Defendants filed PayPal's Form 10-Q for 3Q2021, which stated:

> Three months ended September 30, 2021 and 2020
>
> ***Net revenues increased $723 million, or 13%, in the three months ended September 30, 2021 compared to the same period of the prior year*** . ***4Q NNAs of 9.8mn came in light of 14.3mn Street as eComm was more muted than exp., 4.5mn illegitimate accts. were dropped from the user base, and PYPL began to pivot away from an incentive-based user acq. strategy mid-4Q. With ~1/3 of active accts. driving the majority of TPV, mgmt. is shifting focus towards driving higher engagement among their high-value NNAs***. FY22 NNA growth will be hit by elevated churn as a result (particularly in 1H), but mgmt. expects to revert to pre-COVID growth of ~35mn NNA/yr in '23.

91. In its February 2, 2022 report, J.P. Morgan also lowered its price target and highlighted the disclosures regarding NNA growth:

> **4Q Recap – Outlook Worse Than Feared; '22 Reset Marks Paradigm Shift to User Quality Over Quantity**
>
> We were bracing for an underwhelming outlook, and what management communicated was broadly disappointing, but probably necessary to reset expectations in order to get back to beating and raising expectations. 4Q revenue and EPS was in-line with guidance on softer TPV exiting the year, informing FY22 revenue growth forecast of 15-17% to be below the preliminary 18% target. Lowered outlook implies a much higher view on ARPU, as ***PayPal is making a surprise pivot to focus on quality versus quantity of users. The pivot, coming just a year after setting an ambitious target of 750M users by 2025 (now withdrawn, but rev/EPS unchanged), raises TAM and competitive concerns, but we prefer the new alignment of investments with driving engagement over one-and-done users***. We're cutting estimates and PT but still see PayPal emerging from this air pocket with growth approaching 20% exiting FY22; our $190 PT implies a FCF yield of 2.7%.

92. J.P. Morgan analyst Tien-Tsin's February 3, 2022 report, after the February 2, 2022 Buy-Side Call discussion with Rainey, noted the admission that PayPal had been chasing one-and-done users to boost NNAs:

> 4Q21 Earnings Buy-Side Call Takeaways
>
> Earlier today, we hosted a call with PYPL's CFO, John Rainey, SVP Corp Finance & IR, Gabrielle Rabinovitch, and SVP Finance & Analytics, Erica Gessert. ***Management sounded contrite after revealing weaker-than-expected '22 guidance and a surprise pivot to focus on quality / ARPU vs. user growth*. . . .**
>
> driven ***primarily by growth in total payment volume ("TPV", as defined below under "Net Revenues") of 26%.***
> ARPU-driven
>
> ***
>
> Nine months ended September 30, 2021 and 2020
>
> Net revenues increased $3.1 billion, or 20%, in the nine months ended September 30, 2021 compared to the same period of the prior year ***driven primarily by growth in TPV of 38%.***
>
> ***
>
> ***We had 416 million active accounts as of September 30, 2021 compared to 361 million as of September 30, 2020, an increase of 15%.*** Number of payment transactions were 4.9 billion for the three months ended September 30, 2021 compared to 4.0 billion in the three months ended September 30, 2020, an increase of 22%. Number of payment transactions were 14.0 billion for the nine months ended September 30, 2021 compared to 11.0 billion in the nine months ended September 30, 2020, an increase of 27%. TPV was $310 billion for the three months ended September 30, 2021 compared to $247 billion in the three months ended September 30, 2020, ***an*** increase of 26%. TPV was $906 billion for the nine months ended September 30, 2021 compared to $659 billion in the nine months ended September 30, 2020, an increase of 38%.
> Strategy. ***Following years of chasing user growth, PYPL is pivoting towards an***
>
> Transaction revenues grew more slowly than TPV and number of payment transactions for the three and nine months ended September 30, 2021 compared to the same periods in the prior year due primarily to a decline in eBay's marketplace platform TPV with higher rates, a higher portion of TPV generated by platform partners, large merchants, and other marketplaces who generally pay lower rates with higher transaction volumes, and an unfavorable impact from hedging.

Changes in prices charged to our customers did not significantly impact transaction revenue growth for the three and nine months ended September 30, 2021.

285. The statements in the prior paragraph were misleading because they (1) touted PayPal's NNA growth — including by counting at least 4.5 million illegitimate accounts in the reported NNA results — and future NNA growth, while omitting related information as described in ¶207(b)-(d); and (2) touted PayPal's TPV figures while omitting related information as described in ¶207(a).

**14. CNBC's *Mad Money with Jim Cramer* – November 30, 2021**

286. On November 30, 2021, after the market closed, Defendant Schulman participated in an interview on *Mad Money with Jim Cramer*. During that interview, in response to a question about PayPal's ***goal of*** 750 million users by 2025, CEO Schulman stated:

10. ***engagement strategy, with a goal of***

> So this year what we told the market is we do about 55 million net new actives and ***we're on track to do 55 million net new actives.*** Um, I would say the way to think about this, Jim, is there are two ways of thinking about net new actives. One is the top of the funnel. How many new are you getting? ***And then there's the bottom of the funnel because today we're over 416 million people on the platform today. We'll wind up the year north of 430 million, uh, on the platform.*** So the key to stopping people from leaving the platform is engagement, right? And engagement has to do with expanding our value proposition into new applications. Like for instance, buy now, pay later, which we should talk about later because that's been one of the stars actually of the holiday season for us.

287. The statements in the prior paragraph were misleading because they (1) touted PayPal's NNA growth — including by continuing to count at least 4.5 million illegitimate accounts in the reported NNA results — and future NNA growth, while omitting related information as described in ¶207(b)-(d). In particular, by touting 416 million NNAs in the quarter ***and*** 430 million NNAs for the year, PayPal was continuing to affirm its 3Q2021 results as accurate, despite the fact that those results included 4.5 million illegitimate NNAs, which should

not have counted toward the 416 million and 430 million NNAs CEO Schulman was touting in this statement. *See* ¶207(c).

11. ***cultivating a highly engaged and***

**15. Goldman Sachs Conference – December 7, 2021**

288. On December 7, 2021, during trading hours, Defendant Schulman presented on a Goldman Sachs conference call. During that call, in response to an analyst question about what accelerates the growth of PayPal's platform, CEO Schulman stated:

> ***We're actually putting on 110 million net new actives in 7 quarters, so January 2020 to end of last quarter.*** And if you look at other metrics, I think it took us 20 years to get to $600 billion of TPV going through the platform. So here we are 2 years later, and I think we'll do somewhere around $1.25 trillion through the platform, so doubled in 2 years.
>
> ***
>
> ***Like today, probably not many people realize this, when you do a transaction on PayPal, we look obviously at your user name and your password. But that's kind of Jacks-or-Better to sort of like open sort things. We look at 200-plus different indicators to decide instantaneously is it you or not.*** We don't need user name and password. Eventually, that will probably go away to take a lot of friction out of the system, and we'll use all the different data points we have to create a frictionless checkout experience. Right now, our checkout, as best we can tell, is about 34% more efficient ***than*** anyone else's checkout.
>
> ***loyal user base (with high ARPU), rather than***

289. The statements in the prior paragraph were misleading because they touted PayPal's NNA growth — including by continuing to count at least 4.5 million illegitimate accounts in the reported NNA results — and future NNA growth, while omitting related information as described in ¶207(b)-(d). In particular, by touting 110 million NNAs for the seven (7) quarters proceeding this statement, Defendants were continuing to affirm PayPal's 3Q2021 results as accurate, despite the fact that those results included 4.5 million illegitimate NNAs, which should not have counted toward the 110 million NNAs CEO Schulman was touting in this statement. *See* ¶207(c).

### ii. Actionable Omissions in Violation of Disclosure Obligations

290. In addition to barring false or misleading statements, the securities laws also require certain SEC filings to affirmatively provide certain information to investors. As relevant here, there were two such affirmative duties to disclose that Defendants violated throughout the Class Period.

291. Throughout the Class Period, PayPal issued Quarterly and Annual Reports with the SEC. PayPal issued such reports on or about (1) February 5, 2021 (2020 10-K); (2) May 5, 2021 (1Q2021 10-Q); (3) July 28, 2021 (2Q2021 10-Q) and (4) November 8, 2021 (3Q2021 10-Q), and each report and/or each of their accompanying Sarbanes Oxley certifications were signed by Defendants Schulman and Rainey. Defendants had a duty to include in those reports — under Item 7 of Form 10-K and Item 2 of Form 10-Q — the information called for under Regulation S-K [17 C.F.R. §229.303], Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A").

#### 1. Defendants Violated Duties Pursuant to Item 303

292. Among other things, Item 303 of Regulation S-K requires that the MD&A section of the Forms 10-K and 10-Q filed by PayPal disclose known events or uncertainties that had, or were reasonably likely to have had, a material impact on its revenues or income from continuing operations. The SEC has issued interpretative guidance associated with the requirements of Item 303 of Regulation S-K concerning the disclosure of material events or uncertainties. The interpretative guidance states, in pertinent part, as follows:

> *A disclosure duty exists where a trend, demand, commitment, event or uncertainty is both presently known to management and reasonably likely to have material effects on the registrant's financial condition or results of operation.*
>
> * * *
>
> *Events that have already occurred or are anticipated often give rise to known uncertainties. For example, a registrant may know that a material government*

> *contract is about to expire. The registrant may be uncertain as to whether the contract will be renewed, but nevertheless would be able to assess facts relating to whether it will be renewed. More particularly, the registrant may know that a competitor has found a way to provide the same service or product at a price less than that charged by the registrant, or may have been advised by the government that the contract may not be renewed. The registrant also would have factual information relevant to the financial impact of non-renewal upon the registrant. In situations such as these, a registrant would have identified a known uncertainty reasonably likely to have material future effects on its financial condition or results of operations, and disclosure would be required.*

293. The MD&A disclosures in PayPal's Forms 10-K and 10-Q filed with the SEC during the Class Period were materially false or misleading because Defendants failed to disclose material uncertainties and trends detailed herein. These undisclosed material uncertainties and events, which were then known to management, were reasonably likely to, and did, have a material effect on the Company's future operating results. Specifically:

(a) Throughout the Class Period, PayPal was generating a large number of "minimally engaged" users that were unlikely to contribute to future TPV, future revenue, or future profit;

(b) Throughout the Class Period, PayPal's TPV concentration was growing increasingly concentrated, such that by the release of the 4Q2021 results only "one third" of users were contributing the "vast majority" of TPV; and

(c) Throughout the Class Period, PayPal was subject to ongoing efforts by bad actors to take advantage of its promotional offerings for personal profit and as a result PayPal was accumulating a significant quantity of "illegitimate" accounts on its system while wasting promotional dollars on acquiring "illegitimate" accounts.

**2. Defendants Violated Duties Pursuant to Item 105**

294. Among other things, Item 105 of Regulation S-K requires that the MD&A section of the Forms 10-K and 10-Q filed by PayPal disclose "the material factors that make an investment in the registrant or offering speculative or risky." 17 C.F.R. §229.105. The MD&A

~~disclosures in PayPal's Forms 10-K and 10-Q filed with the SEC during the Class Period were materially false or misleading because Defendants failed to disclose material factors that made investment in PayPal risky, including that:~~

~~(a) Throughout the Class Period, PayPal was subject to and would likely continue to be subject to efforts by bad actors to take advantage of its promotional offerings for personal profit and as a result PayPal was accumulating a significant quantity of "illegitimate" accounts on its system while wasting promotional dollars on acquiring "illegitimate" accounts;~~

~~(b) Throughout the Class Period, PayPal was generating a large number of "minimally engaged" users, which posed a substantial risk that the touted NNA growth would not translate to increases in TPV, future revenue, or future profit; and~~

~~Throughout the Class Period, PayPal's TPV concentration was growing increasingly concentrated, such that by the release of the 4Q2021 results only "***one* third" of *users*** were contributing the "vast majority" of TPV, which posed a substantial risk that touted NNA growth would not translate to increases in TPV, future revenue, or future profit.~~

***adding one-and-done users.***

~~295. The risks and trends that were disclosed in PayPal's 10-Ks and 10-Qs either did not disclose these trends and risks, or to the extent they could be interpreted as relevant to these issues, disclosed possible future events while omitting to disclose that the risks and trends had already materialized.~~

~~**b.** Defendants Acted With Scienter~~

## VIII. DEFENDANTS ACTED WITH SCIENTER

~~22. At all relevant times, Defendants acted with scienter. Numerous facts support that Defendants either had actual knowledge of the truthful facts that they omitted to disclose and which contradicted their false or misleading statements, or acted with reckless disregard for the truth or~~

falsity of those statements and omissions. PayPal has the scienter of its management-level employees, including each of the Individual Defendants.

93. At all relevant times, Defendants acted with scienter. The allegations herein support that Defendants knew or recklessly disregarded that their Class Period statements were materially false or misleading to investors. Specifically, Defendants' own statements and admissions concede knowledge of facts or access to information contradicting their public statements. Defendants were also responsible for the approval and oversight of the incentive campaigns that they later admitted were used to a far greater extent in 2021 than previously, and were generating low engaged customers and leading to millions of illegitimate accounts. In addition, the Individual Defendants' stock sales and compensation structure created the motive and opportunity for them to commit fraud.

94. This strong inference of scienter is not only alleged against each Defendant, but is also alleged against PayPal under the core operations doctrine because the generation, growth, and engagement of NNAs and PayPal's strategy and communication to investors concerning NNAs were core matters of central importance to the Company.

**A. Defendants' Own Admissions Raise a Strong Inference of Their Scienter**

95. Defendants' own statements after the Class Period show that they knew or were reckless in not knowing that, contrary to their public statements during the Class Period, PayPal was boosting NNAs through incentive schemes in an effort to show account growth. Defendants led investors to believe that PayPal was maintaining its Covid-era growth rates and organically expanding its user base with highly engaged accounts. But when Defendants were making these statements they knew, or were reckless in not knowing, that PayPal was (as later admitted) actually "lean[ing] into incentivized customer acquisition tactics to a much greater extent than we ever

have in our history" and, as a result, the customers being added to PayPal's user base had "lower engagement and a higher propensity to churn."

96. Throughout the Class Period, Defendants emphasized to investors that PayPal's reported NNA metrics were not the result of chasing low-quality customers. But Defendants' strategy in 2021 was exactly that – targeting low-value customers to do one transaction so that they could be counted and reported as an NNA. Defendant Rainey, for example, stated in May 2021 that PayPal was rigorously reviewing the value of the customer over the life of the account "rather than chasing a low-value, net new active that pumps up numbers and the optics." Later he again made similar denials. Schulman claimed that PayPal's "marketing programs are really beginning to deliver excellent results," and PayPal was getting a return on its investment and "bring[ing] in high-quality net new actives." These statements implied that Defendants knew about the incentive programs and the NNAs they were creating. To the extent Defendants had no such knowledge, the statements were, at a minimum, recklessly made.

97. After the Class Period, Defendants had to admit that in fact throughout the Class Period they actively "pursued a strategy" and made "a choice" to target "customers mostly likely to churn." Defendants' actual strategy was the opposite of their public statements, as they pursued a strategy that "requires increasing investment simply to keep minimally engaged users on our platform" – admitting that this tactic was literally "throw[ing] marketing dollars at low-value subscribers coming in." Schulman admitted that PayPal was no longer going to "throw away money to try and engage somebody in our base that clearly came in for 1 or 2 transactions and us trying to incent them to stay with us by offering them $5, $10, $20 does not meet our ROI criteria." At no time did Defendants say that they were not aware of the incentive programs or the low engaged NNAs they were generating.

98. Indeed, throughout the Class Period, Defendants claimed that the new NNAs were "our most engaged cohorts that we've ever seen" or "performing better than cohorts that we previously had historically." Auerbach stated that the "new cohorts are using PayPal more than the old cohorts did" claiming it was "a remarkable accomplishment." On multiple occasions during the Class Period, Defendants touted that PayPal's engagement metrics were up, "double-digit increases in value for net new actives." Defendants claimed that "we are seeing engagement levels increase dramatically throughout our base" or that "inside the base, our engagement levels are going up substantially." But these Class Period statements lie in stark contradiction with Defendants' admissions at the end of the Class Period. Defendants admitted that the incentivized customer acquisition tactics that they used to a greater extent than PayPal had ever used in its history drove account creation but the customers that had "lower engagement and a higher propensity to churn." The customers PayPal was actually targeting actually did "not match[] our required level of return." In describing the customers that would no longer be incentivized by PayPal to do one transaction to be included in NNAs, Schulman admitted that approximately 20 million of the new NNAs did "nothing for our revenue growth" and "were never engaged," and that another 4.5 million NNAs reported in 2021 were illegitimate.

### B. Defendants' Admissions of Relying on Information that Contradicts Their Public Statements Raises a Strong Inference of Scienter

99. Defendants' claimed knowledge of facts and access to information contradicting their public statements is indicative of scienter. Defendants publicly reported NNAs and discussed them in detail at every conference call. Defendants also not only monitored engagement (*i.e.*, the number of transactions a customer would complete), Defendants also discussed that they were monitoring 90-day engagement rates, 10- and 90-day adoption rates, engagement curves, and their Investment Updates reported ***daily*** active accounts. Thus, Defendants told investors that they were

actively monitoring the information that would have showed low engaged customers and illegitimate accounts being created because of their intentional use of incentive campaigns. Indeed, as they later admitted, under Defendants' direction, PayPal was using this information to target low engaged customers for the purpose of boosting reported NNA results.

100. Defendants' statements concerning their analysis of customer segmentation also illustrates that they had facts and access to information contradicting their Class Period statements. For example, on February 11, 2021, during PayPal's Investor Day, Rainey discussed the customer segmentation model that PayPal uses saying, "as a company, we've got robust analytics to segment and understand our customers. And we bucket them in low, medium and high engagement." The next day, on February 12, 2021, at the Buyside analyst call hosted by BofA Securities, Rainey gave additional details about PayPal's "RFM" customer segmentation model:

> We have a pretty standard customer segmentation, RFM customer segmentation model that focuses on recency, frequency and monetary,[14] but we complement that with two other metrics that we think are relevant to our customer base that include both a merchant breadth as well as consistency and we stratify that in Quintiles.

101. At the end of the Class Period, Defendants acknowledged that this same customer segmentation was used to determine that PayPal needed to pivot away from incentivizing low engaged customers to do an additional transaction and instead focus on "the medium engaged user to the high engaged user group."

102. And throughout the Class Period, Defendants continued to reference these segments, such as measuring the "high-quality net new actives" PayPal was adding or the "Low quality new actives" PayPal was not chasing. Thus, all throughout the Class Period, Defendants

[14] An RFM model measures: Recency: How recently a customer has made a transaction; Frequency: How often a customer makes a transaction; and, Monetary value: How much money a customer spends on a transaction.

were analyzing the same customer segmentation that they later claimed, after the Class Period, informed their decision to move away from chasing low value customers.

103. Further, in statements to investors PayPal stated that the Company collects and stores hundreds of data points that are used in models to analyze their customer base. These data points, which Defendants had throughout the Class Period, were used by Defendants to monitor the incentive campaigns. For example, at PayPal's Investor Day, on February 11, 2021, VP and Head of Payments, Product & Engineering Jim Magats explained that "we're able to run hundreds of models using thousands of different data variables to score a transaction, to maximize the amount of good users that are using our systems and eradicate bad users from our platform." On March 4, 2021, Rainey echoed this by saying at the Evercore Payments and Fintech Innovators Forum that "the number of checks that we run on any given transaction goes into the hundreds." Then on February 1, 2022, Rainey acknowledged that PayPal is a "data-driven business" that collects hundreds of data points on billions of transactions and that these data points are analyzed after "each one of" the incentive campaigns, which then informs PayPal's strategy. Rainey further disclosed that PayPal is "constantly assessing the legitimacy of new accounts that are created" and in particular accounts created by bot farms.

104. In addition, in each of PayPal's quarterly Form 10-Q and annual Form 10-K filings to the SEC in 2020 and 2021, defendants Schulman and Rainey both certified, in accordance with §302 of the Sarbanes-Oxley Act of 2002, that they had put in place "disclosure controls and procedures. . . to ensure that material information relating to [PayPal], including its consolidated subsidiaries, is made known to us by others within those entities." For example, one such procedure disclosed in PayPal's annual Form 10-K for 2021, filed with the SEC on February 3,

2022 and signed by Schulman and Rainey, confirmed that they would not update fraudulent accounts reported in prior periods, saying:

> [W]e continuously apply models, processes and practices designed to detect and prevent fraudulent account creation on our platforms, and work to improve and enhance those capabilities. When we detect a significant volume of illegitimate activity, we generally remove the activity identified from our key metrics. Although such adjustments may impact key metrics reported in prior periods, we generally do not update previously reported key metrics to reflect these subsequent adjustments unless the retrospective impact of process improvements or enhancements is determined by management to be material.

105. Thus, Defendants have acknowledged that they had and monitored the data showing that, among other things, the incentive campaigns were attracting low engaged and illegitimate accounts.

### C. Confidential Witness Accounts Confirm Defendants' Knowledge and Access to Information that Rendered Their Public Statements Misleading

106. Former employees at PayPal confirm that during the Class Period each Defendant was personally engaged in the incentive campaigns to boost reported NNAs.[15] Accounts of former PayPal employees document that from the beginning of the Class Period the Individual Defendants were the ones who had to approve the cash incentive schemes that were used generate NNAs. Since they had to approve them, not only were Defendants aware of the promotions, but they were specifically warned that the promotions would generate fraudulent and low engaged users. Further, as of October 2021, prior to their false and misleading statements in 4Q21, Defendants knew, or recklessly disregarded, that their incentive programs were creating millions of fraudulent accounts.

[15] Individuals referenced herein as "CWs" or "Confidential Witnesses" refer to former PayPal employees interviewed as part of Co-Lead Counsel's investigation of Plaintiffs' claims. In order to protect their identities, the CWs are referred to with male pronouns regardless of their gender.

### 1. Confidential Witness No. 1's Statements

107. CW-1 was a Senior Director of Product at PayPal from before the start of 2021 until at least three months after the Class Period. CW-1 was three reporting levels below the Senior Leadership Team ("SLT"), which included Defendants Schulman, Rainey, and Auerbach, and was a member of the "NNA Rally" team that reported to the SLT.

108. CW-1 explained that there was a "huge urgency" placed on NNAs by Schulman, and that there was a push coming from the top down throughout the Company to increase NNAs. CW-1 believed that Schulman wanted to report high NNA numbers to tell a growth story for PayPal and CW-1 stated that Schulman wanted to position the Company as a "Super App" which required a large user and consumer base.

109. CW-1 explained that the numbers for NNA targets came from Schulman through Auerbach's, Coons', and Lamb's teams. He explained that there were "extreme demands" coming down "like a hammer" from the top. CW-1 further stated that Schulman had set aggressive goals for growing NNAs, which were referred to as the "go-get numbers," meaning the numbers that the organization had to achieve. CW-1 explained that the go-get numbers were "top-down," driven by what Schulman wanted to achieve, and were not strictly based on any bottom-up analysis of NNA trends. CW-1 added, "Dan [Schulman] had a number and they had to hit their numbers."

110. In early 2021, as a result of Schulman's focus on the NNA figure, a special NNA Rally team was created that consisted of leaders across PayPal's branded businesses and reported to senior executives, including Auerbach. CW-1 was a member of PayPal's NNA Rally team and participated in weekly calls focused on PayPal's performance around generating NNA throughout 2021. The purpose of the team was to grow NNAs by asserting pressure on internal teams and removing roadblocks within the Company. CW-1 stated that the assembly of this sort of team was

unusual for PayPal, but was undertaken given the "tremendous" leadership demand for growing NNAs.

111. CW-1 stated that the NNA metrics used by the NNA Rally team were updated weekly, with about a three-day lag as the numbers were analyzed by PayPal's data scientists. CW-1 explained that the NNA Rally team produced weekly or bi-weekly reports that were inputted into PowerPoint slides and decks concerning NNA growth.

112. As a member of the NNA Rally team, CW-1 recalled discussions at the NNA Rally meetings regarding the use of incentive programs to drive NNAs and confirmed that increasing the marketing spend for these incentives was discussed at the NNA Rally meetings. CW-1 stated that the incentive programs were launched or ramped up in early 2021, driven by the Performance Marketing, P2P, and Venmo Teams. CW-1 also recalled lots of fraud issues with the referral programs (where PayPal users received money for getting another account signed up as a member), and many fraudulent accounts came from overseas "click farms."

113. CW-1 recalled a lot of stress at the NNA Rally meetings throughout 3Q21. CW-1 explained that the NNA Rally meetings became increasingly tense throughout 4Q21. Specifically, CW-1 stated that in November Auerbach asked the most senior or "inside" people at the meeting, to stay on the call afterwards to discuss earnings and NNA metrics for presentation to the Company's senior leadership. CW-1 described the follow-up call – which he was not part of – as a confidential meeting to prepare materials for the presentation to the SLT and the upcoming earnings call.

114. CW-1 explained that there was an at least monthly SLT meeting, where the NNA numbers would have been discussed. CW-1 advised that the NNA Rally team forwarded information to the SLT and financials were reported up monthly. CW-1 stated that PayPal's senior

executives would have had visibility into NNAs and fraudulent account issues. He confirmed that the SLT had access to the PowerPoint materials from the NNA Rally meetings.

### 2. Confidential Witness No. 2's Statements

115. CW-2 was formerly employed by PayPal from before 2018 through the end of the Class Period. Throughout 2021, CW-2 was a Director in the finance organization at PayPal and had held various other positions at PayPal over the many years of his tenure. In his final two roles at PayPal, CW-2 was two-to-three reporting levels below Rainey.

116. CW-2 stated that in 2021 PayPal had a "big push" to pursue "paid acquisitions" of new accounts, meaning NNAs that were brought in through an incentive program, such as the $10 credit given to new accounts, in contrast to organically developed accounts. According to CW-2, the Company's management was aware that it could not make its projected NNA numbers without the paid incentive marketing programs, even though management knew that these incentives could also potentially create issues such as low-quality accounts (that is, accounts that engage in few transactions) and other problems. CW-2 explained that he had raised concerns regarding the high churn rate of "paid" NNAs, in contrast to organically developed accounts, with several more senior PayPal employees, including Doug Bland, who was the Head of Consumer at PayPal.

117. CW-2 recalled the disclosure in 4Q21 restating NNA numbers for the year to correct for approximately 4.5 million illegitimate accounts created by bots. He explained that PayPal used risk analysis and data science to analyze whether accounts were legitimate and that this analysis looked at factors such as biometrics, time and place where the apps were used, transaction history, and other data points. He confirmed that this sort of analysis showed that "bot farms" and/or widespread promotional account creation were setting up illegitimate accounts to make use of the Company's incentive program.

### 3. Confidential Witness No. 3's Statements

118. CW-3 worked for PayPal between February 2016 and May 2022, most recently within the Seller Fraud Operations Department. CW-3 worked out of the Chandler, Arizona office. CW-3 advised that the Seller Fraud Operations Department fell under the Seller Risk Services Department, which included about 30 people.

119. CW-3 explained that he was responsible for looking at accounts that were already flagged for potential fraud. Specifically, CW-3 reviewed accounts based on a database query, using SQL that pulled in accounts that (a) had "non-ordinary emails," meaning emails that had a suspicious name and were not from a major email provider like Gmail; (b) had received at least three promotion credits; and (c) did not have other activity.[16] CW-3 explained that the SQL analysis he performed in August 2021 was examining NNAs from May-July 2021.

120. CW-3 explained that he conducted "penetration testing" to determine that the accounts his database query were pulling were fraudulent. He explained that this penetration testing involved reviewing a sample of the accounts, and that this review confirmed that his query was working correctly and only identifying fake accounts. He explained that his penetration testing needed to show the query was accurate at hundredths of a percent, or better, because bulk tagging accounts as fraudulent required near certainty before it could be implemented.

121. CW-3 stated that he first became aware of fraudulent accounts being created at a large scale to take advantage of PayPal's new account payment incentive in early August 2021. CW-3 explained that the promotions being abused were unique in that the fraudsters were able to get "instant" money by withdrawing the funds through Xoom or prepaid debit cards or gift cards given the lack of account vetting when those accounts are first created. He explained that prior

[16] SQL is a computer language used for interacting with, and pulling, data from databases.

promotions had usually been run in partnership with other companies, and imposed at least some obstacles to the continuous creation of fake accounts to take advantage of the incentive. He then saw that these accounts were receiving transfers of the incentive payments given by PayPal. According to CW-3, many of the fraudulent accounts that he identified were coming from China through throwaway virtual private networks (VPNs) which mask IP addresses.

122. CW-3 recalled that he first identified approximately 33,800 fraudulent accounts at that time but clarified that this number did not track all fraudulent accounts because his method for identifying fraudulent accounts was significantly underinclusive. CW-3 explained that this figure only counted "PayPal Accounts," not accounts on the other platforms owned by PayPal, such as Xoom and Venmo. CW-3 further explained that this method meant that he was certainly undercounting the total number of fraudulent accounts.

123. After identifying the scale of the fraudulent accounts taking advantage of PayPal's promotions, CW-3 suggested that PayPal should shut down all of these accounts immediately, but he received pushback against his suggestion. He continued to explain that PayPal had written "SOPs" concerning fraud detection, and that those policies were focused on violations of specific laws or frauds on PayPal's customers. He explained that the pushback primarily focused on the fact that the fraud was taking money from PayPal, but not PayPal's customers, meaning it was not resulting in fraud complaints from customers.

124. CW-3 explained that a large meeting was held in October 2021 over Microsoft Teams to discuss the trend he had identified. By then, his underinclusive SQL query was identifying about a million fake accounts. He explained that there were approximately 400 attendees at that meeting, including the Global Seller Risk teams and Strategy teams. CW-3 also explained that there were senior directors, who were two levels below Schulman in the meeting.

CW-3 advised that his SQL query ultimately identified about two million accounts that were engaging in incentive abuse.

125. CW-3 explained that during that meeting, a PowerPoint presentation explained how the fake account trend had been identified, including data regarding its prevalence and data regarding the number of promotional incentive payments that were being transferred into individual accounts and then transferred out of PayPal.

126. During the October meeting, CW-3 advocated for PayPal to shut down the fake accounts and his boss ultimately approved of "limiting" these accounts.[17] CW-3 believes that the information about the fake accounts was escalated to the executive level because they would have needed executive approval to limit that many accounts. CW-3 clarified that even if an account was "limited" it would still be able to withdraw the money eventually, meaning that applying that flag would not deter fraudsters from taking advantage of the promotion.

127. Following the October group meeting, CW-3 continued to discuss the issue with a member of PayPal's Strategy team in Shanghai. He explained that spreadsheets regarding the fake accounts were sent to this member of the Strategy team, and he repeatedly interacted with this member of the Strategy team about PayPal's follow-up into investigating the issue. CW-3 advised that the team based in Shanghai collected all of his team's data and disseminated it to senior leadership. CW-3 also explained that he communicated with others in various positions throughout PayPal about the fraudulent accounts he had identified.

128. CW-3 went on to say that there were likely more than the 4.5 million accounts that PayPal disclosed that were engaging in incentive abuse, since he doubted that he had personally

[17] PayPal refers to applying flags to accounts, such as when those accounts are suspected of fraud, to limit their activity as "limiting" accounts.

identified half of them and since his underinclusive query was unlikely to catch all of them as it was written. CW-3 recalled that NNA accounts were an important metric to PayPal and its investors, and CW-3 suggested that PayPal was using the incentive and this influx of accounts to "bullshit people" about its NNAs.

### 4. Confidential Witness No. 4's Statements

129. CW-4 worked at PayPal during the relevant time period as an employee in the Risk Management Organization, a role that involved participating in status updates pertaining to regulatory matters. CW-4 worked and interacted with Rainey, Schulman, and Senior Vice President-Chief Risk and Compliance Officer, Fiachre O'Neill, and was in the "inner circle" at PayPal.

130. CW-4 recalled that before the start of 2021, he voiced concerns in a room of senior executives, including O'Neill, regarding the risk that the promotion to pay people to open accounts would lead to people opening accounts, without otherwise using PayPal's services. CW-4 recalled that others in the room also expressed concerns about this risk, but that ultimately PayPal decided to proceed with the use of the incentive payments anyways.

131. CW-4 advised that the risks he identified regarding the paid incentives were included in each New Business Initiative ("NBIA"), which was ultimately reviewed by Rainey as part of his approval of the promotional campaigns. CW-4 added that any new marketing campaign or promotion at PayPal has to have a NBIA, which was a document that is "signed off on by everybody." CW-4 admitted that Schulman and Rainey were informed about the marketing practices and updated on its results, adding that "anything that had a dollar amount to it would need CFO approval."

132. CW-4 explained that as a result of PayPal's regulatory obligations, among other reasons, information concerning new accounts and the activity from those accounts was reported

to Schulman, Rainey, and PayPal's Board of Directors. He explained that regulatory agencies required that PayPal meet this "level of governance" where the CEO, CFO, and the Board of Directors are kept informed on issues concerning new accounts, and that as a result, information on new accounts was "made transparent" to Schulman and Rainey, including with a "repository of data" from PayPal's Compliance Department presented through reports to Schulman and Rainey, on issues within the Company.[18] As a result, CW-4 explained that if PayPal had identified that a large number of bot accounts were being created, that information would have immediately been made known to Schulman and Rainey.

133. According to CW-4, regulatory compliance required Rainey and PayPal's Chief Risk Officer to review and sign off on monthly updates required by some regulators, as they were "attested to by Chief Risk Officer." CW-4 also explained that the governance regimes PayPal was required to comply with also required the CEO and CFO be updated on the information, and as a result, PayPal's CEO and CFO would discuss the report, and information within it, with the Chief Risk Officer, which CW-4 recalled occurred in weekly meetings.

296. CW-4 explained that reports of fraud, including fake accounts, needed to be recorded in PayPal's system, which captures loss events and incidents, as required by various jurisdictions. He added that if a discovery of fraud is disclosed by another employee, that it must be recorded in the system that captures loss events and incidents. CW-4 then explained that the

[18] PayPal's Form 10-K filed with the SEC for 2021 stated: "As a licensed money transmitter, PayPal is subject to, among other requirements, restrictions with respect to the investment of customer funds, reporting requirements, bonding requirements, and inspection by state regulatory agencies. . . . In addition, financial services regulators in various jurisdictions, including the U.S. and the European Union ("EU"), have implemented authentication requirements for banks and payment processors intended to reduce online fraud . . . . In addition, based on our relationships with our partner financial institutions, we are, or may be, subject to indirect regulation and examination by the regulators of these financial institutions."

system that captures loss events and incidents is a tool and that there are different levels of escalation. Given the magnitude of this discovery, per PayPal's internal loss event policy, these events would have been reported to senior leadership.Each of the following subsections are mutually reinforcing and together, along with the other allegations herein, support a strong inference of scienter.

134.

135. CW-4 recalled that the highest tier of escalation applied to any situation affecting or potentially affecting 250,000+ accounts, regardless of whether the issue was resolved or ongoing. CW-4 stated that any situation meeting that threshold would be automatically and immediately escalated to the CEO.

**5. Confidential Witness No. 5's Statements**

136. CW-5 was employed by PayPal from early 2021 through early 2022 as a Senior Manager of Finance. CW-5 was responsible for planning and forecasting the Marketing team's budget, or "spend," and worked with the leaders of the Marketing team to assist in their planning. CW-5 reported to Neil DeSilva, VP of Finance at PayPal, who reported to Cosmin Pitigoi, Senior VP, Global FP&A, Operational Finance and Pricing, at the Company. CW-5 frequently worked with Michael Lamb, VP of Consumer Growth and Operations, since Lamb was in charge of PayPal's incentive programs.[19]

137. CW-5 explained that his team tracked-return on investment ("ROI") on incentive spending. He stated that the Company was aware of the risk that new users acquired through this promotional activity would be lower quality. CW-5 stated that Lamb, as VP, participated in

[19] As stated above, CW-1 stated that Lamb was Vice President, Performance Marketing and Marketing Transformation.

discussions regarding how to balance the need for NNA growth with the risk that the promotional programs would attract "one and done" users. CW-5 explained the Marketing team participated in weekly or bi-weekly conference calls with Lamb and his "right-hand guy," Abhay Doshi, to discuss the progress of marketing spend and to track the numbers associated with its campaigns. At these meetings, the team weighed "buying" more active users in order to more closely track their goals, while balancing the risk that the new buyers would be lower quality. According to CW-5, Lamb and Doshi presented information from these meetings to the C-Suite.

**6. Confidential Witness No. 6's Statements**

138. CW-6 was formerly employed by PayPal from well before 2010 through the Class Period, most recently as a Senior Manager, Risk and Compliance. CW-6's responsibilities included identifying potential risks associated with a launch at PayPal, such as the launch of a new product or marketing campaign. CW-6 also collaborated with the Risk Operations Teams and Strategy Teams to develop automated and manual controls intended to prevent fraud. CW-6 most recently reported to Christine Gonzalez, Vice President, Head of Global Risk and Compliance.

139. CW-6 explained that pursuant to PayPal's internal policies and requirements of regulatory agencies, any amount of loss or fraud above $50,000 was a "concern" and there was "always a roll up" to Schulman and Rainey. CW-6 added that this $50,000 or more threshold of fraud would have a root cause investigation performed, and both the root cause investigation and results of that investigation were reported to Vice President, Head of Global Fraud Arthi Rajan Makhija, who was part of the analysis group. CW-6 explained that the $50,000 threshold applied whether it was one instance of fraud or a trend of smaller instances that added up to $50,000, including fraud leading to marketing loss.

### 7. Confidential Witness No. 7's Statements

140. CW-7 was formerly employed by PayPal from before 2015 through at least the end of the Class Period and spent the vast majority of his tenure working in the fraud department. Throughout the Class Period, CW-7 was a Senior Risk Operations Team Leader. CW-7 reported to Aaron Lingle, who reported to Wei Jiang, who reported to Kelly Dickerson, who reported up to Chief Enterprise Officer Aaron Karczmer.

141. CW-7 corroborated the October 2021 meeting during which the bot fraud trend was discussed with several hundred people present. CW-7 explained that the presentation given at this meeting included a PowerPoint presentation with information about the identified fraud trend and details on how the identified accounts could be placed into "limited" status to restrict their activity.

## A.D. The Individual Defendants' Motive and Opportunity

### 1. The Individual Defendants' Sale of More than $170 Million in PayPal Stock Raises a Strong Inference of Scienter

23.142. During the Class Period, the Individual Defendants sold 645,321 shares of PayPal stock for total proceeds of $170,587,589. Schulman sold 359,205 shares and collected insider trading proceeds of $94,729,281. Rainey sold 155,979 shares and collected insider trading proceeds of $42,000,201. And Auerbach sold 130,137 shares and collected insider trading proceeds of $33,858,106. The proceeds (and profits)[20] of these stock sales dwarfed each of the

[20] The only price Defendants paid for acquiring any of their shares was in the form of in-the-money exercises of options awarded to them by PayPal. In 2019, defendant Schulman exercised such options awarded to him for a cost of $6,480,391, and in 2018, for a cost of $5,105,272. In 2019, defendant Rainey exercised such options awarded to him for a cost of $615,397, and in 2018, for a cost of $2,338,385. In 2021, defendant Auerbach exercised such options for a cost of $1,520,345. Thus, if the costs of all of the Individual Defendants' option exercises are assigned completely to their sales in 2021, Schulman hadSchulman's insider trading profits were $73,143,618, RaineyRainey's insider trading profits were $39,046,419, and AuerbachAuerbach's insider trading profits were $32,337,761 in profits from the insider trading of PayPal stock.

Individual Defendants' salaries and were suspicious in both scope and timing. Moreover, not a single one of the Individual Defendants purchased any PayPal stock during the Class Period.

~~24.~~143. According to a 2010 study by two Wharton professors, "the typical CEO sells only about 1.9% of her equity incentives each year."[21] But during the Class Period, each Individual Defendant unloaded far more than that on unsuspecting investors.

~~25.~~144. Data from SEC Form 4 Filings shows that the Individual Defendants sold vast portions of their total PayPal holdings during the Class Period. Specifically, Schulman, Rainey, and Auerbach sold 59%, 57%, and 69% of their reported shareholdings. This calculation is conservative, because it is based on their total sales over the number of shares they would have held at the end of the Class Period had they not made such sales, and thus increases the denominator (and reduces the percentage) by an amount corresponding to any shares they acquired during the Class Period through performance compensation.[22]

~~26.~~145. The following chart shows the percentage of shares sold during the Class Period:

| Defendant | Total PayPal Shares Sold During the Class Period | All Sales as Percent of All Shares Available to Sell |
|---|---|---|
| Schulman | 359,205 | 59% |
| Rainey | 155,979 | 57% |
| Auerbach | 130,137 | 69% |

[21] John E. Core & Wayne R. Guay, *Is CEO Pay Too High and Are Incentives Too Low? A Wealth-Based Contracting Framework*, 24 ACAD. MGMT. PERSP. 1, 5 (Feb. 2010).

[22] This figure is calculated for each Individual Defendant by dividing the total number of shares the Defendant sold during the Class Period by the sum of their holdings as of the start of the Class Period and the shares they ~~acquired~~received during the Class Period. Thus, Schulman sold 359,205 shares which is 59% of 632,163 shares; Rainey sold 155,979 shares which is 57% of 263,824 shares; Auerbach sold 130,137 shares which is 69% of 188,515 shares.

~~27.~~146. The following table shows ~~Defendant~~ Schulman's sales during the Class Period:

| ~~Defendant~~ **Schulman** | | | |
|---|---|---|---|
| **Date** | **Shares Sold** | **Average Share Price** | **Proceeds** |
| February 5, 2021 | 1,000 | 265.39 | 265,390.00 |
| February 5, 2021 | 1,594 | 269.32 | 429,296.08 |
| February 5, 2021 | 2,105 | 266.50 | 560,982.50 |
| February 5, 2021 | 2,150 | 267.53 | 575,189.50 |
| February 5, 2021 | 3,151 | 268.73 | 846,768.23 |
| February 15, 2021 | 12,301 | 298.37 | 3,670,249.37 |
| February 16, 2021 | 200 | 298.73 | 59,746.00 |
| February 16, 2021 | 300 | 308.05 | 92,415.00 |
| February 16, 2021 | 600 | 300.51 | 180,306.00 |
| February 16, 2021 | 830 | 301.84 | 250,527.20 |
| February 16, 2021 | 1,200 | 306.88 | 368,256.00 |
| February 16, 2021 | 1,200 | 302.85 | 363,420.00 |
| February 16, 2021 | 1,300 | 305.93 | 397,709.00 |
| February 16, 2021 | 1,800 | 303.98 | 547,164.00 |
| February 16, 2021 | 2,570 | 304.94 | 783,695.80 |
| March 1, 2021 | 52,134 | 273.63 | 14,265,426.42 |
| March 1, 2021 | 112,154 | 273.63 | 30,688,699.02 |
| March 10, 2021 | 520 | 244.97 | 127,384.40 |
| March 10, 2021 | 620 | 248.77 | 154,237.40 |
| March 10, 2021 | 817 | 246.75 | 201,594.75 |
| March 10, 2021 | 900 | 247.66 | 222,894.00 |
| March 10, 2021 | 2,206 | 243.18 | 536,455.08 |
| March 10, 2021 | 2,273 | 244.14 | 554,930.22 |
| March 10, 2021 | 2,664 | 242.26 | 645,380.64 |
| April 1, 2021 | 62,616 | 247.54 | 15,499,964.64 |
| April 30, 2021 | 100 | 265.94 | 26,594.00 |
| April 30, 2021 | 500 | 265.22 | 132,610.00 |
| April 30, 2021 | 2,283 | 263.28 | 601,068.24 |
| April 30, 2021 | 2,421 | 264.19 | 639,603.99 |
| April 30, 2021 | 4,696 | 262.18 | 1,231,197.28 |
| May 18, 2021 | 500 | 247.07 | 123,535.00 |
| May 18, 2021 | 607 | 243.34 | 147,707.38 |
| May 18, 2021 | 1,760 | 244.29 | 429,950.40 |
| May 18, 2021 | 3,033 | 245.35 | 744,146.55 |
| May 18, 2021 | 4,100 | 246.39 | 1,010,199.00 |
| June 10, 2021 | 100 | 261.98 | 26,198.00 |
| June 10, 2021 | 400 | 263.95 | 105,580.00 |
| June 10, 2021 | 1,100 | 265.75 | 292,325.00 |
| June 10, 2021 | 2,000 | 267.05 | 534,100.00 |

| Defendant Schulman | | | |
|---|---|---|---|
| **Date** | **Shares Sold** | **Average Share Price** | **Proceeds** |
| June 10, 2021 | 3,187 | 268.18 | 854,689.66 |
| June 10, 2021 | 3,213 | 269.15 | 864,778.95 |
| July 30, 2021 | 300 | 280.21 | 84,063.00 |
| July 30, 2021 | 935 | 279.39 | 261,229.65 |
| July 30, 2021 | 1,450 | 277.97 | 403,056.50 |
| July 30, 2021 | 2,200 | 277.25 | 609,950.00 |
| July 30, 2021 | 2,335 | 276.19 | 644,903.65 |
| July 30, 2021 | 2,780 | 275.14 | 764,889.20 |
| August 12, 2021 | 1,400 | 273.63 | 383,082.00 |
| August 12, 2021 | 1,500 | 276.41 | 414,615.00 |
| August 12, 2021 | 2,946 | 275.92 | 812,860.32 |
| August 12, 2021 | 4,154 | 274.86 | 1,141,768.44 |
| September 10, 2021 | 500 | 288.51 | 144,255.00 |
| September 10, 2021 | 792 | 287.73 | 227,882.16 |
| September 10, 2021 | 2,323 | 285.71 | 663,704.33 |
| September 10, 2021 | 3,156 | 286.60 | 904,509.60 |
| September 10, 2021 | 3,229 | 284.60 | 918,973.40 |
| October 29, 2021 | 300 | 237.28 | 71,184.00 |
| October 29, 2021 | 985 | 233.11 | 229,613.35 |
| October 29, 2021 | 1,100 | 236.33 | 259,963.00 |
| October 29, 2021 | 1,651 | 232.38 | 383,659.38 |
| October 29, 2021 | 2,896 | 234.27 | 678,445.92 |
| October 29, 2021 | 3,068 | 235.47 | 722,421.96 |
| November 12, 2021 | 331 | 206.21 | 68,255.51 |
| November 12, 2021 | 400 | 209.78 | 83,912.00 |
| November 12, 2021 | 400 | 203.06 | 81,224.00 |
| November 12, 2021 | 1,007 | 204.28 | 205,709.96 |
| November 12, 2021 | 1,526 | 205.53 | 313,638.78 |
| November 12, 2021 | 1,641 | 202.07 | 331,596.87 |
| November 12, 2021 | 2,124 | 209.00 | 443,916.00 |
| November 12, 2021 | 2,571 | 208.30 | 535,539.30 |
| December 10, 2021 | 100 | 193.64 | 19,364.00 |
| December 10, 2021 | 400 | 192.93 | 77,172.00 |
| December 10, 2021 | 500 | 191.92 | 95,960.00 |
| December 10, 2021 | 900 | 190.57 | 171,513.00 |
| December 10, 2021 | 1,010 | 189.61 | 191,506.10 |
| December 10, 2021 | 2,889 | 188.42 | 544,345.38 |
| December 10, 2021 | 4,201 | 187.63 | 788,233.63 |
| **Total** | **359,205** | **263.72** | **94,729,281.09** |

28.147.The Class Period stock sales for Defendant Rainey are set forth below:

| ~~Defendant~~ Rainey | | | |
|---|---|---|---|
| **Date** | **Shares Sold** | **Average Share Price** | **Proceeds** |
| February 15, 2021 | 4,311 | 298.37 | 1,286,273.07 |
| February 17, 2021 | 5,377 | 298.00 | 1,602,346.00 |
| March 1, 2021 | 22,655 | 273.63 | 6,199,087.65 |
| March 1, 2021 | 49,878 | 273.63 | 13,648,117.14 |
| March 3, 2021 | 200 | 267.20 | 53,440.00 |
| March 3, 2021 | 900 | 264.27 | 237,843.00 |
| March 3, 2021 | 1,697 | 266.54 | 452,318.38 |
| March 3, 2021 | 4,525 | 263.23 | 1,191,115.75 |
| March 3, 2021 | 7,397 | 262.28 | 1,940,085.16 |
| March 3, 2021 | 8,639 | 265.45 | 2,293,222.55 |
| March 3, 2021 | 8,900 | 258.30 | 2,298,870.00 |
| March 3, 2021 | 12,722 | 261.24 | 3,323,495.28 |
| March 3, 2021 | 13,963 | 259.30 | 3,620,605.90 |
| March 3, 2021 | 14,815 | 260.10 | 3,853,381.50 |
| **Total** | **155,979** | **269.27** | **42,000,201.38** |

~~29.~~148. The Class Period stock sales for ~~Defendant~~ Auerbach are set forth below:

| Defendant Auerbach | | | |
|---|---|---|---|
| **Date** | **Shares Sold** | **Average Share Price** | **Proceeds** |
| February 15, 2021 | 3,795 | 298.37 | 1,132,314.15 |
| February 23, 2021 | 100 | 267.07 | 26,707.00 |
| February 23, 2021 | 600 | 255.16 | 153,096.00 |
| February 23, 2021 | 1,100 | 253.59 | 278,949.00 |
| February 23, 2021 | 2,208 | 266.41 | 588,233.28 |
| February 23, 2021 | 2,284 | 256.06 | 584,841.04 |
| February 23, 2021 | 2,625 | 262.26 | 688,432.50 |
| February 23, 2021 | 2,800 | 263.31 | 737,268.00 |
| February 23, 2021 | 2,900 | 259.26 | 751,854.00 |
| February 23, 2021 | 2,909 | 258.19 | 751,074.71 |
| February 23, 2021 | 3,472 | 257.03 | 892,408.16 |
| February 23, 2021 | 5,400 | 261.09 | 1,409,886.00 |
| February 23, 2021 | 5,458 | 264.51 | 1,443,695.58 |
| February 23, 2021 | 6,978 | 265.48 | 1,852,519.44 |
| February 23, 2021 | 7,300 | 260.21 | 1,899,533.00 |
| March 1, 2021 | 14,848 | 273.63 | 4,062,858.24 |
| March 1, 2021 | 25,672 | 273.63 | 7,024,629.36 |
| May 25, 2021 | 2,137 | 259.77 | 555,128.49 |
| May 25, 2021 | 4,690 | 258.29 | 1,211,380.10 |
| May 25, 2021 | 7,415 | 259.07 | 1,921,004.05 |
| August 24, 2021 | 1,300 | 277.28 | 360,464.00 |
| August 24, 2021 | 5,186 | 279.19 | 1,447,879.34 |
| August 24, 2021 | 5,828 | 278.46 | 1,622,864.88 |
| November 23, 2021 | 100 | 190.68 | 19,068.00 |
| November 23, 2021 | 800 | 189.85 | 151,880.00 |
| November 23, 2021 | 1,063 | 188.94 | 200,843.22 |
| November 23, 2021 | 1,700 | 185.91 | 316,047.00 |
| November 23, 2021 | 2,651 | 187.85 | 497,990.35 |
| November 23, 2021 | 6,000 | 186.81 | 1,120,860.00 |
| December 16, 2021 | 818 | 188.75 | 154,397.50 |
| **Total** | **130,137** | **260.17** | **33,858,106.39** |

30.149. When compared to their trading both prior to and after the Class Period, the Individual Defendants stock sales are also suspicious. As set forth in the chart below, the Individual Defendants' proceeds from the sale of PayPal stock were substantially higher in 2021, during the Class Period, than they were in the full years preceding and following the Class Period:

| Table Showing Greater Stock Sales During Class Period Compared to 2020 | | | |
|---|---|---|---|
| **Year** | **Schulman** | **Rainey** | **Auerbach** |
| 2020 | $78,864,988 | $19,821,406 | $23,168,718 |
| Class Period (2021) | $94,729,281 | $42,000,201 | $33,858,106 |
| (% Increase in 2021) | **20% Increase** | **112% Increase** | **46% Increase** |

| Table Showing Greater Stock Sales During Class Period Compared to 2022 | | | |
|---|---|---|---|
| **Year** | **Schulman** | **Rainey** | **Auerbach** |
| Class Period (2021) | $94,729,281 | $42,000,201 | $33,858,106 |
| 2022 | $23,034,916 | $6,595,446 | $8,946,116 |
| (% Decrease in 2022) | **76% Decrease** | **84% Decrease** | **74% Decrease** |

~~31.~~150. The timing of the Individual Defendants' stock sales is also suspicious. The average price at which the Defendants sold their stock during the Class Period was $264.35 per share, which is $15.51 per share higher than PayPal's average stock price during the Class Period. Indeed, all but three of the days on which the Individual Defendants sold stock were within nine ~~(9)~~ trading days of an alleged false or misleading statement or omission. Had Defendants waited and sold their stock on February 3, 2022, ***after*** the truth about their fraudulent scheme was revealed, their sales proceeds would have been at least $90 million ***less*** than what they collected from their insider sales during the Class Period.[23]

~~32.~~151. Further, no Individual Defendant had any PayPal stock purchases during the Class Period. But two days ***after*** the February 1, 2022 disclosure of the truth about PayPal's NNAs~~,~~ and ~~after~~the resulting stock price decline as the artificial inflation caused by Defendants' fraud was

[23] PayPal's stock price closed at $124.30 on February 3, 2022. It is currently trading for less than $~~75~~70 per share.

removed from the ~~stock~~ price, ~~Defendant~~ Schulman bought 7,994 shares of PayPal stock at an average price of $124.57 per share ~~*after* the stock plummeted.~~. As *Barron's* reported ~~that~~, "[t]his was his first open-market purchase of the stock since he became CEO in July 2015; most of his shares were received for his services to the company."[24] Schulman's post-Class Period stock purchases were at a price ~~of~~ nearly $140 per share lower than the average price at which he sold stock during the Class Period ($263.72 per share). This purchase is notable because it further demonstrates that Schulman's sales were not motivated by extrinsic non-company specific reasons, but instead that he was actively trading on PayPal's value ~~—~~ – selling while the stock traded at artificially inflated levels and then turning around and buying ~~low when~~only after the truth was revealed.

### 2. Paypal's Compensation Structure Created the Motive and Opportunity for the Individual Defendants to Commit Fraud

~~33.~~152. The Individual Defendants had the motive and opportunity to mislead PayPal investors. Specifically, the structure of the Individual Defendants' performance-based compensation created a concrete and personal benefit to each of them, rewarding them for artificially inflating NNAs and PayPal's stock price.

~~34.~~153. In early 2020, PayPal's Board of Directors Compensation Committee elected to grant performance-based compensation for the Individual Defendants based on increasing reported NNAs, along with hitting revenue and operating margin targets. The Company's disclosures on the Individual Defendants' compensation rationalized using the NNA metric saying, "measuring

---

[24] The same *Barron's* article also quoted defendant Rainey speaking at a buy-side conference after the "steep drop in the stock price" as saying, "I'm a buyer right now, and I was a buyer at our prices last quarter. I think that, look, I'm very disappointed in where we are today." ~~But Rainey~~But even after the truth about PayPal's NNAs was revealed, Rainey could not stop misleading investors: He never actually bought any PayPal stock on the open market during or after the Class Period.

NNAs reinforces the critical importance of growing our customer base to build for the future. The number of NNAs is also a key operational metric that the Company uses internally to measure ongoing performance." Based on this compensation structure, the Individual Defendants had the potential to earn performance-based compensation that was many times greater than their annual salaries.

~~35.~~154. For 2021, PayPal's Board of Directors Compensation Committee kept the same structure for awarding performance-based compensation, including by having reported NNA growth as the only operational performance measure. As in 2020, the Compensation Committee rationalized using the NNA metric saying, "measuring NNAs reinforces the critical importance of growing our customer base to build for the future. The number of NNAs is also a key operational metric that the Company uses internally to measure ongoing performance."

~~36.~~155. The performance-based compensation for each of the Individual Defendants for fiscal year 2021 was awarded in the first quarter of 2021, with the final value of each Individual Defendants' award determined on a review by the Board which occurred for defendant Schulman during 2021 and for the other Individual Defendants in early 2022 ~~—~~ — all before Defendants disclosed the truth about PayPal's purported NNA growth. As a result of their fraudulent conduct throughout 2021, the Individual Defendants collected performance-based compensation for 2021 that far exceeded their annual salaries. Schulman received $30,545,381 in stock award and incentive plan compensation, more than 27 times (2,722%) his base salary of $1,122,115. Rainey received $11,492,377 in stock award and incentive plan compensation, more than 15 times (1,532%) his base salary of $750,000. And Auerbach received $11,439,082 in stock award and incentive plan compensation, more than 16 times (1,637%) his base salary of $698,846. Collectively, the Individual Defendants stock award and incentive plan compensation increased

$14,997,181 in 2021, while they were misleading investors, compared to 2020, with Schulman's stock award and incentive plan compensation increasing 39%, Rainey's increasing 25%, and Auerbach's increasing 57%.

37.156.All of the Individual Defendants are no longer with PayPal. On April 12, 2022, PayPal announced that Rainey would be leaving PayPal. Schulman and Auerbach would follow with the Company announcing their departures, respectively, on February 9, 2023 and August 10, 2023. However, through their insider trading and performance-based compensation, the Individual Defendants took advantage of their fraudulent conduct and pocketed over $224 million.

**i. Knowledge and Recklessness**

**1. The NNA and TPV Metrics Were of Such Significance to PayPal That Defendants' Knowledge of Available Information Concerning TPV Composition and NNA Engagement Can Be Inferred**

297. As described herein, PayPal's entire growth philosophy — including its aspirations of one day becoming a Super App — depended critically on the idea that both its NNAs and TPV would increase. As a result, and because a majority of PayPal's revenues were derived from charging fees for transactions completed on its platform, PayPal's ability to drive new users to its platform and have those users be active users (who transacted often) was immensely important to PayPal's financial success.

298. Prior to and throughout the Class Period, Defendants publicly touted PayPal's current and potential NNA and TPV growth, which would be achieved in large part by driving engaged users to PayPal's platform. In fact, both NNA and TPV were reported at the start of each earnings call and highlighted in PayPal's financial results and investor update presentations.

299. Defendants repeatedly described increases in new accounts and transaction growth as pivotal to PayPal's success. On May 6, 2020, Defendant Schulman stated: "As our platform

sees record increases in both new customer accounts and transactions, it is clear that PayPal's products are more important and relevant than ever before." PayPal's Form 10-K for fiscal year 2020 (filed on February 5, 2021) explained that its key growth strategies included expanding its customer base and scale, and increasing its customers' use of PayPal's products and services.

300. Similarly, on May 5, 2021, Defendant Schulman stated: "I'm particularly pleased to see our transactions per active account begin to accelerate due to increased engagement across our portfolio." On May 10, 2021, Defendant Schulman explained: "There's so much potential for PayPal" and attributed that to the Company growing its user base to one billion users.

301. Given the multitude of statements concerning PayPal's NNA and TPV metrics and their potential future growth during the Class Period, as well as the importance of these metrics to the Company, it is unreasonable to think that the Individual Defendants – who were responsible for tracking or reporting PayPal's revenue – would be unaware of the financial significance and status of the Company's NNAs and TPV.

302. Moreover, the Individual Defendants were highly sophisticated and in executive positions at the Company, such that they would know that their statements concerning PayPal's NNA and TPV growth were false or misleading. For example, Defendant Schulman has been the President and CEO of PayPal since 2015 and currently serves on Verizon's Board of Directors. Prior to his tenure at PayPal, Defendant Schulman worked at American Express, Sprint Nextel Corporation, Priceline Group, Inc. and AT&T. Defendant Rainey was the CFO and EVP of Global Customer Operations at PayPal from 2015 until his departure in May 2022. Prior to PayPal, Defendant Rainey worked for United Airlines as its EVP and CFO. Defendant Auerbach has been PayPal's EVP and Chief Strategy, Growth and Data Officer since 2015. Defendant

~~Auerbach also serves as strategic advisor to PayPal's operations in China and is responsible for the Company's Blockchain, Crypto, and Digital Currencies business unit.~~

~~303. The sophistication of the Individual Defendants strengthens the allegations of scienter by undermining exculpating explanations for the fraud.~~

### ~~2. Defendants Personally Tracked Information Concerning NNAs and Engagement~~

~~304. In addition to being touted in PayPal's public filings and statements to investors, PayPal's NNA and TPV metrics and supporting data were heavily and frequently analyzed internally at PayPal, including by the Individual Defendants and high-level executives who reported to the Individual Defendants.~~

~~305. On a February 10, 2021 company conference call, then-Chief Technology Officer (CTO) Sripada Shivananda explained that "[t]ransaction sanctity on the platform is one of the most important things for trust." PayPal's CTO explained that "[w]ithin 300 milliseconds during a transaction, we have tens of models that actually look at the context around the transaction and evaluate the safety of the transaction. And that happens on every single transaction that occurs on the platform."~~

~~306. On the same February 10, 2021 company conference call, Shivananda described PayPal's Company-wide approach to cybersecurity, revealing "[w]e don't just allow for all the teams in the company to do it differently, we have [a] specialized team that built that platform. We actually mandate the leverage of that platform across the whole company." This gave PayPal "the best up-to-date differences possible at any time."~~

~~307. At PayPal's 2021 Investor Day, on February 11, 2021, VP and Head of Payments, Product & Engineering Jim Magats explained that "within 0.3 seconds, we're able to run hundreds~~

of models using thousands of different data variables to score a transaction, to maximize the amount of good users that are using our systems and eradicate bad users from our platform."

308. Indeed, on March 4, 2021, CFO Rainey highlighted the sheer volume of data PayPal manages and touted it as educating the Company about any given transaction on its platform: "[W]e benefit so much from the amount of data that we have, something like 500 petabytes of data, which is just a ridiculous amount." CFO Rainey added: "the number of checks that we run on any given transaction goes into the hundreds."

309. On a December 7, 2021 conference call, CEO Schulman similarly stated that PayPal looks at "200-plus different indicators to decide instantaneously is it you or not" when consumers make a transaction on PayPal's platform.

310. On a February 3, 2021 quarterly earnings call, Defendant Schulman touted that PayPal "knows" its customer base, stating: "First of all, we've got 350 million customers that we can bring that trust to PayPal. We know them."

311. On a May 24, 2021 J.P. Morgan's Payments and IT Services Sector analyst call CFO Rainey told investors that "**engagement [is] one of the top metrics that I'm looking at, particularly engagement tied to some of the new experiences that we're rolling out.**"

312. Not only do these statements from PayPal's executives illustrate PayPal's data-centric capabilities, but CWs also confirm that PayPal dedicated a working group to its critically important NNA metric such that the Individual Defendants were able to — and did — track the Company's NNA metrics on a granular basis.

313. CW-1 explained that the NNA metric was so important, that PayPal had assembled a team of individuals from throughout the Company to attend weekly NNA Rally meetings, to discuss NNA growth, and stated that the assembly of this sort of team was unusual for PayPal, but

undertaken given the "tremendous" leadership demand for growing NNAs. That NNA Rally team reported to PayPal's SLT, which included Defendant Schulman, Defendant Rainey, Defendant Auerbach, Chief Marketing Officer Leanne Sheraton, Executive Vice President, Global Sales Peggy Alford, Executive Vice President and Chief Enterprise Services Officer Aaron Karczmer, Chief Risk and Compliance Officer Fiachre O'Neil, and Executive Vice President and Chief Product Officer Mark Britto.

314. CW-2, a former Director in the finance organization at PayPal, explained that the NNA metrics were measured daily and that an automated daily report was generated and sent to PayPal's C-suite, which tracked gross new additions, churn, and activity by cohort. CW-2 also recalled the "big push" in 2021 to pursue NNA growth. Similarly, CW-3 also recalled a "heavy" push on NNAs at all costs during the Class period.

315. CW-5 explained that at the Marketing team's weekly or bi-weekly meetings, the Marketing team weighed "buying" more active users in order to more closely track their NNA goals, while balancing the risk that new users would be lower quality. According to CW-5, Lamb and Doshi presented information from these meetings to the C-Suite. CW-5 stated that Michael Lamb worked closely with Chief Marketing Officer Leanne Sheraton and that conversations regarding the risk of low-quality new users were communicated to PayPal's C-Suite.

316. Given the magnitude of data collected and analyzed by PayPal in connection with its NNA metrics and the systematic approach the Company took to analyzing its TPV and transactions on its platform, it strains credulity to suggest that Defendants were not aware of PayPal's NNA and engagement metrics throughout the Class Period.

### 3. Defendants Were Directly Apprised of the Risks Concerning the NNA Promotions

317. Not only were Defendants aware of the Company's NNA and engagement metrics during the Class Period, but also were apprised of the risks concerning these promotions such that the addition of low value accounts to PayPal's platform was both predictable and inevitable.

318. CW-4 was in the "inner circle" at PayPal, which included CEO Schulman and CFO Rainey. CW-4 recalled that before the start of 2021, he voiced concerns in a room of senior executives, including Senior Vice President, Chief Compliance Officer, Fiachre O'Neill, regarding the risk that the promotion to pay people to open accounts would lead to people opening accounts, without otherwise using PayPal's services. CW-4 recalled that others in the room also expressed concerns about this risk, but that ultimately PayPal decided to proceed with the use of the incentive payments anyways.

319. CW-4 advised that the risks he identified regarding the paid incentives were included in the NBIA (New Business Initiative), which was ultimately reviewed by CFO John Rainey as part of his approval of the promotional campaigns. CW-4 added that any new marketing campaign or promotion at PayPal has to have an NBIA, which he explained is a document that is "signed off on by everybody," including Vice President Regulatory Relations, Andrea Donker, PayPal's Compliance department, and the CFO. CW-4 advised that CEO Schulman and CFO John Rainey were informed about the marketing practices and updated on its results, adding that "anything that had a dollar amount to it would need CFO approval."

320. CW-5 explained that the Company was aware of the risk that new users acquired through this promotional activity would be lower quality, but at the time, the focus was on growing the number of NNAs.

321. Moreover, CW-3 explained that a large meeting was held in October 2021 over Microsoft Teams to discuss the trend he had identified. By then, CW-3's underinclusive SQL query was identifying about a million fake accounts. CW-3 explained that there were approximately 400 attendees at that meeting, including the Global Seller Risk teams and Strategy teams. CW-3 also explained that there were senior directors, who were two levels below CEO Schulman in the meeting.

322. CW-3 explained that during that meeting, a PowerPoint presentation explained how the fake account trend had been identified, including data regarding its prevalence and data regarding the number of promotional incentive payments that were being transferred into individual accounts and then transferred out of PayPal.

323. During the October meeting, CW-3 advocated for PayPal to shut down the fake accounts and his boss ultimately approved of "limiting"[25] these accounts. CW-3 believes that the information about the fake accounts was escalated to the executive level because they would have needed executive approval to limit that many accounts. CW-3 clarified that even if an account was "limited" it would still be able to withdraw the money eventually, meaning that applying that flag would not deter fraudsters from taking advantage of the promotion.

324. Following the October group meeting, CW-3 continued to discuss the issue with a member of PayPal's strategy team in Shanghai. CW-3 explained that spreadsheets regarding the fake accounts were sent to this member of the strategy team, and he repeatedly interacted with this member of the strategy team about PayPal's follow up into investigating the issue. CW-3 advised that the team based in Shanghai collected all of CW-3's team's data and disseminated it

[25] PayPal refers to applying flags to accounts, such as when those accounts are suspected of fraud, to limit their activity, as "limiting" accounts.

~~to senior leadership. CW-3 also explained that he communicated with others in various positions throughout PayPal about the fraudulent accounts he had identified.~~

~~325. CW-4 also explained that PayPal was required by various U.S. and international regulations to analyze each new account within days of its creation to determine its authenticity, which PayPal's Compliance and Know Your Customer ("KYC") functions did through checking the information provided by the customer against various datapoints. Due to this process, CW-4 did not understand how PayPal could not have immediately been aware of widespread activity to create fake accounts through bot farms.~~

~~326. CW-4 also explained that PayPal was required by various state laws to track account activity and dormancy. CW-4 added that PayPal was required to review and monitor accounts for dormancy on a regular basis, and that PayPal understood that under some state regulations an account would be deemed dormant if it had no activity for 30 days. CW-4 explained that PayPal had systems for monitoring for account activity to comply with these regulations. CW-4 recalled that reports on dormant accounts, account activity, and any potentially improper fees and charges related to these accounts, went to the Chief Risk Officer and Head of Compliance, and then to CFO John Rainey.~~

~~327. By October 2021, PayPal's illegitimate accounts had become so widely known that employees — across different departments and levels at PayPal — were able to identify the risks associated with these accounts and their existence on PayPal's platform. These employees had raised concerns to their superiors and senior management about the promotional activity and resultant illegitimate account activity long before PayPal alerted investors to these issues.~~

#### 4. The Illegitimate Account Issue Was So Widely Known Within PayPal That Defendants' Knowledge of the Issue Was Overwhelmingly Likely

328. The wide-spread nature of "minimally engaged," low value NNAs on PayPal's platform paired with senior management's hyper fixation on driving NNA growth makes Defendants' knowledge of these accounts during the Class Period highly probable.

329. For example, CW-6 explained that the 4.5 million fraudulent accounts that PayPal disclosed in February 2022 likely would have been identified during PayPal's normal fraud review process. Specifically, CW-6 explained that PayPal used artificial intelligence to link similar activity — such as the same IP address, the same physical address, or any other personal identifying information — across different accounts. CW-6 explained that even if someone didn't use their real name across accounts, if the accounts were created from the same computer login, the system would flag the accounts.

330. CW-6 further explained that pursuant to PayPal's internal policies and requirements of regulatory agencies, any amount of loss or fraud above $50,000 was a "concern" and there was "always a roll up" to CEO Schulman and CFO Rainey. CW-6 stated that this $50,000 or more threshold of fraud would have a root cause investigation performed, and both the root cause investigation and results of that investigation were reported to Vice President, Head of Global Fraud Arthi Rajan Makhija, who was part of the analysis group. CW-6 explained that the $50,000 threshold applied whether it was one instance of fraud or a trend of smaller instances that added up to $50,000, including fraud leading to marketing loss.

331. These allegations make clear that Defendants' false or misleading statements were not simply a mistake or mismanagement, but rather that the Defendants knew or recklessly disregarded that the Company's touted NNA and TPV growth was driven by low value, "minimally engaged" customers that would not result in long-term, organic growth for PayPal.

## V.IX. LOSS CAUSATION AND ECONOMIC LOSS

38.157. During the Class Period, as detailed herein, Defendants made false or misleading statements and omissions about PayPal that caused PayPal's Securities to trade at artificially inflated levels. Defendants' misrepresentations concerning PayPal's NNAs and failure to disclose the risks of its promotional activity, made PayPal's Securities appear to be more valuable than they were (thereby artificially inflating and/or artificially maintaining PayPal's stock price at inflated levels) by, among other things: (1) misrepresenting the number of legitimate and engaged accounts on PayPal's platforms; (2) overstating PayPal's success at generating legitimate and engaged NNAs; (3) understating the risks that NNA numbers would be inflated by illegitimate or minimally engaged accounts; and (4) understating the risks that PayPal would be unable to reach higher NNA figures and achieve its stated business objectives which depended on PayPal's increasing the number of active users on its platforms. Due to Defendants' misrepresentations and omissions, PayPal's stock reached a Class Period and all-time high stock price of $310.16 and throughout the Class Period PayPal's Securities traded at artificially inflated levels due to Defendants' misrepresentations and omissions. .

39. On February 2, 2022, and into February 3, 2022, PayPal's stock price fell in reaction to Defendants' disclosures (made after trading hours on February 1, 2022) revealing true information concerning the illegitimate accounts that had previously contributed to PayPal's publicly reported NNA figures. The truthful information revealed on February 1, 2022, revealed that: (a) PayPal had not actually produced the number of net new accounts it had previously touted and repeatedly guided for; (b) PayPal had permitted malicious actors to scam its promotions and in the process permitted the creation of millions of fake accounts; (c) PayPal had failed to accurately inform the market of the risks concerning its promotional activity; (d) PayPal's account growth trajectory was far worse than previously claimed and repeatedly guided for; and (e) PayPal

~~would not be able to meet its previously touted account growth goals. This news both corrected the misrepresentations and omissions Defendants previously made, and revealed that the previously concealed risks to PayPal's business had materialized.~~

158. On February 2-3, 2022, PayPal's stock price fell in reaction to Defendants' disclosures (which they started to make after trading hours on February 1, 2022) revealing true information concerning PayPal's NNAs, including Defendants' reliance on incentive campaigns to boost reported NNA results and the resulting low-engagement and illegitimate accounts.

~~40.~~159. Due to Defendants' disclosure of the truth ~~on February 1, 2022,~~ beginning after market close~~,~~ on February 1, 2022, PayPal's stock price fell dramatically ~~over the next two trading days.~~ .

~~41.~~160. On February 2, 2022, PayPal's stock price fell from a prior ~~closing price~~ close of $175.80 to a closing price of $132.57~~, which was~~ per share, a 24.6% decline ~~and~~that resulted in a market capitalization loss of $49.3 billion. PayPal's stock price continued to fall on February 3, 2022, from ~~a closing price of~~ $132.57 ~~on February 2, 2022,~~ to a closing price of $124.30 per share on February 3, 2022 ~~— which was~~ an additional 6.2% decline ~~and~~that resulted in ~~an additional~~a further market capitalization loss of $9.4 billion. Altogether, ~~this two-day decline amounted to a~~during the two trading days following February 1, 2022, PayPal's stock price fell 29.3% decline resulting in ~~stock price and~~ a market capitalization loss of $58.7 billion ~~in PayPal's market capitalization~~.

~~42.~~161. As a result of their purchases of PayPal stock during the Class Period, Plaintiffs and the other Class members suffered economic loss~~,~~ (*i.e.*, damages~~,~~), under the federal securities laws. Defendants' false ~~or~~and misleading statements ~~and omissions had the intended effect — or recklessly disregarded the result — and~~ caused PayPal's Securities to trade at artificially inflated

and artificially maintained levels throughout the Class Period. When PayPal's stock price declined as the truth was revealed, investors suffered losses. The timing and magnitude of the price declines and analyst reactions to the news, individually and collectively, negate any alternative inference that the loss suffered by Plaintiffs and the other Class members was caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to Defendants' fraudulent conduct.

43.162.As a result ofBecause PayPal's Securities tradingstock traded at artificial levels, PayPal's call options also traded at artificially inflated levels. As a result of their purchases of PayPal call options during the Class Period, Class members suffered economic loss, – (*i.e.*, damages,), under the federal securities laws, because the misstatements and omissions caused those options to trade at artificially inflated levels and, when the price of these options declined as the truth was revealed, these investors suffered losses.

## VI.X. PRESUMPTION OF RELIANCE

332. Plaintiffs allege omissions concerning the risks associated with PayPal's promotional activity, the disengaged and illegitimate accounts PayPal was counting as part of its NNA figures, and omitted information rendering the Company's publicly stated guidance misleading. Where claims, like these, involve primarily failures to disclose, the requirement of proving reliance is relieved, pursuant to the Supreme Court's decision in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128, 153-54 (1972) ("*Affiliated Ute*").

44.163.Plaintiffs and Class members are entitled to a presumption of reliance on the material misrepresentations and omissions alleged herein pursuant to the fraud-on-the-market theory adopted by the Supreme Court in *Basic, Inc. v. Levinson*, 485 U.S. 224 (1988) ("*Basic*"). Throughout the Class Period, PayPal's stock traded in an efficient market and under *Basic*, Plaintiffs are entitled to a presumption that (a) : (a) the misrepresentations and omissions alleged

herein affected the market price for PayPal's stock~~,~~; and ~~(b)~~ (b) reasonable investors, including Plaintiffs and members of the Class, relied on Defendants' misrepresentations and omissions when trading PayPal Securities at the market price or at prices informed thereby. The following allegations show that PayPal's Securities traded in an efficient market throughout the Class Period.

(a) Throughout the Class Period, PayPal's stock met the requirements for listing on, and was traded on the NASDAQ, and securities that trade on the NASDAQ overwhelmingly trade in an informationally efficient market.

(b) Throughout the Class Period, PayPal's stock traded at high volumes, with an average daily trading volume during the Class Period of approximately 10 million shares.

(c) Throughout the Class Period, PayPal's stock traded with a narrow bid-ask spread, with an average daily bid-ask spread of approximately 0.03% of PayPal's trading price.

(d) Throughout the Class Period, PayPal maintained a large market capitalization; PayPal's average market capitalization was over $280 billion throughout the Class Period.

(e) Throughout the Class Period, PayPal's stock was registered with the SEC, and PayPal filed periodic reports with the SEC.

(f) Throughout the Class Period, PayPal communicated with public investors by means of established market communication mechanisms, including through regular dissemination of press releases on major news wire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts, and other similar reporting services.

(g) Throughout the Class Period, the market reacted promptly to public information disseminated by and about PayPal.

(h) Throughout the Class Period, PayPal was covered by numerous securities analysts employed by major brokerage firms during the Class Period. PayPal was extensively covered by news media and investor publications throughout the Class Period.

~~45.~~164. As a result of the foregoing, the market for PayPal's Securities promptly digested current information regarding or relevant to PayPal from all publicly available sources and reflected such information in the stock prices.

~~46.~~165. Defendants' material misrepresentations and omissions alleged herein would tend to induce a reasonable investor to misjudge the value of PayPal's Securities.

~~47.~~166. Without knowledge of the misrepresented or omitted material facts alleged herein, Plaintiffs and other members of the Class purchased PayPal Securities between the time Defendants misrepresented or failed to disclose material facts and the end of the Class Period.

## ~~VII.~~XI. NO SAFE HARBOR

~~48.~~167. The statutory safe harbor provided by the PSLRA for forward-looking statements under certain circumstances does not apply to any of the materially false or misleading statements and omissions alleged in this Complaint. The statements at issue are not protected by the PSLRA's safe harbor or the common law bespeaks caution doctrine for a variety of reasons, including the following.

~~49.~~168. First, Defendants' statements and omissions alleged to be false or misleading relate to historical facts or existing conditions and, therefore, are not protected by the safe harbor. Second, to the extent any of the false or misleading statements alleged may be characterized as forward-looking, they were not adequately identified as "forward-looking" statements when made. Third, any purported forward-looking statements were not accompanied by meaningful cautionary language because risks that Defendants warned of had already come to pass, and any cautionary language did not mention important factors of similar significance to those actually realized.

Fourth, to the extent that there were any forward-looking statements that were identified as such, Defendants are liable because, at the time each of those forward-looking statements was made, the speaker knew the statement was false and/or misleading when made.

## ~~VIII.~~XII. CLASS ACTION ALLEGATIONS

~~50.~~169. Plaintiffs bring this federal securities class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of itself and all persons and entities that purchased or otherwise acquired PayPal publicly traded common stock or any exchange-traded option to purchase PayPal publicly traded stock during the period from February 3, 2021 through February 1, 2022, inclusive (the "Class Period"), and were damaged thereby, except as excluded below (the "Class").

~~51.~~170. Excluded from the Class are: ~~(i)~~ (a) Defendants; ~~(ii)~~ (b) members of the immediate family of any Individual Defendant; ~~(iii)~~ (c) any person who was an officer or director of PayPal during the Class Period; ~~(iv)~~ (d) any firm, trust, corporation, or other entity in which any Defendant has or had a controlling interest; ~~(v)~~ (e) affiliates of PayPal, including its employee retirement and benefit plan(s) and their participants or beneficiaries, to the extent they made purchases through such plan(s); and ~~(vi)~~ (f) the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any such excluded person in (~~i) (v~~a)-(f) of this paragraph.

~~52.~~171. The members of the Class are so numerous that joinder of all members is impracticable. According to its quarterly and annual reports filed with the SEC, during the Class Period, there were approximately one billion shares of PayPal stock outstanding during the Class Period, and PayPal's stock was actively traded on the NASDAQ under the ticker symbol PYPL. While the exact number of Class members is unknown to Plaintiffs at this time, and such number can only be ascertained through appropriate discovery, Plaintiffs believe that the proposed Class has thousands of members and is widely dispersed geographically. Record owners and other members of the Class may be identified from records maintained by PayPal and may be notified

of the pendency of this action by mail, using a form of notice similar to that customarily used in securities class actions.

~~53.~~172. Plaintiffs' claims are typical of the claims of the members of the Class. All members of the Class were similarly affected by Defendants' alleged wrongful conduct in violation of the Exchange Act as complained of herein.

~~54.~~173. Plaintiffs will fairly and adequately protect the interests of the members of the Class. Plaintiffs have retained counsel competent and experienced in class action and securities litigation.

~~55.~~174. Common questions of law and fact exist as to all members of the Class, and predominate over questions solely affecting individual members of the Class. The questions of law and fact common to the Class include, but are not limited to, the following:

(a) Whether Defendants violated the federal securities laws by their acts and omissions alleged herein;

(b) Whether Defendants' trading constitutes a deceptive device under Rule ~~10-b5~~10b-5 of the Exchange Act;

(c) Whether the statements Defendants made to the investing public during the Class Period contained material misrepresentations or omitted to state material information;

(d) Whether, and to what extent, the market price of PayPal Securities was artificially inflated during the Class Period because of the material misstatements and omissions alleged herein;

(e) Whether Defendants acted with the requisite level of scienter;

(f) Whether defendants Schulman, Rainey, and Auerbach were controlling persons of PayPal;

(g) Whether Lead Plaintiff and other Class members traded contemporaneously with Defendants; and

(h) Whether the members of the Class have sustained damages as a result of the conduct complained of herein, and if so, the proper measure of such damages.

~~56.~~175. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy because, among other things, joinder of all members of the Class is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## ~~IX.~~XIII. COUNTS

### COUNT I
### ~~COUNT I:~~ Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants

~~57.~~176. Plaintiffs repeat, incorporate, and reallege each and every allegation set forth above as if fully set forth herein.

~~58.~~177. This Count is asserted pursuant to Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder by the SEC, on behalf of Plaintiffs and the Class, against PayPal and the Individual Defendants.

~~59.~~178. During the Class Period, Defendants deceived the investing public, including Plaintiffs and the Class, and artificially inflated or artificially maintained the price of PayPal Securities.

~~60.~~179.Defendants made untrue statements of material fact and/or omitted material facts necessary to make their statements made not misleading. Defendants' false or misleading statements and omissions are described ~~in Section V(a).~~above.

~~61.~~180.Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or the mails, engaged and participated in a continuous course of conduct to conceal the adverse material information as specified herein.

~~62.~~181.Defendants had actual knowledge of the misrepresentations, omissions, and deceptive conduct alleged herein, or acted with reckless disregard for the truth. The facts demonstrating that Defendants acted with actual knowledge or recklessness are ~~stated in Section IV, and more specifically stated in Section V(b).~~described above.

~~63.~~182.By virtue of the foregoing, Defendants have violated ~~Section~~ §10(b) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder.

~~64.~~183.As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and members of the Class suffered damages in connection with their respective purchases of PayPal Securities during the Class Period.

**COUNT II**
**~~COUNT II:~~ Violation of Section 20(a) of the Exchange Act Against the Individual Defendants**

~~65.~~184.Plaintiffs repeat, incorporate, and reallege each and every allegation set forth above as if fully set forth herein.

~~66.~~185.This Count is asserted pursuant to ~~Section~~ §20(a) of the Exchange Act, on behalf of Plaintiffs and the Class, against the Individual Defendants.

~~67.~~186. As alleged in Count I, PayPal violated ~~Section~~ §10(b) of the Exchange Act and SEC Rule 10b~~-~~-5 promulgated thereunder by making materially false or misleading statements and omitting material information about PayPal.

~~68.~~187. Defendants' fraudulent conduct was undertaken with scienter, and PayPal is charged with the knowledge and scienter of each of the Individual Defendants who knew of or acted with reckless disregard of the falsity or misleading nature of their statements and the fraudulent nature of PayPal's scheme during the Class Period. Thus, PayPal is primarily liable under ~~Section~~ §10(b) of the Exchange Act.

~~69.~~188. As set forth above, the Individual Defendants had control over PayPal and made the materially false or misleading statements and omissions on behalf of PayPal within the meaning of ~~Section~~ §20(a) of the Exchange Act as alleged herein. By virtue of their executive positions and their culpable participation, as alleged above, the Individual Defendants had the power to influence and control and did, directly or indirectly, influence and control the decision making of PayPal, including the content and dissemination of the various statements that Plaintiffs contend were false or misleading. The Individual Defendants were provided with or had unlimited access to PayPal's internal reports, press releases, public filings, and other statements alleged by Plaintiffs to be misleading prior to or shortly after these statements were issued, and had the ability to prevent the issuance of the statements or to cause them to be corrected.

~~70.~~189. In particular, the Individual Defendants had direct involvement in and responsibility over the day-to-day operations of PayPal and, therefore, are presumed to have had the power to control or to influence the conduct giving rise to the securities violations as alleged herein. PayPal, in turn, controlled the Individual Defendants and all of its employees.

~~71.~~190. The Individual Defendants also were culpable participants in the conduct alleged herein, because they: ~~(a)~~ (a) made materially false and misleading statements or omitted to disclose truthful information; ~~(b)~~ (b) had knowledge of the wrongful conduct or were reckless in not having such knowledge and continued in the capacity of control persons of PayPal; ~~(c)~~ (c) provided credibility to PayPal's public disclosures by appearing in public events on behalf of PayPal while he conduct alleged herein occurred; and/or ~~(d)~~ (d) did not act to prevent the wrongful conduct alleged herein, despite an ability to do so.

~~72.~~191. By reason of such wrongful conduct, the Individual Defendants are liable pursuant to ~~Section~~ §20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their purchases of PayPal Securities during the Class Period.

**COUNT III**

**~~COUNT III:~~ Violation of Section 20A of the Exchange Act Against the Individual Defendants**

~~73.~~192. Plaintiffs repeat and re-allege each and every allegation set forth above as if fully set forth herein.

~~74.~~193. As detailed herein, the Individual Defendants were in possession of material non-public information concerning PayPal. The Individual Defendants took advantage of their possession of material non-public information regarding PayPal to obtain significant insider trading profits during the Class Period.

~~75.~~194. The Individual Defendants' sales of PayPal common stock (set forth below and in the attached Appendix) were made contemporaneously with Lead Plaintiff's purchases of PayPal common stock (set forth below and in Lead Plaintiff's certifications (*see* ECF ~~No.~~ 12-3)) during the Class Period.

~~76.~~195. Defendant Schulman made the following sales of PayPal common stock contemporaneously with the following Lead Plaintiff's purchases of PayPal common stock:

| **Lead Plaintiff's Purchases (Within 3 Days)** | | | ~~**Defendant**~~ **Schulman's** **Contemporaneous Sales** | | |
|---|---|---|---|---|---|
| **Date** | **Shares** | **Price** | **Date** | **Shares** | **Price** |
| February 16, 2021 | 23,100 | 304.79 | February 16, 2021 | 200 | 298.73 |
| | | | February 16, 2021 | 300 | 308.05 |
| | | | February 16, 2021 | 600 | 300.51 |
| | | | February 16, 2021 | 830 | 301.84 |
| | | | February 16, 2021 | 1,200 | 306.88 |
| | | | February 16, 2021 | 1,200 | 302.85 |
| | | | February 16, 2021 | 1,300 | 305.93 |
| | | | February 16, 2021 | 1,800 | 303.98 |
| | | | February 16, 2021 | 2,570 | 304.94 |
| April 30, 2021 | 23,853 | 262.29 | April 30, 2021 | 100 | 265.94 |
| | | | April 30, 2021 | 500 | 265.22 |
| | | | April 30, 2021 | 2,283 | 263.28 |
| | | | April 30, 2021 | 2,421 | 264.19 |
| | | | April 30, 2021 | 4,696 | 262.18 |
| May 19, 2021 | 41,533 | 244.63 | May 18, 2021 | 500 | 247.07 |
| | | | May 18, 2021 | 607 | 243.34 |
| | | | May 18, 2021 | 1,760 | 244.29 |
| | | | May 18, 2021 | 3,033 | 245.35 |
| | | | May 18, 2021 | 4,100 | 246.39 |
| July 30, 2021 | 12,700 | 275.53 | July 30, 2021 | 300 | 280.21 |
| | | | July 30, 2021 | 935 | 279.39 |
| | | | July 30, 2021 | 1,450 | 277.97 |
| | | | July 30, 2021 | 2,200 | 277.25 |
| | | | July 30, 2021 | 2,335 | 276.19 |
| | | | July 30, 2021 | 2,780 | 275.14 |
| October 29, 2021 | 15,538 | 234.22 | October 29, 2021 | 300 | 237.28 |
| November 1, 2021 | 846 | 231.50 | October 29, 2021 | 985 | 233.11 |
| November 2, 2021 | 882 | 231.21 | October 29, 2021 | 1,100 | 236.33 |
| | | | October 29, 2021 | 1,651 | 232.38 |
| | | | October 29, 2021 | 2,896 | 234.27 |
| | | | October 29, 2021 | 3,068 | 235.47 |

~~77.~~196. Defendant Rainey made the following sales of PayPal common stock contemporaneously with the following Lead Plaintiff's purchases of PayPal common stock:

| **Lead Plaintiff's Purchases (Within 3 Days)** | | | ~~**Defendant**~~ **Rainey's Contemporaneous Sales** | | |
|---|---|---|---|---|---|
| **Date** | **Shares** | **Price** | **Date** | **Shares** | **Price** |
| February 16, 2021 | 23,100 | 304.79 | February 15, 2021 | 4,311 | 298.37 |
| | | | February 17, 2021 | 5,377 | 298.00 |

~~78.~~197. Defendant Auerbach made the following sales of PayPal common stock contemporaneously with the following Lead Plaintiff's purchases of PayPal common stock:

| **Lead Plaintiff's Purchases (Within 3 Days)** | | | ~~**Defendant Auerbach**~~ Auerbach's Contemporaneous Sales | | |
|---|---|---|---|---|---|
| **Date** | **Shares** | **Price** | **Date** | **Shares** | **Price** |
| February 26, 2021 | 150,000 | 259.85 | February 23, 2021 | 100 | 267.07 |
| | | | February 23, 2021 | 600 | 255.16 |
| | | | February 23, 2021 | 1,100 | 253.59 |
| | | | February 23, 2021 | 2,208 | 266.41 |
| | | | February 23, 2021 | 2,284 | 256.06 |
| | | | February 23, 2021 | 2,625 | 262.26 |
| | | | February 23, 2021 | 2,800 | 263.31 |
| | | | February 23, 2021 | 2,900 | 259.26 |
| | | | February 23, 2021 | 2,909 | 258.19 |
| | | | February 23, 2021 | 3,472 | 257.03 |
| | | | February 23, 2021 | 5,400 | 261.09 |
| | | | February 23, 2021 | 5,458 | 264.51 |
| | | | February 23, 2021 | 6,978 | 265.48 |
| | | | February 23, 2021 | 7,300 | 260.21 |
| May 27, 2021 | 41,807 | 259.47 | May 25, 2021 | 2,137 | 259.77 |
| | | | May 25, 2021 | 4,690 | 258.29 |
| | | | May 25, 2021 | 7,415 | 259.07 |

~~79.~~198. In addition, each of the Individual Defendants' sales of PayPal common stock during the Class Period were contemporaneous with purchases ~~of~~by members of the Class who purchased PayPal common stock during the Class Period. *See* ¶¶~~321-323~~146-148 (listing each Individual Defendants' Class Period sales).

~~80.~~199. Lead Plaintiff and members of the Class who purchased PayPal Securities contemporaneously with sales by the Individual Defendants suffered damages because: ~~(1)~~ (a) in reliance on the integrity of the market, Lead Plaintiff and members of the Class paid artificially inflated prices as a result of the violations of ~~Sections~~ §§10(b) and 20(a) of the Exchange Act, and SEC Rule 10b-5 promulgated thereunder, as alleged herein; and ~~(2)~~ (b) Lead Plaintiff and members of the Class would not have purchased the securities at the prices they paid, or at all, if

they had been aware that the market prices had been artificially inflated by Defendants' false or misleading statements and concealment alleged herein.

~~81.~~200. By reason of the above conduct, the Individual Defendants are liable pursuant to §20A of the Exchange Act, 15 U.S.C. §78t-1.

## ~~X.~~XIV. PRAYER FOR RELIEF

~~82.~~201. WHEREFORE, Plaintiffs, on behalf of themselves and the other members of the Class, pray for judgment as follows:

(a) Declaring this action to be a class action properly maintained pursuant to Rule 23 of the Federal Rules of Civil Procedure and certifying Plaintiffs as Class Representatives, and Labaton Keller Sucharow LLP and Robbins Geller Rudman & Dowd LLP as Class Counsel;

(b) Awarding compensatory damages in favor of Plaintiffs and the other members of the Class against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) Awarding Plaintiffs reasonable costs and expenses incurred in this action, including attorneys' fees, experts' fees, and other costs and disbursements; and

(d) Awarding such further relief, including any equitable/injunctive relief, as the Court may deem just and proper.

## ~~XI.~~XV. JURY TRIAL DEMANDED

~~83.~~202. Plaintiffs hereby demand a trial by jury of all issues so triable.

Dated: March 13, 2023
Respectfully submitted,Dated: March 17, 2025

Respectfully submitted,

**SEEGER WEISS LLP**

By: /s/ *Christopher A. Seeger*
Christopher A. Seeger
Christopher L. Ayers
Jennifer R. Scullion
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com
jscullion@seegerweiss.com

*Liaison Counsel*

**~~LABATON~~LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Lisa Strejlau (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
jbissell-linsk@labaton.com
lstrejlau@labaton.com
dizzo@labaton.com

**LABATON KELLER SUCHAROW LLP**
Mark Willis (*pro hac vice* forthcoming)
1050 Connecticut Avenue NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 772-1880
Fax: (212) 818-0477
mwillis@labaton.com

*Counsel for Lead Plaintiff and Co-Lead Counsel for the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Tor Gronborg (*pro hac vice*)
Matthew I. Alpert (*pro hac vice*)
Patton L. Johnson (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619/) 231-1058
Fax: (619/) 231-7423
torg@rgrdlaw.com
malpert@rgrdlaw.com
pjohnson@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Jacob G. Gelman (*pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415/) 288-4545
Fax: (415/) 288-4534
jgelman@rgrdlaw.com

*Counsel for PERA and Co-Lead Counsel for the Class*

**OFFICE OF THE NEW MEXICO ATTORNEY GENERAL**
Raúl Torrez, Attorney General
Jacqueline Ortiz, Assistant Attorney General Post Office Drawer 1508
Santa Fe, NM 87504-1508
Telephone: (505/) 490-4060
jortiz@nmag.gov

**BERGER MONTAGUE**
Michael Dell'Angelo
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net

*Counsel for PERA*

**CERTIFICATE OF SERVICE**

I hereby certify that on March ~~13, 2023~~ 17, 2025, I authorized the electronic filing of the foregoing ~~Consolidated~~**First** **Amended Complaint for Violations of the Federal Securities Laws** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

~~DATED: March 13, 2023~~
~~Camden, New Jersey~~

~~*/s/ Christopher A. Seeger*~~
~~Christopher A. Seeger~~

DATED: March 17, 2025
Camden, New Jersey

*/s/ Christopher A. Seeger*
Christopher A. Seeger