SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
JENNIFER R. SCULLION
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com
jscullion@seegerweiss.com

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re PAYPAL HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) | No. 3:22-cv-05864-RK-JTQ <br><br> CLASS ACTION <br><br> CERTIFICATE OF SERVICE |

4937-2211-9002.v1

I hereby certify that on August 5, 2025, I caused a true and correct copy of the foregoing Opposition to Defendants' Motion to Dismiss the First Amended Complaint for Violation of the Federal Securities Law to be served by email upon Counsel for Defendants and all counsel of record, as listed below:

ARCHER & GREINER, P.C.
Maureen T. Coghlan
David F. Edelstein
1025 Laurel Oak Road
Voorhees, NJ  08043
Telephone:  856/795-2121
Fax:  856/795-0574
mccoghlan@archerlaw.com
dedelstein@archerlaw.com

ALLEN OVERY SHEARMAN
  STERLING US LLP
Adam S. Hakki (*pro hac vice*)
599 Lexington Avenue
New York, NY  10022
Telephone:  212/848-4000
adam.hakki@aoshearman.com

Lyle Roberts (*pro hac vice*)
George Anhang (*pro hac vice*)
1101 New York Avenue NW
Washington, D.C.  20005
Telephone:  202/508-8000
Fax:  202/683-3999
lyle.roberts@aoshearman.com
george.anhang@aoshearman.com

Executed on August 5, 2025

s/ Patton L. Johnson
PATTON L. JOHNSON

- 1 -

4937-2211-9002.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
Tor Gronborg
Matthew I. Alpert
Patton L. Johnson
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
Fax:  619/231-7423
torg@rgrdlaw.com
malpert@rgrdlaw.com
pjohnson@rgrdlaw.com

Counsel for PERA and Co-Lead Counsel
for the Class

SEEGER WEISS LLP
Christopher A. Seeger
Christopher L. Ayers
Jennifer R. Scullion
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
Fax:  212/584-0799
cseeger@seegerweiss.com
cayers@seegerweiss.com
jscullion@seegerweiss.com

Liaison Counsel

- 2 -

- 3 -

LABATON KELLER SUCHAROW LLP
Carol C. Villegas
Jake Bissell-Linsk
Lisa Strejlau
Danielle Izzo
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
Fax:  212/818-0477
cvillegas@labaton.com
jbissell-linsk@labaton.com
lstrejlau@labaton.com
dizzo@labaton.com

Counsel for Lead Plaintiff and Co-Lead
Counsel for the Class

4937-2211-9002.v1