# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE PAYPAL HOLDINGS, INC. SECURITIES LITIGATION** | Civ. No. 3:22-cv-05864 (RK-JTQ) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2025, I caused a true and correct copy of

the foregoing Reply Brief in Support of Defendants' Motion to Dismiss Plaintiffs'

Second Amended Complaint to be to be filed via the Court's CM/ECF System and

served by email upon Co-Lead Counsel for the Class and all counsel of record as

listed below:

Christopher A. Seeger
Christopher L. Ayers
Jennifer R. Scullion
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
973-639-9100
cseeger@seegerweiss.com
cayers@seegerweiss.com
jscullion@seegerweiss.com

Carol C. Villegas (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Lisa Strejlau (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
LABATON SUCHAROW LLP

140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
jbissell-linsk@labaton.com
lstrejlau@labaton.com
dizzo@labaton.com

Mark Willis (*pro hac vice forthcoming*)
LABATON SUCHAROW LLP
1050 Connecticut Avenue NW Suite 500
Washington, D.C. 20036
Telephone: (202) 772-1880
Fax: (212) 818-0477
mwillis@labaton.com

Tor Gronborg (*pro hac vice*)
Matthew I. Alpert (*pro hac vice*)
Patton L. Johnson (*pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Fax: 619/231-7423
torg@rgrdlaw.com
malpert@rgrdlaw.com
pjohnson@rgrdlaw.com

Eric Todd Kanefsky
CALCAGNI & KANEFSKY, LLP
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102
Telephone: 862/397-1796
Fax: 415/288-4534
eric@ck-litigation.com

Adam M. Apton
LEVI & KORSINSKY LLP

55 Broadway, 4th Floor
New York, NY 10006
Telephone: 212/363-7500
aapton@zlk.com


Executed on August 20, 2025.

*s/Maureen T. Coghlan*
Maureen T. Coghlan
Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 354-3034
mcoghlan@archerlaw.com

Counsel for Defendants PayPal
Holdings, Inc., Daniel Schulman,
John Rainey, and Jonathan Auerbach