**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE PAYPAL HOLDINGS INC.<br>SECURITIES LITIGATION | Docket No.: 3:22-cv-05864<br><br>Judge: Hon. Robert Kirsch<br><br>**NOTICE OF APPEAL TO THE**<br>**U.S. COURT OF APPEALS**<br>**FOR THE THIRD CIRCUIT** |

NOTICE IS HEREBY GIVEN that Lead Plaintiff-Appellant, Caisse de dépôt et placement du Québec and additional named Plaintiff-Appellant Public Employees Retirement Association of New Mexico ("PERA") hereby appeal to the United States Court of Appeals for the Third Circuit from the Order dated and entered March 31, 2026 (Dkt. No. 110), and the accompanying Opinion of Judge Robert Kirsch of the United States District Court, District of New Jersey, dated and entered in this action on March 31, 2026 (Dkt. No. 109), granting Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.  The notice encompasses the Order and Opinion as well as all prior rulings made by the district court, including the Order dated and entered January 29, 2025 (Dkt. No. 87), and the accompanying Opinion of Judge Robert Kirsch of the United States District Court, District of New Jersey, dated and entered in this action on January 29, 2025 (Dkt. No. 86), granting Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Complaint.


[signatures on following page]

Dated: April 30, 2026

**SEEGER WEISS LLP**

By: */s/ Christopher A. Seeger*
    Christopher A. Seeger
    Christopher L. Ayers
    Jennifer R. Scullion
    55 Challenger Road, 6th Floor
    Ridgefield Park, NJ 07660
    Telephone: (973) 639-9100
    cseeger@seegerweiss.com
    cayers@seegerweiss.com
    jscullion@seegerweiss.com

*Liaison Counsel*

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas *(pro hac vice)*
Jake Bissell-Linsk *(pro hac vice)*
Lisa Strejlau *(pro hac vice)*
Danielle Izzo *(pro hac vice)*
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
cvillegas@labaton.com
jbissell-linsk@labaton.com
lstrejlau@labaton.com
dizzo@labaton.com

**LABATON KELLER SUCHAROW LLP**
Mark Willis *(pro hac vice* forthcoming*)*
1050 Connecticut Avenue NW
Suite 500
Washington, D.C. 20036
Telephone: (202) 772-1880
mwillis@labaton.com

*Counsel for Lead Plaintiff and*
*Co-Lead Counsel for the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Tor Gronborg *(pro hac vice)*
Matthew I. Alpert *(pro hac vice)*
Patton L. Johnson *(pro hac vice)*
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
torg@rgrdlaw.com
malpert@rgrdlaw.com
pjohnson@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Jacob G. Gelman *(pro hac vice)*
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
jgelman@rgrdlaw.com

*Counsel for PERA and*
*Co-Lead Counsel for the Class*

**OFFICE OF THE NEW MEXICO ATTORNEY GENERAL**
RAÚL TORREZ, Attorney General
JACQUELINE ORTIZ, Assistant Attorney General
Post Office Drawer 1508
Santa Fe, NM  87504-1508
Telephone: 505/490-4060
jortiz@nmag.gov

2

**BERGER MONTAGUE PC**
MICHAEL DELL'ANGELO
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone: 215/875-3000
mdellangelo@bm.net

*Counsel for PERA*

3